UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-----------------------------------------------------------------x
WILLIAM LEE, *et al.*,

        Plaintiffs,                               Case No.: 19-cv-830

-against-

ISLAMIC REPUBLIC OF IRAN,

        Defendant.
-----------------------------------------------------------------x

## ~~PROPOSED~~ ORDER

Upon consideration of Plaintiffs' *Ex Parte* Motion for Waiver of Local Civil Rule 5.1(c), it is hereby

**ORDERED,** that the requirement of Local Civil Rule 5.1(c) that the "full residence address of the party" be included in the caption of the initial pleading is hereby waived; and it is further

**ORDERED,** that the Plaintiffs file under seal a list containing the names and residence addresses of all Plaintiffs within 30 days of the date of this Order; and it is further

**ORDERED,** that the Clerk of Court accept the Complaint submitted with the Plaintiffs' *Ex Parte* Motion for Waiver of Local Rule 5.1(c) and issue process directed to the Defendant.

SO ORDERED this 4th day of April, 2019.

_____
United States District Judge