```
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------------x
WILLIAM LEE, et al.,                         :
                                             :
                Plaintiffs,                  :      Case No.: 19-cv-830-APM
                                             :
       -against-                             :
                                             :
ISLAMIC REPUBLIC OF IRAN,                    :
                                             :
                Defendant.                   :
------------------------------------------------------------x
```

## STATUS REPORT

Plaintiffs respectfully submit this status report updating the Court on proceedings in this case.

Plaintiffs respectfully note the following three items pending for the Court's review, and, in the sections below, propose additional steps to facilitate the efficient completion of this case.

1. Special Master Stephen A. Saltzburg's report and recommendation as to the damages of 15 Plaintiffs, dated April 11, 2022, ECF No. 59;

2. Special Master Stephen A. Saltzburg's report and recommendation as to the damages of four Plaintiffs, dated June 30, 2022, ECF No. 67; and

3. Plaintiffs' Second Proposed Findings of Fact and Conclusions of Law dated October 28, 2021, ECF No. 53.

**I.    The Special Master's Pending Report and Recommendations**

In its Order dated March 22, 2021, ECF No. 45, this Court ordered Special Master Stephen A. Saltzburg "to take evidence and file a report and recommendation regarding the compensatory damages claims of the 20 Plaintiffs implicated in the Court's recent liability decision, 2021 WL 325958 (D.D.C. Feb. 1, 2021)."

Professor Saltzburg subsequently filed Report and Recommendations for 19 of the 20 Plaintiffs across two submissions—one on April 11, 2022, ECF No. 59, and the other on June 30,

2022, ECF No. 67. In his second Report and Recommendation, Professor Saltzburg noted that the remaining Plaintiff "was unable to participate fully in this process at this time," and relayed Plaintiffs' counsel's intention "to postpone his submission until the Court adjudicates liability for additional attacks for which plaintiffs have already submitted evidence, ECF No. 53." ECF No. 67, at 1 n.1.

As part of their March 8, 2021, Proposed Administrative Plan, ECF No. 40 (which was so-ordered by the Court, ECF No. 41), Plaintiffs had also intended to submit "a short brief on their proposed method for calculating punitive damages within ten days after the special master issues a report and recommendation on the damages of the 20 Plaintiffs," which plan this Court so-ordered on March 10, 2021, ECF No. 41. In order to avoid delaying any potential final judgment for the 19 Plaintiffs, Plaintiffs propose filing the brief on punitive damages by **December 1, 2022** for those Plaintiffs. Assuming the remaining Plaintiff makes himself available to counsel, Plaintiffs will submit evidence of his damages as soon as possible.

Once the Court has ruled on the R&Rs and Plaintiffs' punitive damages brief, Plaintiffs respectfully propose it enter final judgment for those 19 Plaintiffs pursuant to Rule 54(b), so that they are not prejudiced by claims still in factual development.

## II.     Plaintiffs' Pending and Forthcoming PFFCLs

In accordance with their Proposed Administrative Plan, Plaintiffs filed their Second PFFCL on October 28, 2021, ECF No. 53, in which they submitted evidence for 27 attacks. The Second PFFCL remains pending. Plaintiffs will be ready to proffer damages evidence once the Court rules on the Second PFFCL, at which point Plaintiffs will move for appointment of Professor Saltzburg as Special Master to prepare report and recommendations for those Plaintiffs to whom the Court finds Defendant liable.

Plaintiffs' anticipated third PFFCL is awaiting further factual development, as discussed in the next section.

### III. Deadline Request for DoD's Production

As set forth in further detail in the September 30, 2022, joint status report filed by Plaintiffs and third-party Department of Defense ("DoD"), ECF No. 73, the Court directed DoD to advise "whether the defense thinks it can meet the year-end deadline" for completing production as to all attacks. ECF No. 73. DoD responded that it could not; nor could it give a sense of when it could fully comply with the subpoena. *See id.* Since filing that status report and after further prompting from Plaintiffs, on November 9, 2022, DoD produced limited attack records relating to two of the 66 attacks listed in Attachment C of the subpoena. Plaintiffs have not received any other updates or materials from DoD.

Given the foregoing, Plaintiffs respectfully request the Court set another teleconference with Plaintiffs and DoD before the end of the year.

Date:   November 17, 2022

          Respectfully submitted,

          **OSEN LLC**

          By /s/ Michael J. Radine
              Michael J. Radine (DC Bar No. NJ015)
              190 Moore Street, Suite 272
              Hackensack, NJ 07601
              Tel. (201) 265-6400

          **TURNER & ASSOCIATES, P.A.**
          C. Tab Turner
          4705 Somers Avenue, Suite 100
          North Little Rock, AR 72116
          Tel. (501) 791-2277

**MOTLEY RICE LLC**
John M. Eubanks
Michael E. Elsner
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29464
Tel. (843) 216-9218

*Attorneys for Plaintiffs*