IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM LEE, ET AL.,              )
                                  )
          Plaintiffs,             )
                                  )     CV No. 19-830
      vs.                         )     Washington, D.C.
                                  )     February 10, 2023
ISLAMIC REPUBLIC OF IRAN, ET AL., )     3:04 p.m.
                                  )
          Defendants.             )
_____)


TRANSCRIPT OF
STATUS CONFERENCE VIA TELEPHONE PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiffs:          Dina Gielchinsky
                             Naomi Blank Weinberg
                             Michael J. Radine
                             OSEN LLC
                             190 Moore Street
                             Suite 272
                             Hackensack, NJ 07601
                             (201) 265-6400
                             Email: mradine@osenlaw.com


For Interested Party
United States
Department of Defense:       Sean Michael Tepe
                             U.S. DEPARTMENT OF JUSTICE
                             555 Fourth Street, NW
                             Washington, D.C. 20530
                             (202) 252-2533
                             Email: sean.tepe@usdoj.gov

APPEARANCES CONTINUED

Court Reporter:                    William P. Zaremba
                                   Registered Merit Reporter
                                   Certified Realtime Reporter
                                   Official Court Reporter
                                   E. Barrett Prettyman CH
                                   333 Constitution Avenue, NW
                                   Washington, D.C. 20001
                                   (202) 354-3249


Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

1              P R O C E E D I N G S

2         COURTROOM DEPUTY:  Good afternoon, Your Honor.

3    This is Civil Action 19-830, William Lee, et al., versus the

4    Islamic Republic of Iran.

5         Dina Gielchinsky for -- and Naomi Weinberg, along

6    with Michael Radine for the plaintiffs.

7         Sean Tepe on behalf of interested party United

8    States Department of Defense.

9         THE COURT:  Okay.  Counsel, good afternoon.

10   I hope everybody is doing well.

11        So I called this hearing to figure out where we

12   are in terms of producing records responsive to the

13   subpoenas.  You all have supplied a very thorough Joint

14   Status Report which describes what's been produced so far

15   and what remains.

16        So why don't I just start with government counsel,

17   Mr. Tepe.  If there's anything more to add on what the

18   expectations are in terms of future productions, that would

19   be helpful to probably start there.

20        MR. TEPE:  Thank you, Your Honor.

21        As you mentioned, I mean, there's details in the

22   JSR, but I think it's helpful just to briefly go through

23   each of the items so we understand where we are.

24        DoD has largely completed its efforts on the three

25   categories of information that it had committed to tackle.

1    And first one, in no particular order, one being records

2    from the Defense Threat Reduction Agency, or DTRA.  DoD

3    produced 114 pages of records.  Since the JSR was filed, DoD

4    has confirmed that these 114 pages represent all the records

5    located by DTRA in response to the Lee and Stearns

6    subpoenas.  And so it appears that they've completed that

7    commitment to look for DTRA records.

8             Second, there's the combined explosives

9    exploitation cell records, also referred to as CEX-C.  DoD

10   completed its review of CEX-C records.  It did not identify

11   any records that were responsive to the two subpoenas, Lee

12   and Stearns.

13            DoD informed plaintiffs earlier today that if it

14   has records that to them are suggestive that there are still

15   CEX-C records that may have been missed, DoD is more than

16   willing to take a look at that and just -- you know, to get

17   kind of a way of double-checking to make sure that something

18   hasn't been missed.

19            But DoD, you know, did a search, reviewed a bunch

20   of cold records that they thought was just from a first cut,

21   potentially responsive, reviewed those records and

22   determined that there weren't records responsive for the

23   list of attacks in the two subpoenas.  So that's the second

24   tranche of information.

25            The third category are these 15-6 -- AR 15-6

1    reports from the Army.  Over the course of November,

2    December, and January, DoD produced 600 pages of AR 15-6

3    reports, which I believe are primarily exhibits to the cover

4    reports and memoranda that were produced in August.

5           The Army expects to release another large tranche

6    of documents this month, perhaps another 600 pages, which

7    would be about a third of what's left.

8           So I think after this tranche of documents in

9    February, there's maybe about a thousand pages left.

10   I don't have a timing for Your Honor, but, you know, I

11   think, you know, over the next few months, that can be

12   closed out.

13          And so in terms of what else is there, I reached

14   out to plaintiff's counsel today to have that kind of

15   conversation to see if there are potentially other records

16   or record sources that may be responsive.  DoD has offered

17   to search Purple Heart award citations and DoD form 261s,

18   their line-of-duty reports, which may, or may not, but may

19   have further details on a service member's death.

20          So to the extent that these documents exist, were

21   properly preserved, these would be kept by the,

22   I understand, the Army human resources command, so we'd have

23   to reach out to them to get that process started.

24          But that's sort of a good-faith offer by DoD,

25   because it may just be the fact that some of the records

1   that were being sought don't exist, you know, perhaps

2   because some of the attacks pertain to folks who were

3   wounded and not killed, or contractors, not service members,

4   or were past the date of retention.  But that's where DoD

5   stands today.

6           THE COURT:  Okay.  Thank you for the summary.

7           Can you just repeat for me again, is the DoD 2061?

8   I may have missed that, the report.

9           MR. TEPE:  DoD form 261.

10          THE COURT:  Okay.  It is form 261.  Okay.  Great.

11          Let me just the one -- let me just -- if I could

12  ask one follow-up question about these CEX-C records to make

13  sure I understand, because as I understand it from the

14  history of this litigation, the plaintiff had received those

15  records from past FOIA requests for other attacks.  At some

16  point, those records were transferred from, I guess,

17  CentCom, to the Department of Navy.  And so is DoD confident

18  that there are no such reports for those attacks?

19          MR. TEPE:  That's the information I have,

20  Your Honor.

21          And my understanding -- and, you know, as you

22  know, I came into this a few months ago, but my

23  understanding is that the database, which was transferred

24  from CentCom to the Navy, that, you know, that's no longer

25  an issue; that they did a search of the database and looked

1   for records responsive to these requests.

2           Now, again, my understanding, which is still

3   fairly rudimentary, is that these are, you know, specialized

4   reports that, you know, a unit, for lack of a better term,

5   was trying to figure out how to deal with these IEDs.

6           And, you know, these are not death reports, these

7   are not casualty reports, they're not event investigations.

8   And so, you know, there isn't necessarily going to be these

9   records for these attacks.  But it is a potential source of

10  information.  That's my understanding, Your Honor.

11          THE COURT:  Okay.

12          So what as we sort of are here today, it's your

13  understanding that there are no responsive records or at

14  least CEX-C responsive records to that Attachment B attacks?

15          MR. TEPE:  That's my understanding.

16          THE COURT:  Okay.

17          MR. TEPE:  And, again, we've -- to the extent that

18  plaintiff thinks that something was missed because maybe

19  they got a fragment of a CEX-C record through a search of

20  some other database, you know, I communicated to plaintiff's

21  counsel today that, send it our way, we'll take a look.

22          THE COURT:  Okay.  All right.  Why don't I then

23  turn to the plaintiffs and get your thoughts on where we

24  are.

25          MR. RADINE:  Thank you, Your Honor.

1          This is Michael Radine for plaintiffs.

2          I think it may be helpful to very briefly just

3    back up to get a big picture of the subpoena.

4          As the Court knows, the subpoena had essentially

5    two sections.  There was attachment B that listed 60 attacks

6    from which we are seeking the CEX-C, or CEX-C records.  And

7    then attachment C, which has 56 attacks, for which we're

8    seeking investigatory records that would link the IRGC to

9    these attacks.

10          THE COURT:  Right.

11          MR. RADINE:  The only reason why this CEX-C

12    attacks in attachment B don't have CEX-C records -- well, we

13    don't have CEX-C records for them is because we made the

14    corresponding FOIA requests to CentCom after they had

15    transferred away the CEX-C database.

16          So there's nothing -- we make FOIA requests --

17    just to back even further up, Your Honor, we make FOIA

18    requests as clients retain us.  So at some point, the

19    requests that we were receiving were coming after the date

20    CentCom transferred away the system.

21          For the requests made before that, we received

22    CEX-C records for not every attack but for dozens of

23    attacks.  Now for those on the attachment that came after

24    that transfer, the number is zero.  We just don't understand

25    what could explain that, that change in results.

1        The fragment that Mr. Tepe referred to, we also

2   referenced in our Status Report, that was a set of records

3   that DoD produced to us.  We can send it right back to them,

4   it's fine.  But what it was was, Mr. Tepe's predecessor

5   thought it was evidence that CentCom had already searched

6   for these CEX-C records because thumbnail images of CEX-C

7   records were appended to a different document.  And the

8   point we're making in our Status Report is to say, look,

9   there has to be more CEX-C records.  You sent us thumbnail

10   images of CEX-C records.  At the very least, where are those

11   ones?

12        So we're sort of at loss as to why DoD -- well,

13   let me put it differently.  We're at a loss as to why when

14   CentCom was searching the CEX-C database, it found those

15   records frequently.  And now that DoD has, it's found none

16   at all.  That's on the CEX-C attachment B side.

17        On attachment C, so here we'd requested

18   investigatory records as for these 66 attacks.  These are

19   attacks for which we usually have some documentation, but

20   it's often insufficient, to attribute an attack to Iran.

21   Obviously Iran does not necessarily take credit for attacks,

22   meaning we have to prove them forensically.

23        CEX-C records are the very best records for doing

24   that, because CEX-C itself was a lab, was a system of labs

25   in Iraq for forensically mining explosives and -- several of

1    the explosives after attacks.

2              But another great source, as Mr. Tepe, the AR-15-6

3    report, which is an investigatory report that the Army

4    creates after an attack on U.S. service members whether or

5    not someone has died on that attack.

6              By our count, the DoD in this case has located AR

7    15-6 records for 13 of the 66 attacks in attachment C.  And

8    while we appreciate they're producing the attachments, the

9    exhibits to those, for the other 53, our understanding is

10   we'll be getting nothing at all for those attacks.  It seems

11   implausible that DoD doesn't have further records.

12             We appreciate that they looked into the DTRA

13   records.  There for some reason, they found results for

14   Stearns' attacks but only one for Lee's.  But, in fact, Lee

15   is a much larger case with a much larger subpoena.  That's

16   Your Honor's bad luck.  But I don't know why the DTRA search

17   was productive for Stearns but not for Lee.  It frankly

18   doesn't matter very much because those records were all

19   subjected to something we have.

20             So the big takeaway is this.  We'd like to

21   understand better what's happening on the CEX-C side for

22   Attachment B.  On attachment C, it can't be that DoD just

23   doesn't have records about the injury or death of the

24   hundreds of victims that are involved in those 66 attacks

25   aside from just 13.

1          The two latest offers, which I received today from

2    Mr. Tepe, are a little problematic.  Purple Heart awards,

3    the medal, the citation is often vague and imprecise.  In

4    fact, Your Honor noted correctly in one of your recent

5    decisions in Lee that the date was missing from a Purple

6    Heart award, words inaccurate.  They're not the best

7    evidence.

8          DD Form 261 is not something we get very much of.

9    When we've seen it, it's tended to come up in relation to

10   disciplinary actions, which is obviously not relevant here.

11   So we remain concerned that 20 months since we served this

12   subpoena, we're being told nothing on Attachment B and only

13   records for about 20 percent of the attacks on attachment C.

14   We had hoped to be a lot farther along than that.

15         That's why their subpoenas asked for a July

16   deadline.  I think the Court has been very patient, I think

17   our clients have been very patient, which are obviously, you

18   know, Gold Star families and wounded veterans, so I think

19   deserve better from the Department of Defense, and we think

20   a July deadline for production across the board on the

21   subpoena is appropriate.

22         THE COURT:  So, Mr. Radine, let me ask you this.

23   Say you get this production of the remaining AR 15-6-6

24   exhibits and DoD says, we've looked, we don't have anything

25   else, and you get no more CEX-C reports either, you're

1    still -- and I don't mean this pejoratively -- incredulous

2    that there can't be more.  So what would you have me do to

3    satisfy the plaintiffs that DoD has, in fact, produced

4    everything they say they have and that they are obligated to

5    produce to you?

6            MR. RADINE:  That's a good question.

7            You know, we are certainly always available to

8    meet and confer with DoD if there are issues with search

9    terms or the databases they're looking at.  Obviously we

10   don't have access to their systems; there's a certain limit

11   to what we can do from here.

12           You know, we have always produced back to them

13   everything CentCom has produced to us, thousands upon

14   thousands of pages, if that helps them better locate their

15   own records.

16           You know, one proposal we made in our status

17   report is that DoD appears to have determined that 603

18   Americans were killed by Irani-backed forces based on

19   "declassified military documents."

20           We would love those documents.  But if there's

21   some other way that DoD has made that determination, we

22   would accept testimony, written or oral before the Court,

23   attributing some of these attacks to Iran.  Ultimately

24   that's our goal; however it gets done, you know, we're open

25   to.

1          THE COURT:  Okay.

2          Because your proposal of making a production by

3    July, in a sense, doesn't seem to resolve the problem or

4    what you think is the problem, because what I hear Mr. Tepe

5    saying is there's about a thousand pages left that DoD knows

6    of, the 15-6 report exhibits, maybe they only relate to the

7    13 attacks, maybe they don't, I don't know if they do or

8    not.  But either way, it seems unlikely that they're getting

9    reports and attachments for the remaining 53 attacks, if my

10   math is correct.

11         And so, you know, if I set a July date, I don't

12   know how much that really advances the ball, because truth

13   be told, you may get the remaining records well before July.

14   That still doesn't resolve the problem of whether, in fact,

15   they've produced anything you think they otherwise should

16   have.

17         You know, I can ask for a sworn declaration; and

18   if I get one, then that is under penalty of perjury.  And I

19   don't know that there's a whole lot -- I can't compel

20   anything more than that if the subpoena recipient tells me

21   they don't have anything more.  We've done a diligent

22   search, that and nothing less.  We've not been able to find

23   anything more responsive than what we've already produced.

24         So I just would like to play out with you exactly

25   how you will be satisfied that you've gotten what they

1  think -- you've gotten what you think you should be getting.

2  And if that involves a sit-down with whoever it is at DoD

3  that's running these searches so that you can ask some

4  questions, you know, I'm not sure I could -- well, if that's

5  something Mr. Tepe would be open to, because understandably

6  he's really an interlocutor on behalf of the DoD here and

7  doesn't necessarily have all the first-hand knowledge, but

8  presumably somebody at DoD does.  And I don't know whether

9  you've have the opportunity to speak to that person or not

10  but maybe that would be a fruitful thing to do.

11        Mr. Tepe, is that even -- is that something that

12  DoD would be prepared to do is to have them -- whoever your

13  contact is, you know, identify a person with some knowledge?

14  I don't want to call it this but it would be akin to a

15  30(b)(6) sit-down with somebody with knowledge in how the

16  search has been conducted.

17        MR. TEPE:  I would want to think about that,

18  Your Honor.  I think I'd also want to discuss with DoD to

19  gauge their comfort level.

20        THE COURT:  Sure.

21        MR. TEPE:  You know, there's -- certainly, we

22  could do it in terms of a sit-down conversation, or, as you

23  said, there could be a declaration, you know, just --

24        THE COURT:  And, Mr. Tepe, the reason I ask, and

25  you'll excuse me for interrupting you, is that there are

1   enough indicia here, if you will, to suggest that there

2   ought to be some more records.

3          Now, again, I'm not saying there are.  But the

4   fact that once upon a time a different component or a

5   component of DoD was able to produce CEX-C records but can't

6   now, and then with respect to these AR 15-66 records, if

7   they are mandatory records but yet prepared and whenever

8   there is this kind of attack on a U.S. service member, then

9   one would think there ought to be more records for them than

10  just 13 attacks.  But, you know, again, this is just

11  supposition on my part.

12          MR. TEPE:  Right.  And that's fair.

13          And I think with respect to the CEX-C records,

14  I'll go back to DoD and raise the question that you have and

15  that counsel has, and, you know, ask them to kick the tires

16  or better understand myself, you know, why that is.

17          On the AR 15-6 reports, just generally speaking,

18  my understanding is that these kinds of investigations were

19  not mandatory for the first few years of the conflict in

20  Iraq, and also they were not mandatory when the attack

21  involved woundings and civilians.  And we're also well past

22  the retention period.

23          Any one of those could be, just generally

24  speaking, reasons why there are not those reports to be

25  produced today.

1        And that's all I can say based on my knowledge

2   today, and maybe it's something that DoD would have to

3   restate itself.

4        THE COURT:  Right.

5        And I suppose that's why I'm suggesting there be a

6   sit-down.  And I appreciate you sharing what you know and

7   what you can infer based upon what your understanding of the

8   facts are.

9        But in order to satisfy everyone here that

10  production is thorough and complete, I just think

11  it would be beneficial to have a sit-down with plaintiff's

12  counsel and somebody inside DoD.  I'm not suggesting it

13  needs to be under oath or anything like that, but some

14  conversation in which both sides can be satisfied that the

15  documents that exist have been produced.

16        MR. TEPE:  Right.

17        But what I would recommend, Your Honor, is that I

18  go back to DoD with that suggestion, and that the parties

19  submit a Joint Status Report in, I don't know, 45 days to

20  report to Your Honor where we are.

21        THE COURT:  Okay.

22        Well, I guess what -- look, I will -- I'll be the

23  first to admit that I've had my hands full with a whole lot

24  of other things, but I'm trying to move this case forward.

25  And I really would like to get this aspect of the case done;

1   it has been going on for some time.

2           So I really am going to press upon DoD, and please

3   convey this, Mr. Tepe, to your client contact, which is, we

4   need to get this wrapped up.  And the production has taken a

5   long time, it's taken some time to get answers, and we

6   really need to get to a point where this is wrapped up and

7   that will, frankly, be a good thing for everyone.

8           So why don't I give you 30 days, and let me get my

9   calendar.

10          All right.  So if you all would just get back to

11  me by March 10th.

12          MR. RADINE:  Your Honor, this is Michael Radine.

13  I'd like to be heard a little further on this if possible.

14          THE COURT:  Sure.

15          MR. RADINE:  So I don't think this has quite

16  exhausted the possibilities here.  And I think given that

17  we're 20 months out, I think a little bit more could be

18  done.

19          On February 28th about a year ago, I sent

20  Mr. Tepe's predecessor, after a long meet and confer in

21  which we went over many types of documents, I sent him an

22  email detailing many types of documents that DoD maintains.

23          I also attached the Status Report that was entered

24  in *Cabrera v. Iran*.  I think it might have been so ordered

25  under Judge Bates, I'm not sure if it was ordered, but that

1  was what governed discovery in that case.

2        DoD stated at the top of the call that it's

3  finished its commitment for the three categories it

4  committed to.  Aside from the CEX-C records, those weren't

5  categories we agreed to.  We laid out a whole number of

6  types of documents they could look for.

7        The AR 15-6, for instance, is just for the Army.

8  We have plaintiffs who were in other branches and we laid

9  out and we've got investigatory reports for those branches.

10 In the email to Mr. Cirino, as far as I can tell, none of

11 those have been looked for.

12       We talked about the criminal investigatory wing of

13 the Army.  I don't believe anything there has been searched.

14       We've laid out all manner of documents a year ago

15 and DoD, as far as we can tell, has not looked for any of

16 them.

17       The *Cabrera* report I can send to the Court.  It

18 goes through search terms that the DoD has agreed to search

19 in negotiations with plaintiff and so on.

20       I think there's more that can be done than just

21 saying they took a pass through 13 AR 15-6s, which I will

22 note, by the way, I believe, were mandatory investigative

23 reports, they were not discretionary to the Army, and sort

24 of call it a day.

25       The reason why we asked for the July deadline is

1    because, as we approach the two-year mark, DoD has not shown

2    much urgency in getting this done.  We want some deadline

3    that DoD says, okay, the Court has told us multiple times

4    that it can't treat this like a FOIA request or otherwise

5    ignore it.  And they have to do the hard work with us for

6    sure, but the hard work of searching for documents that, by

7    all means, should exist.

8              So we're, of course, happy always to meet and

9    confer with DoD further.  But I don't think it's accurate

10   for them to say that this was pretty much all they can do

11   and all they would have, especially with the information we

12   gave them a year ago.

13             THE COURT:  Fair enough.

14             Look, I'm going to take this incrementally,

15   because I do think an important first step here is for you

16   to have the opportunity to sit down with somebody from DoD

17   and talk through exactly what you think is available and get

18   an understanding of what they've done to try and identify

19   and find those records.

20             And if when we're together next, which we'll

21   probably have something, we'll sit down after I get your

22   next Joint Status Report, if I think a deadline is

23   appropriate at that point, I'm more than happy to impose

24   one, okay?

25             MR. RADINE:  Thank you, Your Honor.

1          THE COURT:  All right.

2          All right.  I think that brings this to a

3    conclusion.

4          Mr. Tepe, thank you, I'm going to -- I had a

5    couple things I wanted to just raise with plaintiff's

6    counsel that doesn't involve subpoenaing.

7          MR. TEPE:  Okay.  All right.  Thank you,

8    Your Honor.

9          THE COURT:  Thank you.

10          MR. TEPE:  Bye.

11          THE COURT:  All right.

12          Mr. Radine, two questions for you; the first

13    concerns the Special Master's report that I understand was

14    submitted in *Karcher* that is proposing a damages framework

15    that is different than the one that has been proposed by you

16    all and adopted by our Special Master.  I understand that

17    you all have submitted a response to the *Karcher* special

18    master's report, and I was hoping that I could get a copy of

19    that if that's not problematic.

20          MR. RADINE:  It is no problem with us.  My only --

21    you're asking for the plaintiff's objections?

22          THE COURT:  Well, I guess I don't know what

23    they're called.  But I would -- I guess -- my understanding

24    is what Judge Kollar-Kotelly did was ask the Special Master

25    to, in her case, draft something that -- maybe it is the

1   fact that the Special Master's report and it's your

2   objections, but there's a very long report in which he

3   proposed a different framework than one that you all have

4   proposed, and I gather you've either filed objections or

5   responded to his filing in some way.

6          MR. RADINE:  Right.

7          Yeah, he filed the report and recommendations and

8   then we filed objections to them, both to the framework and

9   to some other issues in the report and recommendation.

10  We're happy to provide the Court anything.

11         I just note that they are skilled -- I'm only

12  thinking because technically Dina, who's on the phone with

13  us, can tell me if -- the *Karcher* Court sent us copies of

14  the sealed report and recommendation, and we filed the

15  objection to seal.  So we would provide them to Your Honor

16  under seal.  I don't know if we need leave from

17  Judge Kollar-Kotelly if it's just going to another judge --

18         THE COURT:  Right.

19         MR. RADINE:  -- because there's no --

20         THE COURT:  Yeah.

21         And to be specific -- I suppose now that -- I just

22  have to pick up my binder -- and I'm referring specifically,

23  I guess it's to the report and recommendation of the special

24  master, any pain and suffering damages for service members

25  wounded in action by explosively formed penetrators.  This

1    was something that was filed, it looks like, on October 29th

2    of 2022, ECF 146 in her docket 16-CV-232?

3              MR. RADINE:  Yeah, yeah, no, we're talking about

4    the same document.

5              My only hesitation I had is I was wondering,

6    I guess, out loud if, as a procedural matter, I have to seek

7    Judge Kollar-Kotelly's leave to file it into Lee because

8    it's under seal, which is not --

9              THE COURT:  Sure.  Understood.

10             MR. RADINE:  That's all.

11             THE COURT:  If you would -- yeah -- yes, please,

12   you know, confirm with her that it's okay to share with me,

13   because I'd like to take a look at that before I make some

14   final decisions about the damages recommendations made here.

15             You know, look, it's a complicated thing, as you

16   can imagine, which is that for -- it seems like for decades,

17   there has been at least a general approach by judges of this

18   Court, and with some deviations it sounds like, but a

19   general approach to awarding damages in matters like this.

20             And what you all have proposed is to increase the

21   amounts substantially, and that may be warranted.  But as

22   I understand it, you've requested that same approach in

23   *Karcher*, and that the Special Master in that case has not --

24   has not agreed to go quite as far at what you've proposed.

25   Is that a fair synopsis of where things are?

1      MR. RADINE:  Yeah, but -- do you mind if we go off

2  the record for a moment, Your Honor?

3      THE COURT:  You mean you want to go under seal?

4      MR. RADINE:  Yes.

5      I just would like to address one issue in that

6  proceeding without going on the docket -- without going in

7  the transcript, rather.

8      THE COURT:  Well, it's going to stay on the

9  transcript, but I can place it under seal.

10      So I don't know if, JC, we've got the public line

11  connected and we could disconnect that and then place this

12  portion of the transcript under seal.

13      COURTROOM DEPUTY:  Okay.

14      And, Judge, I'll need maybe 30 seconds or so to do

15  that.  Just give me one moment, please.

16      MR. RADINE:  You know, Your Honor, also -- are you

17  there-- so I don't know if that 30 seconds mutes the line.

18      THE COURT:  Yes, I'm still here.

19      MR. RADINE:  The other thing I was going to say is

20  that we are speaking to you on Friday.  So we might be in a

21  better position -- I'm working like a hair off the cuff

22  here.

23      THE COURT:  Oh.

24      MR. RADINE:  We might be in a better to position

25  to elaborate on this topic then.

1          THE COURT:  Okay.  Fair enough.

2          I know this catches you by surprise.  So if you

3     want to -- we have something next Friday.  Is that when --

4     okay, we've got something down next Friday.

5          MR. RADINE:  Yes, my team and I were talking and

6     I'll have some of my partners with me on that call.

7          And then we can -- the procedure -- the part that

8     involves the record for is a little bit of our thinking

9     about how we responded in *Karcher* that related to things

10    like how long that case has gone on and just trying to be

11    smart about getting our clients to judgment any way we can

12    that we might approach differently in a case that has a bit

13    of a turnaround time.

14         THE COURT:  Yeah, look, I think the other thing to

15    think about is whether to share these materials with

16    Professor Saltzburg.  I don't think he's had the benefit of

17    any of this.  I don't know whether he has any understanding

18    of what's going on in *Karcher* and how different special

19    masters have looked at things, perhaps, a bit differently.

20    So that's something to think about as well.

21         Look, I don't want to prolong this any longer than

22    I already have, but, you know, there is -- and consistency

23    across judges is not, of course, mandatory.  But from a

24    judicial perspective, you can appreciate why it's something

25    I'm thinking about.

1         MR. RADINE:  Yeah, absolutely.

2         We received Mr. Balaran's report and

3    recommendation, I believe, after Professor Saltzburg

4    submitted his two.

5         THE COURT:  Right.

6         MR. RADINE:  So we didn't have any insight into

7    what that would be until after Professor Salzburg filed his

8    R&Rs.  Obviously, we have objected to those and we would

9    share them with Professor Saltzburg certainly, along with

10   our objections.

11        Again, you know, everything with this --

12        THE COURT:  I'm sorry, you have shared your

13   objections in *Karcher* with Professor Saltzburg?

14        MR. RADINE:  We have.  But I don't know that we've

15   talked to him since he submitted the R&Rs in Lee, which was

16   before Mr. Balaran submitted his R&R in Karcher.

17        THE COURT:  Right.

18        Yeah.  So my question is whether he had seen

19   Mr. Balaran's R&R and your response?

20        MR. RADINE:  Right.  No, he hasn't.

21        And I believe --

22        THE COURT:  Okay.

23        MR. RADINE:  Again, we can include that in a

24   motion to Judge Kollar-Kotelly.  I don't think any of these

25   things would be a problem.  The sealing has to do with

1    medical records that Professor Saltzburg is seeing anyway,

2    you know.

3              THE COURT:  Yeah.

4              Whatever you file with her, just ask for leave to

5    make it available both to me and the special master in this

6    case, and then we can decide whether that's something we

7    should do next week.

8              MR. RADINE:  Sure.  Yeah, that's fine.

9              THE COURT:  Okay?

10             And then the second issue is the recently filed

11   memorandum opinion, because things tend to be out of sight

12   and out of mind for me, I can't remember how many attacks of

13   plaintiffs that covered.

14             But can you remind me, do I need to do anything,

15   from the process standpoint, to get that -- the process for

16   our special master to do a report and recommendation as to

17   those attacks and those plaintiffs, or does he already have

18   that summary judgment opinion and -- or that opinion and

19   knows to get started on it?

20             MR. RADINE:  No.

21             I think his -- because the reference to him would

22   be limited by whatever the previous order you made was.  So

23   we would move again to have him appointed.

24             We could have -- we could move to have him

25   appointed, I assume, in an open-ended fashion so we don't

1    have to keep doing this.

2            THE COURT:  Yeah, I don't -- I'd have to go back

3    and look at what the appointment order said.  I have to

4    confess, I don't remember whether it was -- maybe you

5    remember whether it was limited to a certain number of

6    plaintiffs and attacks or whether it was open-ended, I just

7    don't recall.

8            MR. RADINE:  Okay.  So we'll look at that, too.

9            I think, you know, whatever it is, obviously, we

10   would either move for it or not.

11           And I believe we're going to -- we'll talk about

12   this on Friday, I know, but we will get -- yeah, we'll

13   provide the Court evidence for the family member, I think,

14   statutory standing evidence, which would round out --

15           THE COURT:  Right.

16           MR. RADINE:  -- those 27 attacks in Your Honor's

17   latest decision.

18           And then we thought we might also suggest

19   appointing more than one special master, just as the numbers

20   start getting larger.

21           So, again, that we can discuss even next Friday.

22           THE COURT:  Yeah.

23           And I think part of this ought to be a discussion

24   about when to do it.  I mean, it seems to make more sense to

25   get this damages framework settled or subsequent reports.

1    So it may be prudent to at least think about how we sequence

2    all of this as well.

3              MR. RADINE:  Right, right.

4              Yeah.  We will -- okay.  We'll get you those

5    materials.  I think maybe we should file -- we can obviously

6    talk on Friday, but we can also file an explanatory letter

7    under seal, the sort of saga of Karcher is a simply

8    complicated and long one.

9              THE COURT:  Okay.

10             Look, if you want to submit something in advance,

11   that would be helpful to me and I'm happy to take a look at

12   it before we convene on Friday of next week.

13             MR. RADINE:  Okay.

14             THE COURT:  Okay?

15             Can we move our hearing up by a half hour to 1:30?

16             MR. RADINE:  Oh.  Sure.  I'll just confirm.

17   I don't think my dance card is too full.  I just want to see

18   her.  The 17th.

19             THE COURT:  I have a meeting at 2:30 and I don't

20   think -- it may not -- I don't think a half hour is enough

21   time to talk through the materials, okay?

22             MR. RADINE:  Right.  Yeah, 1:30 is fine.

23             THE COURT:  All right.  Thank you.

24             MR. RADINE:  Thank you, Judge.

25             (Proceedings concluded at 3:46 p.m.)

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__February 18, 2023____    

William P. Zaremba, RMR, CRR

**COURTROOM
DEPUTY: [2]** 3/2 23/13
**MR. RADINE: [31]**
**MR. TEPE: [11]** 3/20
6/9 6/19 7/15 7/17
14/17 14/21 15/12
16/16 20/7 20/10
**THE COURT: [42]**

### 0

**07601 [1]** 1/16

### 1

**10 [1]** 1/5
**10th [1]** 17/11
**114 [2]** 4/3 4/4
**13 [5]** 10/7 10/25 13/7
15/10 18/21
**146 [1]** 22/2
**15-6 [7]** 4/25 4/25 5/2
10/7 13/6 15/17 18/7
**15-6-6 [1]** 11/23
**15-66 [1]** 15/6
**15-6s [1]** 18/21
**16-CV-232 [1]** 22/2
**17th [1]** 28/18
**18 [1]** 29/7
**19-830 [2]** 1/4 3/3
**190 [1]** 1/15
**1:30 [2]** 28/15 28/22

### 2

**20 [3]** 11/11 11/13
17/17
**20001 [1]** 2/5
**201 [1]** 1/16
**202 [2]** 1/21 2/5
**2022 [1]** 22/2
**2023 [1]** 1/25 29/7
**20530 [1]** 1/20
**2061 [1]** 6/7
**232 [1]** 22/2
**252-2533 [1]** 1/21
**2533 [1]** 1/21
**261 [3]** 6/9 6/10 11/8
**261s [1]** 5/17
**265-6400 [1]** 1/16
**27 [1]** 27/16
**272 [1]** 1/15
**28th [1]** 17/19
**29th [1]** 22/1
**2:30 [1]** 28/19

### 3

**30 [3]** 14/15 23/14
23/17
**30 days [1]** 17/8
**3249 [1]** 2/5
**333 [1]** 2/4
**354-3249 [1]** 2/5
**3:04 [1]** 1/6
**3:46 [1]** 28/25

### 4

**45 [1]** 16/19

**53 [2]** 10/9 13/9
**555 [1]** 1/20
**56 [1]** 8/7

### 6

**60 [1]** 8/5
**600 [2]** 5/2 5/6
**603 [1]** 12/17
**6400 [1]** 1/16
**66 [4]** 9/18 10/7 10/24
15/6
**6s [1]** 18/21

### 8

**830 [2]** 1/4 3/3

### A

**able [2]** 13/22 15/5
**about [19]** 5/7 5/9 6/12
10/23 11/13 13/5 14/17
17/19 18/12 22/3 22/14
24/9 24/11 24/15 24/20
24/25 27/11 27/24 28/1
**above [1]** 29/4
**above-titled [1]** 29/4
**absolutely [1]** 25/1
**accept [1]** 12/22
**access [1]** 12/10
**accurate [1]** 19/9
**across [1]** 11/20 24/23
**action [2]** 3/3 21/25
**actions [1]** 11/10
**add [1]** 3/17
**address [1]** 23/5
**admit [1]** 16/23
**adopted [1]** 20/16
**advance [1]** 28/10
**advances [1]** 13/12
**after [10]** 5/8 8/14 8/19
8/23 10/1 10/4 17/20
19/21 25/3 25/7
**afternoon [2]** 3/2 3/9
**again [9]** 6/7 7/2 7/17
15/3 15/10 25/11 25/23
26/23 27/21
**Agency [1]** 4/2
**ago [4]** 6/22 17/19
18/14 19/12
**agreed [3]** 18/5 18/18
22/24
**aided [1]** 2/7
**akin [1]** 14/14
**al [3]** 1/3 1/6 3/3
**all [25]** 3/13 4/4 7/22
9/16 10/10 10/18 14/7
16/1 17/10 17/10 18/14
19/7 19/10 19/11 20/1
20/2 20/7 20/11 20/16
20/17 21/3 22/10 22/20
28/2 28/23
**along [3]** 3/5 11/14
25/9
**already [4]** 9/5 13/23
24/22 26/17
**also [9]** 4/9 9/1 14/18
15/20 15/21 17/23
23/16 27/18 28/6

**always [3]** 12/1 12/1
19/8
**am [1]** 17/2
**Americans [1]** 12/18
**AMIT [1]** 1/10
**amounts [1]** 22/21
**another [4]** 5/5 5/6
10/2 21/17
**answers [1]** 17/5
**any [10]** 4/11 15/23
18/15 21/24 24/11
24/17 24/17 24/21 25/6
25/24
**anything [10]** 3/17
11/24 13/15 13/20
13/21 13/23 16/13
18/13 21/10 26/14
**anyway [1]** 26/1
**APPEARANCES [2]**
1/12 1/23
**appears [2]** 4/6 12/17
**appended [1]** 9/7
**appointed [2]** 26/23
26/25
**appointing [1]** 27/19
**appointment [1]** 27/3
**appreciate [4]** 10/8
10/12 16/6 24/24
**approach [5]** 19/1
22/17 22/19 22/22
24/12
**appropriate [2]** 11/21
19/23
**AR [9]** 4/25 5/2 10/2
10/6 11/23 15/6 15/17
18/7 18/21
**AR-15-6 [1]** 10/2
**are [35]**
**Army [7]** 5/1 5/5 5/22
10/3 18/7 18/13 18/23
**as [25]** 3/21 4/9 6/13
6/21 7/12 8/4 8/19 9/12
9/13 9/18 10/2 14/22
18/10 18/10 18/15
18/15 19/1 22/6 22/15
22/21 22/24 24/20
26/16 27/19 28/2
**aside [2]** 10/25 18/4
**ask [8]** 6/12 11/22
13/17 14/3 14/24 15/5
20/24 26/4
**asked [2]** 11/15 18/25
**asking [1]** 20/21
**aspect [1]** 16/25
**assume [1]** 26/25
**attached [1]** 17/23
**attachment [12]** 7/14
8/5 8/7 8/12 8/23 9/16
9/17 10/7 10/22 10/22
11/12 11/13
**Attachment B [3]** 7/14
10/22 11/12
**attachments [1]** 10/8
13/9
**attack [6]** 8/22 9/20
10/4 10/5 15/8 15/20
**attacks [28]** 4/23 6/2
6/15 6/18 7/9 7/14 8/5

9/19 9/21 10/1 10/7
10/10 10/14 10/24
11/13 12/23 13/7 13/9
15/10 26/12 26/17 27/6
27/16
**attribute [1]** 9/20
**attributing [1]** 12/23
**August [1]** 5/4
**available [3]** 12/7
19/17 26/5
**Avenue [1]** 2/4
**award [2]** 5/17 11/6
**awarding [1]** 22/19
**awards [1]** 11/2
**away [2]** 8/15 8/20

### B

**back [8]** 8/3 8/17 9/3
12/12 15/14 16/18
17/10 27/2
**backed [1]** 12/18
**bad [1]** 10/16
**Balaran [3]** 25/16
**Balaran's [2]** 25/2
25/19
**ball [1]** 13/12
**Barrett [1]** 17/25
**based [2]** 12/18 16/1
16/7
**Bates [1]** 17/25
**be [46]**
**because [20]** 5/25 6/2
6/13 7/18 8/13 9/6 9/24
10/18 13/2 13/4 13/12
14/5 19/1 19/15 21/12
21/19 22/7 22/13 26/11
26/21
**been [14]** 3/14 4/15
4/18 11/16 11/17 13/22
14/16 16/15 17/1 17/24
18/11 18/13 20/15
22/17
**before [7]** 1/10 8/21
12/22 13/13 22/13
25/16 28/12
**behalf [2]** 3/7 14/6
**being [3]** 4/1 6/1 11/12
**believe [6]** 5/3 18/13
18/22 25/3 25/21 27/11
**beneficial [1]** 16/11
**benefit [1]** 24/16
**best [7]** 9/23 11/6
11/19 12/14 15/16
23/21 23/24
**better [7]** 7/4 10/21
11/19 12/14 15/16
23/21 23/24
**big [2]** 8/3 10/20
**binder [1]** 21/22
**bit [4]** 17/17 24/8 24/12
24/19
**Blank [1]** 1/13
**board [1]** 11/20
**both [3]** 16/14 21/8
26/5
**branches [2]** 18/8 18/9
**briefly [2]** 3/22 8/2
**brings [1]** 20/2
**bunch [1]** 4/19

**bye [1]** 20/10

### C

**Cabrera [2]** 17/24
18/17
**calendar [1]** 17/9
**call [4]** 14/14 18/2
23/24 24/6
**called [2]** 3/11 20/23
**came [2]** 6/22 8/23
**can [27]** 5/11 6/7 9/3
12/11 13/17 14/3 16/1
16/7 16/14 18/10 18/15
18/17 18/20 19/10
21/13 22/16 23/9 24/7
24/11 24/24 25/23 26/6
26/14 27/21 28/5 28/6
28/15
**can't [6]** 10/22 12/2
13/19 15/5 19/4 26/12
**card [1]** 21/22
**case [10]** 10/6 10/15
16/24 16/25 18/1 20/25
22/23 24/10 24/12 26/6
**casualty [1]** 7/7
**catches [1]** 24/2
**categories [2]** 3/25
18/3 18/5
**category [1]** 4/25
**cell [1]** 4/9
**CentCom [2]** 6/17 6/24
8/14 8/20 9/5 9/14
12/13
**certain [2]** 12/10 27/5
**certainly [3]** 12/7 14/21
25/9
**Certified [1]** 2/3
**certify [1]** 29/2
**CEX [26]** 4/9 4/10 4/15
6/12 7/14 7/19 8/6 8/6
8/11 8/12 8/13 8/15
8/22 9/6 9/6 9/9 9/10
9/14 9/16 9/23 9/24
10/21 11/25 15/5 15/13
18/4
**CEX-C [26]** 4/9 4/10
6/12 7/14 7/19 8/6
8/6 8/11 8/12 8/13 8/15
8/22 9/6 9/6 9/9 9/10
9/14 9/16 9/23 9/24
10/21 11/25 15/5 15/13
18/4
**CH [1]** 2/4
**change [1]** 8/25
**checking [1]** 4/17
**Cirino [1]** 18/10
**citation [1]** 11/3
**citations [1]** 5/17
**Civil [1]** 3/3
**civilians [1]** 15/21
**client [1]** 17/3
**clients [3]** 8/18 11/17
24/11
**closed [1]** 5/12
**cold [1]** 4/20
**COLUMBIA [1]** 1/1
**combined [1]** 4/8
**come [1]** 11/9

**C**

**comfort [1]** 14/19
**coming [1]** 8/19
**command [1]** 5/22
**commitment [2]** 4/7 18/3
**committed [2]** 3/25 18/4
**communicated [1]** 7/20
**compel [1]** 13/19
**complete [1]** 16/10
**completed [3]** 3/24 4/6 4/10
**complicated [2]** 22/15 28/8
**component [2]** 15/4 15/5
**computer [1]** 2/7
**computer-aided [1]** 2/7
**concerned [1]** 11/11
**concerns [1]** 20/13
**concluded [1]** 28/25
**conclusion [1]** 20/3
**conducted [1]** 14/16
**confer [3]** 12/8 17/20 19/9
**CONFERENCE [1]** 1/9
**confess [1]** 27/4
**confident [1]** 6/17
**confirm [2]** 22/12 28/16
**confirmed [1]** 4/4
**conflict [1]** 15/19
**connected [1]** 23/11
**consistency [1]** 24/22
**Constitution [1]** 2/4
**contact [2]** 14/13 17/3
**CONTINUED [1]** 2/1
**contractors [1]** 6/3
**convene [1]** 28/12
**conversation [3]** 5/15 14/22 16/14
**convey [1]** 17/3
**copies [1]** 21/13
**copy [1]** 20/18
**correct [2]** 13/10 29/3
**correctly [1]** 11/4
**corresponding [1]** 8/14
**could [12]** 6/11 8/25 14/4 14/22 14/23 15/23 17/17 18/6 20/18 23/11 26/24 26/24
**counsel [7]** 3/9 3/16 5/14 7/21 15/15 16/12 20/6
**count [1]** 10/6
**couple [1]** 20/5
**course [3]** 5/1 19/8 24/23
**COURT [12]** 1/1 2/2 2/3 8/4 11/16 12/22 18/17 19/3 21/10 21/13 22/18 27/13
**cover [1]** 5/3
**covered [1]** 26/13

**created [1]** 4/24
**credit [1]** 9/21
**criminal [1]** 18/12
**CRR [2]** 29/2 29/8
**cuff [1]** 23/21
**cut [1]** 4/20
**CV [2]** 1/4 22/2

**D**

**D.C [3]** 1/5 1/20 2/5
**damages [2]** 20/14 21/24 22/14 22/19 27/25
**dance [1]** 28/17
**database [5]** 6/23 6/25 7/20 8/15 9/14
**databases [1]** 12/9
**date [5]** 6/4 8/19 11/5 13/11 29/7
**day [1]** 18/24
**days [2]** 16/19 17/8
**DD [1]** 11/8
**deadline [5]** 11/16 11/20 18/25 19/2 19/22
**deal [1]** 7/5
**death [3]** 5/19 7/6 10/23
**decades [1]** 22/16
**December [1]** 5/2
**decide [1]** 26/6
**decision [2]** 27/17
**decisions [2]** 11/5 22/14
**declaration [2]** 13/17 14/23
**declassified [1]** 12/19
**Defendants [1]** 1/7
**Defense [4]** 1/19 3/8 4/2 11/19
**Department [5]** 1/19 1/19 3/8 6/17 11/19
**describes [1]** 3/14
**deserve [1]** 11/19
**detailing [1]** 17/22
**details [2]** 3/21 5/19
**determination [1]** 12/21
**determined [2]** 4/22 12/17
**deviations [1]** 22/18
**did [4]** 4/10 4/19 6/25 20/24
**didn't [1]** 25/6
**died [1]** 10/5
**different [5]** 9/7 15/4 20/15 21/3 24/18
**differently [1]** 9/13 24/12 24/19
**diligent [1]** 13/21
**Dina [3]** 1/13 3/5 21/12
**disciplinary [1]** 11/10
**disconnect [1]** 23/11
**discovery [1]** 18/1
**discretionary [1]** 18/23
**discuss [1]** 14/18 27/21
**discussion [1]** 27/23
**DISTRICT [3]** 1/1 1/1

**do [17]** 12/2 12/11 13/7 14/10 14/12 14/22 19/5 19/10 19/15 23/1 23/14 25/25 26/7 26/14 26/14 26/16 27/24
**docket [2]** 22/2 23/6
**document [2]** 9/7 22/4
**documentation [1]** 9/19
**documents [11]** 5/6 5/8 5/20 12/19 12/20 16/15 17/21 17/22 18/6 18/14 19/6
**DoD [46]**
**does [3]** 9/21 14/8 26/17
**doesn't [7]** 10/11 10/18 10/23 13/3 13/14 14/7 20/6
**doing [3]** 3/10 9/23 27/1
**don't [39]**
**done [5]** 12/24 13/21 16/25 17/18 18/20 19/2 19/18
**double [1]** 4/17
**double-checking [1]** 4/17
**down [8]** 14/2 14/15 14/22 16/6 16/11 19/16 19/21 24/4
**dozens [1]** 8/22
**draft [1]** 20/25
**DTRA [5]** 4/2 4/5 4/7 10/12 10/16
**duty [1]** 5/18

**E**

**each [1]** 3/23
**earlier [1]** 4/13
**ECF [1]** 22/2
**efforts [1]** 3/24
**either [4]** 11/25 13/8 21/4 27/10
**elaborate [1]** 23/25
**else [2]** 5/13 11/25
**email [4]** 1/17 1/21 17/22 18/10
**ended [2]** 26/25 27/6
**enough [4]** 15/1 19/13 24/1 28/20
**entered [1]** 17/23
**especially [1]** 19/11
**essentially [1]** 8/4
**et [3]** 1/3 1/6 3/3
**et al [1]** 3/3
**even [3]** 8/17 14/11 27/21
**event [1]** 7/7
**every [1]** 8/22
**everybody [1]** 3/10
**everyone [2]** 16/9 17/7
**everything [3]** 12/4 12/13 25/11
**evidence [4]** 9/5 11/7 27/13 27/14
**exactly [1]** 13/24 19/17

**excuse [1]** 23/23
**exhausted [1]** 17/16
**exhibits [4]** 5/3 10/9 11/24 13/6
**exist [4]** 5/20 6/1 16/15 19/7
**expectations [1]** 3/18
**expects [1]** 5/5
**explain [1]** 8/25
**explanatory [1]** 28/6
**exploitation [1]** 4/9
**explosively [1]** 21/25
**explosives [3]** 4/8 9/25 10/1
**extent [2]** 5/20 7/17

**F**

**fact [7]** 5/25 10/14 11/4 12/3 13/14 15/4 21/1
**facts [1]** 16/8
**fair [4]** 15/12 19/13 22/25 24/1
**fairly [1]** 7/3
**faith [1]** 5/24
**families [1]** 11/18
**family [1]** 27/13
**far [4]** 3/14 18/10 18/15 22/24
**farther [1]** 11/14
**fashion [1]** 26/25
**February [4]** 1/5 5/9 17/19 29/7
**few [3]** 5/11 6/22 15/19
**figure [2]** 3/11 7/5
**file [4]** 22/7 26/4 28/5 28/6
**filed [8]** 4/3 21/4 21/7 21/8 21/14 22/1 25/7 26/10
**filing [1]** 21/5
**final [1]** 22/14
**find [2]** 13/22 19/19
**fine [3]** 9/4 26/8 28/22
**finished [1]** 15/8
**first [7]** 4/1 4/20 14/7 15/19 16/23 19/15 20/12
**first-hand [1]** 14/7
**FOIA [5]** 6/15 8/14 8/16 8/17 19/4
**folks [1]** 6/2
**follow [1]** 6/12
**follow-up [1]** 6/12
**forces [1]** 12/18
**foregoing [1]** 29/3
**forensically [2]** 9/22 9/25
**form [4]** 5/17 6/9 6/10 11/8
**formed [1]** 21/25
**forward [1]** 16/24
**found [3]** 9/14 9/15 10/13
**Fourth [1]** 1/20
**fragment [2]** 7/19 9/1
**framework [4]** 20/14 21/3 21/8 27/25
**frankly [1]** 10/17 17/7

**frequently [1]** 9/15
**Friday [7]** 23/20 24/3 24/4 27/14 27/12 27/21 28/6 28/12
**fruitful [1]** 14/10
**full [2]** 16/23 28/17
**further [5]** 5/19 8/17 10/11 17/13 19/9
**future [1]** 3/18

**G**

**gather [1]** 21/4
**gauge [1]** 14/19
**gave [1]** 19/12
**general [2]** 22/17 22/19
**generally [2]** 15/17 15/23
**get [23]** 4/16 5/23 7/23 8/7 11/8 11/23 11/25 13/13 13/18 16/25 17/4 17/5 17/6 17/8 17/10 19/17 19/21 20/18 26/15 26/19 27/12 27/25 28/4
**gets [1]** 12/24
**getting [6]** 10/10 13/8 14/1 19/2 24/11 27/20
**Gielchinsky [2]** 1/13 3/5
**give [2]** 17/8 23/15
**given [1]** 17/16
**go [7]** 3/22 15/14 16/18 22/24 23/1 23/3 27/2
**goal [1]** 12/24
**goes [1]** 18/18
**going [12]** 7/8 17/1 17/2 19/14 20/4 24/17 23/6 23/6 23/8 23/19 24/18 27/11
**Gold [1]** 11/18
**gone [1]** 24/10
**good [5]** 3/2 3/9 5/24 12/6 17/7
**good-faith [1]** 5/24
**got [4]** 7/19 18/9 23/10 24/4
**gotten [2]** 13/25 14/1
**governed [1]** 18/1
**government [3]** 3/16 6/10 10/2
**great [2]** 6/10 10/2
**guess [6]** 6/16 16/22 20/22 20/23 21/23 22/6

**H**

**Hackensack [1]** 1/16
**had [11]** 3/25 6/14 8/4 8/14 9/5 11/14 16/23 20/4 22/5 24/16 25/18
**hair [1]** 23/21
**half [2]** 15/8 28/20
**hand [1]** 14/7
**hands [1]** 16/23
**happening [1]** 10/21
**happy [4]** 19/8 19/23 21/10 28/11
**hard [2]** 19/5 19/6
**has [31]**
**hasn't [2]** 4/18 25/20

**H**

have [59]
he [7]  21/2 21/7 24/17
25/15 25/18 25/20
26/17
he's [2]  14/6 24/16
hear [1]  13/4
heard [1]  17/13
hearing [2]  3/11 28/15
Heart [3]  5/17 11/2
11/6
helpful [4]  3/19 3/22
8/2 28/11
helps [1]  12/14
her [5]  20/25 22/2
22/12 26/4 28/18
here [12]  7/12 9/17
11/10 12/11 14/6 15/1
16/9 17/16 19/15 22/14
23/18 23/22
hesitation [1]  22/5
him [5]  17/21 25/15
26/21 26/23 26/24
his [5]  21/5 25/4 25/7
25/16 26/21
history [1]  6/14
Honor [17]  3/2 3/20
5/10 6/20 7/10 7/25
8/17 11/4 14/18 16/17
16/20 17/12 19/25 20/8
21/15 23/2 23/16
Honor's [2]  10/16
27/16
HONORABLE [1]  1/10
hope [1]  3/10
hoped [1]  11/14
hoping [1]  20/18
hour [2]  28/15 28/20
how [9]  7/5 13/12
13/25 14/15 24/9 24/10
24/18 26/12 28/1
however [1]  12/24
human [1]  5/22
hundreds [1]  10/24

**I**

I assume [1]  26/25
I believe [4]  5/3 18/22
25/3 25/21
I can [5]  13/17 16/1
18/10 18/17 23/9
I can't [1]  13/19
I don't [9]  17/15 18/13
19/9 24/16 25/24 27/2
28/17 28/19 28/20
I don't have [1]  5/10
I guess [3]  20/22 20/23
22/6
I have [4]  6/19 22/6
27/3 28/19
I hope [1]  3/10
I just [5]  13/24 16/10
21/11 23/5 27/6
I know [1]  24/2
I mean [1]  27/24
I think [18]  3/22 5/8 8/2
11/16 11/16 14/18
15/13 17/17 17/24

isn't [1]  7/8
issue [3]  6/25 23/5
26/10
issues [2]  12/8 21/9
it [55]
it would be [1]  16/11
it's [18]  12/22 7/12 9/4
9/15 9/20 11/9 16/2
17/5 18/2 19/9 21/1
21/17 21/23 22/8 22/12
22/15 23/8 24/24
items [1]  3/23
its [3]  3/24 4/10 18/3
itself [2]  9/24 16/3

**J**

January [1]  5/2
JC [1]  23/10
Joint [3]  3/13 16/19
19/22
JSR [2]  3/22 4/3
judge [9]  1/10 17/25
20/24 21/17 21/17 22/7
23/14 25/24 28/24
Judge Bates [1]  17/25
Judge Kollar-Kotelly
 [2]  21/17 25/24
Judge Kollar-Kotelly's
 [1]  22/7
judges [2]  22/17 24/23
judgment [2]  24/11
26/18
judicial [1]  24/24
July [6]  11/15 11/20
13/3 13/11 13/13 18/25
just [35]
JUSTICE [1]  1/19

**K**

Karcher [9]  20/14
20/17 21/13 22/23 24/9
24/18 25/13 25/16 28/7
keep [1]  27/1
kept [1]  5/21
kick [1]  15/15
killed [2]  6/3 12/18
kind [3]  4/17 5/14 15/8
kinds [1]  15/18
know [49]
knowledge [4]  14/7
14/13 14/15 16/1
knows [3]  8/4 13/5
26/19
Kollar [4]  20/24 21/17
22/7 25/24
Kollar-Kotelly [1]
20/24
Kotelly [3]  20/24 21/17
25/24
Kotelly's [1]  22/7

**L**

lab [1]  9/24
labs [1]  9/24
lack [1]  7/4
laid [3]  18/5 18/8 18/14
large [1]  5/5

larger [3]  10/15 10/15
27/20
latest [2]  11/1 27/17
least [4]  7/14 9/10
22/17 28/1
leave [2]  21/16 22/7
26/4
LEE [9]  1/3 3/3 4/5
4/11 10/14 10/17 11/5
22/7 25/15
Lee's [1]  10/14
left [3]  5/7 5/9 13/5
less [1]  13/22
let [5]  6/11 6/11 9/13
11/22 17/8
letter [1]  28/6
level [1]  14/19
like [14]  10/20 13/24
16/13 16/25 17/13 19/4
22/1 22/13 22/16 22/18
22/19 23/5 23/21 24/10
limit [1]  12/10
limited [2]  26/22 27/5
line [3]  5/18 23/10
23/17
link [1]  8/8
list [1]  4/23
listed [1]  8/5
litigation [1]  6/14
little [4]  11/2 17/13
17/17 24/8
LLC [1]  1/14
locate [1]  12/14
located [2]  4/5 10/6
long [5]  17/5 17/20
21/2 24/10 28/8
longer [2]  6/24 24/21
look [3]  4/7 4/16 7/21
9/8 16/22 18/6 19/14
22/13 22/15 24/14
24/21 27/3 27/8 28/10
28/11
looked [6]  6/25 10/12
11/24 18/11 18/15
24/19
looking [1]  12/9
looks [1]  22/1
loss [2]  9/12 9/13
lot [3]  11/14 13/19
16/23
loud [1]  22/6
love [1]  12/20
luck [1]  10/16

**M**

made [6]  8/13 8/21
12/16 12/21 22/14
26/22
maintains [1]  17/22
make [7]  4/17 6/12
8/16 8/17 22/13 26/5
27/24
making [2]  9/8 13/2
mandatory [5]  15/7
15/19 15/20 18/22
24/23
manner [1]  18/14

many [3]  17/21 17/22
26/12
March [1]  17/11
mark [1]  19/1
master [7]  20/16 20/24
21/24 22/23 26/5 26/16
27/19
master's [3]  20/13
20/18 21/1
masters [1]  24/19
materials [3]  24/15
28/5 28/21
math [1]  13/10
matter [3]  10/18 22/6
29/4
matters [1]  22/19
may [12]  4/15 5/16
5/18 5/18 5/18 5/25 6/8
8/2 13/13 22/21 28/1
28/20
maybe [10]  5/9 7/18
13/6 13/7 14/10 16/2
20/25 23/14 27/4 28/5
me [18]  6/7 6/11 6/11
9/13 11/22 12/2 13/20
14/25 17/8 17/11 21/13
22/12 23/15 24/6 26/5
26/12 26/14 28/11
mean [4]  3/21 12/1
23/3 27/24
meaning [1]  9/22
means [1]  19/7
mechanical [1]  2/6
medal [1]  11/3
medical [1]  26/1
meet [3]  12/8 17/20
19/8
meeting [1]  28/19
MEHTA [1]  1/10
member [2]  15/8 27/13
member's [1]  5/9
members [3]  6/3 10/4
21/24
memoranda [1]  5/4
memorandum [1]
26/11
mentioned [1]  3/21
Merit [1]  2/2
Michael [5]  1/14 1/19
3/6 8/1 17/12
might [5]  17/24 23/20
23/24 24/12 27/18
military [1]  12/19
mind [2]  23/1 26/12
mining [1]  9/25
missed [2]  4/15 4/18
6/8 7/18
missing [1]  11/5
moment [2]  23/2 23/15
month [1]  5/6
months [4]  5/11 6/22
11/11 17/17
Moore [1]  1/15
more [15]  3/17 4/15 9/9
11/25 12/2 13/20 13/21
13/23 15/2 15/9 17/17
18/20 19/23 27/19
27/24

**M**

motion [1] 25/24
move [5] 16/24 26/23 26/24 27/10 28/15
Mr [1] 10/2
Mr. [17] 3/17 9/1 9/4 11/2 11/22 13/4 14/5 14/11 14/24 17/3 17/20 18/10 20/4 20/12 25/2 25/16 25/19
Mr. Balaran [1] 25/16
Mr. Balaran's [2] 25/2 25/19
Mr. Cirino [1] 18/10
Mr. Radine [2] 11/22 20/12
Mr. Tepe [9] 3/17 9/1 11/2 13/4 14/5 14/11 14/24 17/3 20/4
Mr. Tepe's [2] 9/4 17/20
mradine [1] 1/17
much [7] 10/15 10/15 10/18 11/8 13/12 19/2 19/10
multiple [1] 19/3
mutes [1] 23/17
my [19] 6/21 6/22 7/2 7/10 7/15 13/9 15/11 15/18 16/1 16/23 17/8 20/20 20/23 21/22 22/5 24/5 24/6 25/18 28/17
myself [1] 15/16

**N**

Naomi [2] 1/13 3/5
Navy [2] 6/17 6/24
necessarily [3] 7/8 9/21 14/7
need [5] 17/4 17/6 21/16 23/14 26/14
needs [1] 16/13
negotiations [1] 18/19
next [8] 5/11 19/20 19/22 24/3 24/4 26/7 27/21 28/12
NJ [1] 1/16
no [11] 1/4 4/1 6/18 6/24 7/13 11/25 20/20 21/19 22/3 25/20 26/20
none [2] 9/15 18/10
not [34]
note [2] 18/22 21/11
noted [1] 11/4
nothing [4] 8/16 10/10 11/12 13/22
November [1] 5/1
now [6] 7/2 8/23 9/15 15/3 15/6 21/21
number [3] 8/24 18/5 27/5
numbers [1] 27/19
NW [2] 1/20 2/4

**O**

oath [1] 16/13
objected [1] 25/8
objection [1] 21/15

objections [16] 12/20 21/2 21/4 21/8 25/10 25/13
obligated [1] 12/4
obviously [7] 9/21 11/10 11/17 12/9 25/8 27/9 28/5
October [1] 22/1
off [2] 23/1 23/21
offer [1] 5/24
offered [1] 5/16
offers [1] 11/1
Official [1] 2/3
often [2] 9/20 11/3
Oh [2] 23/23 28/16
okay [24] 3/9 6/6 6/10 6/10 7/11 7/16 7/22 13/1 16/21 19/3 19/24 20/7 22/12 23/13 24/1 24/4 25/22 26/9 27/8 28/4 28/9 28/13 28/14 28/21
once [1] 15/4
one [17] 4/1 4/6/11 6/12 10/14 11/4 12/16 13/18 15/9 15/23 19/24 20/15 21/3 23/5 23/15 27/19 28/8
ones [1] 9/11
only [7] 8/11 10/14 11/12 13/6 20/20 21/11 22/5
open [4] 12/24 14/5 26/25 27/6
open-ended [2] 26/25 27/6
opinion [3] 26/11 26/18 26/18
opportunity [2] 14/9 19/16
oral [1] 12/22
order [4] 4/1 16/9 26/22 27/3
ordered [2] 17/24 17/25
OSEN [1] 1/14
osenlaw.com [1] 1/17
other [10] 5/15 6/15 7/20 10/9 12/21 16/24 18/8 21/9 23/19 24/14
otherwise [2] 13/15 19/4
ought [3] 15/2 15/9 27/23
our [14] 7/21 9/2 9/8 10/6 10/9 11/17 12/16 12/24 20/16 24/8 24/11 25/10 26/16 28/15
out [16] 3/11 5/12 5/14 5/23 7/5 13/24 17/17 18/5 18/9 18/14 22/6 26/11 26/12 27/14
over [3] 5/1 5/11 17/21
own [1] 12/15

**P**

p.m [2] 1/6 28/25
pages [7] 4/3 4/4 5/2

pain [1] 21/24
part [3] 15/11 24/7 27/23
particular [1] 4/1
parties [1] 16/18
partners [1] 24/6
party [2] 1/18 3/7
pass [1] 18/21
past [3] 6/4 6/15 15/21
patient [2] 11/16 11/17
pejoratively [1] 12/1
penalty [1] 13/18
penetrators [1] 21/25
percent [1] 11/13
perhaps [3] 5/6 6/1 24/19
period [1] 15/22
perjury [1] 13/18
person [2] 14/9 14/13
perspective [1] 24/24
pertain [1] 6/2
phone [1] 21/12
pick [1] 21/22
picture [1] 8/3
place [2] 23/9 23/11
plaintiff [3] 6/14 7/18 18/19
plaintiff's [5] 5/14 7/20 16/11 20/5 20/21
plaintiffs [11] 1/4 1/13 3/6 4/13 7/23 8/1 12/3 18/8 26/13 26/17 27/6
play [1] 13/24
please [3] 17/2 22/11 23/15
point [5] 6/16 8/18 9/8 17/6 19/23
portion [1] 23/12
position [2] 23/21 23/24
possibilities [1] 17/16
possible [1] 17/13
potential [1] 7/9
potentially [2] 4/21 5/15
predecessor [1] 9/4 17/20
prepared [2] 14/12 15/7
preserved [1] 5/21
press [1] 17/2
presumably [1] 14/8
pretty [1] 19/10
Prettyman [1] 2/4
previous [1] 26/22
primarily [1] 5/3
probably [2] 3/19 19/21
problem [5] 13/3 13/4 13/14 20/20 25/25
problematic [1] 11/2 20/19
procedural [1] 22/6
procedure [1] 24/7
proceeding [1] 23/6
proceedings [4] 1/9 2/6 28/25 29/4

process [3] 18/25 26/15
produce [2] 12/5 15/5
produced [13] 2/7 3/14 4/3 5/2 5/4 9/3 12/3 12/12 12/13 13/15 13/23 15/25 16/15
producing [2] 3/12 10/8
production [5] 11/20 11/23 13/2 16/10 17/4
productions [1] 3/18
productive [1] 10/17
Professor [6] 24/16 25/3 25/7 25/9 25/13 26/1
prolong [1] 24/21
properly [1] 5/21
proposal [2] 12/16 13/2
proposed [5] 20/15 21/3 21/4 22/20 22/24
proposing [1] 20/14
prove [1] 9/22
provide [2] 21/10 21/15 27/13
prudent [1] 28/1
public [1] 23/10
Purple [3] 5/17 11/2 11/5
put [1] 9/13

**Q**

question [4] 6/12 12/6 15/14 25/18
questions [2] 14/4 20/12
quite [2] 17/15 22/24

**R**

Radine [6] 1/14 3/6 8/1 11/22 17/12 20/12
raise [2] 15/14 20/5
rather [1] 23/7
reach [1] 5/23
reached [1] 5/13
really [5] 13/12 14/6 16/25 17/2 17/6
Realtime [1] 2/3
reason [4] 8/11 10/13 14/24 18/25
reasons [1] 15/24
recall [1] 27/7
received [4] 6/14 8/21 11/1 25/2
receiving [1] 8/19
recent [1] 11/4
recently [1] 26/10
recipient [1] 13/20
recommend [1] 16/17
recommendation [5] 21/9 21/14 21/23 25/3 26/16
recommendations [2] 21/7 22/14
record [5] 5/16 7/19 23/2 24/8 29/3
recorded [1] 2/6

records [53]
Reduction [1] 4/2
reference [1] 26/21
referenced [1] 9/2
referred [2] 4/9 9/1
referring [1] 21/22
Registered [1] 2/2
relate [1] 13/6
related [1] 24/9
relation [1] 11/9
release [1] 5/5
relevant [1] 11/10
remain [1] 11/11
remaining [1] 11/23 13/9 13/13
remains [1] 3/15
remember [3] 26/12 27/4 27/5
remind [1] 26/14
repeat [1] 6/7
report [23] 3/14 6/8 9/2 9/8 10/3 10/3 12/17 13/6 16/19 16/20 17/23 18/17 19/22 20/13 20/18 21/1 21/2 21/7 21/9 21/14 21/23 25/2 26/16
Reporter [4] 2/2 2/2 2/3 2/3
reports [15] 5/1 5/3 5/4 5/18 6/18 7/4 7/6 7/7 11/25 13/9 15/17 15/24 18/9 18/23 27/25
represent [1] 4/4
REPUBLIC [2] 1/6 3/4
request [1] 19/4
requested [2] 9/17 22/22
requests [7] 6/15 7/1 8/14 8/16 8/18 8/19 8/21
resolve [2] 13/3 13/14
resources [1] 5/22
respect [2] 15/6 15/13
responded [2] 21/5 24/9
response [3] 4/5 20/17 25/19
responsive [9] 3/12 4/11 4/21 4/22 5/16 7/1 7/13 7/14 13/23
restate [1] 16/3
results [2] 8/25 10/13
retain [1] 8/18
retention [2] 6/4 15/22
review [1] 4/10
reviewed [2] 4/19 4/21
right [21] 7/22 8/10 9/3 15/12 16/4 16/16 17/10 20/1 20/2 20/7 20/11 21/6 21/18 25/5 25/17 25/20 27/15 28/3 28/3 28/22 28/23
RMR [2] 29/2 29/8
round [1] 27/14
Rs [2] 25/8 25/15
rudimentary [1] 7/3
running [1] 14/3

**S**

saga [1]  28/7
said [2]  14/23 27/3
Saltzburg [5]  24/16
 25/3 25/9 25/13 26/1
Salzburg [1]  25/7
same [2]  22/4 22/22
satisfied [2]  13/25
 16/14
satisfy [2]  12/3 16/9
say [6]  9/8 11/23 12/4
 16/1 19/10 23/19
saying [3]  13/5 15/3
 18/21
says [2]  11/24 19/3
seal [7]  21/15 21/16
 22/8 23/3 23/9 23/12
 28/7
sealed [1]  21/14
sealing [1]  25/25
Sean [2]  1/19 3/7
sean.tepe [1]  1/21
search [10]  4/19 5/17
 6/25 7/19 10/16 12/8
 13/22 14/16 18/18
 18/18
searched [2]  9/5 18/13
searches [1]  14/3
searching [2]  9/14
 19/6
second [3]  4/8 4/23
 26/10
seconds [2]  23/14
 23/17
sections [1]  8/5
see [2]  5/15 28/17
seeing [1]  26/1
seek [1]  22/6
seeking [2]  8/6 8/8
seem [1]  13/3
seems [4]  10/10 13/8
 22/16 27/24
seen [2]  11/9 25/18
send [3]  7/21 9/3 18/17
sense [2]  13/3 27/24
sent [4]  9/9 17/19
 17/21 21/13
sequence [1]  28/1
served [1]  11/11
service [5]  5/19 6/3
 10/4 15/8 21/24
set [2]  9/2 13/11
settled [1]  27/25
several [1]  9/25
share [3]  22/12 24/15
 25/9
shared [1]  25/12
sharing [1]  16/6
should [5]  13/15 14/1
 19/7 26/7 28/5
shown [1]  19/1
side [2]  9/16 10/21
sides [1]  16/14
sight [1]  26/11
simply [1]  18/2
since [3]  4/3 11/11
 25/15
sit [7]  14/2 14/15 14/22

sit-down [5]  14/2
 14/15 14/22 16/6 16/11
skilled [1]  21/11
smart [1]  24/11
so [46]
so I think [1]  11/18
some [21]  5/25 6/2
 6/15 7/20 8/18 9/19
 10/13 12/21 12/23 14/3
 14/13 15/2 16/13 17/1
 17/5 19/2 21/5 21/9
 22/13 22/18 24/9
somebody [4]  14/8
 14/15 16/12 19/16
someone [1]  10/5
something [16]  4/17
 7/18 10/19 11/8 14/5
 14/11 16/2 19/21 20/25
 22/1 24/3 24/4 24/20
 24/24 26/6 28/10
sorry [1]  25/12
sort [5]  5/24 7/12 9/12
 18/23 28/7
sought [1]  6/1
sounds [1]  22/18
source [2]  7/9 10/2
sources [1]  5/16
speak [1]  14/9
speaking [3]  15/17
 15/24 23/20
special [11]  20/13
 20/16 20/17 20/24 21/1
 21/23 22/23 24/18 26/3
 26/16 27/19
specialized [1]  7/3
specific [1]  21/21
specifically [1]  21/22
standing [1]  27/14
standpoint [1]  26/15
stands [1]  6/5
Star [1]  11/18
start [3]  3/16 3/19
 27/20
started [2]  5/23 26/19
stated [1]  18/2
STATES [4]  1/1 1/10
 1/18 3/8
status [8]  1/9 3/14 9/2
 9/8 12/16 16/19 17/23
 19/22
statutory [1]  27/14
stay [1]  23/8
Stearns [3]  4/5 4/12
 10/17
Stearns' [1]  10/14
stenography [1]  2/6
step [1]  19/15
still [5]  4/14 7/2 12/1
 13/14 23/18
Street [2]  1/15 1/20
subjected [1]  10/19
submit [2]  16/19 28/10
submitted [5]  20/14
 20/17 25/4 25/15 25/16
subpoena [6]  8/3 8/4
 10/15 11/12 11/21
 13/20

subpoenas [5]  3/13
 4/6 4/11 4/23 11/15
subsequent [1]  27/25
substantially [1]  22/21
such [1]  6/18
suffering [1]  21/24
suggest [2]  15/1 27/18
suggesting [2]  16/5
 16/12
suggestion [1]  16/18
suggestive [1]  4/14
Suite [1]  1/15
summary [2]  6/6 26/18
supplied [1]  3/13
suppose [2]  16/5 21/21
supposition [1]  15/11
sure [10]  4/17 6/13
 14/4 14/20 17/14 17/25
 19/6 22/9 26/8 28/16
surprise [1]  24/2
sworn [1]  13/17
synopsis [1]  22/25
system [2]  8/20 9/24
systems [1]  12/10

**T**

tackle [1]  3/25
take [6]  4/16 7/21 9/21
 19/14 22/13 28/11
takeaway [1]  10/20
taken [2]  17/4 17/5
talk [4]  19/17 27/11
 28/6 28/21
talked [2]  18/12 25/15
talking [2]  22/3 24/5
team [1]  24/5
technically [1]  21/12
TELEPHONE [1]  1/9
tell [3]  18/10 18/15
 21/13
tells [1]  13/20
tend [1]  26/11
tended [1]  11/9
Tepe [12]  1/19 3/7 3/17
 9/1 10/2 11/2 13/4 14/5
 14/11 14/24 17/3 20/4
Tepe's [2]  9/4 17/20
term [1]  7/4
terms [6]  3/12 3/18
 5/13 12/9 14/22 18/18
testimony [1]  12/22
than [11]  4/15 11/14
 13/20 13/23 15/9 18/20
 19/23 20/15 21/3 24/21
 27/19
thank [9]  3/20 6/6 7/25
 19/25 20/4 20/7 20/9
 28/23 28/24
thank you [7]  6/6 7/25
 19/25 20/4 20/7 20/9
 28/23
that [159]
that's [22]  4/23 5/24
 6/4 6/19 6/24 7/10 7/15
 9/16 10/15 11/15 12/6
 12/24 14/3 14/4 15/12
 16/1 16/5 20/19 22/10

their [5]  5/18 11/15
 12/10 12/14 14/19
them [16]  4/14 5/23
 8/13 9/3 9/22 12/12
 12/14 14/12 15/9 15/15
 18/16 19/10 19/12 21/8
 21/15 25/9
then [12]  7/22 8/7
 13/18 15/6 15/8 21/8
 23/11 23/25 24/7 26/6
 26/10 27/18
there [25]  3/19 4/14
 4/22 5/13 5/15 6/18 7/8
 7/13 8/5 9/9 10/13 12/2
 12/8 14/23 14/25 15/1
 15/3 15/8 15/9 15/24
 16/5 18/13 22/17 23/17
 24/22
there's [13]  3/17 3/21
 4/8 5/9 8/16 12/10
 12/20 13/5 13/19 14/21
 18/20 21/2 21/19
these [22]  4/4 4/25
 5/20 5/21 6/12 7/1 7/3
 7/5 7/6 7/6 7/8 7/9 8/9
 9/6 9/18 9/18 12/23
 14/3 15/6 15/18 24/15
 25/24
they [24]  4/20 6/25
 7/19 8/14 10/12 10/13
 12/4 12/4 12/4 13/6
 13/7 13/7 13/15 13/21
 13/25 15/7 15/20 18/6
 18/21 18/23 19/5 19/10
 19/11 21/11
they're [6]  7/7 10/8
 11/6 12/9 13/8 20/23
they've [4]  6/6 13/15
 19/18
thing [5]  14/10 17/7
 22/15 23/19 24/14
things [7]  16/24 20/5
 22/25 24/9 24/19 25/25
 26/11
think [41]
thinking [3]  21/12 24/8
 24/25
thinks [1]  7/18
third [2]  4/25 5/7
this [45]
thorough [2]  3/13
 16/10
those [23]  4/21 6/14
 6/16 6/18 8/23 9/10
 9/14 10/9 10/10 10/18
 10/24 12/20 15/23
 15/24 18/4 18/9 18/11
 19/19 25/8 26/17 26/17
 27/16 28/4
thought [3]  4/20 9/5
 27/18
thoughts [1]  7/23
thousand [2]  5/9 13/5
thousands [2]  12/13
 12/14
Threat [1]  4/2
three [2]  3/24 18/3

through [6]  3/22 7/19
 18/18 18/21 19/17
 28/21
thumbnail [2]  9/6 9/9
time [6]  15/4 17/1 17/5
 17/5 24/13 28/21
times [1]  19/3
timing [1]  5/10
tires [1]  15/15
titled [1]  29/4
today [8]  4/13 5/14 6/5
 7/12 7/21 11/1 15/25
 16/2
together [1]  19/20
told [3]  11/12 13/13
 19/3
too [2]  27/8 28/17
took [1]  18/21
top [1]  18/2
topic [1]  23/25
tranche [3]  4/24 5/5
 5/8
transcript [1]  1/9 2/6
 23/7 23/9 23/12 29/3
transcription [1]  2/7
transfer [1]  8/24
transferred [4]  6/16
 6/23 8/15 8/20
treat [1]  19/4
truth [1]  13/12
try [1]  19/18
trying [3]  7/5 16/24
 24/10
turn [1]  7/23
turnaround [1]  24/13
two [7]  4/11 4/23 8/5
 11/1 19/1 20/12 25/4
two-year [1]  19/1
types [3]  17/21 17/22
 18/6

**U**

U.S [3]  1/19 10/4 15/8
Ultimately [1]  12/23
under [9]  13/18 16/13
 17/25 21/16 22/8 23/3
 23/9 23/12 28/7
understand [10]  3/23
 5/22 6/13 6/13 8/24
 10/21 15/16 20/13
 20/16 22/22
understandably [1]
 14/5
understanding [12]
 6/21 6/23 7/2 7/10 7/13
 7/15 10/9 15/18 16/7
 19/18 20/23 24/17
Understood [1]  22/9
unit [1]  7/4
UNITED [4]  1/1 1/10
 1/18 3/7
unlikely [1]  13/8
until [1]  25/7
up [8]  6/12 8/3 8/17
 11/9 17/4 17/6 21/22
 28/15
upon [4]  12/13 15/4
 16/7 17/2

35

**U**

**urgency [1]** 19/2
**us [9]** 8/18 9/3 9/9 12/13 19/3 19/5 20/20 21/13 21/13
**usdoj.gov [1]** 1/21
**usually [1]** 9/19

**V**

**vague [1]** 11/3
**versus [1]** 3/3
**very [9]** 3/13 8/2 9/10 9/23 10/18 11/8 11/16 11/17 21/2
**veterans [1]** 11/18
**VIA [1]** 1/9
**victims [1]** 10/24
**vs [1]** 1/5

**W**

**want [9]** 14/14 14/17 14/18 19/2 23/3 24/3 24/21 28/10 28/17
**wanted [1]** 20/5
**warranted [1]** 22/21
**was [32]**
**Washington [3]** 1/5 1/20 2/5
**way [7]** 4/17 7/21 12/21 13/8 18/22 21/5 24/11
**we [86]**
**we will [2]** 27/12 28/4
**we'd [3]** 5/22 9/17 10/20
**we'll [8]** 7/21 10/10 19/20 19/21 27/8 27/11 27/12 28/4
**we're [13]** 8/7 9/8 9/12 9/13 11/12 12/24 15/21 17/17 19/8 19/20 21/10 22/3 27/11
**we've [11]** 7/17 11/9 11/24 13/21 13/22 13/23 18/9 18/14 23/10 24/4 25/14
**week [2]** 26/7 28/12
**Weinberg [2]** 1/13 3/5
**well [11]** 3/10 8/12 9/12 13/13 14/4 15/21 16/22 20/22 23/8 24/20 28/2
**went [1]** 17/21
**were [18]** 4/11 5/4 5/20 6/1 6/2 6/4 6/16 8/19 8/19 9/7 10/18 12/18 15/18 15/20 18/8 18/22 18/23 24/5
**weren't [2]** 4/22 18/4
**what [27]** 3/15 3/17 5/13 7/12 8/25 9/4 12/2 12/11 13/4 13/4 13/23 13/25 14/1 16/6 16/7 16/7 16/17 16/22 18/1 19/17 19/18 20/22 20/24 22/20 22/24 25/7 27/3
**what's [4]** 3/14 5/7

**whatever [3]** 26/4 26/22 27/9
**when [6]** 9/13 11/9 15/20 19/20 24/3 27/24
**whenever [1]** 15/7
**where [8]** 3/11 3/23 6/4 7/23 9/10 16/20 17/6 22/25
**whether [10]** 10/4 13/14 14/8 24/15 24/17 25/18 26/6 27/4 27/5 27/6
**which [24]** 3/14 5/3 5/6 5/18 6/23 7/2 8/6 8/7 8/7 9/19 10/3 11/1 11/10 11/17 16/14 17/3 17/21 18/21 19/20 21/2 22/8 22/16 25/15 27/14
**while [1]** 10/8
**who [2]** 6/2 18/8
**who's [1]** 21/12
**whoever [2]** 14/2 14/12
**whole [3]** 13/19 16/23 18/5
**why [13]** 3/16 7/22 8/11 9/12 9/13 10/16 11/15 15/16 15/24 16/5 17/8 18/25 24/24
**will [7]** 13/25 15/1 16/22 17/7 18/21 27/12 28/4
**WILLIAM [5]** 1/3 2/2 3/3 29/2 29/8
**willing [1]** 4/16
**wing [1]** 18/12
**without [2]** 23/6 23/6
**wondering [1]** 22/5
**words [1]** 11/6
**work [2]** 19/5 19/6
**working [1]** 23/21
**would [32]**
**wounded [3]** 6/3 11/18 21/25
**woundings [1]** 15/21
**wrapped [2]** 17/4 17/6
**written [1]** 12/22

**Y**

**yeah [16]** 21/7 21/20 22/3 22/3 22/11 23/1 24/14 25/1 25/18 26/3 26/8 27/2 27/12 27/22 28/4 28/22
**year [4]** 17/19 18/14 19/1 19/12
**years [1]** 15/19
**yes [4]** 22/11 23/4 23/18 24/5
**yet [1]** 15/7
**you [93]**
**you know [4]** 6/21 7/20 14/13 26/2
**you'll [1]** 14/25
**you're [2]** 11/25 20/21
**you've [6]** 13/25 14/1 14/9 21/4 22/22 22/24
**your [30]**

3/20 5/10 6/20 7/10 7/25 8/17 11/4 14/18 16/17 17/12 19/25 20/8 21/15 23/2 23/16
**Your Honor's [2]** 10/16 27/16

**Z**

**Zaremba [3]** 2/2 29/2 29/8
**zero [1]** 8/24