UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-----------------------------------------------------------------------x
WILLIAM LEE, *et al.*,  :
  :
       Plaintiffs,  :  Case No.: 19-cv-830-APM
  :
-against-  :
  :
ISLAMIC REPUBLIC OF IRAN,  :
  :
       Defendant.  :
-----------------------------------------------------------------------x

## STATUS REPORT

Plaintiffs respectfully submit this status report following the telephonic status conference held by the Court on February 17, 2023.

**I.    Proceeding with Damages Determinations for the Plaintiffs Implicated by the *Lee II* Order**

In its decision issued on January 30, 2023, 2023 WL 1100711 ("*Lee II*"), this Court found Defendant Islamic Republic of Iran ("Iran") liable for 27 of the 99 attacks at issue in this litigation, having previously found Iran liable for four additional attacks. *See* 518 F. Supp. 3d 475 (D.D.C. 2021) ("*Lee I*"). The Court granted default judgment in *Lee II* in favor of:

- 17 surviving Plaintiffs,
- 4 estates of decedent Plaintiffs, and
- 47 family member Plaintiffs (subject to Plaintiffs providing evidence showing that they are U.S. nationals).

During the telephonic status conference held on February 17, 2023, the Court requested that Plaintiffs' counsel provide it with the names and curriculum vitae of two proposed special masters who would be appointed to issue reports and recommendations ("R&Rs") as to the

damages of Plaintiffs implicated by the *Lee II* decision. On February 21, 2023, Plaintiffs' counsel provided that information to the Court.

Plaintiffs are prepared to file a formal motion seeking the appointment of Franklin D. Rosenblatt, Esq. and Jim Letten, Esq. as special masters. If the Court concludes that a further discussion of the issue is warranted, Plaintiffs' counsel would welcome a status conference to receive further guidance from the Court.

II.    **Pending Reports and Recommendations for Plaintiffs implicated in *Lee I***

In *Lee I*, this Court found Iran liable for 4 of the 99 attacks at issue in this litigation, *see* 518 F. Supp. 3d 475. The Court granted default judgment in *Lee I* in favor of:

- 5 surviving Plaintiffs,
- 2 estates of decedent Plaintiffs, and
- 13 family member Plaintiffs (subject to Plaintiffs providing evidence showing that they are U.S. nationals).

Plaintiffs submitted damages evidence for those Plaintiffs except for one estate (which formation is still pending) and one surviving Plaintiff who was unable to participate in the process at that time. On April 11, 2022, ECF No. 59, and June 30, 2022, ECF No. 67, Professor Stephen A. Saltzburg, the Court-appointed special master, submitted R&Rs for those Plaintiffs. Unless the Court requires any additional submissions from Plaintiffs' counsel, those R&Rs are ripe for determination.

Date:   April 28, 2023

        Respectfully submitted,

        **OSEN LLC**

By /s/ Gary M. Osen
    Gary M. Osen (DC Bar No. NJ009)
    Dina Gielchinsky (DC Bar No. NJ011)
    Michael J. Radine (DC Bar No. NJ015)
    190 Moore Street, Suite 272
    Hackensack, NJ 07601
    Tel. (201) 265-6400

    **TURNER & ASSOCIATES, P.A.**
    C. Tab Turner
    4705 Somers Avenue, Suite 100
    North Little Rock, AR 72116
    Tel. (501) 791-2277

    **MOTLEY RICE LLC**
    John M. Eubanks
    Michael E. Elsner
    28 Bridgeside Boulevard
    Mt. Pleasant, South Carolina 29464
    Tel. (843) 216-9218

    *Attorneys for Plaintiffs*