UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WILLIAM LEE, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>    Defendant. | Case No. 19-cv-00830 (APM) |

## ORDER AND JUDGMENT

In accordance with the Memorandum Opinion, ECF No. 83, it is hereby, ORDERED that final judgment is entered in favor of the below Plaintiffs and against Defendant; it is furthermore, ORDERED that Plaintiffs are awarded $50,475,650.54 in damages, to be distributed as follows:

| Plaintiff | Solatium | Economic Loss |
|---|---|---|
| Estate of David G. Taylor Jr. | N/A | $1,225,650.54 |
| Michelle Taylor | $8,000,000 | N/A |
| Minor J.T. | $5,000,000 | N/A |
| Phyllis Taylor | $5,000,000 | N/A |
| John Taylor | $2,500,000 | N/A |
| Jason York | $2,500,000 | N/A |
| Jennifer York | $2,500,000 | N/A |
| Sebastian Canine | $2,500,000 | N/A |
| Steven Richards | $2,500,000 | N/A |
| Albert Snyder | $6,000,000 | N/A |
| Kathaleen Freeman | $6,000,000 | N/A |
| Richard Lee | $3,000,000 | N/A |
| Marcia Kirby | $1,875,000 | N/A |
| Steven Kirby | $1,875,000 | N/A |

Dated: June 29, 2023

Amit P. Mehta
United States District Court Judge