OSEN LLC
190 Moore Street, Suite 272
Hackensack, NJ 07601

Dr. Hossein Amir-Abdollahian
Ministry of Foreign Affairs
Islamic Republic of Iran
Iman Khomeni Avenue
Tehran, Iran