| Item Description (Nature de l'envoi) | Registered Article (Envoi recommandé) | ☐ Insured Parcel (Colis avec valeur déclarée) |
|---|---|---|
| Article Number (Numéro d'article) | | Insured Value (Valeur déclarée) |
| Office of Mailing (Bureau de dépôt) | | Date of Posting (Date de dépôt) |

Completed by the office of origin. (A remplir par le bureau d'origine.)

Name of Person or Firm Receiving the Article (Nom ou raison sociale du destinataire)
Dr. Hossein Amir-Abdollahian, Ministry of Foreign Affairs, Iran

Street and No. (Rue et no.)
Imam Khomeni Avenue

Place and Country (Localité et pays)
Tehran, Iran

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.)

| Office of Destination Employee Signature (Signature de l'agent du bureau du destination) | Date |
|---|---|

Postmark of the office of destination (Timbre du bureau de destination)

Signature of Addressee (Signature du destinataire)

Completed at destination. (A compléter à destination.)

PS Form **2865**, July 2013 (Reverse) PSN 7530-01-000-9775      UNITED STATES POSTAL SERVICE®

---

**Registered No.**                                    **Date Stamp**

To Be Completed By Post Office:

- Postage $
- Extra Services & Fees
  - ☐ Registered Mail $
  - ☐ Return Receipt (hardcopy) $
  - ☐ Return Receipt (electronic) $
  - ☐ Restricted Delivery $
- Extra Services & Fees (continued)
  - ☐ Signature Confirmation $
  - ☐ Signature Confirmation Restricted Delivery $
- **Total Postage & Fees** $
- Customer Must Declare Full Value $
- Received by

Domestic Insurance up to $50,000 is included based upon the **declared value**. International Indemnity is limited. (See Reverse).

OFFICIAL USE

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM:
Aaron Schlanger
OSEN LLC
190 Moore Street, Suite 272
Hackensack, NJ 07601

TO:
Dr. Hossein Amir-Abdollahian
Ministry of Foreign Affairs, Iran
Imam Khomeni Avenue
Tehran, Iran

PS Form **3806**, Registered Mail Receipt      Copy 1 - Customer
April 2015, PSN 7530-02-000-9051               (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com®