**Registered No.** RA650569595US

**Date Stamp**
0216
05

| | | Extra Services & Fees (continued)) |
|---|---|---|
| Postage $ | $13.54 | |
| Extra Services & Fees | $20.25 | ☐ Signature Confirmation $ |
| ☐ Registered Mail $ | | |
| ☐ Return Receipt (hardcopy) $ | $5.65 | ☐ Signature Confirmation Restricted Delivery $ |
| ☐ Return Receipt (electronic) $ | $0.00 | |
| ☐ Restricted Delivery $ | $0.00 | **Total Postage & Fees** $39.44 |

Customer Must Declare Full Value $0.00
$

Received by 08/11/2023

Domestic Insurance up to $50,000 is included based upon the **declared value**. International Indemnity is limited. (See Reverse).

To Be Completed By Post Office

OFFICIAL USE

WASHINGTON, DC 20210

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

**FROM**
Aaron Schlanger
OSEN LLC
190 Moore Street, Suite 272
Hackensack, NJ 07601

**TO**
Dr. Hossein Amir-Abdollahian
Ministry of Foreign Affairs, Iran
Imam Khomeni Avence
Tehran, Iran

**PS Form 3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)