CO 226
Rev. 4/2023

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

WILLIAM LEE, et al.,

_____
Plaintiff(s)

vs.

ISLAMIC REPUBLIC OF IRAN,

_____
Defendant(s)

Civil Action No.: ___19-cv-830 (APM)___

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk dispatch for mailing a copy of the judgment          (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Dr. Hossein Amir-Abdollahian
Ministry of Foreign Affairs
Islamic Republic of Iran
Imam Khomeni Avenue
Tehran, Iran

by: (check one)

- ☑ certified or registered mail, return receipt requested
- ☐ DHL
- ☐ Fed Ex

pursuant to the provisions of: (check one)

- ☐ FRCP 4(f)(2)(C)(ii)
- ☑ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☐ 28 U.S.C. § 1608(a)(4)

_____/s/ Aaron Schlanger_____
(Signature)

OSEN LLC
190 Moore Street, Suite 272
Hackensack, New Jersey 07601

(Name and Address)