

**OSEN LLC**
— ATTORNEYS AT LAW —

190 Moore Street, Suite 272, Hackensack, New Jersey 07601
T: 201 265 6400  F: 201 265 0303

1441 Broadway, New York, New York 10018
T: 212 354 0111
www.osenlaw.com

October 30, 2023

**VIA FEDEX**

Angela D. Caesar, Clerk of Court
Office of the Clerk
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

    **Re:** *Lee v. Islamic Republic or Iran*, **19-cv-830 (APM)**
          **Request for Service of Judgment on Defendant, the Islamic Republic of Iran**

Dear Ms. Caesar:

    Enclosed please find the following documents for service of the Defendant by registered mail via the United States Postal Service:

1. Affidavit Requesting Foreign Mailing, ECF No. 104;
2. Notice of Electronic Filing confirming the ECF filing of the Affidavit Requesting Foreign Mailing;
3. A copy of the Notice of Judgment with a translation into Farsi;
4. A copy of the Memorandum Opinion and Order dated February 1, 2021 (ECF No. 39) with a translation into Farsi;
5. A copy of the Order dated March 22, 2021 (ECF No. 46) with a translation into Farsi;
6. A copy of the Memorandum Opinion dated October 15, 2023 (ECF No. 98) with a translation into Farsi; and
7. A copy of the Amended Order and Judgment dated October 16, 2023 (ECF No. 101) with a translation into Farsi.

    After you have reviewed the documents and sealed the envelope, please contact me at (201)265-6400 so that our office can pick up the documents and take them to the Post Office. Once the documents have been processed by the U.S. Postal Service, we will send you the stamped PS Form 3806, Registered Mail Receipt.

    If you have any questions, please do not hesitate to contact me.

Sincerely,

Aaron Schlanger

Encls.

[RECEIVED Mail Room — NOV - 1 2023 — Angela D. Caesar, Clerk of Court, U.S. District Court, District of Columbia]