UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------------------x

WILLIAM LEE, *et al.*,                                          :
                                                               :
             Plaintiffs,                     :         **Case No.: 19-cv-830**
                                                               :
-against-                                                      :
                                                               :
ISLAMIC REPUBLIC OF IRAN,                                      :
                                                               :
             Defendant.                      :

------------------------------------------------------------------------x

**SPECIAL MASTER'S REPORT AND RECOMMENDATIONS REGARDING
DAMAGES FOR TEN PLAINTIFFS IDENTIFIED IN THE
COURT'S JANUARY 30, 2023, ORDER**

## TABLE OF CONTENTS

INTRODUCTION ................................................................................................................ 1

I.      PROCEDURAL BACKGROUND ................................................................................ 2

II.     CATEGORIES OF CLAIMS ........................................................................................ 2

III.    THE TEN PLAINTIFFS' INJURIES ........................................................................... 4

   a.    The January 10, 2009, Attack - Baghdad .............................................................. 4

      1.   Solatium Claims Brought by SSG Bauer's Family Members              5

         i.     Connie Haddock.................................................................................... 5

         ii.    Jeremy Bauer ........................................................................................ 8

         iii.   Jacob Bauer ........................................................................................ 11

   b.    The September 28, 2005, Attack – Umm Qasr .................................................... 14

      1.   Solatium Claim Brought by SGT Morin's Family Member              15

         i.     Brianna Renee Navejas ...................................................................... 15

   c.    April 1, 2006, Attack – Baghdad......................................................................... 18

      1.   Solatium Claims Brought by SGT Devora-Garcia's Family Members        19

         i.     Adrian Sandoval.................................................................................. 20

         ii.    Rosa Esther Sandoval ........................................................................ 22

   d.    December 31, 2006, Attack - Baghdad ................................................................ 23

      1.   Claim for the Estate of PFC Blohm              24

         i.     Economic Loss Claim......................................................................... 24

   e.    January 22, 2007, Attack - Baghdad ................................................................... 25

      1.   Solatium Claims Brought by SPC Stout's Family Members              26

         i.     Andrew Jeffrey Anderson ................................................................... 26

         ii.    Elizabeth Lynn Islas........................................................................... 29

f.    May 5, 2006, Attack – Mahawil ....................................................................... 31

1.    Solatium Claim Brought by SSG Vacho's Family Member            32

i.    Emma Vacho ............................................................................... 32

CONCLUSION ............................................................................................................. 35

# TABLE OF AUTHORITIES

**Cases**

*Ben-Rafael v. Islamic Republic of Iran*,
    540 F. Supp. 2d 39 (D.D.C. 2008)                                   38

*Bettis v. Islamic Republic of Iran*,
    315 F.3d 325 (D.C. Cir. 2003)                                      15

*Elahi v. Islamic Republic of Iran*,
    124 F. Supp. 2d 97 (D.D.C. 2000)                                    3

*Estate of Brown v. Islamic Republic of Iran*,
    872 F. Supp. 2d 37 (D.D.C. 2012)                                    4

*Estate of Heiser v. Islamic Republic of Iran*,
    466 F. Supp. 2d 229 (D.D.C. 2006)                                   3

*Fritz v. Islamic Republic of Iran*,
    324 F. Supp. 3d 54 (D.D.C. 2018)                            16, 19, 26

*Heiser v. Islamic Republic of Iran*,
    659 F. Supp. 2d 20 (D.D.C. 2009)                                   16

*Karcher v. Islamic Republic of Iran*,
    396 F. Supp. 3d 12 (D.D.C. 2019)                                    1

*Karcher v. Islamic Republic of Iran*,
    No. 16-cv-232-CKK, 2021 WL 133507 (D.D.C. Jan. 14, 2021)            1

*Lee v. Islamic Republic of Iran*,
    518 F. Supp. 3d 475 (D.D.C. 2021)                                   1

*Lee v. Islamic Republic of Iran*,
    No. 19-cv-00830 (APM), 2023 WL 1100711 (D.D.C. Jan. 30, 2023)   *passim*

*Mark v. Islamic Republic of Iran*,
    626 F. Supp. 3d 16 (D.D.C. 2022)                                    3

*Murphy v. Islamic Republic of Iran*,
    740 F. Supp. 2d 51 (D.D.C. 2010)                                    3

*Oveissi v. Islamic Republic of Iran*,
    768 F. Supp. 2d 16 (D.D.C. 2011)                                    4

*Pennington v. Islamic Republic of Iran*,
  No. 19-cv-796 (JEB), 2022 WL 168261 (D.D.C. Jan. 19, 2022) .......................... 16

*Peterson v. Islamic Republic of Iran*,
  515 F. Supp. 2d 25 (D.D.C. 2007) .......................... 3

*Selig v. Islamic Republic of Iran*,
  573 F. Supp. 3d 40 (D.D.C. 2021) .......................... 3

*Smith ex rel. Smith v. Islamic Emirate of Afghanistan*,
  262 F. Supp. 2d 217 (S.D.N.Y. 2003) .......................... 2

*Valore v. Islamic Republic of Iran*,
  700 F. Supp. 2d 52 (D.D.C. 2010) .......................... 3, 16

**Statutes**

28 U.S.C. § 1605A(a)(2)(A)(ii)(I) .......................... *passim*

28 U.S.C. § 1605A(c) .......................... *passim*

**Treatises**

Restatement (Second) of Torts § 46(2) .......................... 15

## INTRODUCTION

I hereby submit my first Report and Recommendations ("R&R") as to the emotional and economic injuries sustained by ten of the sixty-eight Plaintiffs for whom the Court granted default judgment against the Defendant, the Islamic Republic of Iran, in its January 30, 2023, Order. *Lee v. Islamic Republic of Iran*, No. 19-cv-00830 (APM), 2023 WL 1100711 (D.D.C. Jan. 30, 2023) ("*Lee II*"). Per my assignment as special master, I set forth proposed damages amounts within this framework for the ten Plaintiffs below.

## I.    PROCEDURAL BACKGROUND

Plaintiffs in this case filed their first Proposed Findings of Fact and Conclusions of Law in Support of their Motion for Default Judgment on June 12, 2020, ECF No. 33, in which they requested default judgment for twenty Plaintiffs injured in four attacks overlapping with the bellwether attacks in *Karcher v. Islamic Republic of Iran*, 396 F. Supp. 3d 12 (D.D.C. 2019) ("*Karcher I*"). The Court granted default judgment in favor of those Plaintiffs on February 1, 2021, 518 F. Supp. 3d 475.

The *Karcher* court found Iran liable for seventy-three more attacks on January 14, 2021, *see Karcher v. Islamic Republic of Iran*, No. 16-cv-232-CKK, 2021 WL 133507 (D.D.C. Jan. 14, 2021) ("*Karcher II*"). Accordingly, Plaintiffs filed their Second Proposed Findings of Fact and Conclusions of Law in Support of their Motion for Default Judgment on October 28, 2021, for the Plaintiffs in those attacks as well as others, ECF No. 53, which the Court granted in *Lee II*, 2023 WL 1100711.

On June 30, 2023, Plaintiffs moved for the appointment of Jim Letten, Esq. and the undersigned as special masters for the fifty-one Plaintiffs implicated in *Lee II*. ECF No. 85. The Court granted the motion on July 5, 2023, ECF No. 86. The Administrative Plan Governing

1

Additional Special Masters ordered by the Court authorizes the special masters to issue R&R on a rolling basis. *See* ECF No. 86 at 3.

## II.    CATEGORIES OF CLAIMS

The ten Plaintiffs discussed in this R&R were granted default judgment in *Lee II* and are bringing three categories of claims:

(i)    **Economic loss claims**: The representative of one estate seeks compensation for economic losses in the form of lost wages, benefits, and retirement pay. *See* 28 U.S.C. § 1605A(c) ("damages may include economic damages"). To support these claims for economic losses, Plaintiffs submitted a report prepared by L. Wayne Plumly, Jr., Ph.D.

Dr. Plumly served as Professor of Economics at Langdale College of Business at Valdosta State University in Valdosta, Georgia, until 2005, and as Dean until 2020. He has previously provided expert reports regarding economic losses in terrorism cases which were adopted by courts, including in this Court, *see* ECF No. 83 at 9-10, and in *Relvas v. Islamic Republic of Iran*, No. 14-cv-01752 (RCL) (D.D.C. Feb. 28, 2018), ECF No. 83 (accepting economic claims calculated by Dr. Plumly and adopting reports and recommendations found at ECF Nos. 50-52, 55-56, 62-63, 65, 71-72, 77) and *John Doe A-1 to A-49 v. Democratic People's Republic of Korea*, No. 18-cv-00252 (DLF) (D.D.C. Feb. 24, 2021), ECF No. 108.

(ii)    **Solatium claims**: Courts have established baseline solatium awards for family members of victims who died as a result of terrorist attacks: The spouses of deceased victims typically receive $8 million; their parents receive $5 million; their siblings receive $2.5 million; and their children receive $5 million. *See Peterson v. Islamic Republic of Iran* ("*Peterson II*"), 515 F. Supp. 2d 25, 52 (D.D.C. 2007); *Valore*, 700 F. Supp. 2d 52, at 85 (D.D.C. 2010); *Heiser*, 466 F. Supp. 2d 229, at 269 (D.D.C. 2006). Recently, courts in this District have awarded children who

were minors when they lost their parents upward departures of $6.25 million. *See Mark v. Islamic Republic of Iran*, 626 F. Supp. 3d 16, 38 (D.D.C. 2022) ("'[C]ourts have recognized the particularly devastating effect that the loss of a parent can have on minors[.]'") (citing *Selig v. Islamic Republic of Iran*, 573 F. Supp. 3d 40, 75 (D.D.C. 2021)). Courts in this District have also established baseline solatium awards for family members of victims who survived terrorist attacks: Spouses receive $4 million, parents and children receive $2.5 million, and siblings receive $1.25 million. *See Peterson II*, 515 F. Supp. 2d at 52.

These baseline awards are "not set in stone," *Murphy v. Islamic Republic of Iran*, 740 F. Supp. 2d 51, 79 (D.D.C. 2010), and may be adjusted based on "an especially close relationship between the plaintiff and decedent, particularly in comparison to the normal interactions to be expected given the familial relationship; medical proof of severe pain, grief or suffering on behalf of the claimant; and circumstances surrounding the terrorist attack which made the suffering particularly more acute or agonizing." *Oveissi v. Islamic Republic of Iran*, 768 F. Supp. 2d 16, 26-27 (D.D.C. 2011). *See also Estate of Brown v. Islamic Republic of Iran*, 872 F. Supp. 2d 37, 43-44 (D.D.C. 2012) (awarding 20% upward departure to victim's sister who "suffered a 'nervous breakdown' following Anthony's death for which she sought medical treatment and was prescribed medication for approximately one year") (citing special master report and recommendation).

## III.    THE TEN PLAINTIFFS' INJURIES

Below, I describe the six attacks for which this Court found Iran liable, as well as the injuries sustained by each of the Plaintiffs in this case and their ensuing claims.

### a.    The January 10, 2009, Attack - Baghdad

On January 10, 2009, Staff Sergeant ("SSG") Justin Bauer was seated in the truck commander position of the lead vehicle of a four-vehicle convoy traveling south on Haab Road

near Route Florida when his vehicle was struck by an explosive on the driver's side. One slug traveled through the vehicle and exited out the passenger side of the vehicle, and another slug penetrated the driver's door hinge. SSG Bauer's casualty report confirms that he was killed in the attack. *See Lee II*, 2023 WL 1100711, at *14. The Court found sufficient evidence in the record to conclude that the explosive responsible for the death of SSG Bauer was an Explosively Formed Penetrator ("EFP") "traceable to Iran and its proxies," and found Iran responsible for the attack. *Id.*

SSG Bauer's mother, Connie Haddock, and SSG Bauer's brothers, Jacob Bauer and Jeremy Bauer, are Plaintiffs in this case. *See* Amended Complaint ("AC"), ECF No. 12, ¶¶ 1092-99. The following chart reflects the claims asserted by each of the Plaintiffs injured in the January 10, 2009, attack, as well as the evidence setting forth the bases of those claims. That evidence is provided as exhibits to the accompanying Declaration of Dina Gielchinsky ("Gielchinsky Declaration").[1]

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|-----------|-------------------------------|-------------------|----------|---------|
| Connie Haddock | SSG Bauer's mother | Solatium claim $5 million | Copy of Connie Haddock's birth certificate | A |
| | | | Declaration of Connie Haddock, dated July 17, 2023 | B |
| Jeremy Bauer | SSG Bauer's brother | Solatium claim $2.5 million | Copy of Jeremy Bauer's birth certificate | C |
| | | | Declaration of Jeremy Bauer, dated December 13, 2022 | D |
| Jacob Bauer | SSG Bauer's brother | Solatium claim $2.5 million | Copy of Jacob Bauer's U.S. passport | E |
| | | | Declaration of Jacob Bauer, dated October 24, 2022 | F |

---

[1] Because of how voluminous the exhibits to the Gielchinsky Declaration are, Plaintiffs provided me with a link to them, and have indicated that they will provide the Court with the same materials upon request.

### 1.    Solatium Claims Brought by SSG Bauer's Family Members

#### i.    Connie Haddock[2]

Two of Connie Haddock's three sons served in Iraq at the same time, and she recalled how "she faced the possibility of something happening to both of my sons" every day.[3] Connie sent SSG Bauer a care package every two weeks, and on Christmas, she sent him a tree and ornaments.[4] After SSG Bauer was killed, Connie found out that he had saved the tree and carefully wrapped up each ornament in paper. She decorates her son's tree with those ornaments every Christmas and feels closer to him.[5]

Connie described how she had always been close with SSG Bauer, her first-born son. She recalled how hard it was to let him cry as an infant between feedings per her doctor's orders.[6] She also recalled how SSG Bauer, still a baby himself when Jeremy was born, insisted that his mother spend time with just him, to the exclusion of his new little brother.[7] SSG Bauer started playing football at five years old and continued throughout high school, and Connie attended every one of his games. He joined the wrestling team, and Connie never missed a match.[8]

"Justin knew me so well," Connie recalled.[9] After their dog was killed by a motorcycle, she bought a new one while SSG Bauer was on a hunting trip with his father. As soon as SSG Bauer returned home, he asked his mother where the new dog was, even without having been told

---

[2] Connie Haddock's birth certificate and declaration confirm that she is a U.S. citizen, and was so at the time of the attack. She is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. A, birth certificate; Ex. B, Declaration of Connie Haddock, dated July 17, 2023, ¶ 1.

[3] *Id.*, ¶ 19.

[4] *See id.*, ¶¶ 19-20.

[5] *See id.*, ¶ 20.

[6] *See id.*, ¶ 5.

[7] *See id.*, ¶ 6.

[8] *See id.*, ¶ 9.

[9] *Id.*, ¶ 12.

she had purchased one.[10] SSG Bauer shared a "special bond" with the new dog, Shadow.[11] Shadow died just before SSG Bauer was killed, and when Connie learned of her son's death, she was "comforted by the thought of Shadow there to greet Justin when he arrived in heaven."[12]

The last time Connie saw her son alive was during a football game they went to together before his second deployment to Iraq. Connie was sick but went nonetheless because her son begged her to; he was returning to his duty station after the game and wanted to spend time with her. After the game, SSG Bauer gave Connie "a bear hug unlike any I had ever received."[13] She recalled feeling "a rush of sadness as we said goodbye."[14]

The day that SSG Bauer was killed was the "worst day" of Connie's life.[15] Jeremy Bauer, Connie's middle son, described how he and his father (SSG Bauer's parents divorced when he was a teenager)[16] drove to Connie's house to tell her that SSG Bauer had died because his father did not want Connie to receive the news from military officers.[17] They entered the house and told the news to Jacob, SSG Bauer's youngest brother, who "broke down and cried."[18] The three of them then went into Connie's bedroom, where she was still sleeping. According to Jeremy, "[w]hen she woke up and saw my father with my brother standing next to him crying, she let out a dreadful soul-piercing scream that is impossible to describe. It was a sound unlike anything I had heard before or since. It is a sound that I will never forget and hope never to hear again."[19]

---

[10] *See id.*

[11] *Id.*, ¶ 13.

[12] *Id.*

[13] *Id.*, ¶ 23.

[14] *Id.*

[15] *Id.*, ¶ 24.

[16] *See* Ex. D, Declaration of Jeremy Bauer, dated December 13, 2022, ¶ 32.

[17] *See id.*, ¶ 25.

[18] *Id.*, ¶ 26.

[19] *Id.*

Jeremy described how his "mother was nearly destroyed after Justin died and she has never fully recovered from the loss of her first-born son."[20] Jacob Bauer, Connie's youngest son, agreed, ███████████████████████████████████ ■ Connie wanted SSG Bauer's body to be cremated because of the extent of his injuries, but SSG Bauer's father, a firefighter, could not bear the thought of his son's body being burned. They argued, and in the end, Connie relented.[22] Connie herself described how for months following SSG Bauer's death, she "was consumed with grief and rarely left the house."[23] Time passed, but Connie's sadness has not dissipated. She does not enjoy holidays or birthdays the way she used to because her son is "not alive to share in them."[24] Connie only finds comfort during the times she can "feel Justin's presence," like when she visited his grave on Valentine's Day with balloons that would not stop blowing away every time she tried to take a picture of them.[25] After the fourth time, Connie looked heavenward and asked her son if he was "messing" with her.[26] According to Connie, moments like these, where she "[s]ens[es] Justin's presence[,] is the only thing that keeps me going."[27] Connie thinks about her son every day. She knows that her grief will be with her until the day she dies.[28]

I recommend that the Court award $5 million for Connie Haddock's solatium claim.

---

[20] *Id.*, ¶ 33.

[21] *See* Ex. F, Declaration of Jacob Bauer, dated October 24, 2022, ¶ 33.

[22] *See id.*, ¶ 28.

[23] Ex. B, Declaration of Connie Haddock, dated July 17, 2023, ¶ 25.

[24] *Id.*

[25] *Id.*, ¶ 26.

[26] *Id.*

[27] *Id.*

[28] *See id.*, ¶ 27.

ii.      **Jeremy Bauer**[29]

Jeremy Bauer was just one year younger than SSG Bauer, and the two were "close and did everything together," even sharing a bedroom – their home basement that they had converted into their own "private mancave" – until Jeremy was sixteen years old.[30] According to Jeremy, "[t]here were very few hours of the day when Justin and I were not together."[31] They worked part-time throughout high school at the same store,[32] were on the wrestling team together at school where they attended hours-long practice sessions together and traveled together to meets,[33] and played football together. In fact, Jeremy recalled that he was seventeen years old when he finally played on a football team without SSG Bauer – they had played together starting in elementary school.[34] SSG Bauer had been known as "The Bear" on their football team because his helmet was missing the letter "u" from his last name, prompting the coach to mispronounce his name. When Jeremy joined the team a year later, he became known as "Little Bear."[35] Jeremy stated that "[e]ven though I stood in Justin's shadow, I was proud to be his brother."[36] Beyond their bond as brothers and best friends, SSG Bauer was also Jeremy's "parent figure," offering advice on classes to take, dating, and friendships.[37] According to Jeremy, "I loved Justin and trusted him more than anyone in my life."[38]

---

[29] Jeremy Bauer's birth certificate and declaration reflect that he is a U.S. citizen and was so at the time of the attack. He is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. C, birth certificate; Ex. D, Declaration of Jeremy Bauer, dated December 13, 2022, ¶ 1.

[30] *Id.*, ¶¶ 6, 14.

[31] *Id.*, ¶ 11.

[32] *See id.*

[33] *See id.*, ¶ 10.

[34] *See id.*, ¶ 8.

[35] *Id.*, ¶ 9.

[36] *Id.*

[37] *Id.*, ¶¶ 15-16.

[38] *Id.*, ¶ 16.

After graduating from high school, Jeremy set out to "distinguish myself and forge my own path – one Justin had not taken."[39] He enlisted in the military and credited his success with how he "adopted Justin's strong work ethic."[40] During one of Jeremy's military leaves, he filled SSG Bauer in on his experience in the military, and SSG Bauer decided to join too.[41] Jeremy recalled feeling "proud because it was the first time in our lives that Justin was following my lead."[42] After SSG Bauer was killed, Jeremy felt guilty: "I could not help but think that if I had not joined the military and encouraged Justin to enlist, he would likely be alive today serving as a fire chief in Berthoud, Colorado. The guilt I feel over Justin's death is a heavy and painful burden to carry and the years have not diminished the weight of that burden. I have just become used to carrying it."[43]

The two served together in Iraq, during which Jeremy was "terrified" for his brother's safety, and following which Jeremy left the military.[44] SSG Bauer proposed to his girlfriend after his return, and the couple got married before his second deployment to Iraq. Jeremy served as the best man.[45] According to Jeremy, "[i]t was the last happy occasion our family would ever have."[46]

Jeremy found out about SSG Bauer's death from his father, who called him crying. Jeremy assumed he was crying over the death of their family dog who had just passed away, and tried to comfort him. It took a full five minutes for Jeremy's father to be able to finally speak and tell him that SSG Bauer had been killed. Jeremy fell to the floor. Even after his time in the military, "nothing prepared me for the moment I learned my brother was dead."[47]

---

[39] *Id.*, ¶ 18.
[40] *Id.*
[41] *See id.*, ¶¶ 19-20.
[42] *Id.*, ¶ 20.
[43] *Id.*
[44] *Id.*, ¶¶ 21-22.
[45] *See id.*, ¶ 23.
[46] *Id.*
[47] *Id.*, ¶ 25.

████████████████████████████████

████████████████████████████████████

██████████████ ████████████████████ ██ Jeremy's wife

divorced him.[50] Jeremy described how he hit "rock bottom. I was alone, angry, and bitter."[51]

Jeremy was able to "move forward" after meeting his current wife, whose brother had also

been deployed overseas and "understood what I had been through."[52] ██████████████ but he

experiences anger that he has difficulty keeping in check.[53] SSG Bauer's death "continues to

haunt" him.[54] His father moved away "to distance himself from reminders of Justin" and is "a

shadow of the man" he was before SSG Bauer's death.[55] Previously close, Jeremy has not seen

him in years; his father has not even met Jeremy's youngest child, born in 2018.[56] Jeremy also

"rarely see[s]" his mother or brother Jacob anymore – "[o]ur family fell apart."[57] He is heartbroken

that his children – his oldest son is named for SSG Bauer – never got the chance to meet his

brother.[58]

I recommend that the Court award $2.5 million for Jeremy Bauer's solatium claim.

---

[48] *Id.*, ¶ 28.
[49] *See id.*, ¶¶ 28-29.
[50] *See id.*, ¶ 30.
[51] *Id.*
[52] *Id.*, ¶¶ 31-32.
[53] *See id.*, ¶ 34.
[54] *Id.*, ¶ 32.
[55] *Id.*, ¶ 32.
[56] *See id.*, ¶¶ 31-32.
[57] *Id.*, ¶ 32.
[58] *See id.*, ¶ 35.

### iii.        Jacob Bauer[59]

Seven years younger than SSG Bauer, Jacob Bauer looked up to his older brother, calling him the "golden child."[60] Jacob would watch SSG Bauer do errands on the farm they grew up on,[61] play football,[62] and play pool.[63] Jacob recalled that "Justin was a popular jock, and everyone looked up to him at school."[64] According to Jacob, "[h]e was my brother, and he was my hero."[65]

Jacob recalled how SSG Bauer "always looked out for me,"[66] teaching him how to throw a spiral, wrestle, and fish.[67] Jacob was eleven years old when his parents separated, and when SSG Bauer saw how difficult that was on his youngest brother, he "took me by the hand and told my parents that he and Jeremy were taking me camping for the weekend."[68]

Before SSG Bauer left for basic training, he spent a lot of time with Jacob, taking him to football and wrestling practice. Jacob also stayed in SSG Bauer's apartment on weekends. According to Jacob, "[t]he only time I was not with Justin was either when I was in school or at practice."[69] Jacob was lonely when his older brothers both left home, calling the "bright spot in my week" the times when SSG Bauer would phone home.[70] During his brothers' deployments, Jacob "sat at home by the phone, occasionally for hours," waiting for them to call.[71] Although that

---

[59] Jacob Bauer's U.S. passport and declaration confirm that he is a U.S. citizen and was so at the time of the attack. He is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. E, U.S. passport; Ex. F, Declaration of Jacob Bauer, dated October 24, 2022, ¶ 1.

[60] *Id.*, ¶ 6.

[61] *See id.*, ¶ 7.

[62] *See id.*, ¶ 8.

[63] *See id.*, ¶ 10.

[64] *Id.*, ¶ 8.

[65] *Id.*

[66] *Id.*, ¶ 11.

[67] *See id.*, ¶¶ 7, 9.

[68] *Id.*, ¶ 11.

[69] *Id.*, ¶ 15.

[70] *Id.*, ¶ 12.

[71] *Id.*, ¶ 16.

"was not an ideal way for me to spend a Saturday," it was worth it to Jacob to hear SSG Bauer's voice.[72]

Being told by his father and brother that SSG Bauer had been killed "was the worst moment of my life," according to Jacob.[73] He and Jeremy held onto each other and cried for five minutes, after which he went with his father and brother to tell his mother the news.[74] Like Jeremy, Jacob recalled how "[s]he let out a piercing scream, a sound so horrible I will never forget it."[75] Jacob recalled how he "could not stop crying,"[76] ██████████████████████████████████ ████████████████████████████████

Jacob described how he "spent the rest of my senior year in high school skipping classes, hanging out with friends, ████████ and getting into fights."[78] ████████████████████████ ███████████■ He explained that his "bad behavior" was "fueled by my grief," and he lost a lot of friends, "making an excruciatingly painful situation even more so."[80] Jacob would have failed his final exams and been prevented from graduating but for his principal, who exempted him from taking his tests because of the emotional state he was in.[81] Following his graduation, Jacob decided to follow in SSG Bauer's footsteps and enlisted in the Army. His parents "were understandably devastated," but Jacob was "determined to retrace Justin's steps."[82] Jacob requested a duty station in North Carolina just as SSG Bauer had, and "was trained by the very people who had trained

---

[72] *Id.*
[73] *Id.*, ¶ 24.
[74] *See id.*, ¶¶ 24-25.
[75] *Id.*, ¶ 25.
[76] *Id.*, ¶ 26.
[77] *See id.*, ¶ 27.
[78] *Id.*, ¶ 32.
[79] *See id.*, ¶ 41.
[80] *Id.*, ¶ 32.
[81] *See id.*
[82] *Id.*, ¶ 34.

with Justin."[83] He insisted that the soldiers who had served with SSG Bauer in Iraq tell him about his brother's attack, and when they finally agreed to do so, hearing what happened brought Jacob some closure.[84] Jacob was deployed to Afghanistan, and made sure he drove the same kind of vehicle that SSG Bauer did. Every day throughout his deployment, Jacob wore one of SSG Bauer's bandanas and a medallion their mother had given SSG Bauer before his first deployment.[85]

███████████████████████████████ but reported that he continues to "close myself off and push people away," which he described as "a tendency I developed in response to my pain over losing Justin."[86] This resulted in destroying many of his relationships, and led him to seek therapy.[87] Jacob corroborated Jeremy's statement that their family was "forever altered by Justin's death."[88] ███████████████████████████, and has moved away from his sons. Like Jeremy, Jacob rarely sees him, and stated that "[i]t is as if I lost my dad as well as Justin."[89] He is determined not to allow SSG Bauer's death to destroy his life "the way it has destroyed my father's life."[90]

I recommend that the Court award $2.5 million for Jacob Bauer's solatium claim.

### b. The September 28, 2005, Attack – Umm Qasr

On September 28, 2005, Sergeant ("SGT") Steve Morin, Jr. and his unit were providing route security for a supply run between Camp Navistar, in Kuwait near the Iraqi border, and Camp Bucca, located in Umm Qasr, Iraq. SGT Morin was driving the second up-armored M1114 HMMWV alongside four other such vehicles in the military security convoy. As the convoy

---

[83] *Id.*, ¶¶ 35-36.
[84] *See id.*, ¶ 36.
[85] *See id.*, ¶ 37.
[86] *Id.*, ¶ 41.
[87] *See id.*
[88] *Id.*, ¶ 39.
[89] *Id.*
[90] *Id.*, ¶ 41.

approached a road bridge, a projectile struck SGT Morin's vehicle on the right side, causing the vehicle to careen off of the roadway and roll several times before coming to a rest. SGT Morin's official death certificate confirms that he died as a result of a penetrating shrapnel wound of the head. *See* 2023 WL 1100711, at \*6.

The Court found satisfactory evidence in the record to demonstrate that the explosive responsible for SGT Morin's death in the September 28, 2005, attack was an EFP, and that "Iran, acting through its proxies, was responsible for the September 28, 2005 EFP attack." *Id.* at \*7.

SGT Morin's stepdaughter, Brianna Renee Navejas, is a Plaintiff in this case. *See* AC, ECF No. 12, ¶¶ 237-42. The following chart reflects the claim asserted by the Plaintiff injured in the September 28, 2005, attack, as well as the evidence setting forth the bases of that claim. That evidence is provided as exhibits to the accompanying Gielchinsky Declaration.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|---|---|---|---|---|
| Brianna Renee Navejas | SGT Morin's stepdaughter | Solatium claim $5 million | Copy of Brianna Renee Navejas's birth certificate | G |
| | | | Declaration of Brianna Navejas, dated January 5, 2022 | H |

### 1.    Solatium Claim Brought by SGT Morin's Family Member

### i.    Brianna Renee Navejas[91]

Courts in this Circuit awarding damages under the FSIA to step-relatives adhere to the definition of "immediate family" set forth in the Restatement (Second) of Torts § 46(2), which has been held to include relatives who resided in the same household as the victim. *See Bettis v. Islamic*

---

[91] Brianna Renee Navejas's birth certificate and declaration confirm that she is a U.S. citizen and was so at the time of the attack. She is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. G, birth certificate; Ex. H, Declaration of Brianna Renee Navejas, dated January 5, 2022, ¶ 1.

*Republic of Iran*, 315 F.3d 325, 337 (D.C. Cir. 2003) (listing case examples and holding that the definition does not include nieces and nephews who did not live in the immediate household). The court in *Valore* applied this extended definition, explaining that "where claimants 'were members of the victim's household' such that they were 'viewed as the functional equivalents of family members,'" the immediate-family requirement could include stepsiblings. *Valore*, 700 F. Supp. 2d at 79 (citing *Bettis*, 31 F.3d at 337). *See also Heiser v. Islamic Republic of Iran*, 659 F. Supp. 2d 20, 29 (D.D.C. 2009) (citing *Bettis* and awarding compensation to the non-adoptive stepfather and stepson of the victim when they "lived in the same household" as the victim and the victim treated his stepfather "like he was his biological" parent and provided for his stepson "financially, emotionally, [and] socially"); *Pennington v. Islamic Republic of Iran*, No. 19-cv-796 (JEB), 2022 WL 168261, at *2 (D.D.C. Jan. 19, 2022) (awarding damages to step-relatives without deduction for their step status); *Fritz v. Islamic Republic of Iran*, 324 F. Supp. 3d 54, 63 (D.D.C. 2018) (holding that "[h]ere, every non-biological or half-family member has shown that he or she was sufficiently close to the direct victim to meet the 'functional equivalent' test").

Brianna Renee Navejas meets this criterion, having been just six years old when her mother married SGT Morin.[92] She remembered meeting her biological father just once, and described how SGT Morin "was the only dad I ever had."[93] According to Brianna, "'step' was not part of our relationship. Of that, I have no doubt."[94] SGT Morin had intended on legally adopting her but was

---

[92] *See id.*, ¶ 2.
[93] *Id.*, ¶ 7.
[94] *Id.*, ¶ 3.

met with resistance by her biological father. He planned on going to court to enforce the adoption but was killed before he had the chance.[95]

Brianna described eating dinner as a family—SGT Morin would try to persuade her to expand her picky palate—and spending weekends together.[96] Her family moved to a new city when she was a preteen, and they would drive around the streets to familiarize themselves with their new neighborhood.[97] They spent long weekends visiting their grandparents,[98] visiting Six Flags and rooting for SGT Morin's alma mater, Texas Tech, at their football games.[99] When Brianna joined her school's volleyball team, her parents came to her games and cheered for her.[100]

One of Brianna's last memories with her father was a secret he shared with her before his last deployment to Iraq. SGT Morin did not have a lot of money when he married Brianna's mother, and planned to upgrade her ring when he came home from this deployment. He asked Brianna for her help picking it out. Brianna remembered how important she felt at being entrusted with this secret.[101] SGT Morin came home once during this deployment, which was a surprise to Brianna: "In my mind, I can still see my Mom in the backyard with me, putting together a trampoline, when suddenly, my Dad showed up!"[102] All too soon, he shipped out again. The Morin family was sad on their way to the airport, and they stopped at a mall where SGT Morin tried on some "girly stuff" to make them laugh. "It helped for a short minute or two, but it did not last. I

---

[95] *See id.*, ¶ 26.
[96] *See id.*, ¶ 8.
[97] *See id.*, ¶ 10.
[98] *See id.*, ¶ 11.
[99] *See id.*, ¶ 12.
[100] *See id.*, ¶ 13.
[101] *See id.*, ¶ 14.
[102] *Id.*, ¶ 15.

knew he was going away, and I didn't want him to go."[103] Brianna, her mother, and brother, watched as his plane pulled out of the gate and took off.[104]

Brianna recalled looking out of her bedroom window in the late afternoon of September 28, 2005, and seeing two soldiers walking toward her house. She thought they had arrived to tell her family that her father won an award. She was only 12; "[o]bviously, I had no idea what it meant to have two uniformed men show up at your door when your Dad was a soldier in Iraq."[105]

All these years later, Brianna can still conjure up vivid memories of her father's military funeral. She was scared at the 21-gun salute, and she suffered at the sound of her mother's "bawling" when the military representative presented her with the flag that draped SGT Morin's casket.[106] Brianna remembered her family listening to country music a lot after her father's death; now, she cannot listen to it at all because it makes her think of losing her father.[107] Certain days – like Father's Day and her father's birthday – are very difficult for her, and she described how she will "cry and cry" on the anniversary of the date on which he was killed. She gets together with her mother and younger brother on those hard days "not to do anything special, but just to be near each other."[108] Now married with two children, Brianna tries to keep her father close. She displays his Purple Heart and Bronze Star Medal certificates in her den, along with framed photographs of SGT Morin.[109] She shows dog tags with her father's photos to her sons and talks to them about

---

[103] *Id.*, ¶ 16.
[104] *See id.*
[105] *Id.*, ¶ 20.
[106] *Id.*, ¶ 23.
[107] *See id.*, ¶ 24.
[108] *Id.*, ¶ 25.
[109] *See id.*, ¶ 30.

him.[110] She tries to explain to them what happened to her father, but knows she fails in doing so: "the reality is, even when I think I understand the facts in my head, none of this makes sense."[111]

I recommend that the Court award $5 million for Brianna Renee Navejas's solatium claim.

### c.    April 1, 2006, Attack – Baghdad

On the evening of April 1, 2006, SGT Israel Devora-Garcia and another soldier were traveling as part of a convoy along Route Jackson in Baghdad when they spotted a suspicious looking area of the curb. They dismounted to get a better look, and when SGT Devora-Garcia leaned over a pile of trash to shine his light on the unidentified object, the device detonated instantly, killing him and injuring the other soldier, who later died at a hospital. SGT Devora-Garcia's casualty report confirms he was killed in a hostile action in Baghdad on April 1, 2006. *See* 2023 WL 1100711, at *7. This Court found satisfactory evidence in the record to demonstrate that the device used in this attack was "an EFP traceable to Iran and its proxies," and found Iran liable for the attack. *Id.*

Plaintiffs in this case injured as a result of this attack include Adrian Sandoval, SGT Devora-Garcia's half-brother; and Rosa Esther Sandoval, SGT Devora-Garcia's half-sister. *See* AC, ¶¶ 322-28. The following chart reflects the claims asserted by each of the Plaintiffs injured in the April 1, 2006, attack, as well as the evidence setting forth the bases of those claims. That evidence is provided as exhibits to the accompanying Gielchinsky Declaration.

---

[110] *See id.*, ¶ 35.
[111] *Id.*

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|---|---|---|---|---|
| Adrian Sandoval | SGT Devora-Garcia's half-brother | Solatium claim $2.5 million | Copy of Adrian Sandoval's birth certificate | I |
| | | | Declaration of Adrian Sandoval, dated February 22, 2023 | J |
| Rosa Esther Sandoval | SGT Devora-Garcia's half-sister | Solatium claim $2.5 million | Copy of Rosa Esther Sandoval's birth certificate | K |
| | | | Declaration of Rosa Sandoval, dated February 22, 2023 | L |

### 1. Solatium Claims Brought by SGT Devora-Garcia's Family Members

SGT Devora-Garcia's half-brother and -sister each satisfy the "functional equivalent" test required for half-siblings to recover solatium damages. *See Fritz*, 324 F. Supp. 3d at 63. Each testified that they never considered him as anything other than their brother.[112]

#### i. Adrian Sandoval[113]

SGT Devora-Garcia was nine years older than Adrian Sandoval, and grew up sharing a room with him.[114] Their mother had SGT Devora-Garcia before she married Adrian's father, but Adrian "never considered him a 'half' brother" – "Israel was my older brother, and I was the little brother who always wanted to tag along."[115] SGT Devora-Garcia accommodated Adrian and included him in everything he did. When Adrian could not keep up, he "sat on the sidelines and watched him."[116] To Adrian, SGT Devora-Garcia was "the man I wanted to become."[117]

---

[112] *See* Ex. J, Declaration of Adrian Sandoval, dated February 22, 2023, ¶ 5; Ex. L, Declaration of Rosa Sandoval, dated February 22, 2023, ¶ 5.

[113] Adrian Sandoval's declaration and birth certificate confirm that he is a U.S. citizen and was so at the time of the attack. He is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. I, birth certificate; Ex. J, Declaration of Adrian Sandoval, dated February 22, 2023, ¶ 1.

[114] *See id.*, ¶¶ 5, 10.

[115] *Id.*, ¶ 5.

[116] *Id.*

[117] *Id.*

Adrian treasured the time he spent with his brother. He recalled SGT Devora-Garcia helping him with his homework, playing soccer with him, and taking him to baseball games.[118] SGT Devora-Garcia valued his family, and chose to spend time with them over his friends.[119] Adrian described his brother as "loyal" and "selfless," with endless "kindness and generosity."[120]

Things changed when SGT Devora-Garcia returned home on leave from his first deployment to Iraq. "[H]e was different," Adrian recalled.[121] SGT Devora-Garcia "was on edge and in a fog, not his normal self."[122] Still, Adrian was naïve, and "was just so happy to have him home."[123] When SGT Devora-Garcia announced that he was deploying again, Adrian was crushed; not because his brother could be killed – "[i]t never crossed my mind" – but because he "hated not having my brother at home."[124]

Adrian was sleeping when two military officers arrived at his home to tell his family that SGT Devora-Garcia had been killed, and was woken by his mother's "hysterical cries."[125] He was 13 years old, and "was confused as to why these officers were in our house so late at night."[126] His father explained to him that his brother had been killed, but Adrian "could not process the words."[127]

---

[118] *See id.*, ¶ 6.
[119] *See id.*, ¶ 8.
[120] *Id.*, ¶¶ 7, 8.
[121] *Id.*, ¶ 10.
[122] *Id.*
[123] *Id.*
[124] *Id.*, ¶ 11.
[125] *Id.*, ¶ 12.
[126] *Id.*
[127] *Id.*

Adrian described "slipping … down into a dark abyss" after SGT Devora-Garcia died.[128] He stopped interacting with his family and friends, "and kept to myself in my room."[129] He skipped school ██████████████████████[130] According to Adrian, his whole family fell apart "and we went our separate ways."[131] They no longer celebrated holidays or birthdays. He looked just like SGT Devora-Garcia and saw how it pained his mother to see him.[132] This added to Adrian's suffering.[133]

Adrian "found a way to move forward," eventually marrying and starting a family.[134] He described however, how his joy is "incomplete" without his brother there to share in it.[135]

I recommend that the Court award $2.5 million for Adrian Sandoval's solatium claim.

### ii.    Rosa Esther Sandoval[136]

Rosa Esther Sandoval was four years younger than SGT Devora-Garcia.[137] Like Adrian, she "never really gave much thought to our different last names;" "[t]here was never a time when Israel was not my brother."[138] She described how SGT Devora-Garcia was her "partner in crime, my protector, and my best friend."[139] They spent hours riding bikes together and playing with the

---

[128] *Id.*, ¶ 14.
[129] *Id.*
[130] *Id.*, ¶¶ 14, 15.
[131] *Id.*, ¶ 17.
[132] *See id.*
[133] *See id.*
[134] *Id.*, ¶ 18.
[135] *Id.*
[136] Rosa Esther Sandoval's declaration and birth certificate confirm that she is a U.S. citizen and was so at the time of the attack. She is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. K, birth certificate; Ex. L, Declaration of Rosa Sandoval, dated February 22, 2023, ¶ 1.
[137] *See id.*, ¶ 5.
[138] *Id.*
[139] *Id.*

kids on the block. If she did something wrong, her brother would take the blame if their parents found out.[140]

Rosa was proud of her brother for enlisting in the military, but like Adrian, recalled that he was "different" when he returned from his first deployment.[141] He seemed "reserved and distant," and had trouble sleeping.[142] He paced the house as though he were on patrol.[143]

Rosa was at her senior prom when her father called her and told her to come home immediately.[144] She arrived at her house to see her mother sobbing on the floor. Her father told her that SGT Devora-Garcia had been killed, and she reacted by yelling at him that he was lying. Then she collapsed on the floor, weeping.[145]

Like Adrian, Rosa described how her family was irreparably broken by SGT Devora-Garcia's death. Her mother became depressed and withdrew from her own life; "[t]here are times when I feel as if I lost my mother the day Israel was killed."[146] Rosa had planned on attending college with her brother, but with him gone, she decided not to go.[147] She explained: "I lost the will to pursue a better life for myself."[148] The life she has now "is not the life I would have had if he were still alive."[149]

I recommend that the Court award $2.5 million for Rosa Esther Sandoval's solatium claim.

---

[140] *See id.*
[141] *See id.*, ¶¶ 7-8.
[142] *Id.*
[143] *See id.*
[144] *See id.*, ¶ 9.
[145] *See id.*, ¶ 10.
[146] *Id.*, ¶ 13.
[147] *See id.*, ¶¶ 11, 14.
[148] *Id.*, ¶ 14.
[149] *Id.*

### d.    December 31, 2006, Attack - Baghdad

On the morning of December 31, 2006, Private First Class ("PFC") Alan Blohm departed Forward Operating Base Kalsu as part of a convoy of two up-armored M1114 HMMWVs and a Joint Engineering Rapid Response Vehicle. That afternoon, at approximately 1:10 p.m., the lead vehicle in which PFC Blohm was traveling was struck by an explosive, killing PFC Blohm. PFC Blohm's casualty report confirms that he was killed in a hostile action on December 31, 2006, in Baghdad. *See* 2023 WL 1100711, at *10. The Court found sufficient evidence in the record to conclude that the explosive responsible for PFC Blohm's death was an EFP, "traceable to Iran and its proxies," and found Iran liable for the attack. *Id.* at *11.

Plaintiffs in this case injured as a result of this attack include the estate of PFC Blohm. *See* AC, ¶¶ 563-68. The following chart reflects the claim asserted by the Plaintiff injured in the December 31, 2006, attack, as well as the evidence setting forth the bases of those claims. That evidence is provided as exhibits to the accompanying Gielchinsky Declaration.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|---|---|---|---|---|
| Estate of Alan Blohm | Deceased victim | Economic loss claim $2,088,955.71 | Statement of Informal Appointment of Personal Representative in Intestacy, dated April 25, 2019 | M |
| | | | Declaration of Denise Vennix, dated July 18, 2022 | N |
| | | | Appraisal of Present Value of Economic Life of Alan Blohm, dated July 23, 2023, prepared by L. Wayne Plumly, Jr., Ph.D. | O |

### 1. Claim for the Estate of PFC Blohm

#### i. Economic Loss Claim

As the representative of PFC Blohm's estate,[150] Denise Vennix seeks compensation for economic losses in the form of lost wages, benefits, and retirement pay. *See* 28 U.S.C. § 1605A(c) ("damages may include economic damages").

To project PFC Blohm's future income stream if not for the attack, Dr. Plumly incorporated testimonial evidence that he planned to serve four years in the Army, after which he would have secured employment as a police officer in Michigan, and overlaid that information against statistical data generated by the Bureau of Labor Statistics, the Department of Labor, military pay websites, and other relevant sources.[151] From these sources, Dr. Plumly calculated the present value of PFC Blohm's lost income, assuming that PFC Blohm, who was 21 years old when he was killed, (1) would have remained in the military for four years; (2) would have become a police officer in Michigan with an annual income of $48,178.23, adjusted annually by 3.085%, the percent change for the relevant years according to the U.S. Bureau of Labor Statistics; (3) would have started collecting Social Security Retirement ("SSR") benefits at age 67; and (4) had a life expectancy of 76.02 years.[152] Dr. Plumly adjusted these income figures for taxes and consumption, adjusted the SSR benefits for inflation, and adjusted the total lost earnings and SSR benefits to present value at a rate of 3.35%, the average yield of 30-year Treasury Bonds between 2006-2022.[153] Adjusted to present value, Dr. Plumly calculated the estate of PFC Blohm's economic

---

[150] *See* Ex. M, Statement of Informal Appointment of Personal Representative in Intestacy, dated April 25, 2019, appointing Denise Vennix personal representative of PFC Blohm's estate.

[151] *See* Ex. O, Appraisal of Present Value of Economic Life of Alan Blohm, dated July 23, 2023, prepared by L. Wayne Plumly, Jr., Ph.D., at 3-4.

[152] *See id.* at 3.

[153] *See id.* at 4-5.

loss claim as $2,088,955.71.[154] I recommend that the Court award this amount for the estate of PFC Blohm's economic loss claim.

### e.    January 22, 2007, Attack - Baghdad

On the evening of January 22, 2007, Specialist ("SPC") Brandon Stout was driving the fourth vehicle of a patrol consisting of five HMMWVs traveling south on Route Pluto to FOB Rustamiyah when his vehicle was struck by a multi-array EFP, ejecting him from his vehicle. SPC Stout's casualty report confirms he was killed in the attack. *See* 2023 WL 1100711, at *11. The Court found sufficient evidence in the record to conclude that the attack was the result of an EFP, and held that "Iran, acting through its proxies," was responsible for the attack. *Id.*

Plaintiffs in this case injured as a result of this attack include Andrew Jeffrey Anderson, SPC Stout's half-brother; and Elizabeth Lynn Islas, SPC Stout's half-sister. *See* AC, ¶¶ 612-18. The following chart reflects the claims asserted by each of the Plaintiffs injured in the January 22, 2007, attack, as well as the evidence setting forth the bases of those claims. That evidence is provided as exhibits to the accompanying Gielchinsky Declaration.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|---|---|---|---|---|
| Andrew Jeffrey Anderson | SPC Stout's half-brother | Solatium claim $2.5 million | Copy of Andrew Jeffrey Anderson's birth certificate | P |
| | | | Declaration of Andrew Anderson, dated January 26, 2022 | Q |
| Elizabeth Lynn Islas | SPC Stout's half-sister | Solatium claim $2.5 million | Copy of Elizabeth Islas' birth certificate | R |
| | | | Declaration of Elizabeth Islas, dated January 4, 2022 | S |

---

[154] *See id.* at 5.

1.    **Solatium Claims Brought by SPC Stout's Family Members**

SPC Stout's half-brother and half-sister each satisfy the "functional equivalent" test required for half-siblings to recover solatium damages. *See Fritz*, 324 F. Supp. 3d at 63. Each testified that they "loved Brandon and never thought of him as anything other than a brother."[155]

i.    **Andrew Jeffrey Anderson**[156]

SPC Stout was eight years older than Andrew Jeffrey Anderson.[157] They were raised by their mother and Andrew's father in a home situated on a farm in a Michigan town Andrew called "idyllic."[158] Andrew remembered being picked up from school by his brother in a baby blue hearse his father won on a radio contest, while blaring music by Queen: "We made quite a spectacle."[159]

SPC Stout was "in charge" of Andrew and their younger sister after school, and Andrew recalled him playing football and baseball outside with them and helping them with their homework.[160] SPC Stout was a good student, and Andrew wanted to get good grades and impress him.[161]

Andrew described family trips to amusement parks, where SPC Stout would give him and their younger sister whatever prizes he won. Christmas was spent at their grandmother's house and would eventually devolve into a family gift wrapping paper fight instigated by SPC Stout.[162] The family went to church every Sunday, and Andrew recalled that SPC Stout thought about becoming

---

[155] Ex. Q, Declaration of Andrew Anderson, dated January 26, 2022, ¶ 5; Ex. S, Declaration of Elizabeth Islas, dated January 4, 2022, ¶ 5.

[156] Andrew Anderson's birth certificate and declaration confirm that he is a U.S. citizen and was so at the time of the attack. He is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. P, birth certificate; Ex. Q, Declaration of Andrew Anderson, dated January 26, 2022, ¶ 1.

[157] *See id.*, ¶ 6.

[158] *Id.*, ¶ 5.

[159] *Id.*, ¶ 6.

[160] *See id.*, ¶ 7.

[161] *See id.*, ¶ 8.

[162] *See id.*, ¶ 12.

a pastor.[163] To that end, he tried to find a position as a military chaplain but was unable to secure a position. Nevertheless, he still joined the Army.[164] Andrew was "so proud" of his brother.[165]

SPC Stout continued to take care of his younger brother after graduating from basic training, teaching him how to drive a tractor. Andrew did not listen to his SPC Stout's instructions and hit the barn door. He was "relieved and impressed" when SPC Stout took full responsibility for the accident.[166]

SPC Stout married his college girlfriend, and soon afterward volunteered for deployment to Iraq so he could complete his service and start the next chapter of his life: "becoming a pastor and starting a family."[167] SPC Stout's family drove to his base to see him off, and Andrew made plans with him to go fishing when he returned from Iraq.[168]

Andrew described how he was watching television with his father when two military officers knocked on their front door.[169] The rest was a "blur," according to Andrew.[170] "I was a fifteen-year-old kid who found out that my brother, the person I looked up to more than anyone else in my life, was dead. I did not know how to handle the news."[171] Andrew "spiraled out of control" during the months following SPC Stout's death.[172] Formerly a straight A student, his grades plummeted. He had played three instruments in the marching band, and after SPC Stout died, he dropped out. He started chewing tobacco ███████████. He stopped hanging out

---

[163] *See id.*, ¶ 13.
[164] *See id.*, ¶ 14.
[165] *Id.*, ¶ 15.
[166] *Id.*, ¶ 17.
[167] *Id.*, ¶ 20.
[168] *See id.*, ¶ 21.
[169] *See id.*, ¶ 23.
[170] *Id.*, ¶ 24.
[171] *Id.*
[172] *Id.*, ¶ 27.

with his friends. He lost his temper quickly and often.[173] He also started having panic attacks which were triggered by anything that reminded him of SPC Stout and continued to suffer from them "throughout my twenties."[174]

Andrew described losing his brother as the worst pain of his life—worse even than being diagnosed with stage four lymphoma.[175] Andrew recovered after treatment, only to have a recurrence a few years later. Again, he beat cancer, ██████████████████████████████████ ████████████████ Still, as painful as that experience was, Andrew stated that "[w]ithout hesitation, I would choose to face another bout of cancer if it meant I could get my brother Brandon back."[176]

I recommend that the Court award $2.5 million for Andrew Jeffrey Anderson's solatium claim.

### ii.         Elizabeth Lynn Islas[177]

SPC Stout was 11 years old when Elizabeth Lynn Islas was born.[178] Like Andrew and SPC Stout, Elizabeth was raised by their mother and grew up in the same house as her brothers.[179] She also recalled their house on a farm in Michigan and playing outdoors together.[180] SPC Stout took care of her and Andrew after school, and sometimes took them to McDonald's for dinner.[181]

---

[173] *See id.*, ¶¶ 27-28.
[174] *Id.*, ¶ 29.
[175] *See id.*, ¶ 31.
[176] *Id.*
[177] Elizabeth Islas's birth certificate and declaration confirm that she is a U.S. citizen, and was so at the time of the attack. She is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. R, birth certificate; Ex. S, Declaration of Elizabeth Islas, dated January 4, 2022, ¶ 1.
[178] *See id.*, ¶ 5.
[179] *See id.*
[180] *See id.*, ¶ 7.
[181] *See id.*, ¶ 8.

Elizabeth was young when SPC Stout joined the Army, and did not fully appreciate the potential danger he faced.[182] She remembered her teachers, most of whom had taught SPC Stout as well, asking her about how he was doing.[183] She also remembered that when he was deployed to Iraq, her parents were upset.[184] SPC Stout tried to allay their fears by starting a blog on Myspace, and calling and emailing them as often as possible.[185] Elizabeth ran to answer the phone each time it rang, and checked her email "with a new sense of urgency," hoping to find an email from SPC Stout letting her know he was safe.[186] She described their first Thanksgiving without SPC Stout – they did not hear from him and were panicked. He finally called home and explained that the Army had forbidden communication because a soldier had been killed.[187] It was then that Elizabeth realized that "something terrible" could happen to her brother.[188]

Just two months later, it did. Elizabeth was driving home with her mother when her father called and told them to come home right away.[189] They walked inside and saw two military officers, who delivered the news that SPC Stout had been killed. Elizabeth remembered her mother becoming "hysterical," and Andrew looking as numb as she felt.[190] People started pouring into their home to offer their condolences, but Elizabeth did not want them to see her cry. She went to her bathroom, closed the door, and cried on the floor.[191]

---

[182] *See id.*, ¶ 10.
[183] *See id.*, ¶ 9.
[184] *See id.*, ¶ 11.
[185] *See id.*, ¶¶ 12-13.
[186] *Id.*, ¶ 13.
[187] *See id.*, ¶¶ 15-16.
[188] *Id.*, ¶ 17.
[189] *See id.*, ¶ 19.
[190] *See id.*, ¶¶ 21-22.
[191] *See id.*, ¶ 23.

Elizabeth described how she spent the next years "pretending everything was okay."[192] She wanted to move forward and felt that the only way to do so was to avoid dealing with her grief. "It worked for a while," she stated.[193] Her "painful emotions" came to the surface after she married and had a child, prompting her to seek counseling ███████████ to address the anxiety and depression she had been "repressing" since her brother's death.[194] She has found a way to "forge a life for myself,"[195] but grieves the breach in her family caused by her brother's death, as another older brother of hers "spiral[ed] out of control" and withdrew from their family.[196] It pains her that SPC Stout never got to meet her husband and four children.[197] Her son golfs, a pastime SPC Stout used to love.[198] She stated: "I would have loved to see Brandon and my son playing golf together."[199]

I recommend that the Court award $2.5 million for Elizabeth Lynn Islas's solatium claim.

**f.    May 5, 2006, Attack – Mahawil**

On the morning of May 5, 2006, SSG Nathan Vacho was situated in the passenger seat of the lead M1114 HMMWV of a four-vehicle patrol returning from a mission at the Regional Embassy Office in Mahawil. An EFP exploded and struck SSG Vacho's vehicle on the left side, killing him and another soldier and wounding three others, two of whom eventually succumbed to their injuries. The only surviving soldier sustained partial amputations. SSG Vacho's casualty report confirms he was killed in the attack. 2023 WL 1100711, *8. The Court found satisfactory

---

[192] *See id.*, ¶ 28.
[193] *Id.*
[194] *See id.*, ¶ 29.
[195] *Id.*, ¶ 30.
[196] *Id.*, ¶ 31.
[197] *See id.*, ¶ 32.
[198] *See id.*
[199] *Id.*

evidence in the record to conclude that the explosive responsible for SSG Vacho's death in the May 5, 2006, attack was an EFP traceable to Iran and its proxies. *See id.* at *9.

SSG Vacho's daughter, Emma Vacho[200] is a Plaintiff in this case. *See* AC, ECF No. 12, ¶¶ 364-371. The following chart reflects the claim asserted by the Plaintiff injured in the May 5, 2006, attack, as well as the evidence setting forth the basis of that claim. That evidence is provided as exhibits to the accompanying Gielchinsky Declaration.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|-----------|-------------------------------|-------------------|----------|---------|
| Emma Vacho | SSG Vacho's daughter | Solatium claim $5 million | Copy of Emma Vacho's U.S. passport | T |
| | | | Declaration of Emma Vacho, dated July 22, 2022 | U |

### 1.    Solatium Claim Brought by SSG Vacho's Family Member

#### i.    Emma Vacho[201]

Just two years old when her father died,[202] Emma Vacho described how, "[t]hroughout my life, I have felt different." Even the children whose parents were divorced saw both of their parents at some point during the week; no one had a dead father.[203] In fact, "[n]o one in the school had gone through anything like I had gone through and continued to deal with."[204] She described

---

[200] Emma Vacho was a minor when this case was filed, and was listed as "E.V." in the AC. She has since turned 18.

[201] Emma Vacho's U.S. passport and declaration and confirm that she is a U.S. citizen and was so at the time of the attack. She is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. T, passport; Ex. U, Declaration of Emma Vacho, dated July 22, 2022, ¶ 4.

[202] *See id.,* ¶ 5.

[203] *See id.*

[204] *Id.*

having to attend her school's "Daddy-Daughter Dances" alone or with her great-grandfather, and recalled leaving early.[205]

Emma reported having "trouble dealing" with her mother at times, "[l]ike any kid being raised by one parent."[206] She recalled how her mother "did not attend many football games" when she was a cheerleader, "and didn't stay very long to watch me cheer."[207] Emma wished for her father to be alive so he could support her.[208] She also wished for him to be alive on other "countless days,"[209] including all of her birthdays – particularly the milestone ones when she turned into a teenager, received her driver's license, and became an adult.[210] Emma is left to imagine how he might have high-fived her after she received straight A's on her report card for the first time, and how proud he would have been after her high school graduation.[211]

Emma memorialized her "thoughts and emotions about loss" in an essay she recently wrote for her college applications, describing how she knows she will never see her father again "in this lifetime but in another one, I hope I can."[212] After speaking with a biological anthropologist who has been involved in gathering and identifying soldiers' remains and returning them home to their families, she is considering a major in anthropology.[213] She is grateful for the efforts that were made to send her father's remains home to her own family.[214]

---

[205] *See id.*, ¶ 13.
[206] *Id.*, ¶ 16.
[207] *Id.*, ¶ 11.
[208] *See id.*, ¶¶ 11, 16.
[209] *Id.*, ¶ 31.
[210] *See id.*, ¶ 14.
[211] *See id.*, ¶ 15.
[212] *See id.*, ¶ 23.
[213] *See id.*, ¶ 24.
[214] *See id.*

Emma listed the mementos she has from her father – a letter he wrote to her from Iraq saying "I love you more than anything" and "I'll see you when Daddy gets home;"[215] his old hunting rifle that she used years ago after taking a hunter's education class to feel closer to her father;[216] and her father's high school letterman jacket, which she wraps herself in.[217] She also has photos of herself as a baby with her father, which she plans on bringing with her to college.[218]

Emma used to find some relief as a child when she attended programs for Gold Star children who had also lost parents[219]—"Even though the programs only lasted a few days, they have helped me feel less different than the way I have felt most of the days of my life."[220] Also, on the anniversary of her father's attack, Emma used to write notes to him on small slips of paper, which her mother helped tie to balloons that they would release together.[221] Currently, Emma described that she "usually bawl[s] my eyes out" on that day.[222] According to Emma, "I will always know I have lost out on … time together; it will continue for as long as I live," and "[n]othing can give that back to me."[223]

Emma's young age on the date of the attack and lack of independent memories of her father do not prevent her from recovering a solatium claim for his loss. *See Ben-Rafael v. Islamic Republic of Iran*, 540 F. Supp. 2d 39, 57, 59 (D.D.C. 2008) (awarding baseline $5 million solatium damages to a child who "was only nine months old and has no memories of his father. The distress suffered by the children, while very real, was markedly different from that of the older plaintiffs,

---

[215] *Id.*, ¶ 22.
[216] *See id.*, ¶ 10.
[217] *See id.*, ¶ 18.
[218] *See id.*, ¶¶ 7, 19-20.
[219] *See id.*, ¶¶ 28-29.
[220] *Id.*, ¶ 29.
[221] *See id.*, ¶ 25.
[222] *Id.*, ¶ 26.
[223] *Id.*, ¶ 31.

who vividly remember the events of March 17, 1992. However, this distinction does not preclude the children's IIED claims. Because the District of Columbia does not require physical injury or presence, the children's loss can constitute severe emotional distress.") (internal citation to the record omitted).

I recommend that the Court award $5 million for Emma Vacho's solatium claim.

## CONCLUSION

For the reasons stated herein, my recommendations to the Court are that the following Plaintiffs receive the following awards:

### A. January 10, 2009, Attack

| | | |
|---|---|---|
| Connie Haddock | Solatium Claim | $5 million |
| Jeremy Bauer | Solatium Claim | $2.5 million |
| Jacob Bauer | Solatium Claim | $2.5 million |

### B. September 28, 2005, Attack

| | | |
|---|---|---|
| Brianna Renee Navejas | Solatium Claim | $5 million |

### C. April 1, 2006, Attack

| | | |
|---|---|---|
| Adrian Sandoval | Solatium Claim | $2.5 million |
| Rosa Esther Sandoval | Solatium Claim | $2.5 million |

### D. December 31, 2006, Attack

| | | |
|---|---|---|
| Estate of Alan Blohm | Economic Loss Claim | $2,088,955.71 |

### E. January 22, 2007, Attack

| | | |
|---|---|---|
| Andrew Jeffrey Anderson | Solatium Claim | $2.5 million |
| Elizabeth Lynn Islas | Solatium Claim | $2.5 million |

### F. May 5, 2006, Attack

| | | |
|---|---|---|
| Emma Vacho | Solatium Claim | $5 million |

Date: November 17, 2023

/s/Franklin Rosenblatt
Special Master