UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WILLIAM LEE, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 19-cv-00830 (APM) |
| ISLAMIC REPUBLIC OF IRAN, | ) |
| Defendant. | ) |

## ORDER AND JUDGMENT

In accordance with the Memorandum Opinion, ECF No. 123, it is hereby, ORDERED that final judgment is entered in favor of the below Plaintiffs and against Defendant; it is furthermore, ORDERED that Plaintiffs are awarded $27,088,955.71 in damages, to be distributed as follows:

| Name | Award |
|---|---|
| Connie Haddock | $5 million |
| Jeremy Bauer | $2.5 million |
| Jacob Bauer | $2.5 million |
| Brianna Renee Navejas | $5 million |
| Adrian Sandoval | $2.5 million |
| Rosa Esther Sandoval | $2.5 million |
| Andrew Jeffrey Anderson | $2.5 million |
| Elizabeth Lynn Islas | $2.5 million |
| Emma Vacho | $5 million |
| Plaintiff-Estate of PFC Blohm | $2,088,955.71 |

Dated: December 7, 2023

Amit P. Mehta
United States District Court Judge