UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

-----------------------------------------------------------------------------x

WILLIAM LEE, *et al.*,                                                    :
                                                                         :
                          Plaintiffs,                                    :     **Case No.: 19-cv-830**
                                                                         :
-against-                                                                :
                                                                         :
ISLAMIC REPUBLIC OF IRAN,                                                :
                                                                         :
                          Defendant.                                     :

-----------------------------------------------------------------------------x

**SPECIAL MASTER'S SECOND REPORT AND RECOMMENDATIONS
REGARDING DAMAGES FOR 14 PLAINTIFFS IDENTIFIED IN THE
<u>COURT'S JANUARY 30, 2023, ORDER</u>**

## TABLE OF CONTENTS

INTRODUCTION ................................................................................................................. 1

I.  PROCEDURAL BACKGROUND .............................................................................. 1

II.  CATEGORIES OF CLAIMS AND PROPOSED DAMAGES FRAMEWORK .......... 2

    A.  Wounded in Action (WIA) ................................................................................. 3

        1.  Six Family Members of Victims Who Survived Terrorist Attacks ....................... 3

    B.  Killed in Action (KIA) ...................................................................................... 3

        1.  Family Members of Victims who Died in Terrorist Attacks ................................. 3

    C.  Estate Claim for KIA ......................................................................................... 4

        1.  Economic Loss ..................................................................................................... 4

III.  SIX (6) SOLATIUM CLAIMS ON BEHALF OF FAMILY MEMBERS OF
      SERVICEMEN WIA .................................................................................................. 4

    A.  NICHOLAS GENE KOULCHAR (WIA) – AUGUST 26, 2008 ATTACK – SADR
        CITY, IRAQ ......................................................................................................... 5

        1.  Summary of WIA Solatium Claims ..................................................................... 5

            a.  Solatium Claim Brought by Nicholas Gene Koulchar's Family Member . 5

        i.  Michael Koulchar ................................................................................................ 6

    B.  PRESTON CHARLES KAPLAN (WIA) - APRIL 29, 2008 ATTACK– BAGHDAD,
        IRAQ ................................................................................................................... 10

        1.  Summary of Claims ........................................................................................... 11

            a.  Solatium Claims Brought by Preston Charles Kaplan's Family Members
               .............................................................................................................................. 11

        i.  Nicole A. Kaplan ............................................................................................... 12

        ii.  Nona Kaplan ...................................................................................................... 18

        iii.  David Kaplan ..................................................................................................... 22

        iv.  Jaime Zarcone ................................................................................................... 26

          v.    Jessalyn Holt ........................................................................................ 29

**IV.    SOLATIUM CLAIMS ON BEHALF OF FAMILY MEMBERS OF SOLDIERS KILLED IN ACTION (KIA)** ........................................................................ 32

    **A.    JASON LOPEZ REYES (KIA)– JANUARY 5, 2006 ATTACK – BAGHDAD, IRAQ** ........................................................................................................ 32

          1.    Solatium Claims Brought by SGT Jason Lopez Reyes's Family Members ......... 34

              **a.  Zoraima Lopez** ............................................................................ 34

              **b.  Veronica Lopez Reyes** ................................................................ 35

              **c.  Gladys E. Reyes Centeno** ........................................................... 37

    **B.    CHRISTOPHER BROOK FISHBECK (KIA) - JUNE 6, 2011 ATTACK– BAGHDAD, IRAQ** ................................................................................. 39

          1.    Solatium Claim Brought by PFC Fishbeck's Family Member ............................. 40

              **a.  Stephanie Kidder** ....................................................................... 40

    **C.    EDGARDO ZAYAS (KIA)– AUGUST 26, 2006 ATTACK– JISR DIYALA, IRAQ** ................................................................................................... 43

          1.    Solatium Claims Brought by Edgardo Zayas's Family Members and Estate ....... 45

              **a.  Suheil Campbell** ......................................................................... 45

              **b.  Alexander Zayas** ........................................................................ 49

              **c.  Alexa Zayas** ............................................................................... 51

           2.    Economic Loss Claim Brought on Behalf of the Estate of Edgardo Zayas (KIA) 53

**CONCLUSION** ................................................................................................... 55

## <u>TABLE OF AUTHORITIES</u>

**Cases**

*Borochov v. Islamic Republic of Iran*,
    94 F.4th 1053 (D.D.C. Mar. 8, 2024) ........................................................................ 4

*Heiser v. Islamic Republic of Iran*,
    466 F. Supp. 2d 229 (D.D.C. 2006) ........................................................................... 3

*Karcher v. Islamic Republic of Iran*,
    396 F. Supp. 3d 12 (D.D.C. 2019) ("*Karcher I*") ...................................................... 1

*Karcher v. Islamic Republic of Iran*, No. 16-cv-232-CKK, 2021 WL 133507 (D.D.C. Jan. 14,
    2021) ("*Karcher II*") ……………………………………………………………..….... 1

*Lee v. Islamic Republic of Iran*, 518 F. Supp. 3d 475 (D.D.C. 2021) ("*Lee I*") ………………… 1

*Lee v. Islamic Republic of Iran*,
    656 F. Supp. 3d 11 (D.D.C. 2023) ("*Lee II*") ................................................. passim

*Mark v. Islamic Republic of Iran*,
    626 F. Supp. 3d 16 (D.D.C. 2022) ...................................................................... 3, 53

*Miller v. Juarez Cartel*,
    2022 U.S. Dist. LEXIS 112463 (D. N.D. 6-24-2022) ................................................ 4

*Murphy v. Islamic Republic of Iran*,
    740 F. Supp. 2d 51 (D.D.C. 2010) ............................................................................ 2

*Peterson v. Islamic Republic of Iran* ("Peterson II"), 515 F. Supp. 2d 25, 52 (D.D.C. 2007) ….. 3

*Schooley v. Islamic Republic of Iran*, No. CV 17-1376 (BAH), 2019 WL 2717888, at *78
    (D.D.C. June 27, 2019) ........................................................................................... 10

*Selig v. Islamic Republic of Iran*,
    573 F. Supp. 3d 40 (D.D.C. 2021) .......................................................................... 51

*Spencer v. Islamic Republic of Iran*,
    71 F. Supp. 3d 23 (D.D.C. 2014) .............................................................................. 3

*Valore v. Islamic Republic of Iran*, 700 F. Supp. 2d 52, 85 (D.D.C. 2010) ………………….…….. 3

**Statutes**

28 U.S.C. §§ 1605A ............................................................................................... passim

## INTRODUCTION

This is my *second* Report and Recommendations (R&R) in this case. This R&R addresses Solatium damages for physical and emotional injuries sustained by thirteen (13) Plaintiffs (individuals) and economic injuries sustained by and sought by one (1) additional Plaintiff of the fourteen Plaintiffs (through his *estate*, in whose favor the Court granted default judgment against the Defendant, Islamic Republic of Iran, in its January 30, 2023 Order, *Lee v. Islamic Republic of Iran*, 656 F. Supp. 3d 11 (D.D.C. 2023) *("Lee II"),* ECF. No. 77.

## I.    PROCEDURAL BACKGROUND

On June 12, 2020, Plaintiffs filed their first Proposed Findings of Fact and Conclusions of Law in Support of their Motion for Default Judgment, ECF No. 33, on behalf of twenty (20) Plaintiffs injured in attacks. *See Karcher v. Islamic Republic of Iran*, 396 F. Supp. 3d 12 (D.D.C. 2019) ("Karcher I"). Default judgment was granted in favor of Plaintiffs on February 1, 2021. *Lee v. Islamic Republic of Iran*, 518 F. Supp. 3d 475 (D.D.C. 2021) ("*Lee I*"), ECF No. 39.

Plaintiffs received a liability judgment from the Court for an additional seventy-three (73) attacks on January 14, 2021. *See Karcher v. Islamic Republic of Iran*, No. 16-cv-232-CKK, 2021 WL 133507 (D.D.C. Jan. 14, 2021) ("*Karcher II*").

On October 28, 2021, Plaintiffs filed their *second* Proposed Findings of Fact and Conclusions of Law in Support of their Motion for Default Judgment, ECF No. 53, on behalf of Plaintiffs injured in those attacks and others—which the Court granted via default judgment in favor of Plaintiffs on January 30, 2023. *See Lee II*.

On June 30, 2023, Plaintiffs moved to appoint the undersigned Special Master Jim Letten Esq. and Franklin D. Rosenblatt, Esq. as special masters for the 51 Plaintiffs implicated in this case (*Lee II*.) ECF No. 85. The Court granted the motion on July 5, 2023, ECF No. 86. The

Administrative Plan Governing Additional Special Masters ordered by the Court authorizes Mr. Rosenblatt and myself as special masters to issue R&Rs on a rolling basis. *See* ECF No. 86 at 3.

## II. CATEGORIES OF CLAIMS AND PROPOSED DAMAGES FRAMEWORK

The Plaintiffs herein have submitted their Proposed Findings of Fact and Conclusions of Law requesting damages for the surviving family members of three (3) U.S. servicemen killed (KIA) and two wounded (WIA) in various EFP attacks and one IRAM attack traceable to Iran and its proxies. While in this matter, Solatium claims have been brought on behalf of the *13 individual family members/plaintiffs*, one claim is additionally brought on behalf of the *estate* of one of the U.S. servicemen killed in action.[1]

*Six (6) Plaintiffs* are the individual family members of two surviving U.S. servicemen that were wounded in action.[2]

S*even (7) Plaintiffs* are individual family members of three U.S. military servicemen who were killed by attacks in Iraq.[3]

One *(1) Plaintiff* is the *estate of one (1)* of the aforementioned three (3) U.S. military servicemen killed in action by an EFP attack in Iraq.

The relevant damages framework under Foreign Sovereign Immunities Act ("FSIA") cases for each category of Plaintiffs is set forth hereinbelow. While the framework this Circuit follows has "strong precedential support", the Court has recognized that the numbers "are not set in stone." *Murphy v. Islamic Republic of Iran*, 740 F. Supp. 2d 51, 79 (D.D.C. 2010)--and are subject in appropriate cases to upward deviations or departures by the Court.

---

[1] Estate of Edgardo Zayas.
[2] Plaintiffs Michael Koulchar, Nichole A. Kaplan, Noni Kaplan, David Kaplan, Jaime Zarcone, and Jessalyn Holt.
[3] Plaintiffs Zoraima Lopez, Veronica Lopez Reyes, Gladys E. Reyes Centeno, Stephanie Kidder, Suheil Campbell, Alexander Zayas, and Alexa Zayas.

### A. Wounded in Action (WIA)

#### 1. Six Family Members of Victims Who Survived Terrorist Attacks

The Courts have determined that compensatory damage awards are determined based on the nature of the relationship between the family member and the victim, and the severity of the pain suffered by the family member. *Heiser v. Islamic Republic of Iran*, 466 F. Supp. 2d 229, 269 (D.D.C. 2006). Courts in this District follow the baseline established for solatium claims of family members of victims who survived a terrorist attack.

Typically, spouses receive $4 million; parents and children receive $2.5 million; and siblings receive $ 1.25 million. *Peterson v. Islamic Republic of Iran* ("Peterson II"), 515 F. Supp. 2d 25, 52 (D.D.C. 2007).

As previously noted, upward deviations are permitted in certain circumstances. *See e.g. Spencer v. Islamic Republic of Iran*, 71 F. Supp. 3d 23, 29 (D.D.C. 2014) (family received an additional $1 million where they were "erroneously informed by the military that their son had been killed in the bombing" and were not informed that he was alive but injured a few hours later).

### B. Killed in Action (KIA)

#### 1. Family Members of Victims who Died in Terrorist Attacks

Where a victim has died as a result of a terrorist attack, Courts follow baseline awards for solatium claims. Generally, in such cases spouses receive $8 million; parents receive $5 million; siblings receive $2.5 million; and children receive $5 million. *Peterson v. Islamic Republic of Iran* ("Peterson II"), 515 F. Supp. 2d 25, 52 (D.D.C. 2007); *Valore v. Islamic Republic of Iran*, 700 F. Supp. 2d 52, 85 (D.D.C. 2010); *Heiser v. Islamic Republic of Iran*, 466 F. Supp. 2d 229, 269 (D.D.C. 2006). Upward departures for family members of victims who have died have been recognized in several cases. *See Mark v. Islamic Republic of Iran*, 626 F. Supp. 3d 16, 38 (D.D.C. 2022) (awarding $6.25 million for children who were minors when their parents died).

### C. Estate Claim for KIA

#### 1. Economic Loss

Pursuant to Section 1605A(c)(4) of Title 28, "damages may include economic damages." The Plaintiff, Estate of Edgardo Zayas (KIA) seeks compensation for economic losses for lost wages, benefits, and retirement pay. To support these claims, Plaintiff has submitted the expert reports of Dr. Stan V. Smith, identified as Exhibit AE.

Dr. Smith has worked as an economic and financial consultant since 1974. He is the President of Smith Economics Group, Ltd., headquartered in Chicago, Illinois, which provides economic and financial consulting nationwide. Dr. Smith served as the Vice President of the National Association of Forensic Economics for three years and is the founder of Ibbotson Associates' Stock, Bonds, Bills, and Inflation (SBBI) Yearbook, Quarterly, Monthly, and SBBI/PC Services. He wrote the first textbook on Forensic Economic Damages that has been used in courses at various universities, such as the University of Wisconsin and Penn State University. Dr. Smith previously provided expert reports regarding economic losses in a terrorism case. *See e.g. Miller v. Juarez Cartel*, 2022 U.S. Dist. LEXIS 112463 (D.N.D. June 24, 2022).

## III. SOLATIUM CLAIMS ON BEHALF OF FAMILY MEMBERS OF SERVICEMEN WIA

The Plaintiffs have described below the two attacks for which this Court found Iran liable, 518 F. Supp. 3d 475, as well as the injuries sustained by the Plaintiffs in this case and their ensuing claims.[4]

---

[4] The attacks that injured Nicholas Koulchar and Preston Kaplan were caused by an act of extrajudicial killing because the perpetrator killed a member of their unit in each of the terrorist attacks. Therefore, the decision in *Borochov v. Islamic Republic of Iran*, 94 F.4th 1053 (D.D.C. Mar. 8, 2024) does not bar the claims of plaintiffs injured as a result of these attacks. *See Borochov*, 94 F.4th at 1060-61 (Finding no jurisdiction under 28 U.S.C. § 1605A "[b]ecause the perpetrator did not kill anyone in the attack that injured the Golans, no extrajudicial killing occurred").

### A. NICHOLAS GENE KOULCHAR (WIA) – AUGUST 26, 2008, ATTACK – SADR CITY, IRAQ

On the evening of August 26, 2008, Nicholas Gene Koulchar was traveling in the third vehicle of a convoy on Route Gold and Grizzlies, in Sadr City, Iraq. *Lee II*, 656 F. Supp. 3d at 35, ECF No. 77. Mr. Koulchar was assigned as a gunner in an RG-33 armored vehicle conducting route clearance. *See* Am. Compl., ECF No. 12, ¶ 1080. The right side of the vehicle was struck by an EFP and Mr. Koulchar was wounded in the attack as confirmed by the Casualty Report. *Lee II*, 656 F. Supp. 3d at 35, ECF No. 77. The Court found sufficient evidence in the record to demonstrate that the EFP that injured Mr. Koulchar is "traceable to Iran and its proxies." *Id*.

Plaintiff Michael Koulchar, Nicholas Koulchar's brother, has established that he has suffered severe mental anguish and extreme emotional pain and suffering as a result of the attack. *See* Am. Compl., ECF. No. 12, ¶ 1086. The following chart reflects the claim asserted by Michael Koulchar who was injured by the August 26, 2008, attack, as well as the evidence setting forth the bases of his claim. That evidence is provided as exhibits to the submitted John Eubanks ("Eubanks") Declaration.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|---|---|---|---|---|
| Michael Koulchar | Mr. Koulchar's Brother | Solatium claim $2 million | Copy of Michael Koulchar's birth certificate | A |
| | | | Declaration of Michael Koulchar dated March 2, 2024 | B |

### 1. Summary of WIA Solatium Claims

#### a. Solatium Claim Brought by Nicholas Gene Koulchar's Family Member

### i.    Michael Koulchar[5]

Michael Koulchar is the only sibling of Nicholas ("Nick") Koulchar.[6] The two brothers grew up in Flint Michigan and were raised by their father and grandmother.[7] According to Michael, his brother Nick always aspired to join the military.[8] After their father and grandmother passed away, Nick joined the Army. Michael was proud of his brother.[9] Additionally, according to Michael, Nick always looked out for him, and they were very close.[10]

Once he completed basic training, Nick was stationed in Germany and received orders to deploy to Iraq.[11] Michael has stated that "it really hit [him] that [Nick's] life could be in danger in Iraq when Nick discussed his wishes for funeral arrangements before he left" for Iraq.[12] Michael was also aware and deeply concerned by the fact that Nick's responsibilities in Iraq included providing "route clearance and locating explosive devices before they struck other vehicles,"[13] thus exposing him to constant danger. The brothers-maintained contact with one another while Nick was deployed.[14] Michael was a student at Saginaw Valley State University (SVSU) in the School of Business Management and Marketing[15] and in the Fall of 2008, he was preparing to start his sophomore year at SVSU.[16]

---

[5] Michael Koulchar's birth certificate and declaration confirm that he is a U.S. citizen and was at the time of the attack. He is therefore eligible to bring claims under 28 U.S.C. §§ 1605A (a)(2)(A)(ii)(I). *See* Ex. A, birth certificate; Ex. B, Declaration of Michael Koulchar, dated March 2, 2024, ¶ 1.

[6] Ex. B, Declaration of Michael Koulchar, ¶ 2.

[7] *Id.*

[8] *Id.*, ¶ 3.

[9] *Id.*, ¶¶ 2-3.

[10] *Id.*, ¶ 2.

[11] *Id.*, ¶ 3.

[12] *Id.*

[13] *Id.*

[14] *Id.*

[15] *Id.*, ¶ 4.

[16] *Id.*

According to Michael, he received a call from a soldier asking whether he (Michael) was Nicholas's next of kin.[17] Michael confirmed that he was the point of contact for his brother Nick but was asked for the contact information of his parents.[18] Because Michael and Nick grew up with their father who passed away before Nick joined the Army, the Army representative ended the call in order to confirm that Michael was in fact Nick's next of kin. When Michael received a call back, he was informed that his brother was "severely injured and was coding out."[19] Michael has stated that he "was at a loss of words and filled with anxiety because [he] had to await another call for status updates on Nick's condition."[20] He "felt helpless" and constantly waited by the phone,[21] rendering him unable to eat or sleep. Michael then received follow-up calls informing him that Nick was being transported to Germany where he was stabilized and then transported to the Walter Reed Medical Center in the U.S.[22]

The initial descriptions Michael received about the severity of his brother's injuries were vague,[23] and it wasn't until he arrived at the Walter Reed Medical Center (approximately a week after he received the first call) that Michael was aware of the extent of Nick's injuries.[24] When Michael saw his brother at the hospital, Nick was in a medically induced coma and both of his legs were amputated.[25] "All [he] could think of is that [his] big brother, who is so strong, is unaware that his legs are gone."[26] Michael stated that when his brother finally opened his eyes, Nick did not realize that he was there.[27]

---

[17] *Id.*
[18] *Id.*
[19] *Id.*
[20] *Id.*, ¶ 5.
[21] *Id.*
[22] *Id.*, ¶ 6.
[23] *Id.*, ¶ 5.
[24] *Id.*, ¶ 6.
[25] *Id.*
[26] *Id.*
[27] *Id.*

Seeing his brother in the condition he was in was shocking and painful for Michael, rendering him in disbelief.[28] Michael described Nick as a big guy, and it was unbearable seeing him without legs—causing Michael to wonder how Nick would survive.[29]

Michael stayed at Walter Reed for over sixteen hours a day and would return to the Fisher House only to shower and get a couple of hours of sleep.[30] According to Mr. Koulchar, Nick had surgery every other day and Michael stayed by his brother's side to be there for him.[31] He knew that he was all that Nick had.[32] Therefore, whenever Michael took trips back to Michigan, it was very brief and for the purpose of grabbing clothes.[33]

Michael was asked—and readily agreed— to serve as Nick's non-medical attendant at Walter Reed.[34] "Despite putting [his] education on hold" he accepted the position "without hesitation,"[35]and thereafter took his brother to physical therapy, occupational therapy, and wound care, and additionally administered medication. Caring for Nick was a full-time job, so for Michael, going back to school was impossible.[36] He therefore left school. Michael cared for his brother at Walter Reed for over 2 ½ years—from September 2008 until April 2011.[37] According to Michael, he was twenty-four years old when Nick was injured,[38] at which time he dropped out of school and left behind a girlfriend he had dated for a couple of years prior to caring for his

---

[28] *Id.*, ¶ 7.
[29] *Id.*
[30] *Id.*
[31] *Id.*
[32] *Id.*
[33] *Id.*
[34] *Id.*, ¶ 8.
[35] *Id.*
[36] *Id.*
[37] *Id.*
[38] *Id.*, ¶ 9.

brother.[39] Michael put his brother's needs before his own.[40] In fact, the entire trajectory of Michael's life had forever been altered.

Michael described how difficult it was to see his big brother struggle,[41] as Nick was the strongest person he knew.[42] "Watching [Nick] fall during physical therapy and wanting to give up on his recovery and life was devastating" for Michael Koulchar but he helped his brother through it.[43] After they left Walter Reed, Michael lived in a wheelchair-accessible house built for Nick in Macomb, Michigan until approximately 2013.[44] He assisted with things around the house, such as yard work. Michael was happy for his brother Nick when he met his wife.[45]

Currently, Michael lives about twenty minutes from his brother Nick and sees him, as well as his sister-in-law and three nephews at least twice a week.[46] According to Michael Koulchar, the attack that injured his brother was devastating and changed his entire life,[47] resulting in his having dropped out of school, losing a girlfriend, and continuing down an entirely different career path.[48] Michael stated that "It was a hard transition for me to be the one to take care of Nick.[49] He was my older brother and always looked after me. When he got hurt, our roles flipped."[50]

In light of the severity of Nicholas Koulchar's injuries and the duration of the constant ongoing care Michael Koulchar provided for Nick from approximately 2008 until 2013, Plaintiff has requested a baseline award of $1.25 million, and an upward departure of 60%, for a total of

---

[39] *Id.*
[40] *Id.*
[41] *Id.*
[42] *Id.*
[43] *Id.*
[44] *Id.*, ¶ 10.
[45] *Id.*
[46] *Id.*
[47] *Id.*, ¶ 11.
[48] *Id.*
[49] *Id.*
[50] *Id.*

$2 million for Michael Koulchar's solatium claim. *See Schooley v. Islamic Republic of Iran*, No. CV 17-1376 (BAH), 2019 WL 2717888, at *78 (D.D.C. June 27, 2019) (applying a 60% "upward departure[] based on the extraordinary circumstances they endure, living with and caring for their injured service member children").

**Having carefully considered the testimony and evidence presented, and consistent with the Plaintiff's request, I hereby recommend that the Court award the requested baseline award of $1.25 million, and the additional upward departure of 60%, as requested, for a total of $2 million for Michael Koulchar's solatium claim.**

## B. PRESTON CHARLES KAPLAN (WIA) - APRIL 29, 2008, ATTACK– BAGHDAD, IRAQ

On April 29, 2008, at approximately 10:11 p.m., Specialist Preston Charles Kaplan was traveling in a four-vehicle convoy along Route Cubs in the Kadamiyah neighborhood of northern Bagdad. *Lee II*, 656 F. Supp. 3d at 47, ECF No. 77. There was an explosive device that was placed on the right side of the road in a drainage ditch, which detonated, striking the front passenger door of the second vehicle Preston Kaplan was traveling in. *Id*. Mr. Kaplan and another soldier were injured in the attack, and one soldier was killed. *Id*. The Court found sufficient evidence in the record to conclude that the attack was the result of an EFP and that Iran, acting through its proxies, was responsible for the April 29, 2008. *Id*. at 47-48.

Plaintiffs injured as a result of this attack include Nicole Kaplan, Preston Kaplan's wife; Nona Kaplan, Preston's mother; David Kaplan, Preston's father; Jaime Zarcone, Preston's sister; and Jessalyn Holt, also Preston's sister. Am. Compl., ECF No. 12, ¶¶ 1030-1041. All of these Plaintiffs—Nicole Kaplan, Nona Kaplan, David Kaplan, Jaime Zarcone, and Jessalyn Holt—have provided evidence of severe mental anguish and extreme emotional pain and suffering. *Id*., ¶ 1041.

The following chart reflects the claims asserted by each of these Plaintiffs injured by the April 29, 2008, attack, as well as the evidence establishing the bases of those claims. That evidence has been provided as exhibits to the submitted Eubanks Declaration.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|---|---|---|---|---|
| Nicole Kaplan | Mr. Kaplan's wife | Solatium claim $ 6.4 million | Copy of Nicole Kaplan's passport | C |
| | | | Declaration of Nicole Kaplan dated May 9, 2024. | D |
| Nona Kaplan | Mr. Kaplan's mother | Solatium claim $ 2.5 million | Copy of Nona Kaplan's passport | E |
| | | | Declaration of Nona Kaplan dated February 29, 2024 | F |
| David Kaplan | Mr. Kaplan's father | Solatium claim $ 2.5 million | Copy of David Kaplan's passport | G |
| | | | Declaration of David Kaplan dated April 4, 2024 | H |
| Jaime Zarcone | Mr. Kaplan's sister | Solatium claim $ 1.25 million | Copy of Jaime Zarcone passport | I |
| | | | Declaration of Jaime Zarcone dated March 7, 2024 | J |
| Jessalyn Holt | Mr. Kaplan's sister | Solatium claim $ 1.25 million | Copy of Jessalyn Holt passport | K |
| | | | Declaration of Jessalyn Holt dated April 10, 2024 | L |
| | | | | |

1. **Summary of Claims**

   a. **Solatium Claims Brought by Preston Charles Kaplan's Five (5) Family Members**

### i.    Nicole A. Kaplan[51]

Plaintiff Nicole Kaplan and Preston Kaplan first met when they were in the sixth grade and according to Preston, it was love at first sight.[52] Nicole Kaplan has testified that Preston always tried to make her laugh and always kept a Kit Kat bar or gum in his pocket for her just in case she asked.[53] Nicole Kaplan's attraction for Michael did not develop however, until he they began eighth grade[54]--and the two did not go on "real' dates at the time but were always accompanied by one of Nicole's friends to the movies or to a trip to grab a McFlurry from McDonald's or have frozen yogurt.[55] According to Nicole Kaplan, Preston would go "out of his way to walk [her] home from school as often as he could, which was about 2.5 miles in the opposite direction from where he lived."[56] She described Preston as "super fun" and a "people pleaser" because he always wanted to make people laugh.[57] In addition, he was always very active and played a lot of sports in school. Mrs. Kaplan attended Preston's football games, wrestling matches, swim and diving meets, and track meets.[58] Preston in turn attended her soccer matches and would even find rides to attend her out-of-town matches.[59]

After they graduated from high school, they remained in Fresno, California,[60] and devised a plan for Preston to enlist in the military.[61] Once basic training was complete, the two would get married.[62] At the time, they believed that this plan was their ticket out of Fresno and on track for

---

[51] Nicole Kaplan's passport and declaration confirm that she is a U.S. citizen and was at the time of the attack. She is therefore eligible to bring claims under 28 U.S.C. §§ 1605A (a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. C, passport; Ex. D, Declaration of Nicole Kaplan, dated April 1, 2024.
[52] Ex. D, Declaration of Nicole Kaplan, ¶ 4.
[53] *Id.*, ¶ 5.
[54] *Id.*, ¶ 6.
[55] *Id.*, ¶ 7.
[56] *Id.*, ¶ 8.
[57] *Id.*, ¶ 9.
[58] *Id.*, ¶ 11.
[59] *Id.*, ¶ 12.
[60] *Id.*, ¶17.
[61] *Id.*, ¶ 18.
[62] *Id.*

a brighter future.[63] Once Mr. Kaplan returned from basic training in the fall of 2005, he has stated that he had become  a "completely different person" and more responsible.[64] One day, Nicole attended a recruiting session with the Army and also decided to enlist, [65] commencing active duty on January 4, 2006.[66]

Because the two were not married at the time they enlisted, Preston Kaplan was stationed to Fort Campbell, Kentucky and Nicole Kaplan was stationed at Fort Bragg, North Carolina.[67] During Preston's first deployment to Iraq, Nicole learned that she had to get creative to speak with Preston. She merged in on other family calls and wrote letters to him every day while he was deployed until she was able to get a cell phone after basic training.[68] When Preston returned from deployment in the fall of 2006, the two managed to see each other often and took turns flying to the other's base on the weekends.[69] Nicole had a promise ring from Preston, and the couple got engaged in November 2006 and thereafter married on December 9, 2006.[70] Nicole deployed to Iraq in January 2007 and Preston deployed to Iraq for a second time on October 2007.[71] They were able to see each other while they both were stationed at Camp Taji.[72] When Preston moved to Forward Operating Base Justice in January 2008, Nicole indicates that she could no longer visit him.[73] She returned from deployment in March 2008.[74]

---

[63] *Id.*
[64] *Id.*, ¶¶ 20-21.
[65] *Id.*, ¶ 24.
[66] *Id.*, ¶ 27.
[67] *Id.*
[68] *Id.*, ¶¶ 30-31.
[69] *Id.*, ¶ 34.
[70] *Id.*, ¶ 35.
[71] *Id.*, ¶¶ 36-37.
[72] *Id.*, ¶ 39.
[73] *Id.*, ¶ 40.
[74] *Id.*, ¶ 41.

On April 29, 2008, Nicole Kaplan received a call from Preston at an unusual hour.[75] She stated that he sounded strange and told her "I love you."[76] Suddenly, a woman got on the phone and asked Nicole if she was by herself.[77] Fearful of tragic news, Nicole then called her roommate over and grabbed her hand,[78] at which time the woman on the phone explained that Preston Kaplan was hit by an IED and was injured.[79] Nicole was in complete shock by the news, but was grateful that she was able to speak with her husband.[80] Once the call ended, Nicole Kaplan and her roommate drove to base to inform her superiors, who also knew Preston.[81] They were able to call the brigade surgeon and looked up Preston's medical records to keep Nicole abreast of what was happening with him.[82] While Nicole was finally able to get in contact with Preston's sister and informed her of the attack,[83] at the time, she could not bring herself to be the one to give the news to her mother-in-law because her emotions were all over the place and she was receiving conflicting information.[84] Nicole was then offered the opportunity to go to Germany to see her husband and she unequivocally accepted.[85]

Nicole Kaplan stated that she felt she had to be the strong one when she finally saw her husband and she had no idea what to expect or how to prepare for what she was going to confront.[86] After Preston Kaplan was out of surgery to increase the blood flow to his right leg, Nicole was finally able to see him,[87] recalling that she squeezed him and held him as long as she possibly

---

[75] *Id.*, ¶ 42.
[76] *Id.*
[77] *Id.*, ¶ 43.
[78] *Id.*, ¶ 44.
[79] *Id.*
[80] *Id.*, ¶¶ 44-45.
[81] *Id.*, ¶¶ 46-47.
[82] *Id.*
[83] *Id.*, ¶ 49.
[84] *Id.*, ¶¶ 49-50.
[85] *Id.*, ¶ 48.
[86] *Id.*, ¶ 51.
[87] *Id.*, ¶¶ 52-53.

could—although his legs were under a blanket so she could not see the extent of his injuries at first.[88] They were both transported to Walter Reed and they were optimistic that Preston's right leg could be salvaged.[89] Nicole Kaplan then watched her husband go through inpatient and outpatient treatment for the next four (4) years.[90] During that time, he suffered from reoccurring infections and surgeries and was starting to lose hope.[91] Nicole stated that "for each step forward in treating his wounds, Preston's recovery would take 20 steps backwards due to infections. Preston constantly underwent surgery to drain infections and clean out his wounds. After each surgery, Preston had less healthy tissue in his right leg and the cycle would begin anew. Countless hours were spent in waiting rooms hoping for good news, hoping that this surgery was going to do the trick."[92] Again, Nicole felt as though she had to be the rock for everyone through this journey.[93] She also witnessed her husband begin to ███████████████████████████████████ ████████████████████████████████.[94] For the first eight months of his treatment, Nicole lived alongside Preston at the hospital in a foldout chair and only used the room at the Mologne House to shower.[95] She additionally assisted Preston with his medications and took him to appointments.[96]

Nicole had to eventually return to work at Fort Bragg and sought mental health treatment for the first time in her life.[97] In fact, she worried so much about Preston that ████████████ ████████████████████████████████████████████████████████████████

---

[88] *Id.*
[89] *Id.*, ¶¶ 55-56.
[90] *Id.*, ¶ 57.
[91] *Id.*
[92] *Id.*, *¶58.*
[93] *Id.*
[94] *Id.*, ¶ 59.
[95] *Id.*, ¶ 61.
[96] *Id.*, ¶ 62.
[97] *Id.*, ¶¶ 64-65.

███████████████████████████.[98] She was eventually reassigned to Fort Belvoir from December 2008 to September 2010 and was subsequently assigned to Walter Reed.[99] Nicole described the pain of seeing Preston turn to a very dark place and begin to lose faith as he remained in Walter Reed to try and save his leg.[100] She felt "powerless" because she could not help him with his emotional pain and began to be more of a mother to Preston than his wife—overseeing his medical care, including decisions about medication and doctor's instructions. According to Nicole, they "████████████████ or deep conversations,"[101] causing her to add that "while I did not mind caring for Preston, the erosion of our husband-wife relationship was extremely painful."[102]

Nicole recounted that her husband asked for her to leave him countless times to the point where he began resenting her for staying by his side.[103] She observed that wedding vows never mean so much until they are "staring you in the face opposite a hospital bed."[104] According to Nicole: "In less than a year of marriage, [they] went from [Mr. Kaplan] having a fully independent, young and thriving life" to him "having to rely on [her] for everything."[105] She could not break down and was afraid of the outcome if she did.[106]

After doctors confirmed that Preston's right leg would never be healthy, he finally had his leg amputated on December 10, 2009.[107] However, due to infections and surgeries, he was not able

---

[98] *Id.*
[99] *Id.*, ¶ 66.
[100] *Id.*, ¶¶ 67-68.
[101] *Id.*, ¶ 71.
[102] *Id.*
[103] *Id.*, ¶ 72.
[104] *Id.*
[105] *Id.*
[106] *Id.*, ¶ 73.
[107] *Id.*, ¶¶ 75-76.

to use prosthesis until after New Year's in 2011.[108] Nicole acknowledged that even then their life was on edge.[109]

Preston had ████████████████████████████████[110] Nicole also ████████████████████████████████████████████████████████[111] It wasn't until they moved to Hawaii in 2012, when they began to rebuild their lives—but this was short-lived as Preston began to spiral into a dark place again when they moved to Fort Hood, Texas in 2015.[112]

The couple wanted to get on the right path and began family planning and so they underwent in vitro fertilization.[113] This however caused them much stress ████████████ ████████████████.[114] In fact, Nicole left Preston for a brief period after she was pregnant with their first child—a daughter.[115] She was scheduled to deploy to Iraq again in June 2018, but their daughter was due in April 2018.[116] But because Nicole was still assisting with Preston's care, she did not feel as though she could leave their daughter too.[117] Although she wanted to serve a full career in the military with retirement benefits, Nicole Kaplan was forced to file a Chapter 8 to get out of the military with none of the pension she worked for.[118] Things eventually began to improve for Preston when the family moved to Houston in May 2018 but it was a long journey to get there.[119] According to Nicole Kaplan, her husband was angry for years

---

[108] *Id.*, ¶ 79.
[109] *Id.*, ¶ 80.
[110] *Id.*, ¶ 84.
[111] *Id.*, ¶ 85.
[112] *Id.*, ¶¶ 87-88, 92.
[113] *Id.*, ¶ 96.
[114] *Id.*, ¶ 97.
[115] *Id.*
[116] *Id.*, ¶ 98.
[117] *Id.*
[118] *Id.*, ¶ 99.
[119] *Id.*, ¶ 100-101.

and the couple saw marriage counselors and began attending church.[120] For a decade, Nicole Kaplan believed that she was not allowed to express her feelings and as a result, it took her years to comprehend that the attack had injured her too.[121]

**Due to the level of ongoing care provided by Plaintiff Nicole Kaplan to her injured husband Preston Kaplan and following careful consideration of the testimony and evidence presented on behalf of the Plaintiff's request, I recommend that the Court award $4 million, with an upward departure of 60%, for a total award of $6.4 million, for Nicole Kaplan's solatium claim.**

### ii.    Nona Kaplan[122]

Nona Kaplan is the mother of Preston Kaplan, Jessalyn Holt, and Jamie Zarcone, [123] and separated from Preston's father when she was about three months pregnant with him.[124] After she divorced from Preston's father, she never remarried and raised her children as a single mother.[125] Ms. Kaplan recalled that it was tough raising her children on her own, but they were a very close family.[126] She stated that Preston was a typical boy growing up: he broke his arm when he fell off of a horse he was riding bareback and was injured from a nail he fell onto while running through their house that was under construction.[127] Additionally, Preston Kaplan was very active and loved sports,[128] having played soccer and football, diving and track and field[129]--and  was especially

---

[120] *Id*., ¶¶ 109.
[121] *Id*., ¶ 111-112.
[122] Nona Kaplan's passport and declaration confirm that she is a U.S. citizen and was at the time of the attack. She is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. E, passport; Ex. F, Declaration of Nona Kaplan, dated February 29, 2024.
[123] Ex. F, Declaration of Nona Kaplan, ¶ 1.
[124] *Id*., ¶ 5.
[125] *Id*.
[126] *Id*., ¶¶ 7-8.
[127] *Id*., ¶ 10.
[128] *Id*., ¶ 11.
[129] *Id*.

good at pole vaulting.[130] She stated that she still has a beautiful picture of her son pole vaulting, in perfect form with two intact legs.[131]

After Preston graduated high school, he lived at home while he figured out what direction he wanted to take.[132] He expressed an interest in going to college, but Ms. Kaplan was a struggling single mother and could not afford to help him pay for tuition.[133] He therefore decided to enlist in the Army in the summer of 2005, in large part because of the September 11th terrorist attacks.[134] She thought that the military might provide Preston with an opportunity to get into college.[135] Ms. Kaplan was nervous about her son joining the Army because she "did not want the military to take [her] baby away."[136] When she went to the recruiting office, she felt assured that Preston would not be deployed anytime soon.[137] After basic training, Preston was stationed to Fort Campbell, Kentucky.[138] According to Ms. Kaplan, he was deployed to Iraq almost immediately.[139]

It was difficult for Ms. Kaplan to communicate with her son, and she constantly looked for him in stories about the war in Iraq on cable TV news and networks.[140] When Preston made it home after his first deployment, he seemed happy but did not share details about his time in Iraq.[141]

He was deployed to Iraq for a second time in October 2007.[142] On April 29, 2008, Ms. Kaplan was at home getting dressed when she heard someone at the front door.[143] She knew that something bad happened because there could be no reason for someone to be at her front door at

---

[130] *Id.*
[131] *Id.*
[132] *Id.*, ¶ 13.
[133] *Id.*
[134] *Id.*, ¶ 14.
[135] *Id.*
[136] *Id.*, ¶ 15.
[137] *Id.*
[138] *Id.*, ¶ 17.
[139] *Id.*
[140] *Id.*, ¶¶ 18-19.
[141] *Id.*, ¶ 20.
[142] *Id.*, ¶ 21.
[143] *Id.*, ¶ 22.

such an early hour.[144] Her youngest daughter, Jessalyn answered the door because Ms. Kaplan was afraid to answer it. Moments later, Jessalyn came to her mother's room with Ms. Kaplan's son-in-law, Jamie's husband and her stepmother behind her.[145] She saw that Jessalyn's eyes were filled with tears, and she told her, "Mommy, something is wrong with Bubby."[146] Ms. Kaplan immediately dropped to the ground, screaming, "Is my son dead? Is my son dead?"[147] She recounted that she "could not hear" and "could not think."[148] In her mind, her worst fear had come true, and she thought that her son was dead for what seemed like a lifetime.[149]

Ms. Kaplan recalled how her screams sounded that day when she thought her son was dead and she is saddened that Jessalyn had to witness her meltdown.[150] Ms. Kaplan recalled wanting to run to her son and save him. She finally found out that her son was injured and not killed. Ms. Kaplan has indicated that she doesn't believe that she would have been able to live if she lost her son.[151] She thought, "this was the worst day in [her] life."[152] After learning that Preston was being transported to Walter Reed Medical Center, Ms. Kaplan, Jaime, and Jaime's infant baby took a red eye flight to Washington, D.C.[153]

When she saw Preston for the first time she felt "deep sadness when [she] saw the condition he was in."[154] A major artery in his lower right leg had been severed in the attack and the surgery to repair the blood flow had been compromised.[155] She therefore knew that inadequate blood flow

---

[144] *Id.*
[145] *Id.*
[146] *Id.*, ¶ 23.
[147] *Id.*
[148] *Id.*
[149] *Id.*
[150] *Id.*, ¶ 24.
[151] *Id.*, ¶ 25.
[152] *Id.*, ¶ 26.
[153] *Id.*
[154] *Id.*, ¶ 27.
[155] *Id.*

would lead to necrosis, tissue death.[156] Ms. Kaplan traveled back and forth from Fresno, California to Washington many times throughout the duration of Preston's treatment to ensure that he was getting the care he needed.[157] The time she spent away from work was unpaid leave which caused a financial hardship for Ms. Kaplan and for Jessalyn, who was still dependent on her.[158] Sometimes her help consisted of staying with her son at the hospital at night or looking after him to give his wife, Nicole Kaplan an opportunity to get some sleep in a real bed in the room near Walter Reed.[159]

Despite the multiple surgeries, Preston's leg was getting worse, and Ms. Kaplan tried to be brave for her son.[160] She was terrified of him losing his leg and prayed over her son—believing that every time he went into surgery, he was at risk of death.[161] She also lived in constant fear that he would die in surgery or from an infection.[162] On December 10, 2009, Preston's right leg was amputated; however it did not alleviate his pain.[163]

Ms. Kaplan described her son as an angry man after the attack.[164] Preston was angry at everyone and with God.[165] She lived in constant fear of losing her son.[166] According to Ms. Kaplan, her son ████████████████████████████████████[167] When her mother died, ████████████████████████████████████[168] She stated that her life "was hell" and that she felt as though she lost everything inside of her.[169] Ms. Kaplan believes that she suffers from PTSD and has been ████████████████████ since

---

[156] *Id.*
[157] *Id.*, ¶ 28.
[158] *Id.*, ¶ 31.
[159] *Id.*, ¶ 30.
[160] *Id.*, ¶ 32.
[161] *Id.*, ¶ 35.
[162] *Id.*, ¶ 36.
[163] *Id.*, ¶ 39.
[164] *Id.*, ¶ 41.
[165] *Id.*
[166] *Id.*
[167] *Id.*, ¶ 42.
[168] *Id.*
[169] *Id.*, ¶ 43.

her son was deployed.[170] She has not opened a piece of mail or taken a phone call in the last sixteen years because she fears someone will bring her bad news.[171]  Ms. Kaplan believes that Preston does not tell her everything he is going through because he knows how much she struggled after the attack that injured him.[172] She stated that her son is a loving son and brother as well as a great man, father, and husband.[173] Preston is a hero to her and she is proud of his hard work towards healing.[174] She is thankful that God spared her son's life.[175] His recovery has been a "long road" and has been "pure hell" getting there.[176]

**Having carefully considered the testimony and evidence presented, consistent with the Plaintiff's request of an award of $2.5 million, I hereby recommend that the Court award $2.5 million for Nona Kaplan's solatium claim.**

### iii.    David Kaplan[177]

David Kaplan is the father of Preston Kaplan and Jamie Zarcone.[178] David and Nona Kaplan divorced in 1985 after Preston was born.[179] Preston stayed in Fresno, California while David lived in Los Angeles.[180] Despite living apart, David managed to see Preston and Jaime often,[181] and met with Nona in Bakersfield, halfway between Fresno and Los Angeles to pick up or drop off his son and daughter.[182] During the time they spent together, David enjoyed going with

---

[170] *Id.*, ¶ 44.

[171] *Id.*

[172] *Id.*, ¶ 49.

[173] *Id.*, ¶ 51.

[174] *Id.*

[175] *Id.*

[176] *Id.*, ¶ 52.

[177] David Kaplan's passport and declaration confirm that he is a U.S. citizen and was at the time of the attack. He is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. G, passport; Ex. H, Declaration of David Kaplan, dated April 4, 2024.

[178] Ex. H, Declaration of David Kaplan, ¶ 4.

[179] *Id.*, ¶ 5.

[180] *Id.*

[181] *Id.*, ¶ 6.

[182] *Id.*

Preston to the beach, Disneyland, and museums,[183] recalling that they had a lot of good times together.[184] When Preston was ten years old, David made him a graphic book of Preston's adventures at Magic Mountain.[185] In the book, David made Preston the "owner" of Magic Mountain and the book contained photographs of Preston acting in that capacity at the amusement park. David gave this book to Preston when he married Nicole Kaplan.[186]

David described his son as "very energetic" and "happy" as a child,[187] and was "very social and personable.[188] David moved to Fresno in 2000 and was closer to Preston and was able to take him to school.[189] According to David, Preston was very athletic and participated in football, swim team, and track and field.[190] Shortly before the September 11th terrorist attacks, David moved back to Los Angeles but he continued to visit his son in Fresno.[191] Preston told his father that he wanted to join the Army—so David accompanied his son to the recruiting office a couple of times.[192] David wondered: "What's my son getting into?"[193]  He recounted that he was sitting in a car on a rainy day, speaking with his son about his future,[194] and  told Preston not to join the Army and to go to college instead or train for a trade.[195] David talked to Preston about how dangerous the military could be and he was fearful of the war in Iraq.[196] He saw on the news that many service

---

[183] *Id.*, ¶ 7.
[184] *Id.*
[185] *Id.*, ¶ 9.
[186] *Id.*
[187] *Id.*, ¶ 12.
[188] *Id.*, ¶ 13.
[189] *Id.*, ¶ 14.
[190] *Id.*, ¶ 15.
[191] *Id.*, ¶ 17.
[192] *Id.*
[193] *Id.*
[194] *Id.*, ¶ 18.
[195] *Id.*
[196] *Id.*, ¶ 19.

men and women were injured or killed in the war.[197] However, Preston was determined and enlisted in the summer of 2005.[198]

During Preston's deployment to Iraq, David wrote to his son to keep in contact.[199] David recalled that when Preston returned, he married his high school sweetheart, Nicole Kaplan.[200] They were both deployed in 2007 and "essentially spent their honeymoon in Iraq."[201] On April 29, 2008, David received a call from his daughter Jaime while he was at work, informing him that Preston had been injured in an IED attack while riding in a Humvee.[202] He stated that he "felt sick when [he] heard the news,"[203] and wondered whether his son was going to live.[204] David immediately ran into his boss's office and told him that his son was badly injured.[205] David's boss then offered to fly him to Germany to see his son, but David decided to wait until Preston arrived at Walter Reed Medical Center.[206]

The military flew David to Washington to meet Preston at the hospital.[207] When David arrived, he met with Nona Kaplan, Jamie Zarcone, Jamie's husband, Nicole Kaplan, and Jessalyn Holt,[208] and it was then that David saw his son in a hospital bed with his right leg wrapped up.[209] Doctors had to operate on Preston's leg and remove shrapnel.[210]

---

[197] *Id.*
[198] *Id.*, ¶ 20.
[199] *Id.*, ¶ 23.
[200] *Id.*, ¶ 24.
[201] *Id.*
[202] *Id.*, ¶ 25.
[203] *Id.*
[204] *Id.*
[205] *Id.*
[206] *Id.*
[207] *Id.*, ¶ 26.
[208] *Id.*
[209] *Id.*, ¶ 27.
[210] *Id.*

Preston than spent the next four (4) years at Walter Reed, undergoing dozens of surgeries in order to avoid amputating his right leg.[211] Ultimately, his leg had to be amputated, which according to David caused his son to endure a lot of pain.[212] According to David, he spent a "considerable amount of time with Preston and Nicole during those four years."[213]

David described how much courage it took for Preston and the family to overcome every challenge that came up during that time[214]and  watched as his son "fought hard, enduring surgery after surgery, to keep his leg" "hoping that the nerves in his right leg would come back to life."[215] David tried to encourage Preston to "hang on" after his son lost his leg.[216] He noted that Preston was ██████████████████████████████████ and was not making good choices following his time at Walter Reed.[217] David tried to be there for his son and kept in close contact with him over the years.[218] They talked over the phone often when Preston moved to Hawaii and he was able to visit him when Preston moved to Texas.[219] He described their relationship as "strong" and David still takes the family to Disneyland every once in a while.[220]

 David recounted that he watched his son struggle with depression and that it "breaks [his] heart" to see Preston struggle with this sadness.[221] He stated: "What happened to Preston did not just affect him. His whole family has endured the pain of watching Preston suffer, both mentally

---

[211] *Id.*, ¶ 28.
[212] *Id.*
[213] *Id.*, ¶ 29.
[214] *Id.*
[215] *Id.*, ¶ 30.
[216] *Id.*, ¶ 32.
[217] *Id.*, ¶ 31.
[218] *Id.*, ¶ 42.
[219] *Id.*, ¶¶ 38, 40.
[220] *Id.*, ¶ 48.
[221] *Id.*, ¶¶ 43, 45.

and physically, for so many years. The EFP attack on April 29, 2008, forever changed all our lives."[222]

**Having carefully considered the testimony and evidence presented, consistent with the Plaintiff's request of an award of $2.5 million, I hereby recommend that the Court award $2.5 million for David Kaplan's solatium claim.**

### iv.    Jaime Zarcone[223]

Jaime Zarcone is the oldest sister to Preston Kaplan and Jessalyn Holt.[224] According to Ms. Zarcone, she always had a very close relationship with her brother and from the moment he was born, he was "[her] baby."[225] They were, according to Jaime, "two peas in a pod."[226] Because their mother was a single parent who worked a lot, Ms. Zarcone was in charge of caring for her younger siblings.[227] This created a tight bond among the three of them which strengthened as they got older.[228] She described her brother as "very adventurous, like a wild child" who was not afraid to try anything.[229] Ms. Zarcone always stuck up for her brother growing up and took him along with her while hanging out with her friends.[230] After Preston informed his sister that he decided to enlist in the Army,[231] she noted that while she was not a big fan of him enlisting, she knew that it might be good for him to find his path and get out of Fresno, California.[232] Although she was worried

---

[222] *Id.*, ¶ 49.

[223] Jamie Zarcone's passport and declaration confirm that she is a U.S. citizen and was at the time of the attack. She is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. I, passport; Ex. J, Declaration of Jaime Zarcone, dated March 7, 2024.

[224] Ex. J, Declaration of Jaime Zarcone, ¶ 1.

[225] *Id.*, ¶ 7.

[226] *Id.*

[227] *Id.*, ¶ 8.

[228] *Id.*

[229] *Id.*, ¶ 9.

[230] *Id.*, ¶¶ 10-11.

[231] *Id.*, ¶ 16.

[232] *Id.*, ¶ 16.

sick and hated not being with him,[233] in hindsight, Ms. Zarcone still questions whether she should have talked her brother out of enlisting.[234]

When Preston returned home from basic training, he visited with his family.[235] Ms. Zarcone and Preston remained close after he joined the Army,[236] and she was always the one to arrange his ticket back home to visit.[237] During his deployment, she always picked up the call from a foreign number and sent him silly cards,[238] expectantly waiting for his next phone call and worrying if a long time passed before she heard from him again.[239] When Preston returned home from his first deployment to Iraq, the family went to Disneyland and took a cruise.[240] She recalled that they had the best time partying and having fun together.[241]

Before his second deployment to Iraq, Ms. Zarcone saw her brother and was pregnant with her second child at the time. She recalled wearing a huge, red maternity top and Mr. Kaplan could not resist teasing her, calling her "the Kool-Aid Man."[242] By this time, Preston had married his high school sweetheart, Nicole.[243] On April 29, 2008, Ms. Zarcone was charging her phone in the kitchen and did not see the missed call from Nicole.[244] A few hours later, her doorbell rang and when she and her husband answered she saw her grandparents there.[245] Her heart sank because she knew immediately that something happened to Preston.[246] They were told that her brother was

---

[233] *Id.*, ¶ 18.
[234] *Id.*, ¶ 17.
[235] *Id.*, ¶ 20.
[236] *Id.*, ¶ 21.
[237] *Id.*
[238] *Id.*, ¶ 22.
[239] *Id.*, ¶ 23.
[240] *Id.*, ¶ 24.
[241] *Id.*
[242] *Id.*, ¶ 26.
[243] *Id.*, ¶ 27.
[244] *Id.*, ¶ 28.
[245] *Id.*
[246] *Id.*

hurt, but alive.[247] When she learned that her brother was being transported to Walter Reed Medical Center in the U.S., their mother, Ms. Zarcone, and her eight month old baby jumped on a plane to meet him there.[248] When Ms. Zarcone first saw her brother, she described the scene as "messy and gross" and it was scary for her to see Preston in the condition he was in.[249] She felt helpless once she returned to California.[250] Ms. Zarcone had three small children—two sons and a stepson—and had to manage her salon business.[251] As a result, she was only able to visit Preston at the hospital a couple of times over the four years.[252] This was devastating for her, but she received constant updates from Nicole even though what she heard was not encouraging.[253]

Ms. Zarcone was afraid that her brother "would never recover from his injuries" and did not know what "recovery" would mean for him.[254] When Preston was informed about the need to amputate his leg, Preston spoke with her about the pros and cons of going through with the surgery.[255] She described how proud she was of her brother for having the courage to undergo the amputation but she was still "heartbroken" that he would have a lifelong disability,[256] knowing that there would be "no more normal" for him.[257] Ms. Zarcone watched her brother go through dark times, behavior changes, and ███████████████[258] "It was difficult for [her] because [she] felt like [she] was just a bystander" and could not help him.[259] Ms. Zarcone continues to speak with her brother often and he still comes to her for advice.[260] Maintaining a close relationship

---

[247] *Id.*
[248] *Id.*, ¶ 31.
[249] *Id.*, ¶ 32.
[250] *Id.*, ¶ 35.
[251] *Id.*
[252] *Id.*
[253] *Id.*, ¶ 38.
[254] *Id.* ¶ 40.
[255] *Id.*, ¶ 44.
[256] *Id.*, ¶¶ 44-45.
[257] *Id.*
[258] *Id.*, ¶¶ 49-55.
[259] *Id.*, ¶ 57.
[260] *Id.*, ¶¶ 56, 61.

with Preston and his family is very important to her.[261] It has taken him many years, but Preston has made great strides in his journey.[262] Ms. Zarcone has described how proud she is of her brother who suffered years of darkness and became a great dad and good husband.[263]

**Having carefully considered the testimony and evidence presented, consistent with the Plaintiff's request of an award of $1.25 million, I hereby recommend that the Court award $1.25 million for Jaime Zarcone's solatium claim.**

### v.    Jessalyn Holt[264]

Jessalyn Holt is the youngest sister of Preston Kaplan and Jaime Zarcone.[265] The three siblings grew up together in a house with their mother, Nona Kaplan in Fresno, California.[266] Jessalyn described her brother as "funny", "adventurous", and athletic as a child.[267] He was someone who enjoyed life, liked to have fun and spend time with family and friends.[268] Jessalyn spent a lot of time together with her brother growing up[269] and recalled that they lived in an area with few neighbors where they would walk to the canal and ride bikes together often.[270] Their neighbors also had horses, and they would ride them every once in a while.[271] After school, they would meet up and walk home together.[272] Jessalyn described herself as the "annoying little sister"

---

[261] *Id.*, ¶ 58.

[262] *Id.*, ¶¶ 59-60.

[263] *Id.*, ¶ 63.

[264] Jessalyn Holt's passport and declaration confirm that she is a U.S. citizen and was at the time of the attack. She is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. K, passport; Ex. L, Declaration of Jessalyn Holt, dated April 10, 2024.

[265] Ex. L, Declaration of Jessalyn Holt, ¶¶ 1, 4.

[266] *Id.*, ¶ 7.

[267] *Id.*, ¶ 8.

[268] *Id.*

[269] *Id.*, ¶ 9.

[270] *Id.*

[271] *Id.*

[272] *Id.*, ¶ 10.

but Preston was "very protective" over her.[273] He was her big brother and she looked up to him.[274] She stated "we were and still are very close."[275]

When Preston joined the U.S. Army, Jessalyn "supported him because he was going to fight for our country" although, she "was afraid something would happen to him."[276] She was afraid that if he went to war he would not come back home.[277] When Preston returned home from basic training, Jessalyn and the family prepared a party for him.[278] Preston was deployed soon after arriving at Fort Campbell,[279] and Jessalyn stated that it was hard for her to see him go to Iraq and not see him every day or hold him in her arms.[280] She constantly prayed over his safety and spoke to him whenever he was able to call home.[281] When Preston returned, she did not ask him about his experiences at war.[282] Shortly after he came back to the United States, Preston was deployed to Iraq a second time and Jessalyn again worried.[283]

Jessalyn states that on April 29, 2008, she was getting ready for work when her doorbell rang.[284] She peaked through the door and saw her grandmother and brother-in-law standing at her door early in the morning.[285] Her "heart sank."[286] She knew that there was no good news coming so early in the morning.[287] Her grandmother told her that Mr. Kaplan was injured in an attack.[288]

---

[273] *Id.*, ¶¶ 9, 11.
[274] *Id.*, ¶ 13.
[275] *Id.*
[276] *Id.*, ¶ 14.
[277] *Id.*
[278] *Id.*, ¶ 16.
[279] *Id.*
[280] *Id.*, ¶ 17.
[281] *Id.*, ¶¶ 18-19.
[282] *Id.*, ¶ 20.
[283] *Id.*, ¶ 22.
[284] *Id.*, ¶ 23.
[285] *Id.*
[286] *Id.*
[287] *Id.*
[288] *Id.*

Jessalyn went to her mother's room and "told her that something had happened to Bubby."[289] She watched her mother drop to her knees crying and screaming asking whether her son was dead.[290] The family tried to console each other as they anxiously waited for hours to get more information on the extent of Mr. Kaplan's injuries.[291] They later learned that Mr. Kaplan was taken to a hospital in Germany, had lost a lot of blood, and had an injury to his right leg.[292]

Jessalyn went to see her brother shortly after he arrived back in the U.S. at Walter Reed Medical Center.[293] She stated that she saw her brother with a bar screwed to his legs and wires that were attached to his toes to prevent his foot from dropping down.[294] Jessalyn cried for her brother when she left his room after visiting him at the hospital or when she was alone,[295] because she never wanted him to see her cry.[296] Preston remained at Walter Reed for four years, during which time Jessalyn visited him about four times during his treatment.[297] She would help take Preston to doctors' appointments, attended his physical therapy session, and spent time with him.[298] Jessalyn recalled that the day her brother's leg was amputated, she was taking an exam and could not have her phone with her[299] --making her feel "very sad" and she "felt helpless because [she] could not make his pain and sadness go away."[300]

After the attack on April 29, 2008, Jessalyn constantly worried for her brother,[301] because she was afraid that he would not make it, was worried about the risks of all his surgeries, and

---

[289] *Id.*, ¶ 24.
[290] *Id.*
[291] *Id.*, ¶ 25.
[292] *Id.*
[293] *Id.*, ¶ 27.
[294] *Id.*
[295] *Id.*, ¶ 41.
[296] *Id.*
[297] *Id.*, ¶¶ 28, 30.
[298] *Id.*, ¶ 31.
[299] *Id.*, ¶ 34.
[300] *Id.*, ¶ 35.
[301] *Id.*, ¶ 40.

███████████████████████████████████.[302] Jessalyn stated that her brother was not happy for a long time and she missed his "free spirit and his funny demeanor" he used to have.[303]

Jessalyn stated: "I felt helpless and sad. I wanted to make all of it just go away, as if nothing had ever happened to Preston. The reality was that I could not change the past, so I had to give Preston my unwavering support. I had to put on a good face and not show my fears and sadness. It was emotionally draining."[304]

**Having carefully considered the testimony and evidence presented, consistent with the Plaintiff's request of an award of $1.25 million, I hereby recommend that the Court award $1.25 million for Jessalyn Holt's solatium claim.**

## IV. SOLATIUM CLAIMS ON BEHALF OF FAMILY MEMBERS OF SOLDIERS KILLED IN ACTION (KIA)

The seven (7) Plaintiffs describe below the three attacks for which this Court found Iran liable, 518 F. Supp. 3d 475, as well as the injuries sustained by the Plaintiffs in this case and their ensuing claims.

### A. JASON LOPEZ REYES (KIA)– JANUARY 5, 2006, ATTACK – BAGHDAD, IRAQ

Sergeant ("Sgt.") Jason Lopez Reyes was traveling in with a ten-vehicle convoy on January 5, 2006, from Baghdad to Camp Taji on Route Tampa in a personnel transport mission—during which the "HMMWV" Sgt. Lopez Reyes was traveling in was struck by a multi-array explosive. As confirmed by the casualty report, Sgt. Lopez Reyes was killed in the attack. *Lee II*, 656 F. Supp. 3d at 38, ECF No. 77. The Court found satisfactory evidence to demonstrate that the explosive that

---

[302] *Id.*
[303] *Id.*, 44.
[304] *Id.*, ¶ 41.

killed Sgt. Lopez Reyes was an Explosively Formed Penetrator ("EFP") "traceable to Iran and its proxies." *Id*.

Sgt. Lopez's two sisters, Zoraima Lopez and Veronica Lopez Reyes; and their mother, Gladys Reyes Centeno, are Plaintiffs in this case. *See* Am. Coml., ECF No. 12, ¶¶ 272-280. The Plaintiffs reveal having experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice, and counsel. *Id*. ¶ 280. The following chart reflects the claims asserted by each of the Plaintiffs injured by the January 5, 2006, attack, as well as the evidence setting forth the bases of those claims. The evidence is provided as exhibits to the accompanying Eubanks Declaration.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|-----------|------------------------------|-------------------|----------|---------|
| Zoraima Lopez | Sgt. Lopez's sister | Solatium claim $2.5 million | Copy of Zoraima Lopez's birth certificate | M |
| | | | Declaration of Zoraima Lopez dated August 30, 2023 | N |
| Veronica Lopez Reyes | Sgt. Lopez's sister | Solatium claim $2.5 million | Copy of Veronica Lopez Reyes's birth certificate | O |
| | | | Declaration of Veronica Lopez Reyez dated August 16, 2023 | P |
| Gladys E. Reyes Centeno | Sgt. Lopez's mother | Solatium claim $5 million | Copy of Gladys E. Reyes Centeno birth certificate | Q |
| | | | Declaration of E. Gladys Reyes Centeno dated August 18, 2023 | R |

1.  **Solatium Claims Brought by SGT Jason Lopez Reyes's Family Members**

    a.  **Zoraima Lopez[305]**

Zoraima Lopez is the oldest sister of Sgt. Lopez Reyes and Veronica Lopez Reyes. The three siblings grew up together primarily in Hatillo, Puerto Rico and were extremely close to each other.[306] They did everything together.[307] Zoraima described how they always walked on the beach and that the sound of waves reminds her of her brother.[308] Jason was her only brother and very special in their family.[309] She recalls so many memories she has of her brother spending time together at their grandmother's house.[310]

Jason Lopez Reyes was previously stationed in Hawaii and Zoraima went to visit him on her twenty-first birthday.[311] He was the life of the party and made her birthday memorable.[312] Zoraima states that her brother would always try to make her and Veronica feel special and loved.

According to Zoraima, Jason was a notorious prankster and constantly told jokes.[313] He was the light in their family that held them together. Zoraima has stated that she is heartbroken that she will never hear his voice again or see his smile.[314] She also described him as being big on celebrating holidays.[315] No matter where he was stationed, he always was sure to make it back home to his family in Puerto Rico. Zoraima finds that holidays are painful now because it is a

---

[305] Zoraima Lopez's birth certificate and declaration confirm that she is a U.S. citizen and was at the time of the attack. She is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. M, birth certificate; Ex. N, Declaration of Zoraima Lopez, dated August 30, 2023.

[306] Ex. N, Declaration of Zoraima Lopez, ¶5.

[307] *Id.*

[308] *Id.*

[309] *Id.*, ¶ 18.

[310] *Id.*, ¶ 5.

[311] *Id.*, ¶ 8.

[312] *Id.*, ¶ 8.

[313] *Id.*, ¶ 6.

[314] *Id.*, ¶ 6.

[315] *Id.*, ¶ 20.

constant reminder that Jason is not there.[316] Every year, her depression worsens beginning around this time of year.[317]

Zoraima was the one who received the call from the military that soldiers would be visiting her mother, Gladys E. Reyes Centeno's home the day her brother Sgt. Lopez Reyes died.[318] She has stated that it felt like her "heart was being ripped out" of her chest when she found out that he had been killed: "Jason's death destroyed me; it took my life out of orbit."[319] The unexpected death of Jason has left Zoraima confused and anxious about the safety of her other loved ones,[320] and she fears that she will get another call that something terrible has happened to them.[321]

Zoraima's son was born on the same day as Jason and is named after him.[322] Photos of Jason are hung up in her home to keep his memory alive.[323] Although Jason was killed years ago, Zoraima describes that "the pain feels the same as the day he died."[324]

**Having carefully considered the testimony and evidence presented, consistent with the Plaintiff's request of an award of $2.5 million, I hereby recommend that the Court award $2.5 million for Zoraima Lopez's solatium claim.**

### b. Veronica Lopez Reyes[325]

Veronica Lopez is the youngest sister of Sgt. Jason Lopez Reyes and Zoraima Lopez. The three siblings shared a special bond and were "always together."[326] Veronica described her brother

---

[316] *Id.*, ¶ 20.
[317] *Id.*
[318] *Id.*, ¶ 3.
[319] *Id.*, ¶ 13.
[320] *Id.*, ¶¶ 14, 16, 21.
[321] *Id.*, ¶ 21.
[322] *Id.*, ¶ 18.
[323] *Id.*, ¶ 17.
[324] *Id.*, ¶ 14.
[325] Veronica Lopez Reyes's birth certificate and declaration confirm that she is a U.S. citizen and was at the time of the attack. She is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. O, birth certificate; Ex. P, Declaration of Veronica Lopez Reyes, dated August 16, 2023.
[326] Ex. P, Declaration of Veronica Lopez, ¶ 7.

Jason as a person who was "very daring" and "adventurous."[327] The thing Veronica remembers most about him was that he was very "happy" and "loved playing jokes on others."[328] Jason "was such a light" in her life and "loved by all who knew him."[329]

According to Veronica, Jason was "proud to defend his country" and joined the military to provide for his family.[330] Although she ultimately supported his decision, Veronica was concerned that Jason could be harmed.[331] He was her "only brother and very special" to her.[332]

Veronica states that the day she learned that Jason was killed, her "life was turned upside down" and "has never been the same."[333] The loss of her brother was "debilitating" to the point that she "could not work," had to take medication "to sleep through the night," and "suffered from constant headaches."[334] Moreover, she struggles with depression and only finds the will to move forward with her life because of her children, husband, and mother.[335] The loss of her brother was worsened by the delay in receiving Jason's body. In fact, the family was not able to "bury [him] until approximately thirteen days after he was killed."[336]

Holidays are "unbearable" without her brother to the point where her family "limits the amount of gatherings" because it is "too painful."[337] Jason has two sons and it is difficult for Veronica not to cry when she sees them because they remind her of her brother.[338] Her nephews

---

[327] *Id.*, ¶¶ 6, 8.
[328] *Id.*, ¶ 6.
[329] *Id.*, ¶ 19
[330] *Id.*, ¶¶ 8-9.
[331] *Id.*, ¶ 8.
[332] *Id.*, ¶ 22.
[333] *Id.*, ¶¶ 11-12.
[334] *Id.*, ¶ 14.
[335] *Id.*, ¶¶ 19, 22.
[336] *Id.*, ¶ 13.
[337] *Id.*, ¶ 16.
[338] *Id.*, ¶ 21

have no memory of their father because of how young they were when he died.[339] Veronica always shows them photos of Jason and lets them know how much their dad loved them.[340]

Veronica is "at such a loss without" her brother and has had to "learn to live with the pain."[341] She laments how it is unfair that he died and that he missed so many milestones in his children's lives, including the birth of his first grandchild.[342] There are pictures of Jason at Veronica's job and around her home[343] which allows [her] to see him all the time."[344] She also visits him at the cemetery every year for his birthday and on the anniversary of his death.[345] According to Veronica, her "life is forever clouded with despair" and she misses her brother Jason very much.[346] Her "whole world fell apart" when he was killed.[347]

**Having carefully considered the testimony and evidence presented, consistent with the Plaintiff's request of an award of $2.5 million, I hereby recommend that the Court award $2.5 million for Veronica Lopez's solatium claim.**

### c. Gladys E. Reyes Centeno[348]

Gladys E. Reyes Centeno remembered how difficult it was for her when her son, Sgt. Jason Lopez Reyez decided to join the miliary.[349] He was her "one and only son" and was like "the prince" in the family.[350] She described him as "the soul of our home" who brought so much joy.[351]

---

[339] *Id.*, ¶ 17.
[340] *Id.*
[341] *Id.*, ¶ 15.
[342] *Id.*, ¶ 18.
[343] *Id.*, ¶ 19.
[344] *Id.*
[345] *Id.*, ¶ 20.
[346] *Id.*, ¶¶ 18, 22.
[347] *Id.*, ¶ 16.
[348] Gladys E. Reyes Centeno's birth certificate and declaration confirm that she is a U.S. citizen and was at the time of the attack. She is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. Q, birth certificate; Ex. R, Declaration of Gladys E. Reyes Centeno, dated August 18, 2023.
[349] Ex. R, Declaration of Gladys E. Reyes Centeno.
[350] *Id.*, ¶ 5.
[351] *Id.*

Jason was a "gift" to his family and "was central to [their] life"[352] and described him as being "incredibly adventurous and daring" and "full of happiness."[353] Gladys recalls how her son loved to go to the movies and walk on the beach together as a family,[354] which was "tightknit" as everyone "always looked after one another."[355]

Gladys was worried when her son told her that he was going to be deployed and she "prayed for his safety constantly."[356] He would contact her whenever time permitted when he was deployed. "It was comforting" to Gladys to "hear his voice" and she was "count[ing] down the days until [she] could see him again."[357] Gladys described that her "world stopped the day [her] only son was taken, "[358] as she was "instantly overcome by grief and shock."[359] Gladys fell into a depression that consumed her to the point where she was "physically and emotionally drained."[360] Gladys stated the her "world stopped the day my only son was taken from me. I will forever be in mourning."[361]

Christmas was Jason's favorite holiday and this time of year was always festive.[362] No matter where Jason was stationed, he always came home to Puerto Rico to spend Christmas with his family.[363] Holidays are now "unbearable" and  a "painful and a constant reminder that he is not here."[364] Gladys tries "to find joy in [her] life" but she struggles with a  "lingering unhappiness" over the loss of her son.[365]

---

[352] *Id.*
[353] *Id.*, ¶¶ 6, 15.
[354] *Id.*, ¶ 8.
[355] *Id.*
[356] *Id.*, ¶ 10.
[357] *Id.*, ¶ 11.
[358] *Id.*, ¶ 14.
[359] *Id.*, 12.
[360] *Id.*, ¶ 18.
[361] *Id. ¶ 19*
[362] *Id.*, ¶ 7.
[363] *Id.*
[364] *Id.*, ¶ 14.
[365] *Id.*, ¶ 18.

It has been "devastating" not having Jason around to "experience the celebrations and milestones" of his two children.[366] He died approximately two weeks before his thirtieth birthday.[367] According to Gladys, the pain she feels today over the death of her son "is the same as the day he was killed."[368] She is "heartbroken" over the loss of her son Jason.[369]

**Having carefully considered the testimony and evidence presented, consistent with the Plaintiff's request of an award of $5 million, I hereby recommend that the Court award $5 million for Gladys E. Reyes Centeno's solatium claim.**

### B. CHRISTOPHER BROOK FISHBECK (KIA) - JUNE 6, 2011, ATTACK–BAGHDAD, IRAQ

On the morning of June 6, 2011, Private First Class ("PFC") Christopher Brook Fishbeck was at Forward Operating Base Loyalty in Baghdad, when seven (7) explosives were launched from a cargo truck. *See* Am. Compl. ECF No. 12, ¶ 1160; *Lee II*, 656 F. Supp. 3d at 49, ECF No. 77. Three (3) of the explosive devices detonated in JSS Loyalty causing several housing units to be destroyed or damaged. *Id*. Six (6) U.S. servicemembers were killed by the Improvised Rocket Assisted Munitions ("IRAMs"). *Id*. at 50. PFC Christopher Fishbeck was among the servicemembers killed in the June 6, 2011, attack according to his Casualty Report. *Id*. The Court found sufficient evidence in the record to demonstrate that "Iran, acting though its proxies, was responsible for the June 6, 2011, IRAM attack on U.S. forces." *Id*. at 51.

PFC Fishbeck's wife, Stephanie Kidder is a Plaintiff in this case. *See* Am. Compl., ECF No. 12, ¶¶1159-64. As Jason's wife, Stephanie has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her husband's society, companionship, comfort, advice,

---

[366] *Id*., ¶ 17.
[367] *Id*., ¶ 16.
[368] *Id*., ¶ 15.
[369] *Id*., ¶ 13.

and counsel. *Id.*, ¶ 1164. The following chart reflects the claim asserted by Stephanie Kidder, who was injured by the June 6, 2011, attack, as well as the evidence setting forth the bases of those claims. That evidence is provided as exhibits to the submitted Eubanks Declaration.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|---|---|---|---|---|
| Stephanie Kidder | PFC Fishbeck's wife | Solatium claim $8 million | Copy of Stephanie Kidder's passport | S |
| | | | Declaration of Stephanie Kidder dated October 16, 2023 | T |

### 1. Solatium Claim Brought by PFC Fishbeck's Family Member

#### a. Stephanie Kidder[370]

Stephanie Kidder met PFC Fishbeck for the first time in junior high school.[371] According to Ms. Kidder, PFC Fishbeck "was funny", "audacious," and often "brought [her] out of [her] comfort zone." She "felt safe with him."[372] The two also attended high school together in La Palma, California where they dated.[373] After graduation, Ms. Kidder and Christopher remained in contact as friends.[374]

When he joined the Army in 2009, the two reconnected and "talked to each other every day." [375] Christoper was deployed to Iraq in 2010, during which time Ms. Kidder worked as an English teacher in Frankfurt, Germany.[376] Because he worked at Base Loyalty, Christoper often had access to the internet and was able to continue his communication with Stephanie daily.[377] Ms.

---

[370] Stephanie Kidder's passport and declaration confirm that she is a U.S. citizen and was at the time of the attack. She is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. S, passport; Ex. T, Declaration of Stephanie Kidder, dated October 16, 2023, ¶ 1.
[371] Ex. T, Declaration of Stephanie Kidder, dated October 16, 2023, ¶ 5.
[372] *Id.*
[373] *Id.*, ¶ 6.
[374] *Id.*, ¶ 7.
[375] *Id.*, ¶ 8.
[376] *Id.*, ¶ 9.
[377] *Id.*

Kidder described Christoper as a "person who did not believe in limits" and was "always up for an adventure."[378] In March 2011, Ms. Kidder and Christoper eloped in an intimate ceremony in Denmark while he was on Rest and Recuperation leave.[379] The two went on an adventure traveling from Frankfurt and Hamburg, Germany to Kolding then Ærøskøbing, Denmark.[380] According to Ms. Kidder, the two shared "dreams of building a life and starting a family."[381] While Christoper returned to Iraq, Ms. Kidder quit her job in Germany and moved back to the United States to search for a home for them to live in together after his deployment.[382]

On June 6, 2011, Ms. Kidder was communicating with Christoper on Skype through instant message. She was awaiting his response to her last chat message and "thought that it was strange that [she] didn't hear back from him."[383] She then received a call from Christoper's sister instructing her to meet at their father's home.[384] She arrived at the home of Christoper's father where she was informed by soldiers that her husband was killed in an IRAM attack.[385] Ms. Kidder was "so overwhelmed with grief that [she] disconnected from the world."[386] She stated that she went on "auto pilot."[387]

Waiting to receive Christoper's  body was "traumatizing,"[388] as Ms. Kidder "felt everything inside [her] break into an unrecognizable person."[389] The attack that killed her husband has ███████████████████████████████████████████[390] According to Ms.

---

[378] *Id.*, ¶¶ 5, 7.
[379] *Id.*, ¶ 10.
[380] *Id.*
[381] *Id.*, ¶ 12.
[382] *Id.*
[383] *Id.*, ¶ 13.
[384] *Id.*
[385] *Id.*
[386] *Id.*, ¶ 14.
[387] *Id.*, ¶ 14.
[388] *Id.*, ¶ 15.
[389] *Id.*
[390] *Id.*, ¶¶ 17, 20.

Kidder, she lives in constant fear that she will lose someone close to her, including her children.[391] These harrowing thoughts cause her to lose sleep.[392] Ms. Kidder "dissociated [her] pain and would become numb."[393] For a long time, she had trouble eating, "lost a lot of weight," and became "frail."[394]

Ms. Kidder befriended another woman who also lost a spouse while in her twenties,[395] and the two are "there for each other on the anniversaries of when [their] husbands died."[396] It was difficult for Ms. Kidder when she grew older than Christoper and "realized that memories start to fade."[397] She described how she wished she "had taken pictures at [their] wedding."[398] It was shocking to lose Christopher just months after their wedding.[399]

She stated that her husband used to always make her laugh and was so supportive of her dreams,[400] which motivates Ms. Kidder to move forward.[401] She "went from talking with him every day to never hearing his voice again."[402] Ms. Kidder states that: "[t]he attack that took his life robbed me of our future and has impacted every aspect of my life and the person who I am today."[403]

**Having carefully considered the testimony and evidence presented, consistent with the Plaintiff's request of an award of $8 million, I hereby recommend that the Court award $8 million for Stephanie Kidder's solatium claim.**

---

[391] *Id.*, ¶ 19.
[392] *Id.*
[393] *Id.*, ¶ 20.
[394] *Id.*, ¶ 16.
[395] *Id.*, ¶ 22.
[396] *Id.*
[397] *Id.*
[398] *Id.*, ¶ 11.
[399] *Id.*
[400] *Id.*, ¶¶ 6, 21.
[401] *Id.*
[402] *Id.*, ¶ 23.
[403] *Id.*, ¶ 23.

## C. EDGARDO ZAYAS (KIA)– AUGUST 26, 2006, ATTACK– JISR DIYALA, IRAQ

On the evening of August 26, 2006, SPC Edgardo Zayas was conducting combat patrol in a five-vehicle convoy on Route Wall Street in the Jisr Diyala neighborhood. At approximately 10:50 p.m., SPC Zayas's vehicle was struck by an EFP as it passed the Tuwaitha security wall. SPC Zayas's Casualty Report confirms that he was killed in the attack. *Lee II*, 656 F. Supp. 3d at 39, ECF No. 77. This Court has `found satisfactory evidence in the record to demonstrate that the explosive used in this attack was "an EFP" and that "Iran, acting through its proxies, was responsible for the August 26, 2006, EFP attack." *Id.* at 39-40.

SPC Edgardo Zayas's wife, Suheil Campbell; his son, Alexander Zayas; and his daughter, Alexa Zayas, are Plaintiffs in this case.[404] *See* Am. Compl., ECF No. 12, ¶¶ 434-442. All three (3) Plaintiffs have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's society, companionship comfort, advice, and counsel. *Id.*, ¶ 442. The following chart reflects the claims asserted by each of the Plaintiffs injured by the August 26, 2006, attack, as well as the evidence setting forth the bases of their claims. The evidence is provided as exhibits to the submitted Eubanks Declaration.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|---|---|---|---|---|
| Suheil Campbell | SPC Zayas's wife | Solatium claim $8 million | Copy of Edgardo Zayas's birth certificate | U |
| | | | Copy of Suheil Campbell's passport | V |
| | | | Copy of Suheil Campbell's Certificate of Naturalization dated May 10, 2007 | W |

---

[404] Alexa Zayas was a minor when this case was filed and was listed as A.Z.C. in the complaint. She has since turned 18. *See* Am. Compl. ¶ 441.

| | | | Declaration of Suheil Campbell dated October 26, 2023 | X |
|---|---|---|---|---|
| Alexander Zayas | SPC Zayas's son | Solatium claim $6.25 million | Copy of Alexander Zayas's passport | Y |
| | | | Declaration of Alexander Zayas dated November 8, 2023 | Z |
| Alexa Zayas | SPC Zayas's daughter | Solatium claim $6.25 million | Copy of Alexa Zayas's passport | AA |
| | | | Declaration of Alexa Zayas dated October 26, 2023 | AB |

The following chart reflects the claim asserted on behalf of SPC Edgardo Zayas's estate arising out of the August 26, 2006, attack, as well as the evidence setting forth the bases of the claim. *See* Amend. Compl., ECF No. 12 ¶¶ 434-442. This evidence is provided as exhibits to the accompanying Eubanks Declaration.

| Plaintiff | Claims Asserted | Evidence | Exhibit |
|---|---|---|---|
| SPC Edgardo Zayas's Estate | Economic loss claim $4,133,109 | Letters of Administration dated February 19, 2024, appointing Suheil Campbell as personal representative over the estate of Edgardo Zayas. | AC |
| | | Economic Declaration of Declaration of Suheil Campbell, dated February 18, 2024. | AD |
| | | Appraisal of Present Value of Economic Life of Edgardo Zayas, dated June 7, 2024, prepared by Stan V. Smtih, Jr., Ph.D. | AE |

1. **Solatium Claims Brought by Edgardo Zayas's Family Members**

    a. **Suheil Campbell**[405]

Suheil Campbell met SPC Edgardo Zayas (Edgardo/Edgar) in 1995 while the two worked at a nursing home in Dorchester, Massachusetts.[406] She described how she enjoyed "spending time" with Edgar and that he had an "infectious personality."[407] The pair was immediately "inseparable" and dated not long after they met.[408] Ms. Campbell recalls that she and Edgar loved long walks at the park, playing basketball, shopping, and swimming together. One of the most memorable locations for their trips together was Castle Island in Peninsula Massachusetts.[409] They married on April 17, 1998, and Ms. Campbell was "looking forward to spending the rest of [her] life together with him."[410] Edgardo Zayas was described as a "loving and gentle" husband.[411] He "was funny, confident, and caring."[412] Together Ms. Campbell and Edgardo had two children, Alexander and Alexa.[413]

Ms. Campbell was always hesitant about Edgar joining the military,[414] and it wasn't until he asked for her blessing a third time that she reluctantly agreed to support him in pursuing a career in the U.S. Army.[415] Edgardo "wanted to the join the Army since he was a boy."[416] The couple

---

[405] SPC Edgardo Zayas's passport confirm that he is a U.S. citizen and was at the time of the attack. Suheil Campbell's passport, certificate of naturalization, and declaration confirm that she is now a U.S. citizen. Suheil Campbell met SPC Zayas in 1995 in Boston Massachusetts, married him in 1998 and lived in Kentucky at the time of his death. Her claims are derivative of SPC Zayas and she is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. U, Edgardo Zayas's birth certificate; Ex. V, Suheil Campbell's passport; Ex. W, Suheil Campbell's Certificate of Naturalization; Ex. X, Declaration of Suheil Campbell, dated October 26, 2023.

[406] Ex. X, Declaration of Suheil Campbell, dated October 26, 2023, ¶ 5.

[407] *Id.*

[408] *Id.*, ¶ 6.

[409] *Id.*

[410] *Id.*, ¶ 7.

[411] *Id.*

[412] *Id.*, ¶ 5.

[413] *Id.*, ¶ 7.

[414] *Id.*, ¶ 8.

[415] *Id.*

[416] *Id.*

"rarely spent time apart" so it was difficult for him to be away for basic training.[417] They wrote many letters to each other to keep in contact.[418] Ms. Campbell still has these letters in her drawer today.[419] They "had a strong bond and spent a lot of time together with [their] kids."[420] When Ms. Campbell received the news that her husband Edgardo would be deployed to Iraq, she was "devastated" and "immediately began to cry."[421] However, he assured her that "he would be back" and that she and the kids would be alright.[422]

While Edgar was deployed, he and Ms. Campbell communicated often through Skype and had a weekly call.[423] Ms. Campbell recalls that their last conversation was "unusual" and left her "uneasy" because he made her promise that she would take care of the kids and that he would always love her.[424]

On August 26, 2006, Suheil was awaiting Edgar's weekly call.[425] Ms. Campbell's friend was going to the movies with her kids and husband,[426] and asked Ms. Campbell, Alexander, and Alexa to join them.[427] Ms. Campbell was hesitant at first because she did not want to miss Edgardo's call but she decided to go and keep her notifications on.[428] After the movie ended, Ms. Campbell was surprised that she did not hear from her husband yet.[429] Both families went to Ms. Campbell's house after the movie and were sitting around the table laughing and enjoying each

---

[417] *Id.*, ¶ 9.
[418] *Id.*
[419] *Id.*
[420] *Id.*
[421] *Id.*, ¶ 10.
[422] *Id.*
[423] *Id.*, ¶ 11.
[424] *Id.*
[425] *Id.*, ¶ 12.
[426] *Id.*
[427] *Id.*
[428] *Id.*
[429] *Id.*

other's company when a vehicle approached the home.[430] Ms. Campbell then saw a license plate with an American flag, and she screamed. She knew "something was wrong."[431]

Ms. Campbell remembers being inconsolable when her friend's husband tried to comfort her.[432] One of the Army officers that came to deliver the news initially called her by the wrong name, and for a moment she thought they had the wrong house.[433] He then stated her husband's name and she knew that Edgardo was gone.[434] Ms. Campbell "lost consciousness and had to be taken to the hospital;"[435] her next memory is waking up in a hospital bed with her friend holding her hand with sadness in her eyes.[436] Ms. Campbell knew that she "wasn't dreaming, and that Edgar was really gone." This reoccurring bad dream continued for over a year.[437] She would fall asleep and figured that when she woke up "everything would be alright."[438] Ms. Campbell described that "waking up without Edgar has been a living nightmare."[439] Her pain was further exacerbated by the news that her mother went into the hospital the same day that Edgar was killed.[440] Ms. Campbell's mother never made it out of the hospital, and died the day that SPC Zayas was buried.[441] She stated that her mother and Edgar had a close relationship and her mother treated him "like a son."[442] Ms. Campbell was "torn" apart by losing them both so close to one another.[443]

---

[430] *Id.*
[431] *Id.*
[432] *Id.*, ¶ 13.
[433] *Id.*
[434] *Id.*
[435] *Id.*
[436] *Id.*, ¶ 14.
[437] *Id.*
[438] *Id.*
[439] *Id.*
[440] *Id.*
[441] *Id.*, ¶ 19.
[442] *Id.*
[443] *Id.*

Telling Alexa and Alexander that their father was killed was "heartbreaking" for Ms. Campbell.[444] It has been difficult for her children to grow up without Edgar.[445] According to Ms. Campbell, Alexander has struggled with his emotions and coping with the pain.[446] Alexa was so young when Edgar died that she has no memory of her father.[447] Ms. Campbell recalls that on the day Edgardo was buried, Alexa put her "tiny arms on his casket and said, 'daddy, please don't leave me.'"[448] This "crushed" Ms. Campbell.[449]

She tries to keep Edgar's memory alive by displaying his photos and awards around the house.[450] Ms. Campbell often watches videos to hear his voice and reads his handwritten letters.[451] Edgardo and Ms. Campbell "were the perfect duo."[452] According to Ms. Campbell, "there is not a day that goes by" where she does not think about SPC Zayas.[453] "[Her] life completely changed the day [she] was told that [her] husband was killed.[454]

**Having carefully considered the testimony and evidence presented, consistent with the Plaintiff's request of an award of $8 million, I hereby recommend that the Court award $8 million for Suheil Campbell's solatium claim.**

---

[444] *Id.*, ¶ 15.
[445] *Id.*, ¶ 20.
[446] *Id.*
[447] *Id.*
[448] *Id.*, ¶ 19.
[449] *Id.*
[450] *Id.*, ¶ 20.
[451] *Id.*
[452] *Id.*
[453] *Id.*, ¶ 21.
[454] *Id.*

### b. Alexander Zayas[455]

Alexander is the oldest child of SPC Edgardo Zayas and was seven years old when his father was killed in the attack.[456] Alexander recalls that his dad always "kept a smile" on his face and "had an infectious personality" that "could light up a room."[457] Alexander also has memories of his father playing basketball and soccer with him.[458] According to his testimony, Alexander believed that he would have his dad "around forever."[459] When Alexander said goodbye to his father SPC Zayas before he boarded the plane to go to Iraq, Alexander "did not think that would be the last time" he would see his father. [460] "It would be years before [Alexander] understood" that his dad was never coming back home.[461] "The next time [he] saw [his] father, he was in a casket."[462]

Alexander has described in detail how painful it was to lose his dad less than a month after Alexander celebrated his 7th birthday.[463] Specifically, he recalls that two soldiers came to their door on August 26, 2006, and Alexander heard his mother scream like he'd "never heard before"[464], stating that he could hear the pain in her voice and saw her collapse to the floor.[465] Seven year old Alexander was confused about what was going on and very concerned that something happened to his mother, [466] and  remembered that his mother told him and his sister

---

[455] Alexander Zayas's passport and declaration confirm that he is a U.S. citizen and was at the time of the attack. He is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. Y, passport; Ex. Z, Declaration of Alexander Zayas, dated November 8, 2023.

[456] Ex. Z, Declaration of Alexander Zayas, dated November 8, 2023, ¶ 7.

[457] *Id.*, ¶ 5.

[458] *Id.*, ¶ 6.

[459] *Id.*

[460] *Id.*, ¶ 7.

[461] *Id.*, ¶ 6.

[462] *Id.*, ¶ 7.

[463] *Id.*, ¶ 8.

[464] *Id.*

[465] *Id.*

[466] *Id.*

Alexa that their father was killed when she returned home from the hospital.[467] According to Alexander, this news did not begin "to settle in until the funeral in Boston, Massachusetts."[468] Putting on a brave face and exercising restraint, Alexander "did not let out a single tear" at the funeral[469] because he felt that his "mom and sister needed [him] to be strong."[470]  It was at that time that in his own words, "[Alexander] became the man of the house at seven years old."[471]

Alexander felt that "there was always a void" without his father there.[472] He described being "angry" and struggling in school—and  also recalls that his mom "saved up all the money she could" to send him and his sister to private school "where [he] could receive more help.[473] Alexander recalled that "[l]ife for everyone else moved on" but that his family was "left to deal with the loss."[474] Alexander stresses that it was hard to grow up in the inner city without a father.— and as a result, he had to "grow up fast and learn how to be a man on [his] own."[475] He was also drawn to other kids who did not have a father because they understood how hard it was.[476] Alexander further detailed that his mother "struggled" to provide for them, and he often wondered how his life would be if Edgardo Zayas was there with them.[477] Celebrations such as birthdays, graduations and his death anniversary remain perennially hard for him.[478]

According to Alexander, there "were big shoes to fill" when his father SPC Zayas died. It was difficult for Alexander "to live up to that bar as a kid" because he felt powerless,[479]  and has

---

[467] *Id.*, ¶ 9.
[468] *Id.*
[469] *Id.*
[470] *Id.*
[471] *Id.*
[472] *Id.*, ¶ 10.
[473] *Id.*
[474] *Id.*, ¶ 11.
[475] *Id.*
[476] *Id.*
[477] *Id.*
[478] *Id.*
[479] *Id.*, ¶ 12.

stated that he "felt responsible for so much."[480] There is a video that Alexander recalls of his dad pretending to be a sports commentator. In the video, Edgardo Zayas told Alexander to "always believe in [himself] and that [he] can do anything [he] wanted to do."[481] Alexander still strives to make his father proud.[482]

Alexander has stated: "My life switched from having an innocence to a great sense of responsibility. The attack that took his life also took the childhood that I was supposed to have."[483]

**Having carefully considered the testimony and evidence presented, consistent with Plaintiff Alexander Zayas's request of an award of $5 million and an upward deviation request of twenty-five percent (25%), or $ 1.25 million, for a total award of $6.25 million for Alexander Zayas's solatium claim (relying on *Selig v. Islamic Republic of Iran*, 573 F. Supp. 3d 40, 75 (D.D.C. 2021, granting upward deviation where plaintiff was a minor at the time of the attack);  I hereby recommend that the Court award as requested, an award of $5 million and the 25% upward deviation for a total award of $6.25 million for Alexander Zayas's solatium claim.**

### c.   Alexa Zayas[484]

Alexa Zayas is the youngest child of SPC Edgardo Zayas, and she was "only four years old when [her] dad was taken" from her.[485] It took Alexa many years to "grasp the concept of death" because she was so young when he died.[486] She describes how she has such a "conflicting

---

[480] *Id.*

[481] *Id.*

[482] *Id.*

[483] *Id.*, ¶ 13.

[484] Alexa Zayas's passport and declaration confirm that she is a U.S. citizen and was at the time of the attack. She is therefore eligible to bring claims under 28 U.S.C. §§ 1605A(a)(2)(A)(ii)(I) and 1605A(c). *See* Ex. AA, passport; Ex. AB, Declaration of Alexa Zayas, dated October 26, 2023.

[485] Ex. AB, Declaration of Alexa Zayas, dated October 26, 2023, ¶ 5.

[486] *Id.*

experience" when she watches videos of her dad.[487] On one hand, she is glad to be able to watch them. Yet, "the sound of his voice is so foreign.[488] She remains "saddened by the fact that it is so unfamiliar but should be one of the most recognizable voices to [her]."[489]

Alexa's pain of loss was often made more poignant when she describes having seen other students at school interact with their fathers,[490] and states that her father's "absence grew louder in these moments."[491] In fact, Alexa never got the opportunity to get to know her father.[492] As an example of these painful events, she recalls that during her eighth-grade graduation, each student was handed a lit candle to hand out to their fathers in the crowd.[493] Alexa looked on as other students embraced their dads, and recalls that she "stood still, paralyzed" and was "overcome by grief."[494] She did not have a father to hand her candle to and she "was the only student left standing."[495]

Alexa grew up without a father at "every milestone" in her life, such as her 16th birthday; high school graduation; when she obtained her drivers' license; drove a car; and turned twenty one.[496] Alexa never takes anyone in her life for granted because she knows "how it feels to lose a parent."[497] She laments that "a loved one can be here one day and gone tomorrow."[498]

Her mother often tells Alexa that she sounds just like her father SPC Zayas when she makes silly jokes.[499] It makes Alexa feel good to hear that, but it is also confusing because she doesn't

---

[487] *Id.*, ¶ 7.
[488] *Id.*
[489] *Id.*
[490] *Id.*, ¶ 6.
[491] *Id,*
[492] *Id.*
[493] *Id.*, ¶ 8.
[494] *Id.*
[495] *Id.*
[496] *Id.*, ¶ 9.
[497] *Id.*, ¶ 11.
[498] *Id.*
[499] *Id.*, ¶ 10.

know her father.[500] She painfully describes her father as "the most familiar stranger in [her] life."[501] Alexa longs to have a relationship with her dad and daydreams about how their relationship would be if he were still alive.[502] According to Alexa, she blocks out the "pain" and goes "numb."[503] She states that it took some time for her to be comfortable looking at all of her father's personal items and she had tried to separate herself from reality.[504] She has described her profound and permanent loss: "There was always a void without my dad."[505]

**Having carefully considered the testimony and evidence presented, consistent with Plaintiff Alexa Zayas's request of an award of $5 million; and an upward deviation request of twenty-five percent (25%), or $ 1.25 million, for a total award of $6.25 million for Alexa Zayas's solatium claim (relying on *Mark v. Islamic Republic of Iran, 626 F. Supp. 3d 16, 38 (D.D.C. 2022)*, awarding $6.25 million to children who were minors when their parents died); I hereby recommend that the Court award as requested, an award of $5 million and the 25% upward deviation for a total award of $6.25 million for Alexa Zayas's solatium claim.**

### 2. Economic Loss Claim Brought on Behalf of the Estate of Edgardo Zayas (KIA)

On behalf of SPC Edgardo Zayas's *estate*, Suheil Campbell[506] also seeks compensation for economic losses in the form of lost wages, benefits, and retirement pay. See 28 U.S.C. § 1605A(c). To support the estate's claims for these economic losses, Plaintiff has submitted a detailed expert report prepared by Dr. Stan Smith.

---

[500] *Id.*
[501] *Id.*
[502] *Id.*
[503] *Id.*, ¶ 12.
[504] *Id.*, ¶ 13.
[505] *Id.*, 14.
[506] *See* Ex. AC, Letters of Administration dated February 19, 2024, appointing Suheil Campbell as personal representative over the estate of Edgardo Zayas.

To project SPC Edgardo Zayas's future income stream if not for the August 26, 2006, attack, in his analysis and opinion, Dr. Smith has incorporated testimonial evidence that SPC Zayas would have pursued a military career and overlaid that information against statistical data generated by the Bureau of Labor Statistics, the Department of Labor, military pay websites and other relevant sources.[507] From these sources, Dr. Smith *conservatively* calculated the present value of SPC Zayas's lost income and loss of the value of housekeeping and household management services. Assuming that SPC Zayas, (who was 29 years old when he was killed), (1) had a life expectancy of 80.4 years; and  (2) would have remained an active military duty service member until he reached retirement, at a minimum of 20 years; (3) would have been promoted to E-5 Sergeant in 2009; (4) would have employee benefits that grow at the same rate as wages that are discounted to present value at the same discount rate; and (5) would have contributed household service hours at 66.67 percent of the statistical average through age 67; [508] Dr. Smith then adjusted these figures for consumption and adjusted the Social Security benefit at a range from 4.14% to 4.62%.[509]

**Based on Dr. Smith's analysis, calculations, and opinion, as well as all available evidence, consistent with the request of the Plaintiff Estate's request; I hereby recommend that the Court award $3,219,143 for loss of wages and benefits and $913,966 for loss of household services, for a total of $4,133,109, as conservatively calculated by Dr. Smith for the estate of SPC Zayas.[510]**

---

[507] *See* Ex. AE, Appraisal of Present Value of Economic Life of Edgardo Zayas, dated June 7, 2024, prepared by Stan V. Smith, Ph. D., at 2-10; Ex. AD, Economic Declaration of Suheil Campbell, dated February 18, 2024.
[508] Ex. AE, at 2-10.
[509] *Id*.
[510] *Id*., at 14.

**CONCLUSION**

Pursuant to the requests set forth and fully supported by the evidence and law in the Plaintiffs' Proposed Findings of fact and Conclusions of Law, I hereby approve and therefore recommend the following awards as proposed:

| | | |
|---|---|---|
| Michael Koulchar | Solatium Claim | $2 million |
| Nicole Kaplan | Solatium Claim | $6.4 million |
| Nona Kaplan | Solatium Claim | $2.5 million |
| David Kaplan | Solatium Claim | $2.5 million |
| Jaime Zarcone | Solatium Claim | $1.25 million |
| Jessalyn Holt | Solatium Claim | $1.25 million |
| Zoraima Lopez | Solatium Claim | $2.5 million |
| Veronica Lopez Reyes | Solatium Claim | $2.5 million |
| Gladys E. Reyes Centeno | Solatium Claim | $5 million |
| Stephanie Kidder | Solatium Claim | $8 million |
| Suheil Campbell | Solatium Claim | $8 million |
| Alexander Zayas | Solatium Claim | $6.25 million |
| Alexa Zayas | Solatium Claim | $6.25 million |
| Estate of Edgardo Zayas | Economic Loss Claim | $4,133,109 |

Date: June 27, 2024                              /s/ Jim Letten

                                                 Special Master

55