UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **WILLIAM LEE**, *et al.*,<br><br>     Plaintiffs,<br><br>     v.<br><br>**ISLAMIC REPUBLIC OF IRAN,**<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)   Case No. 19-cv-00830 (APM)<br>)<br>)<br>)<br>)<br>) |

### ORDER AND JUDGMENT

In accordance with the Memorandum Opinion, ECF No. 145, the court awards Plaintiffs $379,022,063.16 in punitive damages, to be distributed as follows:

| Name | Previously Awarded Solatium Claim | Previously Awarded Economic Loss Claim | Punitive Damages Award |
|---|---|---|---|
| **June 29, 2023, Order and Judgment, ECF No. 84** | | | |
| Estate of David G. Taylor Jr. | N/A | $1,225,650.54 | $2,451,301.08 |
| Michelle Taylor | $8,000,000.00 | N/A | $16,000,000.00 |
| Minor J.T. | $5,000,000.00 | N/A | $10,000,000.00 |
| Phyllis Taylor | $5,000,000.00 | N/A | $10,000,000.00 |
| John Taylor | $2,500,000.00 | N/A | $5,000,000.00 |
| Jason York | $2,500,000.00 | N/A | $5,000,000.00 |
| Jennifer York | $2,500,000.00 | N/A | $5,000,000.00 |
| Sebastian Canine | $2,500,000.00 | N/A | $5,000,000.00 |
| Steven Richards | $2,500,000.00 | N/A | $5,000,000.00 |
| Albert Snyder | $6,000,000.00 | N/A | $12,000,000.00 |
| Kathaleen Freeman | $6,000,000.00 | N/A | $12,000,000.00 |
| Richard Lee | $3,000,000.00 | N/A | $6,000,000.00 |
| Marcia Kirby | $1,875,000.00 | N/A | $3,750,000.00 |
| Steven Kirby | $1,875,000.00 | N/A | $3,750,000.00 |
| **October 16, 2023, Order and Judgment, ECF No. 101** | | | |
| Andy Pool | $7,000,000.00 | $1,614,665.93 | $17,229,331.86 |
| Russell Mason | $1,500,000.00 | N/A | $3,000,000 |
| Judas Recendez | $20,000,000.00 | $1,288,000.79 | $42,576,001.58 |

| | | | |
|---|---|---|---|
| Brian Taylor | $17,000,000.00 | $1,413,148.06 | $36,826,296.12 |
| **October 31, 2023, Order and Judgment, ECF No. 106** | | | |
| Specialist Karar Alabsawi | $18,000,000.00 | $294,708.94 | $36,589,417.88 |
| Estate of Private First Class Andrew Habsieger | $1,000,000.00 | $2,335,901.61 | $6,671,803.22 |
| **November 14, 2023, Order and Judgment, ECF No. 114** | | | |
| Tanya Suzette Dressler | $2,500,000.00 | N/A | $5,000,000.00 |
| James Dressler | $2,500,000.00 | N/A | $5,000,000.00 |
| Daniel Dressler | $2,500,000.00 | N/A | $5,000,000.00 |
| Leasa Dollar | $5,000,000.00 | N/A | $10,000,000.00 |
| Eugene DeLozier | $5,000,000.00 | N/A | $10,000,000.00 |
| Emma McGarry | $8,000,000.00 | N/A | $16,000,000.00 |
| Christian Kruger | $5,000,000.00 | N/A | $10,000,000.00 |
| Elise Kruger | $5,000,000.00 | N/A | $10,000,000.00 |
| **December 7, 2023, Order and Judgment, ECF No. 124** | | | |
| Connie Haddock | $5,000,000.00 | N/A | $10,000,000.00 |
| Jeremy Bauer | $2,500,000.00 | N/A | $5,000,000.00 |
| Jacob Bauer | $2,500,000.00 | N/A | $5,000,000.00 |
| Brianna Renee Navejas | $5,000,000.00 | N/A | $10,000,000.00 |
| Adrian Sandoval | $2,500,000.00 | N/A | $5,000,000.00 |
| Rosa Esther Sandoval | $2,500,000.00 | N/A | $5,000,000.00 |
| Andrew Jeffrey Anderson | $2,500,000.00 | N/A | $5,000,000.00 |
| Elizabeth Lynn Islas | $2,500,000.00 | N/A | $5,000,000.00 |
| Emma Vacho | $5,000,000.00 | N/A | $10,000,000.00 |
| Plaintiff-Estate of PFC Blohm | N/A | $2,088,955.71 | $4,177,911.42 |
| **Total** | **$179,250,000.00** | **$10,261,031.58** | **$379,022,063.16** |

Dated:  July 31, 2024

Amit P. Mehta  
United States District Court Judge