# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---------------------------------------------------------------------------- x

WILLIAM LEE, *et al.*,                        :

            Plaintiffs,           :

                           :    **Case No. 19-cv-830 (APM)**

-against-                         :

ISLAMIC REPUBLIC OF IRAN,       :

            Defendant.         :

---------------------------------------------------------------------------- X

                           :

VICTOR RAY WISE, II, *et al.*,      :

            Plaintiffs,          :    **Case No. 19-cv-995 (TJK)**

-against-                         :

BANK MARKAZI JOMHOURI ISLAMI IRAN, *et al.*  :

            Defendants.    :

---------------------------------------------------------------------------- X

## <u>DECLARATION OF RYAN SABINISH</u>

I, Ryan Sabinish, am over the age of 18 and am fully competent to make this declaration. Under penalty of perjury, I declare the following:

1.      I am a plaintiff in the above-captioned action.

2.      On April 4, 2007, I survived a complex attack involving an Explosively Formed Penetrator ("EFP") and Improvised Explosive Devices ("IEDs") in Nasiriyah, Iraq, in which a civilian was killed.

3.      On the day of the attack, I was a Specialist activated by the U.S. Army from the Minnesota National Guard, and was serving with the A Company in the 1st Battalion, 133rd Infantry Regiment.

4.      I was driving a M1114 HMMVV as part of a three-vehicle security patrol.

5.      My vehicle was third in the order of march, heading north on Route Tampa in Nasiriyah, when the lead vehicle in the convoy was struck by an EFP on the driver's side.

6.      Simultaneously, a secondary IED detonated, striking an Iraqi civilian vehicle.

7.      I dismounted from the M1114 HMMVV to perform perimeter security, at which point the Iraqi civilian vehicle attempted to pass. In that vehicle, I witnessed multiple children who had been injured in the attack. One child, a girl about twelve years old, was positioned in the front seat, and was visibly wounded with a head injury. Another child, a boy younger than the girl in the front seat, was positioned in the back seat, and was suffering from an obviously severe abdominal injury. In the ensuing minutes, while waiting for clearance to let the group pass, I watched the boy in the back seat die in his mother's arms. The group was then cleared to pass and left the scene.

8.      My medical records attached as **Exhibit A-1** confirm these events. Specifically, the record dated October 29, 2008, reflects an "initial examination for PTSD," RSABINISH000036, and described "the most distressing experience [I] had while in Iraq" as follows:

> The veteran stated that the most distressing experience he had while in Iraq was during one particular incident where another vehicle had been hit, and his vehicle turned around and was going to pull over and try to help with the recovery of the other vehicle. During that same period of time, another Iraqi civilian vehicle came by and was hit by a roadside bomb. He noted that there was a mother in the back of this pick-up truck, and recalls hearing the mother begin to scream. He stated he looked at the vehicle and saw that there was a female sitting in front of the pick-up, who was all bloody but was alive. At point in time the mother had run up to him and was yelling to him, "My son, my son." He stated that her son had been killed in the explosion was lying in the back of the pick-up.

RSABINISH000040-41.

I declare under penalty of perjury that the foregoing is true and correct.

2

3

Dated: Aug 2, 2024
Albert Lea, Minnesota

_____
Ryan Sabinish (Aug 2, 2024 16:19 CDT)

Ryan Sabinish