UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------------------------ x
WILLIAM LEE, *et al.*,

        Plaintiffs,

-against-

ISLAMIC REPUBLIC OF IRAN,

        Defendant.
------------------------------------------------------------------------ x

Case No.: 19-cv-830 (APM)

# SUBMISSION OF EVIDENCE FOR SEVENTEEN ATTACKS NOT YET ADJUDICATED IN ACCORDANCE WITH THE COURT'S JUNE 28, 2024, SUPPLEMENTAL CASE MANAGEMENT ORDER

Plaintiffs respectfully submit the following expert report and appendices of evidence relating to seventeen additional attacks not previously reviewed by the Court (the "17 Attacks"):[1]

(1)    The consolidated expert report of Col. (Ret.) Joel Rayburn ("Consolidated Rayburn Report") as to sixteen attacks, attached hereto as Exhibit A;

(2)    The declaration of Col. (Ret.) Joel Rayburn ("Rayburn Declaration") as to one attack, attached hereto as Exhibit B;

(3)    The consolidated appendix of records ("Evidentiary Appendix") considered and relied upon by Mr. Rayburn in arriving at the expert opinions set forth in the Consolidated Rayburn Report and Rayburn Declaration, which is being submitted to the Court under seal, attached hereto as Exhibit C; and

(4)    A "Section 1605A(a)(2)(A)(ii) Appendix" containing a small subset of documents necessary to establish that a "victim" in each attack "was, at the time the [attack] occurred—[] a national of the United States; [or] a member of the armed forces ….," which is being submitted to the Court under seal, attached hereto as Exhibit D.

---

[1] All of these attacks resulted in deliberated fatalities in accordance with *Borochov v. Islamic Republic of Iran*, 94 F.4th 1053 (D.C. Cir. 2024).

1. **Plaintiffs Are Submitting the Consolidated Rayburn Report and Rayburn Declaration for 17 Attacks.**

The Consolidated Rayburn Report and Rayburn Declaration opine on the 17 Attacks:

(1) January 12, 2004 Attack – Baghdad
(2) August 5, 2004 Attack – Najaf
(3) August 6, 2004 Attack – Najaf
(4) August 15, 2004 Attack – Najaf
(5) August 16, 2004 Attack – Sadr City
(6) August 18, 2004 Attack – Sadr City
(7) August 25, 2004 Attack – Najaf
(8) May 3, 2006 Attack – Nasiriyah
(9) July 25, 2006 Attack – Baghdad
(10) October 4, 2006 Attack – Baghdad
(11) November 16, 2006 Attack – Basra
(12) March 27, 2007 Attack – Baghdad
(13) December 9, 2007 Attack – Az Zubaydiyah
(14) March 12, 2008 Attack – Camp Adder
(15) March 23, 2008 Attack – Baghdad
(16) May 1, 2008 Attack – Sadr City
(17) June 24, 2008 Attack – Baghdad

2. **Plaintiffs Are Submitting Under Seal the Evidentiary Appendix**

Plaintiffs are also submitting under seal the Evidentiary Appendix containing the records considered and relied upon by Mr. Rayburn in arriving at the expert opinions set forth in the Consolidated Rayburn Report and Rayburn Declaration. *See* Exhibit C. The documents considered and relied upon by Mr. Rayburn are organized by attack.

3. **Plaintiffs Are Submitting Under Seal a Separate, "Section 1605A(a)(2)(A)(ii) Appendix" Containing Evidence Sufficient to Demonstrate that the Victim in Each Attack Satisfies the Standing Requirements of 28 U.S.C. § 1605A(a)(2)(A)(ii).**

The Evidentiary Appendix generally provides sufficient evidence to demonstrate that a victim of any given attack satisfies the standing requirements of 28 U.S.C. § 1605A(a). For the Court's convenience, Plaintiffs are also submitting a stand-alone "Section 1605A(a)(2)(A)(ii) Appendix," attached hereto as Exhibit D (under seal), to obviate the Court's need to search and

cross-reference materials in the Evidentiary Appendix (Exhibit C) to locate the small subset of documents relevant to its standing analysis.

Exhibit D provides two types of information. <u>First</u>, it shows that a victim in each attack meets the requirements of § 1605A(a)(2)(A)(ii): namely, that each "was, at the time the [attack] occurred—(I) a national of the United States [or] (II) a member of the armed forces …." <u>Second</u>, it also provides information showing that the "personal injury or death" of each "was caused by an act of … extrajudicial killing." 28 U.S.C. § 1605A(a)(1). The Appendix is organized (tracking the order in the Amended Complaint) by attack date and provides the name of each relevant victim in each attack and a copy of the U.S. military Casualty Report, Death Certificate, or medical records separately identifying each victim, confirming his nationality status, and referencing the cause of injury/death.[2]

Dated: August 7, 2024
       Hackensack, NJ

                                            Respectfully submitted,

                                            OSEN LLC

By:    /s/ Aaron Schlanger
        Aaron Schlanger (DC Bar No. NJ007)
        190 Moore Street, Suite 272
        Hackensack, NJ 07601
        (201) 265-6400

        TURNER & ASSOCIATES, P.A.
        C. Tab Turner
        4705 Somers Avenue, Suite 100
        North Little Rock, AR 72116
        (501) 791-2277

        Attorneys for Plaintiffs

---

[2] The relevant information has also been highlighted within each document for the Court's convenience.