# Exhibit A

# Expert Report
# of
# Col. (Ret.) Joel Rayburn

*LEE, et al. v. ISLAMIC REPUBLIC OF IRAN*

**Case No. 19-cv-00830 (APM)**

# TABLE OF CONTENTS

**I. SCOPE OF REPORT AND QUALIFICATIONS ..... 1**

**A. Professional Background ..... 1**

**B. Scope of Work Requested by Plaintiffs' Counsel ..... 2**

**C. Terms of Engagement and Compensation ..... 2**

**D. Prior Publications and Testimony ..... 3**

**E. Methodology For Assessing Terrorist Attacks on U.S. Forces in Iraq from 2003-2011 ..... 4**

**II. OPINION AND DOCUMENTS REVIEWED ..... 7**

**A. Summary of Opinion ..... 7**

**B. Documents Reviewed ..... 9**

**III. THE IRANIAN GOVERNMENT'S USE OF SHI'A PROXY TERRORIST GROUPS IN IRAQ FROM 2003 TO 2011 ..... 13**

**A. Origins of the Iranian Regime and Lebanese Hezbollah's Development of Shi'a Terrorist Groups in Iraq ..... 15**

**B. IRGC and Lebanese Hezbollah Use of Iraqi Shi'a Terrorist Groups as Proxies During the Iraq War, 2003-2011 ..... 18**

**IV. OPINIONS OF SPECIFIC ATTACKS IN *LEE V. THE ISLAMIC REPUBLIC OF IRAN* ..... 34**

**A. RICKY CROCKETT ATTACK, BAGHDAD, IRAQ, 12 JANUARY 2004 (LEE 02) ..... 34**

**B. YADIR REYNOSO ATTACK, NAJAF, IRAQ, 5 AUGUST 2004 (LEE 06) ..... 35**

**C. LARRY WELLS ATTACK, NAJAF, IRAQ, 6 AUGUST 2004 (LEE 07) ..... 36**

**D. BRANDON SAPP ATTACK, NAJAF, IRAQ, 15 AUGUST 2004 (LEE 08) ..... 37**

**E. DAVID HEATH ATTACK, SADR CITY, BAGHDAD, IRAQ, 16 AUGUST 2004 (LEE 09) ..... 38**

**F. JACOB MARTIR ATTACK, SADR CITY, BAGHDAD, IRAQ, 18 AUGUST 2004 (LEE 10) ..... 39**

G. **ALEXANDER ARREDONDO ATTACK, NAJAF, IRAQ, 25 AUGUST 2004 (LEE 11)** ........ **40**

H. **ERIC STONEKING ATTACK, NASIRIYAH, IRAQ, 3 MAY 2006 (LEE 27)** ..... **40**

I. **JOSEPH GRAVES ATTACK, BAGHDAD, IRAQ, 25 JULY 2006 (LEE 34)** ....... **42**

J. **GUY BARATTIERI ATTACK, BAGHDAD, IRAQ, 4 OCTOBER 2006 (LEE 38)** ........ **43**

K. **JONATHON COTÉ, PAUL JOHSON-REUBEN, JOSHUA MUNNS, AND JOHN YOUNG ATTACK AND ABDUCTION, BASRA, IRAQ, 16 NOVEMBER 2006 (LEE 45)** ........ **44**

L. **SEAN THOMAS ATTACK, BAGHDAD, IRAQ, 27 MARCH 2007 (LEE 53)** ..... **46**

M. **MICHAH SHAW, MICHAEL DOHENY, STEVEN EVRARD, AND BILLY JOHNSON ATTACK, ZUBAYDIYAH, IRAQ, 9 DECEMBER 2007 (LEE 76)** ... **48**

N. **TENZIN SAMTEN AND JUANTREA BRADLEY ATTACK, CAMP ADDER, NASIRIYAH, IRAQ, 12 MARCH 2008 (LEE 79)** ........ **49**

O. **PAUL CONVERSE ATTACK, BAGHDAD, IRAQ, 23 MARCH 2008 (LEE 80)**. **51**

P. **JOHN DAGGETT ATTACK, SADR CITY, BAGHDAD, IRAQ, 1 MAY 2008 (LEE 91)** ........ **52**

V. **CONCLUSIONS** ........ **53**

I, Colonel (Ret.) Joel Rayburn, submit this expert report in the matter of *Lee, et al. v. Islamic Republic of Iran.*

# I. SCOPE OF REPORT AND QUALIFICATIONS

## A. Professional Background

My curriculum vitae is attached to this report as **Exhibit A**. As it reflects, I served as a U.S. Army strategic intelligence officer in Iraq in 2006, 2007, and 2008. In this capacity, I was assigned to Multinational Force-Iraq (MNF-I) and was present in Iraq during January-February 2006, March-May 2007, June 2007, and September 2007-September 2008, save for mid-tour leave.

After redeploying to the United States in September 2008, I continued to focus on Iraq, Iran, and Syria when I served as a strategic intelligence officer at U.S. Central Command in Tampa, Florida. In that capacity I deployed briefly to Iraq in the fall of 2009. I deployed again to Iraq in September-October 2015 to lead a campaign assessment team assembled by Lieutenant General Sean MacFarland, who was then the commander of Combined Joint Task Force (CJTF)-Operation Inherent Resolve. I also served from 2013 to 2016 as the director of the U.S. Army's Operation Iraqi Freedom Study Group, which was responsible for conducting an assessment of the Army's involvement in Iraq from 2003 to 2011.

From January 2017 to July 2018, I served on the National Security Council's staff as the Senior Director for Iran, Iraq, Syria, and Lebanon. In that capacity, I oversaw the implementation of the U.S. government's policy on those four countries.

From July 2018 to January 2021, I served in the State Department as a Deputy Assistant Secretary of State for Near Eastern Affairs. In that capacity I was responsible for Levant Affairs and also served as the U.S. Special Envoy for Syria, both of which roles required me to follow Iraq, Syria, and Iran-related affairs, frequently engage Iraqi and Syrian counterparts, and periodically travel to Iraq and Syria for diplomatic activities.

Throughout my professional U.S. government assignments relating to the Middle East from 2005 to 2021, my duties included monitoring, and sometimes formulating strategies and plans to counter, terrorist activities by the Iranian government (especially via its Islamic Revolutionary Guards Corps-Quds Force), Lebanese Hezbollah, and Iraqi Shi'a terrorist groups. While serving as a military officer in Iraq at various times between 2006 and 2015, I was directly aware of, and sometimes tasked to formulate strategies and plans to counter, Iranian government material support to Iraqi Shi'a terrorist groups, as well as Lebanese Hezbollah's support and direction to those same groups. As a White House official and State Department diplomat responsible for Iran, Iraq, Syria, and Lebanon from 2017 to 2021, I was also directly aware of the Iranian government and Lebanese Hezbollah's material support to Iraqi Shi'a terrorist groups, and I frequently engaged with diplomatic counterparts in the Middle East on this issue. In addition to the research and sources that I cite in this report, my conclusions in the report are informed by the direct knowledge I gained as part of my professional, military, and diplomatic experience.

### B. Scope of Work Requested by Plaintiffs' Counsel

I have been asked by Plaintiffs' counsel to provide an expert opinion about what entity was responsible for a series of terrorist attacks against Americans in Iraq between 2004 and 2009.

### C. Terms of Engagement and Compensation

I have been retained as a testifying expert pursuant to Rule 26 of the Federal Rules of Civil Procedure and have prepared this expert report in that capacity. I am being compensated $350.00 per hour by Plaintiffs' counsel in this matter. I have no prior or current professional or personal connection with any of the parties in this case precluding my ability to provide impartial evidence herein.

### D. Prior Publications and Testimony

I have not previously testified as an expert in court or in a deposition. The following is a list of my prior publications:

1. Rayburn, Joel D. "Don't Abandon the Middle East—But Focus on Iran." *The Caravan*, March 5, 2024.

2. Bergen, Peter, and Joel Rayburn. "Opinion: The 'Rising Superpower' Myth about China." CNN Wire, September 7, 2023.

3. Obaid, Nawaf, and Joel Rayburn. "Murder by Chain of Command: The Case against Assad." New America, October 12, 2023. (https://www.newamerica.org/future-security/reports/murder-by-chain-of-command/)

4. Rayburn, Joel D. "All Roads Lead to Damascus: The Syrian War, and the Violence Rippling Outward from It, Haven't Gone Away-and It's Time for the Biden Administration to Find Solutions. Here Are Several." *Hoover Digest*, no. 1 (January 2023): 45.

5. Obaid, Nawaf, and Joel Rayburn. "Assad Must Face Trial for His Atrocities against the Syrian People; The True Scale of the Heinous War Crimes Committed by the Syrian Regime Are Exposed in a New Report." *The Telegraph*, December 16, 2022.

6. Obaid, Nawaf, and Joel D. Rayburn. "The Case Against Assad." *The Caravan*, September 6, 2022.

7. Rayburn, Joel D. "The Vacuum in U.S. Syria Policy–And How to Fill It." *The Caravan*, September 6, 2022.

8. Obaid, Nawaf, and Joel D. Rayburn. "Trouble for Putin's Arab Client: Bashar al-Assad's Inevitable Reckoning." Hoover Institution Press, April 19, 2022.

9. Rayburn, Joel D. "The Biden Administration's Syria Policy: A Forecast for War." *The Caravan*, December 7, 2021.

10. Rayburn, Joel, and Frank Sobchak, eds. *The U.S. Army in the Iraq War* (2 vols). Carlisle, PA: U.S. Army War College Press, 2019.

11. Rayburn, Joel. "The Coming Disintegration of Iraq." *The Washington Post*, August 15, 2014.

12. Rayburn, Joel D. *Iraq After America: Strongmen, Sectarians, Resistance*. Stanford: Hoover Institution Press, 2014.

13. Rayburn, Joel. "Iraq's Civil War is Breaking Out Again." *The New Republic*, May 8, 2013.

14. Rayburn, Joel. "The Coming War in the Middle East." *Defining Ideas*, February 5, 2013.

15. Rayburn, Joel D. "Needed: A Political Strategy after the Deal Collapses." *The Caravan*, April 15, 2012.

16. Rayburn, Joel D. "Blowback - Iraq Comes to Syria." *The Caravan*, February 23, 2012.

17. Rayburn, Joel D. "Iraq After America." *Defining Ideas* (Hoover Institution), January 25, 2012.

18. Rayburn, Joel. "Iraq: The Rise of the Maliki Regime." *Journal of International Security Affairs*, Spring/Summer 2012.

19. Rayburn, Joel. "Winds of Change," *Journal of International Security Affairs*, Spring 2008.

20. Rayburn, Joel. "The Last Exit from Iraq." *Foreign Affairs* 85, no. 2 (2006): 29–41.

21. Rayburn, Joel. "A 1930s Lesson in Stillborn Democracy," *Los Angeles Times*, 2 May 2004.

22. Rayburn, Joel. *The Greatest Disaster: The Failure of Great Britain's Ottoman Empire Policy, 1914*. M.A. Thesis, Texas A&M University, 2002.

### E. Methodology For Assessing Terrorist Attacks on U.S. Forces in Iraq from 2003-2011

I have assessed the attacks perpetrated by various terrorist groups in Iraq during the major deployment of U.S. forces between 2003 and 2011 applying the following methods:

1. Reliable claims of responsibility;
2. Investigative findings by government agencies;
3. The area of the attack;
4. The date of the attack; and
5. The tactics, techniques, and procedures (TTP) of the attack.

Of course, not all of these variables are present in the available evidence for every attack. Instead, evidence relating to each variable, to the extent present, must be reviewed and cross-referenced to determine where evidence confirms or contradicts other evidence. Each of these methods is described below.

**Claims of responsibility.** Terrorist groups sometimes made claims of responsibility following an attack to gain prestige and influence. Those claims usually had a reasonable degree of reliability, as a group would face humiliation and a loss of credibility within Iraq if it consistently claimed credit for attacks it did not commit.

**Investigative findings.** U.S. forces were naturally determined to find out who was responsible for attacks and reported their conclusions in investigative findings. In some instances, court records are available. U.S. government sanctions designations or terrorist organization designations also contain significant information about attacks committed by Iraqi Shi'a terrorist groups and about Iranian government support to those groups, as well as Lebanese Hezbollah support to those groups on Iran's behalf.

**Location.** After the fall of the Iraqi regime of Saddam Hussein in 2003, certain terrorist groups were able to control territory in various parts of Iraq, or at least were able to dominate those areas to the extent that they were able to largely exclude other terrorist groups from operating in those areas with significant effect. This was particularly true when it came to carrying out substantial attacks on Coalition Forces (as opposed to attacking other terrorist groups or their co-sectarians). Thus, for example, Shi'a terrorist groups controlled certain Shi'a-majority areas and, at least at certain times, were by far the most likely perpetrators of major attacks on U.S. forces in those areas. The same is true for Al Qaeda in Iraq and its affiliates in certain Sunni-dominated areas. Iraq's sectarian and ethnic demographics are such that areas with Sunni, Shi'a, and Kurdish majorities are relatively clearly defined. The western and northern provinces of Anbar and Ninewa are overwhelmingly Sunni, though the latter has distinct Shi'a and Kurdish minority areas, while the northern province of Salahadin is majority Sunni with distinct Shi'a minority areas. The northern province of Diyala has a Sunni plurality with distinct Shi'a and Kurdish minority areas.

The northern provinces of Dahuk, Erbil, and Sulaymaniyah are overwhelmingly Kurdish, while Kirkuk province has a Kurdish majority with distinct Sunni and Shi'a Arab minority areas. The nine southern provinces are overwhelmingly Shi'a in population, with distinct Sunni minority areas. Finally, Baghdad has a mixed-sect population that is majority Shi'a, with the city's Sunni minority located in mostly distinct Sunni-majority neighborhoods or outlying towns. There are major neighborhoods of Baghdad, such as Sadr City, that have a heavily Shi'a-majority population, and the occurrence of Sunni Iraqis moving or living freely in those areas is low.

**Date.** The date of an attack can help us assign responsibility to a particular terrorist group because we can examine what group controlled or dominated specific areas over time. For example, in August 2007, Moqtada al-Sadr ordered most of his Jaysh al-Mahdi militia (referred to by the U.S. military at that time as "mainstream JAM") to cease their military activities and refocus their efforts on civic activities. However, he authorized specialized units within his militia, known as "Special Groups," to continue their military activities, including attacks against U.S. and Coalition Forces. Shia terrorist attacks taking place after August 2007, therefore, were likely committed by Special Groups rather than "mainstream JAM."

In another date-related example, by the summer of 2007, many Iraqi Sunni militant groups joined the Awakening movement[1] and ceased their attacks against Coalition troops. In addition, by the end of 2007, the Sunni terrorist group Al Qaeda in Iraq (AQI) was largely defeated in the Baghdad region, meaning that the majority of attacks against Coalition Forces in Baghdad from late 2007 onward were increasingly likely to be committed by Shia terrorist groups, not Sunni groups.

---

[1] The "Awakening" (or, in Arabic, "sahawa") was a political and military movement of Iraqi Sunnis, mostly tribesmen, that turned against Al Qaeda in Iraq in 2006 and allied with Coalition Forces. The Awakening movement contributed significantly to the defeat of Al Qaeda in Iraq.

**TTP.** The TTP of attack is a factor for attributing an attack. Some terrorist groups in Iraq had access to certain "signature weapons," such as the sophisticated copper-lined, high-explosives-powered explosively formed penetrators (EFPs) Iran's Islamic Revolutionary Guard Corps (IRGC, designated a Foreign Terrorist Organization (FTO) by the U.S. on April 15, 2019) supplied to its Shi'a proxy militias. An attack involving an EFP almost always indicated that an Iranian- and Hezbollah-supported Shi'a militia group was responsible, as AQI and other Sunni terrorist groups in Iraq (STGIs) did not have access to high-end Iranian-manufactured EFPs. EFPs and other Iranian- and Lebanese Hezbollah-supplied signature weapons are discussed in more detail below.

**Attribution Using These Variables.** By considering these variables together, it is possible to attribute an attack to Iraqi Shi'a terrorist groups. Claims of responsibility and U.S. investigative findings yield the most straightforward attributions, but attribution can be confidently made without them as well. An attack can be attributed to IRGC- and Lebanese Hezbollah-sponsored Iraqi Shi'a terrorist groups in instances in which (1) the attack occurred in an area that Iraqi Shi'a terrorist groups either controlled or were able to operate in to a significant degree; (2) the attack occurred at a time when Iraqi Shi'a terrorist groups had control in the area, or occurred in a Shi'a-majority area, or occurred in areas where Sunni terrorist groups were no longer significantly operating after the spread of the Awakening and the defeat of AQI; and (3) the attack involved TTP or weapons typically used by Iraqi Shi'a terrorist groups.

## II. OPINION AND DOCUMENTS REVIEWED

### A. Summary of Opinion

1. The Iranian government knowingly and as a matter of state policy provided material support to Iraqi Shi'a terrorist groups to carry out attacks against U.S. troops and civilians during the U.S.-led Coalition military campaign in Iraq from 2003 to 2011. The Iranian government's

material support to these groups spanned the entirety of the Iraq campaign and continues to the present day.

The Iranian regime of Supreme Leader Ali Khamenei has materially supported Iraqi Shi'a terrorist groups since the early 1980s as an instrument of Iranian influence and control in Iraq.

The Iranian regime's material support to Iraqi militants and terrorist groups expanded significantly after the fall of the Saddam Hussein regime in 2003, when Khamenei and other senior Iranian leaders considered it imperative to prevent the United States and its allies from establishing a stable, pro-U.S. state in Iraq. Thus, the Iranian government encouraged and enabled Iraqi Shi'a terrorists to carry out attacks against U.S. and allied forces in Iraq.

Within the Iranian government, Khamenei and other regime leaders have delegated to the Islamic Revolutionary Guards Corps-Quds Force (IRGC-QF, the external arm of Iran's armed forces charged with defending its revolutionary regime, designated an FTO along with the IRGC on April 15, 2019, as well as an SDGT on October 25, 2007), the Ministry of Intelligence and Security (MOIS, designated an SDGT on February 16, 2012), and the Iranian proxy group Lebanese Hezbollah (designated a Specially Designated Terrorist in 1995, an FTO in 1997, and an SDGT in 2001) the principal responsibilities of carrying out the Iranian policy of providing material support to Iraqi Shi'a terrorist groups. These institutions continue their support and sponsorship of Iraqi Shi'a terrorist groups today.

2. It is my professional opinion that it is highly likely that all of the attacks listed in this report were committed by Iraqi Shi'a terrorist groups that were sponsored by and enjoyed material support from the Iranian government.

3. Finally, it is my professional opinion that the material support the government of Iran and Lebanese Hezbollah provided to Iraqi Shi'a terrorist groups was essential to these groups'

terrorist operations, including their ability to conduct attacks in Iraq. The Iraqi Shi'a terrorist groups could not have operated effectively in Iraq without the logistical support, territorial safe haven, personnel recruitment, weapons, explosives, training, and other categories of support that the Iranian government and Lebanese Hezbollah provided. Without this indispensable Iranian and Lebanese Hezbollah material support, it is highly unlikely the Iraqi Shi'a terrorist groups would have been able to conduct terrorist attacks on a sustainable basis in Iraq, including the attacks against U.S. forces and civilians listed in section V of this report.

### B. Documents Reviewed

In addition to the documents cited in the footnotes to this report, I also reviewed the following documents:

1. **RICKY CROCKETT ATTACK, BAGHDAD, IRAQ, 12 JANUARY 2004 (LEE 02)**

   SIGACT Report Number 69338588, 12 January 2004, in USCENTCOM FOIA Release 19-0182, pp. 102-105.

2. **YADIR REYNOSO ATTACK, NAJAF, IRAQ, 5 AUGUST 2004 (LEE 06)**

   SIGACT Report Number 46796797, 6 August 2004, in USCENTCOM FOIA Release 19-0139, pp. 129-130.

   Yadir G. Reynoso Casualty Report, 5 August 2004, in USCENTCOM FOIA Release 19-0139, pp. 131-133.

3. **LARRY WELLS ATTACK, NAJAF, IRAQ, 6 AUGUST 2004 (LEE 07)**

   SIGACT Report Number 35250202, 7 August 2004, in USCENTCOM FOIA Release 19-0145, pp. 185-186.

   Larry L. Wells Casualty Report, 6 August 2004, in USCENTCOM FOIA Release 19-0145, pp. 187-190.

4. **BRANDON SAPP ATTACK, NAJAF, IRAQ, 15 AUGUST 2004 (LEE 08)**

   SIGACT Report Number 6984238, 15 August 2004, in USCENTCOM FOIA Release 17-0364, pp. 140-143.

Brandon R. Sapp Casualty Report, 15 August 2004, in USCENTCOM FOIA Release 17-0364, pp. 144-147.

5. **DAVID HEATH ATTACK, SADR CITY, BAGHDAD, IRAQ, 16 AUGUST 2004 (LEE 09)**

SIGACT Report Number 84226739, 16 August 2004, in USCENTCOM FOIA Release 19-0132, pp. 471-472.

David M. Heath Casualty Report, 16 August 2004, in USCENTCOM FOIA Release 17-0364, pp. 473-475.

6. **JACOB MARTIR ATTACK, SADR CITY, BAGHDAD, IRAQ, 18 AUGUST 2004 (LEE 10)**

SIGACT Report Number 22728498, 18 August 2004, in USCENTCOM FOIA Release 19-0136, pp. 089-090.

Jacob D. Martir Casualty Report, 18 August 2004, in USCENTCOM FOIA Release 19-0136, pp. 091-096.

7. **ALEXANDER ARREDONDO ATTACK, NAJAF, IRAQ, 25 AUGUST 2004 (LEE 11)**

Alexander S. Arredondo Casualty Report, 25 August 2004, in USCENTCOM FOIA Release 17-0364, pp. 218-220.

8. **ERIC STONEKING ATTACK, NASIRIYAH, IRAQ, 3 MAY 2006 (LEE 27)**

Eric B. Stoneking Casualty Report, 3 May 2006, in USCENTCOM FOIA Release 17-0364, pp. 167-177.

EODT Serious Incident Reports, 3 May 2006, reported by Chris Adams, and accompanying photographs.

9. **JOSEPH GRAVES ATTACK, BAGHDAD, IRAQ, 25 JULY 2006 (LEE 34)**

SIGACT Report Number IED-2006-206-180629-0705, Updated 20 December 2006, in USCENTCOM FOIA Release 17-0364, pp. 844-846.

Attack Storyboards, in USCENTCOM FOIA Release 17-0364, pp. 847-856.

Joseph A. Graves Casualty Report, 25 July 2006, in USCENTCOM FOIA Release 17-0364, pp. 857-864.

**10. GUY BARATTIERI ATTACK, BAGHDAD, IRAQ, 4 OCTOBER 2006 (LEE 38)**

SIGACT Report Number IED-2006-277-141723-0449, 4 October 2006, in USCENTCOM FOIA Release 19-1325 & 19-1331-19-1348, pp. 72-75.

Attack Storyboards, in USCENTCOM FOIA Release 19-1325 & 19-1331-19-1348, pp. 76-81.

Guy Barattieri Casualty Report, 4 October 2006, in USCENTCOM FOIA Release 19-1325 & 19-1331, pp. 82-83.

Professionalsoldiers.com Message Board Post by MRF54, 4 October 2006.

Instagram Post by Evan Hafer, 5 October 2018.

**11. JONATHON COTÉ, PAUL JOHSON-REUBEN, JOSHUA MUNNS, AND JOHN YOUNG ATTACK AND ABDUCTION, BASRA, IRAQ, 16 NOVEMBER 2006 (LEE 45)**

SIGACT Report Number IED-2006-320-161130-0916, Updated 27 November 2006, in USCENTCOM FOIA Release 19-0179, pp. 39-41.

Jonathon Coté Casualty Report, 16 November 2006, in USCENTCOM FOIA Release 19-0179, pp. 42-43.

Paul Johnson-Reuben Casualty Report, 16 November 2006, in USCENTCOM FOIA Release 17-0364, pp. 189-190.

Joshua M. Munns Casualty Report, 16 November 2006, in USCENTCOM FOIA Release 17-0364, pp. 234-235.

John R. Young Casualty Report, 16 November 2006, in USCENTCOM FOIA Release 17-0250, pp. 313-314.

Crescent Security Group, Inc. Press Release, 27 March 2008.

**12. SEAN THOMAS ATTACK, BAGHDAD, IRAQ, 27 MARCH 2007 (LEE 53)**

SIGACT Report Number 20070327193738SMB4498685134, Updated 28 March 2007, in USCENTCOM FOIA Release 19-0203, pp. 130-131.

MNC-I Attack Storyboards, in USCENTCOM FOIA Release 19-0203, pp. 134-136.

AR 15-6 Investigation Report, in FOIA Release USARCENT Tuohy 22-00002 Batch 6 (Lee-Stearns v Iran) MSG Sean Thomas, pp. 1504-1543.

Sean M. Thomas Casualty Report, 27 March 2007, in USCENTCOM FOIA Release 17-0364, pp. 137-141.

**13. MICHAH SHAW, MICHAEL DOHENY, STEVEN EVRARD, AND BILLY JOHNSON ATTACK, ZUBAYDIYAH, IRAQ, 9 DECEMBER 2007 (LEE 76)**

SIGACT Report Number 20071209125538SNB1741627121, Updated 10 December 2007, in USCENTCOM FOIA Release 17-0364, pp. 106-109.

MNC-I Attack Storyboards, in USCENTCOM FOIA Release 17-0364, pp. 110-111.

Michael B. Doheny Casualty Report, 9 December 2007, in USCENTCOM FOIA Release 17-0364, pp. 112-113.

Steven Evrard Casualty Report, 9 December 2007, in USCENTCOM FOIA Release 17-0364, pp. 114-115.

Billy J. Johnson Casualty Report, 9 December 2007, in USCENTCOM FOIA Release 17-0364, pp. 431-444.

Micah G. Shaw Casualty Report, 9 December 2007, in USCENTCOM FOIA Release 17-0364, pp. 69-72.

Witness Report of Raffaele Di Giorgio, 11 December 2007.

Tetra Tech Serious Incident Report (SIR) Initial, 9 December 2007 (Doheny).

Tetra Tech Serious Incident Report (SIR) Initial, 9 December 2007 (Evrard).

Tetra Tech Serious Incident Report (SIR) Initial, 9 December 2007 (Johnson).

Tetra Tech Serious Incident Report (SIR) Initial, 9 December 2007 (Shaw).

**14. TENZIN SAMTEN AND JUANTREA BRADLEY ATTACK, CAMP ADDER, NASIRIYAH, IRAQ, 12 MARCH 2008 (LEE 79)**

AR 15-6 Investigation Report, 24 March 2008, in USARCENT FOIA Release FA-20-0114-0115.

Tenzin Samten Casualty Report, 12 March 2008, in USCENTCOM FOIA Release 17-0364, Fourth Rolling Release, pp. 148-164.

Juantrea Bradley Casualty Report, 12 March 2008, in USCENTCOM FOIA Release 17-0364, Third Rolling Release, pp. 250-269.

1/82 BCT Storyboards, In USARCENT FOIA Release FA-20-0114-0115.

### 15. PAUL CONVERSE ATTACK, BAGHDAD, IRAQ, 23 MARCH 2008 (LEE 80)

SIGACT Report Number 20080323164038SMB4936091420, Updated 24 March 2008, in USCENTCOM FOIA Release 17-0364, Third Rolling Release, pp. 292-295.

MNC-I Attack Storyboards, in USCENTCOM FOIA Release 17-0364, Third Rolling Release, p. 296.

Paul R. Converse Casualty Report, 23 March 2008, in USCENTCOM FOIA Release 17-0364, Third Rolling Release, pp. 297-302.

### 16. JOHN DAGGETT ATTACK, SADR CITY, BAGHDAD, IRAQ, 1 MAY 2008 (LEE 91)

SIGACT Report Number 20080501144338SMB4796292881, Updated 2 May 2008, in USCENTCOM FOIA Release 17-0364, 5th Rolling Release, pp. 67-70.

MNC-I Attack Storyboards, in USCENTCOM FOIA Release 17-0364, 5th Rolling Release, pp. 71-72.

John K. Daggett Casualty Report, 1 May 2008, in USCENTCOM FOIA Release 17-0364, 5th Rolling Release, pp. 73-101.

## III. THE IRANIAN GOVERNMENT'S USE OF SHI'A PROXY TERRORIST GROUPS IN IRAQ FROM 2003 TO 2011

It is my professional opinion that the Government of Iran, through its Islamic Revolutionary Guard Corps ("IRGC") and Ministry of Intelligence and Security ("MOIS"), working closely with Lebanese Hezbollah, established and cultivated Iraqi Shi'a terrorist groups in Iraq between 2003 and 2011 to serve as its proxies. Iran's IRGC maintained an external directorate called the Quds Force ("IRGC-QF") that was responsible for the organization's terrorist activities outside of Iran and closely coordinated its activities with Lebanese Hezbollah in Iraq to develop terror cells and provide them with training, specialized weapons, funding, intelligence, planning, battlespace adjustments to counter-measures instituted by U.S. and Coalition Forces, and direction to act at their behest in attacking U.S. and Coalition Forces in Iraq (as well as Iraqi

civilians and other targets important to Iranian government policy).

In many cases (discussed below), the IRGC and Lebanese Hezbollah established Shi'a proxy groups; in others, they asserted control over pre-existing groups and armed, trained, and directed them to commit attacks on U.S. forces and other targets. By 2006, the U.S. military began terming the most lethal of these IRGC and Lebanese Hezbollah proxies "Special Groups." On occasions where an IRGC proxy group failed to sufficiently follow Iranian directives or began to assert some measure of independence, its access to key support, including IRGC and Lebanese Hezbollah funding and supplies of IRGC/Hezbollah signature weapons designed to defeat American armor and defenses, was reduced and other proxy groups were elevated and prioritized.

These Special Groups often acted as an extension of the IRGC in Iraq. Conversely, the IRGC and Lebanese Hezbollah's support and direction were essential to the success and lethality of these proxy groups' terrorist activities in Iraq, particularly against American armor and defensive infrastructure. Without this support, these terrorist groups could not have sustained the tempo of their terrorist activities throughout the period related to the *Lee* case.

The historical record clearly indicates that the Iranian government undertook the development of Iraqi Shi'a terrorist groups as a deliberate matter of government policy. Even before the U.S. invasion of Iraq in 2003, the Iranian regime had a longstanding policy of developing Iraqi Shi'a terrorist groups as a means of undermining the Saddam Hussein regime in Iraq and harming the interests of the United States and its allies in the Middle East. After the U.S. invasion in 2003, the Iranian regime made a policy decision to work through Lebanese Hezbollah and the IRGC-QF to establish, direct, and support Iraqi Shi'a terrorist groups with the objective of committing acts of terrorism against U.S. forces and civilians, including extrajudicial killing, torture, and hostage-taking to ultimately degrade U.S. interests in post-2003 Iraq.

To implement this policy, the IRGC-QF and Lebanese Hezbollah trained their Iraqi Shi'a proxy groups to use signature Hezbollah and IRGC weapons such as EFPs, IRAMs,[2] and 107mm and 240 rockets, along with rocket-propelled grenades, sniper fire, mortars, and operational and computer security to enhance their tactical capabilities.

Signature weapons such as EFPs, IRAMS, and 107mm and 240 rockets were generally unavailable to other insurgent groups in Iraq and generally did not proliferate beyond the control of groups directed by the IRGC and Lebanese Hezbollah. These weapons therefore constituted "signature" weapons that indicated the likely culpability of IRGC and Lebanese Hezbollah proxies in the overwhelming majority of attacks in which they appear.

Through these activities, the IRGC and Lebanese Hezbollah created a network of Iraqi Shi'a terrorist proxies that would kill more than 600 U.S. service members and injure hundreds more between 2003 and 2011.[3]

### A. Origins of the Iranian Regime and Lebanese Hezbollah's Development of Shi'a Terrorist Groups in Iraq

Iranian government sponsorship and development of Iraqi Shi'a terrorist organizations originated in the early 1980s when the Iranian regime sought to create militant networks in Arab countries that could be used against Arab governments toward which Tehran was hostile. First and foremost, against the backdrop of the Iran-Iraq War, the Iranian regime sought to organize Shi'a Arab terrorist groups to carry out attacks against the Iraqi regime of Saddam Hussein and his regional allies. The Iranian regime also aimed to use these Shi'a Arab militant networks to expand Iran's Islamic Revolution into Arab countries.

---

[2] Improvised rocket-assisted munitions (IRAMs), comprised of propane tanks filled with explosives and shrapnel or other projectiles.

[3] Kyle Rempfer, "Iran Killed More US Troops in Iraq Than Previously Known, Pentagon Says," *Military Times*, April 4, 2019.

Lebanese Hezbollah was the most prominent of the Shi'a Arab terrorist groups Tehran created. At its inception in 1982, Lebanese Hezbollah drew not just from Lebanese Shi'a militants, but also from Iraqi Shi'a militants (some of them associated with the Da'wa Party, a Shi'a political party) who had fled Iraq at the beginning of the Iran-Iraq War. These Iraqi Shi'a militants worked alongside and on behalf of the IRGC and Lebanese Hezbollah in terrorist activities across the Middle East from 1982 onward, including attacks such as the bombing of the U.S. Embassy in Kuwait on 12 December 1983. One of the Iraqi operatives who committed the Kuwait embassy bombing was the Basra native Jamal Ja'far Muhammad, later to be known by the *nom de guerre* of Abu Mahdi al-Muhandis (a.k.a. "The Engineer").[4] Abu Mahdi collaborated closely with senior Lebanese Hezbollah commanders Imad Mughniyeh and Mustafa Badr al-Din (who was also Mughniyeh's brother-in-law) in planning and executing the Kuwait Embassy bombing.

The Iranian government's support for and development of Arab Shi'a terrorist groups in the 1980s overlapped closely with its support for Iraqi Shi'a Islamist political groups opposed to the rule of Saddam Hussein. The Iranian government recruited members of the Da'wa Party who had fled to Iran and organized them into a political group called the Supreme Council for the Islamic Revolution in Iraq (SCIRI) in 1982. At the same time, the Iranian government recruited Iraqi Shi'a militants from the Da'wa Party and Iraqi prisoners of war and organized them into a militant wing of SCIRI called the Badr Corps.[5] The Iranians used the Badr Corps to launch military operations against Iraq during the Iran-Iraq War and used Badr operatives to infiltrate Iraq to conduct clandestine activities behind Iraqi lines.

---

4 "Senior PMU Official Abu Ali Al-Basri: PMU Deputy Leader Abu Mahdi Al-Muhandis, Killed With IRGC Qods Force Commander Soleimani In January 2020, Masterminded 1983 Bombing Of U.S. Embassy In Kuwait," *MEMRI*, January 13, 2021, Special Dispatch No. 9139, https://www.memri.org/reports/senior-pmu-official-abu-ali-al-basri-pmu-deputy-leader-abu-mahdi-al-muhandis-killed-irgc.

5 Joel Rayburn and Frank Sobchak, eds., *The U.S. Army in the Iraq War*, volume 1, pp. 180-81.

After the Iran-Iraq War, the Iranian government continued to sponsor and direct the Badr Corps throughout the 1990s in conducting smuggling, sabotage, and other clandestine activities inside Iraq. Overseeing Iranian operational support for, and direction of, the Badr Corps was the IRGC-QF's Ramezan Corps, also known within the Quds Force structure as Department 1000 and responsible for all IRGC operational support to Iraqi proxies.[6] By 1998, Iranian Brigadier General Qassem Soleimani took command of the Quds Force and thereafter was Tehran's main interlocutor with the Badr Corps and other Iraqi proxies. Two of the main Badr Corps commanders under Soleimani's supervision were Abu Mahdi al-Muhandis and Hadi al-Ameri, both of whom would later become members of the Iraqi parliament.

Under the direction of Soleimani and his Ramezan Corps, the Badr Corps became a de facto arm of the Iranian government. By 1999, the Badr Corps was organized into four geographic commands that conducted cross-border operations into Iraq, including a command focused on activities in Diyala, Baghdad, and Wasit provinces led by the Iraqi militant Abu Mustafa al-Sheibani.[7] Sheibani developed elaborate smuggling routes from Iran into Iraq in remote border areas that would later be used to smuggle weapons and operatives against Coalition Forces. Under Ramezan Corps guidance, Sheibani and the rest of the Badr Corps operated not just against the Iraqi Ba'athist regime, but also against the Iranian opposition militant group Muhajideen e Khalq (MeK), which since the 1980s was based in Iraq under the sponsorship of Saddam Hussein's

---

[6] Scott Modell, "Iran's Islamic Revolutionary Guard Corps: Fueling Middle East Turmoil," prepared testimony before the House of Representatives Committee on Foreign Affairs, December 2, 2015, The Rapidan Group, 3, https://docs.house.gov/meetings/FA/FA00/20151202/104244/HHRG-114-FA00-Wstate-ModellS-20151202.pdf.

[7] *U.S. Army in the Iraq War*, vol. 1, p. 14.

regime. Throughout the 1990s, Iraqi intelligence believed Badr Corps members infiltrated NGOs and businesses throughout Iraq to help carry out these activities.[8]

In other words, well before 2003, the IRGC-QF under Qassem Soleimani had established an extensive Iraqi Shi'a militant network operating inside Iraq as an extension of the IRGC's posture against the enemy regime of Saddam Hussein, and Abu Mahdi al Muhandis and Abu Mustafa al Sheibani were among Soleimani's most important Iraqi proxy commanders.

Throughout this period, the Badr Corps, through Abu Mahdi al Muhandis and other Iraqi veterans of the Arab Shi'a terrorist campaigns of the 1980s, maintained its close relationship with Lebanese Hezbollah. By 2003, therefore, Lebanese Hezbollah had a more than 20-year relationship with the most prominent Iraqi Shi'a terrorist groups.

### B. IRGC and Lebanese Hezbollah Use of Iraqi Shi'a Terrorist Groups as Proxies During the Iraq War, 2003-2011

From the onset of the U.S.-led Coalition campaign against the regime of Saddam Hussein, the Iranian regime sought to prevent the United States and its allies from establishing a friendly government in Iraq or from stabilizing the country on terms favorable to the United States. Iranian regime leaders viewed the U.S. military presence and political influence in Iraq as a threat to their interests, and they also considered Islamist militias and terrorist groups as assets or allies in thwarting U.S. objectives in the region. Against this strategic backdrop, the Iranian regime decided to deploy its large IRGC-sponsored Iraqi Shi'a terrorist proxy networks to achieve Iranian strategic objectives, including by waging a terror campaign against the U.S.-led Coalition Forces in Iraq.

The evidence for this Iranian regime policy is extensive. There is also extensive evidence that within a few months following the fall of the Saddam Hussein regime (i.e., in 2003), Lebanese

---

8 *U.S. Army in the Iraq War*, vol 1, pp. 14, 181.

Hezbollah established an operational relationship with Iraqi Shi'a factions at the behest of the IRGC-QF and helped develop their military capabilities and encouraged them to launch terrorist uprisings against the U.S.-led Coalition in Iraq. The following discussion highlights some key points from this evidence and details the course the Iranian regime and Lebanese Hezbollah pursued over time in using Iraqi Shi'a terrorist networks as a tool for their shared policy objective of thwarting the U.S. mission in Iraq.

In the aftermath of the 2003 collapse of Saddam Hussein's regime, the Iranian regime directed its Badr Corps proxies to secure political power and establish militant networks inside Iraq to be used against Iranian regime enemies. These Badr Corps operatives committed reprisal attacks against the MeK, Iraqi Ba'athist regime officials, and Iraqi air force pilots in particular.[9] Abu Mahdi al Muhandis, Mustafa Sheibani, and other senior Badr Corps operatives quickly established their operational presence in Iraq and began organizing for militant activities.

The social movement created by the father of Iraqi Shi'a cleric Moqtada Sadr, the late Ayatollah Muḥammad Ṣadiq al-Ṣadr, was also an important target for Iranian influence because of its broad popularity in the poor Shi'a neighborhoods of Baghdad, Basra, and other major cities in central and southern Iraq. The "Office of the Martyr Sadr," as the Sadr movement's organizational structure was called, maintained an established network of mosques and social institutions in Shi'a neighborhoods that in some ways mirrored Hezbollah's early development in Lebanon.

After the U.S. invasion in 2003, Moqtada Sadr and his network of supporters began to organize their social movement into a large militant organization called the Jaysh al-Mahdi (JAM,

9 Joel Rayburn, *Iraq After America* (Stanford: Hoover University Press, 2014), p. 75. The Iranian regime targeted Iraqi air force pilots in reprisal for the Iraqi air force's bombing of Iranian cities during the Iran-Iraq War.

or Mahdi Army) as an outgrowth of the armed groups the Sadrists previously used to provide security for the Ashura and Arba'een religious holidays. Quickly numbering in the tens of thousands of members, JAM began to develop into a paramilitary organization in central and southern Iraq.

In June 2003, Sadr traveled to Iran to secure support for his newly established militia and reportedly obtained funding in Tehran from the senior Iran-based Iraqi cleric Ayatollah Kadhim al-Haeri, who had been a senior lieutenant of Sadr's father before the latter's assassination in 1999.[10]

More importantly, shortly after Sadr's Tehran visit, in July and August 2003, Lebanese Hezbollah established operational contact with the embryonic JAM militia and by late 2003, Hezbollah reportedly deployed senior leaders of its Islamic Jihad Organization to Iraq to organize and train JAM and transform it from a collection of street thugs and local enforcers into a cohesive paramilitary organization. During this period in late 2003, Sadr reportedly received funding from Lebanese Hezbollah via an advisor to Hezbollah leader Hassan Nasrallah. Based on the subsequent course of events, I believe this Nasrallah advisor was probably the senior Hezbollah cleric Muhammad Kawtharani, the son of a Lebanese Shi'a cleric based in Najaf who grew up in Najaf and studied in the Shi'a religious schools there known as the Hawza.[11] As Lebanese Hezbollah established its relations with the Sadrist militia after Saddam's fall, Kawtharani became

---

[10] Tactical interrogation report (TIR) of Qais al-Khazali, 25 March 2007, in U.S. CENTCOM FOIA release MDR J-2A 00368-18, declassified 6 April 2018. During this interrogation, Khazali said he accompanied Sadr on his June 2003 visit to Iran. Khazali said that in addition to meeting Ayatollah Haeri on that visit, Sadr and his delegation met Iranian Supreme Leader Ali Khamenei and IRGC-Quds Force commander Qassem Soleimani, and these Iranian officials offered Sadr Iranian government funding for JAM.

[11] By the 1990s, Kawtharani was a faculty member in the Hawza run by Moqtada Sadr's father, where he would have been well known to Moqtada Sadr and the other young Shi'a clerics who later became the main leaders of the Iraqi Shi'a terrorist groups.

Hezbollah's political liaison to those groups and served as Nasrallah's main envoy in Iraq, a function he performs to this day.

By 2004, Lebanese Hezbollah was providing money, weapons, training, and military operational advice to JAM and its associated factions. According to Abu Mahdi al-Muhandis, Lebanese Hezbollah's most senior commanders, Imad Mughniyeh and Mustafa Badr al-Din, played a pivotal role in building the capabilities of the Iraqi Shi'a terrorist groups during this period, as did Muhandis himself.

In an interview with an Iranian TV outlet conducted while he was in a leadership role of the Iraqi Popular Mobilization Forces (between 2014 and his death in January 2020), Abu Mahdi said that he had had "a strong and operational relationship" with Mughniyeh and Badr al-Din since the early 1980s and that Lebanese Hezbollah "also had a major role in organizing the resistance cells against the Americans in Iraq." Muhandis said Hezbollah "trained the first Iraqi [resistance] cells, I was among them, after 2003." He added that Hezbollah's "brothers and men still have an essential role in training and planning" for the Iraqi Shi'a terrorist groups that were part of the Popular Mobilization Forces that Muhandis helped to organize in 2014.[12]

By early 2004, under Lebanese Hezbollah's tutelage, JAM controlled large portions of Baghdad and other Shi'a-majority areas in central and southern Iraq and used them as operating bases for its terrorist activities. The assistance and direction Lebanese Hezbollah and the IRGC-QF provided enabled JAM and its associated Shi'a terrorist factions to mount large-scale offensives against the U.S.-led Coalition in Iraq in separate assaults in April and August 2004. According to the Iraqi Shi'a terrorist commander Akram Kabi, who currently commands the Iraqi Shi'a terrorist group Harakat Nujaba, Lebanese Hezbollah operatives assisted JAM in its 2004

[12] Abu Mahdi al-Muhandis made these remarks in an interview to Iran's Afak TV.

uprising against the Coalition. Kabi was a senior JAM commander at the time of those uprisings and he recounted in a January 2019 televised interview that a Lebanese Hezbollah trainer known as Abu Tur, along with an IRGC officer, embedded with JAM in Baghdad and Najaf during the 2004 uprisings in those cities and played key roles in enabling and guiding JAM attacks against U.S. and Coalition troops.

In the same interview, Kabi also revealed that shortly after the failure of JAM's August 2004 uprising, he traveled to Lebanon to meet Lebanese Hezbollah leaders and secure their additional assistance for continued operations against the U.S.-led Coalition. Kabi said he briefed Nasrallah and Mughniyeh on the JAM uprisings and the U.S military's tactics and received extensive advice from the Lebanese Hezbollah leaders on how to organize more effective forces and attacks against the U.S.-led Coalition using the techniques and weapons Hezbollah had used against Israeli forces. Nasrallah and Mughniyeh also decided to put their organization fully at the Iraqi Shi'a terrorists' disposal.[13] They established a special Lebanese Hezbollah unit dedicated to arming and training select JAM operatives and building them into a Lebanese Hezbollah-type force in Iraq, as will be discussed below.

This initiative served multiple purposes from Lebanese Hezbollah and the IRGC-QF's perspective. First, Moqtada al-Sadr distrusted the Iranian regime and was resistant to being seen as an Iranian proxy. Cultivating and patronizing the most capable members of JAM and forming them into what the U.S. military would later call "Special Groups" gained Lebanese Hezbollah and the IRGC-QF more direct control over Sadr's best personnel and reduced his ability to contain

---

[13] "Al-Nujaba Militia Leader Sheikh Akram Al-Kaabi: IRGC And Lebanese Hizbullah Officers Have Guided Us In Fighting The American Forces Since 2004: 'We Started Using Explosively Formed Penetrators... They Would Explode Inside The Tank, Destroying It And Killing' The Americans Inside," *MEMRI*, January 24, 2019, Special Dispatch No. 7860, https://www.memri.org/reports/al-nujaba-militia-leader-sheikh-akram-al-kaabi-irgc-and-lebanese-hizbullah-officers-have.

Iranian influence over his movement. Second, it allowed Lebanese Hezbollah and the IRGC-QF to focus resources on the most capable elements of JAM, leaving the remainder of JAM's gangs free to focus on petty crimes, reprisals, and extortion while the IRGC and Hezbollah improved the lethal capabilities of select "Special Groups." Third, while the IRGC-QF supported the Badr Corps' infiltration of the Iraqi Ministry of the Interior, Police, and the nascent Iraqi government security forces, it did not generally encourage Badr to *directly* attack Coalition Forces because the Iranian regime was heavily invested in promoting SCIRI's growing role as its proxy in the Iraqi political process. Moqtada al-Sadr's political movement was a serious rival to SCIRI, and the Iranian regime wanted to keep Sadr dependent on Iran, but it did not want him to eclipse its preferred proxies.

After the failure of JAM's 2004 uprisings, senior JAM commanders began to slowly distance themselves from Moqtada al-Sadr and grow closer to Lebanese Hezbollah and the IRGC-QF. By late 2006, the so-called "Special Groups" began to formally splinter off from JAM. By August 2007, Sadr, under intense political pressure, ordered most of his JAM militia members to transition from military to civic and religious activities but allowed a smaller portion of JAM called the "Promised Day Brigades" to continue its military activities as a Special Group under IRGC-QF sponsorship. The Promised Day Brigades continued to receive funds, weapons, training, and strategic direction from Lebanese Hezbollah and the IRGC-QF, and continued their attacks against U.S. forces, throughout the period during which U.S. troops remained in Iraq until December 2011.

Lebanese Hezbollah's large-scale effort to build the Iraqi "Special Groups" was part of Qassem Soleimani's strategy of reorganizing the Iraqi Shi'a militant movements into more effective, disciplined, and capable forces that would be responsive to Soleimani's strategic direction. Soleimani used IRGC and Lebanese Hezbollah trainers and advisors to reorganize the

"Special Groups" under the command of the Iraqi cleric Qais al-Khazali, a peer of Moqtada Sadr. As noted above, Soleimani likely promoted Khazali to command the reorganized "Special Groups" to dilute Moqtada Sadr's control of the Iraqi Shi'a terrorist groups and bring those groups more tightly under Tehran's control.

This effort by Soleimani and Lebanese Hezbollah had a significant effect on the course of the war in Iraq and led to a large number of U.S. military and Coalition casualties. A key reason for this change in the Shi'a terrorists' effectiveness is that the IRGC and Lebanese Hezbollah advisors in 2004 began arming Iraqi Shi'a terrorists with the same highly lethal weapons Hezbollah had employed against Israel in southern Lebanon. These weapons, which the IRGC-QF's "Department 2000" had previously provided to Hezbollah, included some of the most sophisticated weapon systems in the Iranian inventory: military-grade anti-tank guided missiles, RKG-3 armor penetrating anti-tank grenades, and various rockets, such as the Fajr-5.[14]

The weapons also included EFPs, the highly lethal bombs previously employed by Hezbollah against Israeli armor in southern Lebanon. EFPs used Iranian-manufactured copper plates (or "liners") which, when heated by high explosives, formed slugs capable of penetrating U.S. and Coalition armored vehicles and causing catastrophic injuries. The Special Groups that received Hezbollah and IRGC-QF training in Lebanon and Iran from 2004 onward received specialized instruction on employing EFPs against U.S. and Coalition troops. The Special Groups then used the EFPs against U.S. and Coalition targets with increasing frequency from 2004 onward.

Joining Lebanese Hezbollah in delivering these EFPs to the Special Groups were the

---

14 Jason Brodsky, "Implications of the Death of the IRGC's Quds Force's Unit 2250 Commander Razi Mousavi," December 28, 2023, https://www.unitedagainstnucleariran.com/blog/implications-of-death-of-irgcs-quds-forces-unit-2250-commander-razi-mousavi.

aforementioned longtime Badr Corps commanders Abu Mahdi al-Muhandis and Mustafa Sheibani, who provided extensive logistical support and operational guidance to the Special Groups. The Iranian regime had begun preparing for this EFP campaign against U.S. troops from an early stage: as early as July 2003, the IRGC-QF had given Sheibani $40 million to mobilize an Iraqi Shi'a terrorist network to carry out attacks against U.S. and other Coalition troops using EFPs.[15]

At the same time, after the 2003 invasion, the IRGC inserted hundreds of its Iranian-trained operatives into Iraq's state security organs in part through the Badr Corps, which, as noted above, succeeded in infiltrating many Badr members into the Ministry of Interior in particular.[16]

These IRGC and Hezbollah activities manifested themselves in a rising tide of violence and instability in Iraq. The U.S. State Department's 2005 "Country Reports on Terrorism" noted this trend, recording that "[t]he IRGC was increasingly involved in supplying lethal assistance to Iraqi terrorist groups, which destabilizes Iraq …. Senior Iraqi officials have publicly expressed concern over Iranian interference in Iraq, and there were reports that Iran provided funding, safe passage, and arms to insurgent elements."

Along with Hezbollah's training of the Special Groups at training sites outside Iraq, Nasrallah and Mughniyeh also formed a special Hezbollah advisory unit to deploy to Iraq and directly support Iraqi Shi'a terrorist operations there. In 2005, they assigned senior Hezbollah operatives Hajji Yusuf Hashem and Musa Daqduq to lead this Hezbollah effort. In 2006, Daqduq made four trips to Iraq to execute this mission and made a separate trip to Tehran to receive

---

15 Counter-IED Operational Integration Center (COIC), "JAM Special Groups Assessment," August 9, 2007, https://terrorismcase.com/wp-content/uploads/2020/09/Multi-National-Corps-%E2%80%93-Iraq.pdf.

16 Ibid.

guidance from senior IRGC commanders.[17]

At the same time Daqduq was deploying to Iraq, Qassem Soleimani was deploying senior IRGC-Quds Force officers into Iraq to coordinate Iranian regime support and direction to the same Iraqi Shi'a terrorist groups Daqduq and Hajji Yusuf were assisting. In the most notable instance, in late December 2006, U.S. troops in Baghdad captured Brigadier General Mohsen Chizari, a top IRGC-QF official who, according to U.S. intelligence officials, was carrying documents indicating that the Iranian regime was working with both Shi'a militias and Sunni jihadist groups in Iraq.[18] Chizari's documents included plans for a campaign to use Shi'a terrorist groups to ethnically cleanse the Baghdad region of its Sunni population. Chizari was released a few days after his capture, but just days after his release, U.S. troops captured five more of Soleimani's IRGC-Quds Force officers in Erbil.[19]

For some period of time in 2006-2007, Daqduq embedded with Qais Khazali's faction of the "Special Groups," a militia known as Asa'ib Ahl al-Haqq (AAH or "League of the Righteous"), to conduct major operations against U.S.-led Coalition troops. AAH was originally formed by Qais al-Khazali in 2006 from elite cells within JAM favored by the IRGC-QF. Khazali and AAH received funding, weapons, training, and strategic direction from Lebanese Hezbollah and the IRGC-QF. In fact, AAH became a major component of Qassem Soleimani's campaign against U.S. forces in Iraq and received special treatment by Soleimani and Lebanese Hezbollah.

---

[17] Bill Roggio, "Iran, Hezbollah Train Iraqi Shia 'Secret Cells,'" *The Long War Journal* (Foundation for Defense of Democracies), July 2, 2007, https://www.longwarjournal.org/archives/2007/07/iran_hezbollah_train.php..

[18] Eli Lake, "Iran's Secret Plan For Mayhem," *New York Sun*, 3 January 2007 (https://www.nysun.com/article/foreign-irans-secret-plan-for-mayhem).

[19] "US Says it has proof Iran is interfering in Iraq," *Khaleej Times*, 25 January 2007, retrieved 22 March 2024 at https://web.archive.org/web/20071201130210/http://khaleejtimes.com/DisplayArticleNew.asp?xfile=data%2Fmiddleeast%2F2007%2FJanuary%2Fmiddleeast_January262.xml&section=middleeast&col=.

Within AAH, Qais al-Khazali's brother Layth al-Khazali also played a key leadership role. During the period of Qais al-Khazali's detention in U.S. custody from 2007 to 2010, Qais al-Khazali's lieutenant Akram al-Kabi commanded AAH and continued its terrorist operations against U.S. forces under IRGC-QF and Lebanese Hezbollah sponsorship. The United States designated al-Kabi as a Specially Designated Global Terrorist in September 2008.[20] The United States also designated the Khazali brothers as Specially Designated Global Terrorists in December 2019 and designated AAH as a Foreign Terrorist Organization in January 2020.

The most significant of the Daqduq-led operations came in the aftermath of the capture of the five IRGC-QF officers in Erbil. Under instructions from the IRGC-Quds Force, Daqduq planned a Special Groups operation intended to kidnap U.S. soldiers and hold them as hostages to trade for the release of the captured Iranian officers. Working with Qais al-Khazali, Daqduq masterminded AAH's January 2007 operation in which a large AAH force abducted several U.S. soldiers from the Provincial Joint Coordination Center in Karbala. Under pursuit by U.S. troops within hours of the raid, the AAH operatives chose to execute their U.S. prisoners rather than hold them as they apparently had planned.

In March 2007, Khazali and Daqduq were captured by Coalition Forces in Basra. While in custody, Daqduq for several weeks remained silent and concealed even his Lebanese identity from U.S. interrogators. By contrast, Qais Khazali and his brother Layth provided a great deal of information to U.S. interrogators. Qais Khazali, who was questioned more than 150 times, detailed how the IRGC and Lebanese Hezbollah had armed, trained, and guided the Iraqi Shi'a terrorist groups from an early stage after the fall of Saddam Hussein's regime, with the support ramping up

---

[20] Kabi later formed his own terrorist group, Harakat al-Nujaba, which remained closely linked with AAH and carried out terrorist attacks against U.S. forces and diplomatic facilities after 2013.

significantly in 2004.[21]

By summer 2007, U.S. forces in Iraq were learning a great deal about the activities of the Special Groups, especially from the interrogations of the Khazalis and the increasing number of Special Groups militants that Coalition troops were capturing on the battlefield. In July 2007, Coalition spokesman Brigadier General Kevin Bergner delivered a press briefing detailing how Daqduq, Qais Khazali, and others had provided concrete information about the support and direction Lebanese Hezbollah and the IRGC-Quds Force were providing to the Iraqi Shi'a terrorists attacking U.S. and Coalition troops. Bergner also revealed that the Iranian regime was providing between $750,000 and $3 million to the Iraqi Shi'a terrorist groups each month to fund their terrorist operations.[22]

In August 2007, the Counter-IED Operational Integration Center (COIC), an organization within the Multinational Corps-Iraq commanded by Lieutenant General Ray Odierno, had enough information to put together a highly detailed assessment of the Special Groups' operations and the IRGC-QF strategy that guided them. According to the COIC assessment, the Iranian regime had understood in 2003 that U.S. forces would invade Iraq, and the Iranians had created a plan to keep U.S. forces "bogged down" using methods "strikingly similar to methods used in Lebanon [from] 1982-2006." By tying up U.S. troops long enough and with heavy enough casualties to cause the American public to withdraw their support for the war, the Iranian regime aimed to force the United States eventually to withdraw from Iraq, leaving Iran and its Iraqi proxies to claim victory. This was the strategy under which Lebanese Hezbollah and the IRGC-Quds Force had trained

---

21 *U.S. Army in the Iraq War* vol. 2, pp. 223-225; Qais al-Khazali declassified TIRs.

22 *U.S. Army in the Iraq War* vol. 2, p. 225; BG Bergner 2 July 2007 press briefing; https://www.longwarjournal.org/archives/2007/07/iran_hezbollah_train.php.

Special Groups members to employ EFPs, rocket-propelled grenades, SA-7 surface-to-air missiles, small arms, sniper operations, and kidnapping tactics. The IRGC-QF and Lebanese Hezbollah trained Special Groups members in Iran, Syria, and Lebanon, after which the Special Groups trainees would return to Iraq to conduct attacks against Coalition Forces. Throughout 2007, the Iranians were directing this campaign relatively openly: the COIC noted that the Iranian regime's confidence had grown since Lebanese Hezbollah's perceived victory over Israel in August 2006, and as a result, the Iranians had begun to abandon their longstanding strategy of plausible deniability of their proxies' actions.[23]

I personally spoke to Qais al-Khazali while he was in U.S. custody in early 2008 about the support and direction the Special Groups received from the IRGC and Lebanese Hezbollah. Khazali recounted that Lebanese Hezbollah had played a significant role in training and advising the Special Groups at IRGC and Hezbollah training sites in Lebanon, Syria, and Iran. Khazali spoke admiringly of the experienced Hezbollah trainers who instructed the Iraqi militants in the tactics and weaponry Hezbollah had used against Israeli troops. He told me the Special Groups trainees aspired to be like Lebanese Hezbollah, which the Iraqi militants considered to have won a military victory over Israel, the strongest military power in the Middle East.

Khazali described to me how the IRGC used Hezbollah operatives, rather than Iranian officers, as their main interlocutors with the Iraqis because the Hezbollah men could speak to the Iraqis in Arabic and had many longstanding connections with the Iraqi Shi'a communities. Khazali told me that during the many sessions in which they trained Special Groups cohorts, Hezbollah and the IRGC had continually evaluated the trainees and selected Iraqi JAM commanders and operatives to pull closer into the Hezbollah and IRGC-QF operational hierarchy.

---

[23] COIC, "JAM Special Groups Assessment," August 9, 2007.

Khazali said that among the Iraqi Shi'a terrorist organizations, the Iraqi militants referred to the various factions of the Special Groups as being either "Moqtada Groups" loyal to Sadr; "Special Groups" answering to Khazali; or "Khamenei Groups" answering directly to the Iranian regime. All three of these categories, Khazali said, enjoyed support from the Iranian regime and Lebanese Hezbollah, but the Special Groups and Khamenei Groups with the closest relationships to Lebanese Hezbollah and the Iranians enjoyed the best weapons, training, and funding support. In other words, the more responsive a faction of the Special Groups was to Iranian and Hezbollah direction, the more extensive the support the IRGC and Hezbollah would provide to that faction.

After Khazali's capture, his lieutenant, Akram Kabi, apparently replaced him as the overall commander of the Special Groups in early 2007, under Soleimani's direction. Kabi inherited the command of AAH in particular.

Also in 2007, Abu Mahdi al Muhandis formed another Special Groups faction called Kata'ib Hezbollah (KH), which operated under the direct guidance of the IRGC and Muhandis himself.[24] (It is likely that KH is the main "Khamenei Group" that Khazali was referring to in his 2008 discussion with me.) Under Muhandis's leadership, KH became the IRGC-QF's top Iraqi Shi'a terrorist group. It received extensive funding, weapons, and training from the IRGC-QF and Lebanese Hezbollah and operated under de facto IRGC-QF command. KH operated in Baghdad and all other Shi'a majority areas in central and southern Iraq and was the principal Special Group that employed the Iranian-made IRAMs against U.S. targets, as well as the other Iranian signature weapons such as EFPs[25] and large-caliber rockets used by the other IRGC-QF-directed groups.

---

24 *U.S. Army in the Iraq War*, vol. 2, pp. 65-66.

25 EFPs were supplied to AAH and JAM Special Groups as well, but the IRGC-QF did not simply flood the region with these weapons. Instead, working with Lebanese Hezbollah, it tried to carefully control the supply of these and other more lethal weapons both as a means of dictating the number of casualties inflicted to serve Iran's strategic

The United States designated KH as a Foreign Terrorist Organization and Specially Designated Global Terrorist in June 2009, and Abu Mahdi as a terrorist in July 2009.

Later in 2007, Qassem Soleimani himself validated the COIC's assessment that he and the Iranian regime were conducting a deliberate proxy war against the United States using the Iraqi Shi'a terrorist groups. In fall 2007, Soleimani sent messages to U.S. commander General David Petraeus claiming that he (Soleimani) directed Iranian policy in Iraq and Petraeus would need to deal with him if he wanted to reach any agreement with Iran on stabilizing Iraq. Soleimani offered to Petraeus to decrease the Special Groups' attacks against U.S. troops if Petraeus would, in return, release Qais al-Khazali from custody.[26] Soleimani's offer illustrates the importance Tehran placed on the Special Groups, which apparently by late 2007 had become Iran's most important instruments of influence and control inside Iraq. His message also indicated that the Iranian regime wanted to convey that it controlled the Iraqi Shi'a terrorist groups that were carrying out attacks against U.S. troops.

On 25 October 2007, the U.S. government designated Soleimani's IRGC-QF as a Specially Designated Global Terrorist (SDGT) pursuant to Executive Order 13324 for its terrorism-related activities, including its specific use of Lebanese Hezbollah and the Iraqi Shi'a terrorist groups to kill Americans. In announcing the designation, the Treasury Department noted that "the Qods Force provides lethal support in the form of weapons, training, funding, and guidance to select groups of Iraqi Shi'a militants who target and kill Coalition and Iraqi forces and innocent Iraqi

interests at any given time and to maintain greater control over their proxies and restricting their independent capabilities.

[26] *U.S. Army in the Iraq War*, vol. 2, pp. 226-227.

civilians."[27]

In November 2007, U.S. troops captured a Shi'a terrorist cell whose members admitted to having just returned from an IRGC-QF training camp in Iran. The Shi'a terrorists, who were likely members of AAH, admitted to being escorted by Quds Force officers to a training camp near Tehran, where they had been taught to use explosives, sniper tactics, and other militant activities. The day after this cell was captured, other IRGC-trained Special Groups terrorists attacked several U.S. bases with IRAMs, demonstrating their ability to launch attacks very close to U.S. bases and cause significant casualties and damage.[28]

Within months of the IRGC-QF terrorist designation, Soleimani's Iraqi Shi'a terrorist proxies launched a large-scale terrorist offensive against the U.S.-led Coalition and the Iraqi state. From March to May 2008, the Special Groups, with support and direction from Lebanese Hezbollah and the IRGC-QF, unleashed their operational capabilities in Baghdad, Basra, and other major population centers in central and southern Iraq. Their attacks against Coalition and Iraqi government targets resulted in hundreds of Coalition and Iraqi government casualties, especially in Baghdad and Basra. The Special Groups mounted a particularly heavy sustained bombardment of the Green Zone and the U.S. Embassy compound as well as intense, sustained attacks against U.S. and Iraqi forces during the Battle of Sadr City in March-April 2008.

By May 2008, however, the Coalition and Iraqi government forces had gained the upper hand and dealt the Shi'a terrorist groups a significant operational defeat. Beginning with a large-

---

[27] U.S. Department of the Treasury, "Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism," October 25, 2007, https://home.treasury.gov/news/press-releases/hp644.

[28] *U.S. Army in the Iraq War*, vol. 2, p. 275. IRAMs have a very short range and can only be launched within hundreds of meters of their intended target. In some cases in Iraq, Special Groups militants had to launch them against U.S. targets by pulling launcher trucks up to the very perimeter of U.S. bases.

scale counteroffensive in Basra that Iraqi Prime Minister Nuri Maliki called the "Charge of the Knights," U.S. and Iraqi forces were able to seize temporary control of the Shi'a terrorist groups' major strongholds in Iraq's southern cities and Baghdad, including Sadr City.[29]

Despite the military defeats they suffered in spring 2008, however, the Special Groups were able to use IRGC-QF and Lebanese Hezbollah support to regain their strength and continue their terrorist attacks on U.S. and Coalition targets from 2008 to 2011. During this period, the Iranian regime used the Special Groups to conduct assassinations against Iraqi opponents as well as attacks designed to pressure the United States into withdrawing its forces from Iraq. The Special Groups continued to use Iranian-provided signature weapons including EFPs, large-caliber rockets, and improvised rocket-assisted munitions (IRAMs). These terrorist attacks against U.S. service members and Iraqi Security Forces increased in early 2009, including a notable increase in rocket attacks against Camp Victory, the headquarters for Multi-National Corps-Iraq (i.e., Coalition Forces). U.S. and Iraqi troops investigating these rocket attacks discovered ammunition manufactured in Iran, while other U.S. troops in January 2009 captured a five-man EFP cell returning from training in Iran.[30] By March 2009, U.S. forces had gathered information indicating that Abu Mahdi al-Muhandis's KH was ramping up its attacks against U.S. targets and was receiving increased support from Lebanese Hezbollah for its terrorist operations.[31] In addition to KH, AAH and Moqtada Sadr's "Promised Day Brigades"[32] also ramped up their terrorist attacks against U.S. and Coalition targets.

---

[29] *U.S. Army in the Iraq War*, vol. 2, pp. 341-390.

[30] *U.S. Army in the Iraq War*, vol. 2, pp. 473-474.

[31] *U.S. Army in the Iraq War*, vol. 2, p. 475.

[32] *U.S. Army in the Iraq War*, vol 2, p. 475. The "Promised Day Brigades" were the JAM Special Groups that remained under Moqtada Sadr's authority rather than migrating to the command of AAH or Abu Mahdi al-Muhandis.

These IRGC- and Lebanese Hezbollah-supported Iraqi Shi'a Special Groups continued their operations against U.S. forces and diplomats until U.S. forces withdrew from Iraq under President Obama's instructions in December 2011. During 2011, these groups ramped up their attacks against U.S. targets as the United States was negotiating the question of whether to remain in Iraq or to withdraw. In early 2011, KH attacked the Camp Victory base complex and Forward Operating Base (FOB) Kalsu with IRAMs. The attack indicated sophisticated coordination and preparation time far outside the capabilities of KH itself, leading U.S. commanders to conclude that the Iranian regime and the Iraqi Special Groups were trying to achieve a mass casualty attack to pressure the United States to leave Iraq.[33] In June 2011 alone, rocket attacks by Special Groups killed 14 U.S. troops, including an IRAM attack against FOB Loyalty in Baghdad that killed 7 Americans and wounded 30 more.[34]

## IV. OPINIONS OF SPECIFIC ATTACKS IN *LEE V. THE ISLAMIC REPUBLIC OF IRAN*

### A. RICKY CROCKETT ATTACK, BAGHDAD, IRAQ, 12 JANUARY 2004 (LEE 02)

On 12 January 2004, Sergeant First Class Ricky Crockett was killed when an improvised explosive device (IED) struck his vehicle in a convoy traveling along the Army Canal in East Baghdad. The characteristics, location, and timing of the attack make it highly likely it was conducted by Iranian- and Lebanese Hezbollah-sponsored Iraqi Shi'a militants associated with the Jaysh al Mahdi.

The 12 January attack took place during daylight hours at 33.32554N/44.47567E, which is on the main road running alongside the Army Canal in East Baghdad. The specific attack site was

---

33 *U.S. Army in the Iraq War*, Vol 2, pp. 532-533.

34 *U.S. Army in the Iraq War*, Vol 2, pp. 543-544.

in the New Baghdad neighborhood, which, like nearby Sadr City, was a major operating zone for the Jaysh al-Mahdi.

It would have been unlikely at that time for a non-Shia militant group to be able to set up a deliberate IED ambush site in the JAM-dominated New Baghdad area of East Baghdad. There is virtually no chance that the attack was conducted by a Sunni militant group such as AQI, which would not have had the kind of freedom of movement and local support network in that area of east Baghdad that would be needed to emplace a deliberate IED attack site.

In addition, the roads running on either side of the Army Canal were major IED attack areas for JAM and associated Shi'a terrorist groups from 2003 to 2008, when they conducted many similar IED attacks against coalition convoys. Thus the 12 January IED attack fits into a well-established pattern of attacks in that area.

At the time of the attack in early 2004, JAM had not yet splintered into what became the "Special Groups" such as AAH, so it is highly likely the attack was committed by JAM proper, or "mainstream JAM." **I assess with high confidence that this attack was conducted by Iranian- and Lebanese Hezbollah-sponsored Iraqi Shi'a militants belonging to JAM.**

### B. YADIR REYNOSO ATTACK, NAJAF, IRAQ, 5 AUGUST 2004 (LEE 06)

Sergeant Yadir Reynoso was killed on 5 August 2004 in Najaf during the major battle that took place in that city during the Jaysh al-Mahdi uprising of August 2004. The location and circumstances of the attack that killed Reynoso leave no doubt that it was committed by militants belonging to the Iranian- and Lebanese Hezbollah-sponsored Jaysh al-Mahdi.

Reynoso was killed at grid location 38SMA360410 (32.00328/44.32241), which is in the extensive ancient cemetery in Najaf, near the Imam Ali Shrine. Hundreds of JAM militants had assembled in the cemetery on the morning of 5 August and launched a complex attack using small arms, rocket-propelled grenades, and mortars against coalition troops and Iraqi security forces

based at a police station near the shrine complex. The militias that attacked coalition troops in Najaf during August 2004 were part of the Jaysh al-Mahdi, which received extensive weapons, funding, and operational advice from the Iranian regime's IRGC-Quds Force and Lebanese Hezbollah.

After a large-scale battle that lasted throughout the day and involved at least 300-500 JAM fighters, Sergeant Reynoso's unit (Weapons Company, BLT 1-4, 11th MEU [1 MEF]) positioned itself to clear part of the cemetery. Sergeant Reynoso was leading a squad clearing a section of the cemetery when he fell to a gunshot wound from militia fighters in the cemetery at approximately 9:00 pm local time.

Based on the location, time, and circumstances of this incident, **I assess with high confidence that the attack that killed Sergeant Reynoso was committed by IRGC- and Lebanese Hezbollah-sponsored JAM militants.**

### C. LARRY WELLS ATTACK, NAJAF, IRAQ, 6 AUGUST 2004 (LEE 07)

Lance Corporal Larry Wells was killed by a sniper while participating in 11th MEU operations in the Najaf cemetery on 6 August 2004. The location, timing, and circumstances of the attack indicate that it was committed by Iranian- and Lebanese Hezbollah-sponsored JAM militants.

In terms of timing and context, this attack took place during the Coalition Forces' offensive operation against JAM in Najaf, Karbala, Sadr City, and other major Shia cities. In Najaf, the actions of 6 August took place during the most intense phase of the fighting against JAM.

The attack location was in the massive Najaf cemetery complex, which was used by JAM militants as a base of operations at the time. Wells's unit was assaulting the cemetery to push JAM out of that battle area.

Wells was killed by sniper fire in the cemetery area. Sniper attacks were a common tactic of the JAM militants who were attacking coalition troops in Najaf, especially in the very complex battleground of the cemetery. Wells and other Marines were under heavy sniper, infantry ambush, IDF, and RPG fire during the battle within the cemetery.

**Based on these various factors, I assess with high confidence that the attack that killed Wells was committed by Iranian- and Lebanese Hezbollah-sponsored JAM militants.**

### D. BRANDON SAPP ATTACK, NAJAF, IRAQ, 15 AUGUST 2004 (LEE 08)

Private First Class Brandon Sapp was killed in Najaf province on 15 August 2004 when his armored vehicle was hit by an IED while on patrol. The timing, circumstances, and location of this attack indicate it was committed by Iranian- and Lebanese Hezbollah-sponsored JAM militants.

The IED attack took place at 38SMA34941863 (31.80141/44.31269), a location in the countryside south of Najaf city.[35] Sapp's unit, A Company, 2-7 CAV, was patrolling on the road leading to Najaf when his vehicle struck a large IED at approximately 3:30 am local time. Sapp, the driver of an M2 Bradley fighting vehicle, suffered catastrophic injuries and was pronounced dead at 4:05 am local time.

The location of the attack on the outskirts of Najaf indicates that the IED was emplaced by Shi'a militants. This area has a heavy Shi'a-majority population, and there is virtually no chance a non-Shi'a militant group (such as AQI) could have had the freedom of movement or local support network required to emplace a deliberate IED ambush in that area, particularly one involving the kind of large IED that could do such extensive damage to an M2 Bradley fighting vehicle.

---

[35] The military grid reference listed in the associated SIGACT report incorrectly lists the location at grid location MC instead of MA.

In addition, the fact that the attack took place during the height of the JAM uprising against coalition forces, and in one of the areas where the JAM offensive was most intense, indicates JAM culpability.

**I assess with high confidence this attack was committed by Iranian- and Lebanese Hezbollah-sponsored militants belonging to the Jaysh al-Mahdi.**

### E. DAVID HEATH ATTACK, SADR CITY, BAGHDAD, IRAQ, 16 AUGUST 2004 (LEE 09)

Sergeant David Heath was killed in a complex ambush involving both small arms fire and a rocket-propelled grenade (RPG) in Sadr City, Baghdad on 16 August 2004. The location, timing, and context indicate the attack was committed by Iranian- and Lebanese Hezbollah-sponsored JAM militants.

The attack took place at grid location 38S MB 495396, which is a point inside Sadr City on Fellah Street, about one kilometer northwest of Martyr Sadr hospital in Zone 21 of the Sadr City district. This area was overwhelmingly Shia in population and served as a major base of operations and support for JAM.

In terms of timing and context, this attack took place during the widespread JAM campaign to attack Coalition Forces in central and southern Iraq. Sadr City was a major battlefield of that campaign. This attack in Sadr City took place during the most intense phase of the fighting between JAM and coalition forces. In terms of the weapons used, the complex ambush of a coalition patrol using small arms and RPGs was a common JAM tactic during the battles of August 2004.

The militias that attacked coalition troops in Sadr City during August 2004 were part of the Jaysh al-Mahdi, which received extensive weapons, funding, and operational advice from the Iranian regime's IRGC-Quds Force and Lebanese Hezbollah.

Based on the location, timing, and context of this attack, it is highly unlikely that a non-Shia group such as Al Qaeda in Iraq committed the attack. It would have been nearly impossible for AQI fighters to carry out operations from within that area of Sadr City at the time of the incident.

**I assess with high confidence that Iranian- and Lebanese Hezbollah-sponsored JAM militants committed the attack that killed David Heath.**

### F. JACOB MARTIR ATTACK, SADR CITY, BAGHDAD, IRAQ, 18 AUGUST 2004 (LEE 10)

Specialist Jacob Martir was killed in Sadr City, Baghdad on 18 August 2004. The location, timing, and circumstances of the attack indicate it was committed by Iranian- and Lebanese Hezbollah-sponsored JAM militants.

Martir's unit, A/2-5 CAV, was attacking a JAM element located near 38SMB479929 on the late afternoon of 18 August. Specialist Martir was on a dismounted patrol when he was hit by JAM small arms fire near gride reference 38SMB486903 (latitude/longitude 33.35067/44.44758). Martir was reported wounded at 6:08 pm local time and died of wounds at about 7:00 pm local time.

The location of the attack is in Sadr City sector 0, about 200 meters east of the Army Canal near the major traffic circle there. This area was a major operating zone for the Iran- and Lebanese Hezbollah-backed Shia militia Jaysh al-Mahdi.

It would have been unlikely at that time for a non-Shia militant group to be able to operate in the area at that time. There is virtually no chance that the attack was conducted by a Sunni militant group such as AQI, which would not have had the kind of freedom of movement and local support network in that area of east Baghdad that would be needed to conduct small-unit infantry attacks such as took place in this incident.

**I assess with high confidence that the attack that killed Martir was committed by Iranian- and Lebanese Hezbollah-sponsored JAM militants.**

### G. ALEXANDER ARREDONDO ATTACK, NAJAF, IRAQ, 25 AUGUST 2004 (LEE 11)

Lance Corporal Alexander Arredondo was killed in Najaf on 25 August 2004. The location and circumstances of the attack indicate it was committed by Iranian- and Lebanese Hezbollah-sponsored JAM militants.[36]

Arredondo, a team leader in 1st Platoon, A Company, BLT 1-4, 11th MEU, was checking his team's defensive positions near the Imam Ali shine in Najaf when he was shot by enemy sniper fire at approximately 10:00 am local time.[37]

Arredondo and his unit were part of the coalition cordon surrounding the shrine complex, where the remnants of the JAM forces in Najaf had fortified themselves and were attempting to stave off the coalition troops besieging them. This engagement took place in the final phase of the August 2004 JAM uprising against coalition troops.

**I assess with high confidence that the attack that killed Arredondo was committed by Iranian- and Lebanese Hezbollah-sponsored militants belonging to the Jaysh al-Mahdi.**

### H. ERIC STONEKING ATTACK, NASIRIYAH, IRAQ, 3 MAY 2006 (LEE 27)

Eric Stoneking was seriously injured in an IED attack near Nasiriyah, Iraq on 3 May 2006. The location and circumstances of the attack indicate it was committed by Iranian- and Lebanese Hezbollah-sponsored JAM Special Groups terrorists.

---

[36] The grid location in the SIGACT, 38SMB5377484986, does not match the location listed in the casualty report (Najaf). However, the details of the casualty report and other operational reporting indicate clearly he was killed in Najaf near the Imam Ali shrine complex.

[37] David Smith, "In Loving Memory of LCpl Alex Arredondo," *Military Transition*, 25 August 2014 (https://medium.com/military-transition/one-of-the-best-leaders-i-ever-knew-died-10-years-ago-today-in-iraq-2f9ff7049651).

Stoneking was in a convoy traveling toward Camp EOD 34 south of Nasiriyah when his vehicle, an F-150 truck, was hit at 11:30 am local time by an IED at location 30.83451N/46.37533E, a site on an access road leading to Camp EOD 34. Stoneking's vehicle, the lead vehicle in the convoy, was hit by a roadside bomb shortly after it turned off the main highway onto the EOD site 34 access road. The attack site was about 6 km away from the entrance to Camp EOD 34.

The area in which the attack took place was an operating zone for JAM-SG militants, who had been conducting frequent attacks against coalition convoys in the same region. The Dhi Qar region is heavily Shia-majority, and Sunni terrorist groups only rarely operated in the area. It is highly unlikely a non-Shia militant group would have had the freedom of action to emplace a sizeable IED in the open on a coalition access road in the way that Stoneking's attackers were able to do. Sunni militant attacks in the Nasiriyah region tended to be suicide car bombs, which do not require time to deliberately emplace and thus can be driven into a hostile operating zone from a different area. Conversely, JAM and JAM-SG had a significant presence in Dhi Qar province at the time of the attack and were free to spend time deliberately emplacing IEDs, ambushes, and obstacles, and often enjoyed facilitation support from local security forces as they did so. The location points strongly to Shia militiamen as the perpetrators.

Based on the location of the attack and the pattern of Shia militia activities in that region at that time, **I assess with high confidence that the 3 May 2006 IED attack that injured Stoneking was committed by Iranian- and Lebanese Hezbollah-sponsored JAM-SG militants**.

### I. JOSEPH GRAVES ATTACK, BAGHDAD, IRAQ, 25 JULY 2006 (LEE 34)

Specialist Joseph Graves was killed in a complex IED and small arms fire attack in northeast Baghdad on 25 July 2006. The location and circumstances of the attack indicate that it was committed by Iranian- and Lebanese Hezbollah-sponsored JAM militants.

The attack took place at grid location 38S MB 42480/98720, a site on highway 2 that divides the Shaab North and Basateen neighborhoods that border on Sadr City. This area was overwhelmingly Shia in population and served as a base of operations and support for JAM. Highway 2 is the road that connects northeast Baghdad with the Shia city of Husseiniyah north of Baghdad, a major JAM stronghold.

In terms of timing and context, this attack took place during a sustained period of attacks and conflict between coalition forces and the Iranian- and Lebanese Hezbollah-sponsored JAM militia, and there were frequent confrontations between the two sides in the area of northeast Baghdad where the attack took place. The coalition troops had large bases not far from the attack site, such as FOB Shield, and convoys between those bases often came under JAM attack, especially on major roads such as Highway 2.

In terms of the tactics used by the attackers, Graves's convoy was forced to halt by a civilian sedan that rammed into one of the convoy's lead vehicles, after which a prepositioned IED, or possibly an IED array, hit Graves's vehicle. This level of complexity indicates the attackers had a great deal of time to prepare the ambush area and had the freedom to loiter at the attack site in adjacent buildings or streets, which further indicates that the local population allowed them to do that without interference or reporting the activity to Iraqi forces–or that it was done with the complicity of Iraqi forces. It is unlikely that non-Shia militants could have lingered in the attack area long enough to plan, prepare, and execute this complex attack.

**I assess that Iranian- and Lebanese Hezbollah-sponsored JAM militants committed the attack that killed Joseph Graves.**

### J. GUY BARATTIERI ATTACK, BAGHDAD, IRAQ, 4 OCTOBER 2006 (LEE 38)

On 4 October 2006, Guy Barattieri, a civilian contractor with Falcon Security, was killed when his F-150 gun truck was struck by a roadside IED while traveling in east Baghdad. The location of the attack and the type of weapon used indicate that the attack was committed by Iranian- and Lebanese Hezbollah-sponsored JAM Special Groups militants.

The attack that killed Barattieri took place at 33.41918N/44.38057E, which is on a major highway leading from east Baghdad to the cities of Husseiniyah and Khalis northeast of Baghdad. The attack site was a short distance northwest of Sadr City near the Sumer neighborhood, an area heavily Shia-majority populated. The area of the attack was also a stronghold of JAM and associated Shia terrorist groups, who committed frequent IED attacks, ambushes, and assassinations in that area at the time that Barattieri was killed.

The attack of 4 October 2006 was a complex attack that began with a small arms fire ambush and then the explosion of the IED that hit Barattieri's vehicle. Complex attacks of this kind were a common tactic of JAM and JAM-SG in Baghdad at the time. It is highly unlikely that a non-Shia militant group could have had the freedom of action and the local support network required to prepare a deliberate ambush and emplace a large IED of the kind that hit Barattieri's truck. The location strongly indicates an attack by Shia militants.

Associates of Barattieri who witnessed the attack and the damage to Barattieri's vehicle judged that the IED that hit him was an EFP, and the photos and description of the severe damage to the F-150 do indeed support the assessment that the weapon used was an EFP. The IED did serious structural damage to the F-150 in a manner consistent with that of an EFP

Furthermore, considering that Sunni militants almost certainly could not have committed a complex attack in that particular area of Baghdad, and that the bomb itself showed characteristics of an EFP, I assess with confidence that this attack was committed by Iranian-sponsored Shia terrorists. Only Iranian- and Lebanese Hezbollah-sponsored militias, especially JAM Special Groups, deployed EFPs at that point in the conflict and the date and location of the attack further confirm the origination of the attack.

**I therefore assess with high confidence that the attack that killed Guy Barattieri was conducted by Iranian- and Lebanese Hezbollah-sponsored JAM Special Groups.**

### K. JONATHON COTÉ, PAUL JOHSON-REUBEN, JOSHUA MUNNS, AND JOHN YOUNG ATTACK AND ABDUCTION, BASRA, IRAQ, 16 NOVEMBER 2006 (LEE 45)

Jonathon Cote, Joshua Munns, Paul Johnson-Reuben, and John Young were abducted by militants near Zubayr, Basra Province, on 16 November 2006, held hostage, and subsequently killed by their captors. The location and circumstances of their abduction and subsequent killing indicate that it was committed by Iranian- and Lebanese Hezbollah-sponsored JAM Special Groups militants.

The four men, who were working as Crescent Security contractors, were abducted by gunmen from a convoy near Zubayr, Basrah. The abductees were security guards traveling in a coalition supply convoy from Kuwait, heading toward the coalition base at Tallil airbase north of Nasiriyah. Shortly after the convoy entered Iraq, it was stopped at a false checkpoint manned by five men dressed in Iraqi police uniforms but wearing ski masks to hide their faces. Once the convoy stopped, a large force of more than 30 gunmen emerged from concealment and detained the four contractors, another colleague who was an Austrian national, and a number of third-country nationals who were driving the convoy's supply trucks. The four Americans were taken into captivity, where the following month their captors recorded proof of life videos and audio

messages which U.S. officials received by late December 2006 and early January 2007. In the recorded messages, the kidnapped Americans said their captors would not release them until the prisoners being held in American and British jails in Iraq (i.e., coalition detention centers) were released. In March 2008, U.S. officials received severed fingers from several of the captives, and by the end of 2008 the U.S. government identified remains of all four American contractors as well as another American abducted in a different incident in early January 2007.

The timing and characteristics of the abduction indicate that the men were abducted and killed by the Iranian- and Lebanese Hezbollah-sponsored militant group Asa'ib Ahl al-Haqq (AAH), which committed many similar abductions and murders during that period in 2006-2008. AAH committed similar large abductions at the Iraqi Ministry of Higher Education and Ministry of Finance during the same 2006-2007 period. Iranian-sponsored militants also committed abductions at the Karbala provincial police headquarters and the Iraqi Ministry of Health during that period.

AAH and other Iranian- and Lebanese Hezbollah-sponsored militants used abduction as an important means of gaining leverage in their war against the U.S.-led coalition and to intimidate the Iraqi government into relieving pressure on Shia militia activities. The 16 November abduction of the four American contractors took place only two days after AAH raided the Ministry of Higher Education in Baghdad and abducted up to 150 ministry employees, dozens of whom AAH later executed and buried in the desert countryside east of Baghdad. Three days later, Shia militants dressed in police uniforms and moving in a large, official-looking convoy abducted Iraq's deputy Minister of Health, Ammar Saffar. Thus within the space of a week, Shia militants used a similar modus operandi to carry out abductions in three incidents across central and southern Iraq. AAH had also abducted U.S. Army Sergeant Ahmed al-Taie in late October, less than a month before

the November abductions, and used all the abductions to try to compel the Coalition and the Iraqi government to release captured Shia militiamen. The Shia militants who committed these abductions ultimately killed almost all the people they abducted, as they killed the four American Crescent Security contractors.

AAH leader Qais al-Khazali later revealed in a television interview in 2012 that his group had been responsible for the May 2007 abduction of five British citizens from the Iraqi Ministry of Finance, another abduction that was committed in a method similar to the November 2006 abductions. This admission by Khazali indicates that AAH was also responsible for the other abductions mentioned above.

Based on the circumstances of the 16 November 2006 abduction and the subsequent detention and murder of the four Crescent Security contractors, **I assess with high confidence that the 16 November 2006 abduction and subsequent killing of Jonathon Cote, Joshua Munns, Paul Johnson-Reuben, and John Young was committed by Iranian- and Lebanese Hezbollah-sponsored JAM Special Groups militants, most likely belonging to Asa'ib Ahl al-Haqq.**

**L. SEAN THOMAS ATTACK, BAGHDAD, IRAQ, 27 MARCH 2007 (LEE 53)**

Master Sergeant Sean Thomas was killed in a rocket attack that struck the US Embassy complex in the Green Zone on 27 January 2007. The location and circumstances of the attack indicate it was committed by Iranian- and Lebanese Hezbollah-sponsored JAM Special Groups militants.

According to reports by coalition forces, the point of origin for this rocket attack was at 38S MB3964/8825, a location in the Washash neighborhood of the Mansour district of west Baghdad. The launch site was in a playground/soccer field area about 500 meters away from the Washash mosque. The surrounding neighborhood was Shia majority by that time in 2007 and a

frequent base of activities for JAM militants. The point of impact was just a few meters away from the rear side of the US Embassy building, on the edge of the area that contained US Embassy living quarters, and just in front of the KBR administrative hut that managed the living quarters area.

This attack took place during a sustained period of attacks and conflict between coalition forces and the JAM Special Groups, and there were frequent confrontations between the two sides in west Baghdad. Shia militants on both the west and east sides of the city frequently targeted the Green Zone as part of their campaign to pressure the coalition forces and the Iraqi government for which the Green Zone was the overall headquarters and seat of government. Indirect fire attacks against the Green Zone by non-Shia terrorist groups were rare by this point in 2007. The militants who launched this attack clearly had precise targeting information about the US Embassy main building. The attackers used a 107mm rocket, commonly used by JAM militants.

Based on the location and the timing/context of this attack, it is highly unlikely that a non-Shia group such as Al Qaeda in Iraq committed the attack. It would have been difficult for AQI fighters to loiter in the Washash neighborhood and set up rocket launchers without facing pressure from locals, Shia militants, or Iraqi security forces. The location, timing and context, and weapon type all point to Shia militants of JAM as the perpetrators.

*I was personally present inside the Embassy, about 50 meters away from the point of impact when this attack took place and witnessed the shockwave from the explosion. I also walked outside the Embassy and personally witnessed the impact area and the damage done to it a short time after the attack. I was also aware as part of my MNF-I staff duties that the attack was part of a sustained pattern of JAM Special Groups indirect fire attacks against the US Embassy complex.*

**My assessment with high confidence is that Iranian- and Lebanese Hezbollah-sponsored JAM Special Groups militants committed the attack that killed Sean Thomas.**

### M. MICHAH SHAW, MICHAEL DOHENY, STEVEN EVRARD, AND BILLY JOHNSON ATTACK, ZUBAYDIYAH, IRAQ, 9 DECEMBER 2007 (LEE 76)

Michael Doheny, Steven Evrard, Micah Shaw, and Billy Johnson were killed on 9 December 2007 in a complex attack near Aziziyah, Wasit Province, in southern Iraq. The location and circumstances of the attack indicate it was committed by Iranian- and Lebanese Hezbollah-sponsored JAM Special Groups militants.

On 9 December 2007, four American Tetra Tech contractors working in the 214th Fires Brigade were casualties in a complex small arms and IED attack that took place near the town of Aziziyah in south-central Iraq. Michael Doheny, Steven Evrard, and Micah Shaw were killed and Billy Johnson seriously wounded by an IED that struck their vehicle.

The four contractors were traveling in a convoy on the main highway running between Kut and Baghdad, in a reconnaissance mission to Kut city. At 12:55 hours, the convoy came under small arms fire at grid location 38S NB17416/27121, on the main highway just across the Tigris River from the town of Zubaydiyah, southeast of Aziziyah. The four men were in an armored F-350 gun truck. Their vehicle was struck by a powerful IED that reportedly (according to an American witness to the attack) blew the F-350 “a couple hundred meters” off the road. Doheny, Evrard, and Shaw were killed by the blast, while Johnson was blown out of the vehicle’s gun turret and suffered serious injuries but survived.

The location of the attack indicates it was committed by Shia militants. The region between Aziziyah and Kut is almost wholly populated by Shia Iraqis, and the area was a stronghold for Shia militias such as the Jaysh al Mahdi at the time, and indeed continues to be so to the present day. The composition of the local population makes it highly unlikely that non-Shia militants could have had the freedom of maneuver and action required to carry out a complex ambush of a coalition convoy in that area.

In addition, the IED that hit the contractors' F-350 was most likely an EFP, based on the catastrophic amount of damage the bomb did to the vehicle. The fact that the blast blew the truck hundreds of meters off the roadway indicates it was a very powerful explosive and is consistent with the kind of damage we would expect in an EFP attack. EFPs were a signature weapon of Iranian-sponsored Shia militants and were in increasingly frequent use by those militants at the time of the attack.

Finally, we can conclude that the attack was committed by JAM Special Groups not just because of the signature weapon (EFP), which was largely reserved for Special Groups' use, but also because the attack took place about four months after Moqtada Sadr ordered mainstream JAM cells to stop operating against the Coalition. In August 2007, Sadr announced that mainstream JAM would "freeze" its militant activities for six months (later extended to one year) and that henceforth only Special Groups would be authorized to carry out attacks. The timing thus points to Special Groups carrying out this attack.

Based on the location, weapon used, and operational situation, **I assess with high confidence that the 9 December 2007 attack was committed by Iranian- and Lebanese Hezbollah-sponsored Special Groups militants.**

### N. TENZIN SAMTEN AND JUANTREA BRADLEY ATTACK, CAMP ADDER, NASIRIYAH, IRAQ, 12 MARCH 2008 (LEE 79)

Tenzin Samten and Juantrea Bradley were killed in a rocket attack on COB Adder near Nasiriyah, Iraq on the morning of 12 March 2008. The location and circumstances of the attack indicate it was committed by Iranian- and Lebanese Hezbollah-sponsored Special Groups militants.

The point of impact for this rocket attack was about 200 meters inside the main gate of COB Adder, near Nasiriyah in southern Iraq. The soldiers' unit reported the point of origin for the

rocket attack as 38R PV21029/32657, which is a vacant lot on the southern edge of Nasiriyah city. This area is overwhelmingly Shia-populated and was a major stronghold for Shia militants, including JAM Special Groups. There were virtually no non-Shia militants operating in Nasiriyah.

This attack took place during a sustained period of attacks and conflict between coalition forces and the JAM Special Groups, and there were frequent confrontations between the two sides in southern Iraq, including the Nasiriyah region. COB Adder, targeted in this attack, was under frequent indirect fire attack by Shia militants. Since this attack occurred after Moqtada Sadr's August 2007 "freezing" of mainstream JAM militant activities, it is highly likely to have been committed by JAM Special Groups, which conducted the overwhelming majority of Shia militia attacks on coalition troops after August 2007.

The attackers fired 11 rockets of 122mm caliber, a rocket commonly used by Iranian-sponsored Shia militants. The point of origin for the attack was raided by Iraqi security forces, who found 6 122mm rockets and two IEDs left behind by the attackers in a nearby house.

Based on the location, timing and context, and weapon used in this attack, it is highly likely that JAM Special Groups committed this attack, and it is virtually certain that no non-Shia militants could have committed the attack. Non-Shia militants would not have been able to operate freely enough in Nasiriyah to assemble rocket launchers at the point of origin.

**I assess with high confidence that Iranian- and Lebanese Hezbollah-sponsored JAM Special Groups militants committed the rocket attack that killed Tenzin Samten and Juantrea Bradley on 12 March 2008.**

### O. PAUL CONVERSE ATTACK, BAGHDAD, IRAQ, 23 MARCH 2008 (LEE 80)

DoD civilian Paul Converse was killed in a rocket attack on the US Embassy complex in Baghdad on 23 March 2008. The location, timing, and circumstances indicate the attack was committed by Iranian- and Lebanese Hezbollah-sponsored JAM Special Groups.

The rocket that killed Converse struck his living quarters in the area behind the US Embassy main building at 38S MB44998/85993, a short distance from the 2007 rocket attack (likely committed by JAM militants) that killed MSG Sean Thomas. The point of origin for the rocket attack of 23 March 2008 was at 38S MB49360/91420, a location in Sadr City near the Hamza Square on Quds Street, and a short distance from Fatima al Zahra hospital. This area was overwhelmingly Shia in population and a major stronghold for JAM and JAM Special Groups. There were no non-Shia militants operating in that area.

This attack took place during the Shia militias' campaign against the Coalition Forces and the Iraqi government during March 2008, a period known among Coalition troops as "March Madness" and which was followed by Prime Minister Maliki's launch of a counteroffensive against JAM and JAM Special Groups in Basra and other JAM strongholds in central and southern Iraq. The rocket that killed Converse was one of hundreds fired by Shia militants against the Green Zone in March-April 2008, sometimes at a pace of dozens per day.

The attackers fired six 107mm rockets, a munition commonly used by Iraqi Shia militants.

*I was personally on site at the US Embassy at the time of the rocket attack that killed Converse, and I personally witnessed the damage to his quarters in the aftermath of the attack. I was aware as part of my MNF-I staff duties that the Coalition command assessed with high confidence that this attack was committed by Iranian- and Lebanese Hezbollah-sponsored JAM Special Group militants based in Sadr City, and that this rocket attack was part of the large,*

*ongoing JAM Special Groups offensive against the Coalition that targeted the Green Zone in particular.*

Based on the location, timing and context, and weapon used in this attack, it is virtually certain that JAM Special Groups committed this attack. It would not have been possible for non-Shia militants to have launched this attack from Sadr City.

**I assess with high confidence that Iranian- and Lebanese Hezbollah-sponsored JAM Special Group militants committed the rocket attack that killed Paul Converse on 23 March 2008.**

### P. JOHN DAGGETT ATTACK, SADR CITY, BAGHDAD, IRAQ, 1 MAY 2008 (LEE 91)

John Daggett died from wounds sustained in a rocket-propelled grenade (RPG) attack in Sadr City, Baghdad on 1 May 2008, during the Battle of Sadr City. The location and circumstances indicate the attack was committed by Iranian- and Lebanese Hezbollah-sponsored JAM Special Groups militants.

The RPG attack that wounded Daggett took place at 38S MB47962/92881, a location in Sadr City along the street known to Coalition Forces as Phase Line GOLD. This location was at the intersection of Quds Street and Thawra Street. Sadr City was overwhelmingly Shia in population and a major stronghold for JAM and JAM Special Groups. There were no non-Shia militants operating in that area.

This attack took place during the Shia militias' campaign against the Coalition Forces and the Iraqi government during March-May 2008. The specific attack took place during "the Battle of Phase Line GOLD," a Coalition-led operation during which Coalition troops erected a concrete barrier running the length of Phase Line GOLD that partitioned Sadr City and pushed JAM and JAM Special Groups militants eastward so that they were no longer within rocket range of the

Green Zone. To forestall the loss of one-third of Sadr City and the loss of their rocket and mortar firing points against the Green Zone, thousands of JAM and JAM-SG militants committed intense attacks against the Coalition units operating on Phase Line GOLD, of which John Daggett's unit (B Company, 1-14 IN) was one. The Shia militants who attacked Daggett sallied forth from a building near Phase Line GOLD which was subsequently targeted by hellfire missiles fired by US attack helicopters.

The attackers used small arms fire and RPGs, a tactic that was extensively employed by the JAM and JAM-SG militants who attacked the Coalition troops along Phase Line GOLD.

There is virtually no doubt that Daggett's attackers were Shia militants belonging to JAM or JAM Special Groups. There were no non-Shia terrorist groups operating in that area at that stage in the war, and the 1 May 2008 attack was part of intense counterattacks by Shia militants.

**I assess with high confidence that the 1 May 2008 RPG attack that struck John Daggett was committed by Iranian- and Lebanese Hezbollah-sponsored Shia militants belonging to JAM or JAM Special Groups.**

## V. CONCLUSIONS

For each of the attacks at issue, I examined the location where the attack took place, the time of the attack, the weapons system used, the complexity of the attack, which terrorist group had primacy in the relevant geographic location within Iraq during that time, the presence of reliable claims of responsibility, and investigative materials by government agencies. Based on the totality of evidence, I conclude, with a reasonable degree of professional confidence, that each attack was committed by Iranian- and Lebanese Hezbollah-sponsored Iraqi Shi'a terrorists belonging to the Jaysh al-Mahdi or Jaysh al-Mahdi Special Groups that received material support from the Iranian government and Lebanese Hezbollah. I further conclude, with a reasonable degree of professional confidence, that the support provided by the Iranian government and Lebanese

Hezbollah was substantial and foreseeably contributed to the attacks at issue, and that as a matter of policy at the highest levels of the Iranian government and among Lebanese Hezbollah leaders, the attacks at issue were a desired tactical objective of their support to Iraqi Shi'a terrorist groups.

Dated: 4 June 2024

Colonel (Ret.) Joel Rayburn

# EXHIBIT A

**Joel D. Rayburn**
Founder and Director, American Center for Levant Studies
Visiting Fellow, Hoover Institution
Research Fellow, New America Foundation
*Former Special Envoy for Syria, U.S. Department of State*
*Colonel (Retired), U.S. Army*

Joel Rayburn is a national security professional with more than three decades of experience in the U.S. military, intelligence community, White House, State Department, and Congress. He is also a board member for private sector technology companies as well as a director and board member of multiple non-profits focused on international affairs and international law. His career includes roles as U.S. Special Envoy for Syria, special advisor to Senator Bill Hagerty (R-TN), Senior Director at the National Security Council, and author and general editor of the U.S. Army's official history of the Iraq War.

Rayburn is currently the founder and director of the American Center for Levant Studies, a non-profit research organization that focuses on Middle East affairs. He is also a research scholar at the Hoover Institution and the New America Foundation.

Previously, from January to July 2021, Rayburn served as Special Advisor for Middle East Affairs in the office of Senator Bill Hagerty (R-TN), assisting Senator Hagerty in foreign relations and national security affairs.

From July 2018 to January 2021, Rayburn was the U.S. Special Envoy for Syria, a post in which he oversaw U.S. diplomatic activities concerning Syria, supervised more than 100 staff across the Middle East and Europe, and was U.S. chief of mission for Syria. Until November 2020, Rayburn was also Deputy Assistant Secretary of State for Levant Affairs.

Before joining the State Department, Rayburn served 26 years as a U.S. Army officer, finishing his military career as senior director for Iran, Iraq, Syria, and Lebanon on the National Security Council staff in 2017-2018. Commissioned from West Point in 1992, Rayburn held assignments in Europe, the Middle East, South Asia, and the United States, including multiple combat deployments. From 1993-1996 he served in the 1st Armored Division, from which he deployed to Kuwait and Bosnia-Herzegovina. In 1999-2000 he was a Balkans intelligence analyst at the EUCOM Joint Analysis Center at RAF Molesworth. Rayburn then taught history at West Point from 2002-2005, focusing on Middle Eastern and British history.

Rayburn served as a strategic intelligence advisor to General John Abizaid at U.S. Central Command from 2005 to 2007. During this assignment his duties included a special focus on Iran, Iraq, Syria, and Lebanon. In this role he also deployed to Ninewa Province and Salahadin Province in northern Iraq in January-February 2006.

In 2007, he served on the Joint Strategic Assessment Team assembled by General David Petraeus and Ambassador Ryan Crocker in Baghdad. The team was tasked to formulate a whole-of-government and multinational campaign plan as part of the "Surge" campaign initiated by

President George W. Bush. Rayburn remained in Iraq for most of the period from March 2007 to September 2008, during which time he was tasked to conduct operational assessments across Iraq and traveled to fourteen of the country's eighteen provinces.

From September 2008 to 2011, Rayburn was a strategic intelligence advisor to CENTCOM Command General David Petraeus and deployed to Iraq, Afghanistan, and the Persian Gulf region. His duties again included a special focus on Iran, Iraq, Syria, and Lebanon, and in particular on the activities and plans of the IRGC-Quds Force, Lebanese Hezbollah, and the Assad regime, as well as on the major Sunni terrorist groups active in the northern Middle East.

From 2011 to 2012, Rayburn was a senior military fellow at the Institute of National Strategic Studies at National Defense University. From 2013 to 2016, Rayburn directed the Army's Operation Iraqi Freedom Study Group, where he led the writing of a history of the Iraq War and assembled operational lessons to be drawn from the conflict. In 2018, the group's work was published in the two-volume study *The U.S. Army in the Iraq War*, for which Rayburn was co-author and editor.

In the private sector, Rayburn serves on the board of aiNTEL, a technology company that uses artificial intelligence to support large data operations. In the non-profit sector, Rayburn serves on the advisory board of the Commission for International Justice and Accountability, an organization that compiles evidence of war crimes and crimes against humanity to support transitional justice in conflict areas such as Syria and Ukraine.

Rayburn holds an MA in History from Texas A&M University and an MS in Strategic Studies from the National War College. He hails from Oklahoma and lives in Washington, DC with his family.

**Publications:**

1. Rayburn, Joel D. "Don't Abandon the Middle East—But Focus on Iran." *The Caravan*, March 5, 2024.

2. Bergen, Peter, and Joel Rayburn. "Opinion: The 'Rising Superpower' Myth about China." CNN Wire, September 7, 2023.

3. Obaid, Nawaf, and Joel Rayburn. "Murder by Chain of Command: The Case against Assad." New America, October 12, 2023. [Link](https://www.newamerica.org/future-security/reports/murder-by-chain-of-command/)

4. Rayburn, Joel D. "All Roads Lead to Damascus: The Syrian War, and the Violence Rippling Outward from It, Haven't Gone Away-and It's Time for the Biden Administration to Find Solutions. Here Are Several." *Hoover Digest*, no. 1 (January 2023): 45.

5. Obaid, Nawaf, and Joel Rayburn. "Assad Must Face Trial for His Atrocities against the Syrian People; The True Scale of the Heinous War Crimes Committed by the Syrian Regime Are Exposed in a New Report." *The Telegraph*, December 16, 2022.

6. Obaid, Nawaf, and Joel D. Rayburn. "The Case Against Assad." *The Caravan*, September 6, 2022.

7. Rayburn, Joel D. "The Vacuum in U.S. Syria Policy–And How to Fill It." *The Caravan*, September 6, 2022.

8. Obaid, Nawaf, and Joel D. Rayburn. "Trouble for Putin's Arab Client: Bashar al-Assad's Inevitable Reckoning." Hoover Institution Press, April 19, 2022.

9. Rayburn, Joel D. "The Biden Administration's Syria Policy: A Forecast for War." *The Caravan*, December 7, 2021.

10. Rayburn, Joel, and Frank Sobchak, eds. *The U.S. Army in the Iraq War* (2 vols). Carlisle, PA: U.S. Army War College Press, 2019.

11. Rayburn, Joel. "The Coming Disintegration of Iraq." *The Washington Post*, August 15, 2014.

12. Rayburn, Joel D. *Iraq After America: Strongmen, Sectarians, Resistance*. Stanford: Hoover Institution Press, 2014.

13. Rayburn, Joel. "Iraq's Civil War is Breaking Out Again." *The New Republic*, May 8, 2013.

14. Rayburn, Joel. "The Coming War in the Middle East." *Defining Ideas*, February 5, 2013.

15. Rayburn, Joel D. "Needed: A Political Strategy after the Deal Collapses." *The Caravan*, April 15, 2012.

16. Rayburn, Joel D. "Blowback - Iraq Comes to Syria." *The Caravan*, February 23, 2012.

17. Rayburn, Joel D. "Iraq After America." *Defining Ideas* (Hoover Institution), January 25, 2012.

18. Rayburn, Joel. "Iraq: The Rise of the Maliki Regime." *Journal of International Security Affairs*, Spring/Summer 2012.

19. Rayburn, Joel. "Winds of Change," *Journal of International Security Affairs*, Spring 2008. [Outlining impact of the "Surge" on Iraqi politics.]

20. Rayburn, Joel. "The Last Exit from Iraq." *Foreign Affairs* 85, no. 2 (2006): 29–41.

21. Rayburn, Joel. "A 1930s Lesson in Stillborn Democracy," *Los Angeles Times*, 2 May 2004. [Highlighting the historical danger to democratic institutions posed by the Iraqi military and security apparatus.]

22. Rayburn, Joel. *The Greatest Disaster: The Failure of Great Britain's Ottoman Empire Policy, 1914*. M.A. Thesis, Texas A&M University, 2002.