UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------------------x

WILLIAM LEE, *et al.*,                                    :

                                                          :

             Plaintiffs,                              :     **Case No.: 19-cv-830**

                                                          :

-against-                                                 :

                                                          :

ISLAMIC REPUBLIC OF IRAN,                                 :

                                                          :

             Defendant.                               :

------------------------------------------------------------------------x

**SPECIAL MASTER'S REPORT AND RECOMMENDATIONS REGARDING
DAMAGES FOR 3 PLAINTIFFS IDENTIFIED IN THE COURT'S JANUARY 30, 2023,
ORDER**

## TABLE OF CONTENTS

INTRODUCTION ............................................................................................................ 1

I.     PROCEDURAL BACKGROUND ....................................................................... 1

II.    CATEGORIES OF CLAIMS ............................................................................. 4

III.   SUPPORTING DOCUMENTATION ............................................................... 8

IV.   THE THREE PLAINTIFFS' INJURIES ........................................................ 10

   a.     KURTISS LAMB – NOVEMBER 13, 2006, ATTACK – BAGHDAD ................. 10

     i.     Assault, Battery, and IIED claims ........................................................ 11

       1.    Mr. Lamb's Background ............................................................... 11

       2.    Injuries at Point of Attack and Attack Aftermath .......................... 14

       3.    Musculoskeletal Injuries, Tissue Damage, and Nerve Palsy ........... 18

         a.    Infections .......................................................................... 20

         b.    Nerve Palsy, Long Term Impact and Impairment ..................... 21

       4.    Tinnitus .................................................................................... 31

       5.    Chronic Pain, Retained Shrapnel and Scarring ............................. 32

       6.    TBI Diagnosis and Symptoms ..................................................... 39

         a.    ██████████████ ............................................................ 39

         b.    TBI, Postconcussive Syndrome, and Memory Issues ................. 40

         c.    TBI and Sleep Apnea .......................................................... 44

       7.    ████████████████████████ ..................................................... 46

       8.    Request for Damages for Assault, Battery, and IIED Claims ........... 51

     ii.    Economic Loss Claim ........................................................................ 56

   b.     JOHN KIRBY – APRIL 6, 2007, ATTACK – BAGHDAD ....................... 57

     i.     Assault, Battery, and Intentional Infliction of Emotional Distress Claims ........ 59

1. John Kirby's Background .................................................................. 59

2. The EFP Attack and Initial Impact ................................................ 60

3. Mr. Kirby Was Suspected of Sustaining a Traumatic Brain Injury .............. 62

4. Headaches and Memory Challenges ............................................ 63

5. Tinnitus ........................................................................................ 65

6. Mr. Kirby Survives a Second Attack ............................................ 66

7. Mr. Kirby's Physical Evaluation Board Findings: Physical Injuries ............. 67

8. Mr. Kirby's VA Ratings Determinations: Physical Injuries Stemming from the EFP Attack .............................................................. 68

9. Mr. Kirby's Psychological Injuries .............................................. 68

  a. ███████████████████████████████████ .................................................. 68

  b. Mr. Kirby Has Experienced Survivor's Guilt .......................... 70

10. ████████████████████████████████ ................... 71

11. ████████████████████████ ................................. 72

  a. ███████████████████████████ .............. 72

  b. ██████████████████████ ................................. 75

12. Request for Damages for Assault, Battery, and IIED Claims ....................... 77

c. VICTOR RAY WISE, II – SEPTEMBER 8, 2009, ATTACK – BAGHDAD ......... 83

  i. Assault, Battery, IIED Claims ...................................................... 84

    1. Mr. Wise's Background .............................................................. 84

    2. Injuries at Point of Attack and Attack Aftermath .................. 86

    3. Long Term Impact: Chronic Pain, Reduced Mobility, Neuropathy, Scarring Due to Skin Grafts ........................................... 92

    4. TBI and Cognitive Issues .......................................................... 100

    5. ██████████████████████████ ................................. 103

**6.    Request for Damages for Assault, Battery, and IIED Claims** ........................115

**ii.    Economic Loss Claim** ........................................................................... 124

**CONCLUSION** ................................................................................................. 126

# <u>TABLE OF AUTHORITIES</u>

**Cases**

*Borochov v. Islamic Republic of Iran*,
   94 F.4th 1053 (D.C. Cir. 2024) ................................................................................... 4

*Karcher v. Islamic Republic of Iran*,
   396 F. Supp. 3d 12 (D.D.C. 2019) ............................................................................. 1

*Lee v. Islamic Republic of Iran*,
   518 F. Supp. 3d 475 (D.D.C. 2021) ........................................................................... 1

*Lee v. Islamic Republic of Iran*,
   656 F. Supp. 3d 11 (D.D.C. 2023) ..................................................................... passim

**Statutes**

28 U.S.C. § 1605A(a)(2)(A)(ii) (II) ............................................................................. 10

28 U.S.C. § 1605A(a)(2)(A)(ii)(I) ............................................................................... 10

28 U.S.C. § 1605A(c) ............................................................................. 4, 10, 56

## INTRODUCTION

In this Report and Recommendations ("R&R"), I address damages attributable to the physical and emotional injuries sustained by Sergeant ("SGT") (Ret.) Kurtiss Lamb, Staff Seargeant ("SSG") (Ret.) John Kirby, and Senior Airman ("SrA") (Ret.) Victor Wise, for whom the Court granted a default judgment against the Defendant, Islamic Republic of Iran, in its January 30, 2023, Order, 656 F. Supp. 3d 11 (D.D.C. 2023).

## I.    PROCEDURAL BACKGROUND

Plaintiffs in this case filed their first proposed findings of fact and conclusions of law in Support of their Motion for Default Judgment on June 12, 2020, ECF No. 33, in which they requested default judgment for 20 Plaintiffs injured in four attacks overlapping with the bellwether attacks in *Karcher v. Islamic Republic of Iran*, 396 F. Supp. 3d 12 (D.D.C. 2019). The Court granted a default judgment in favor of those Plaintiffs on February 1, 2021. *Lee v. Islamic Republic of Iran*, 518 F. Supp. 3d 475 (D.D.C. 2021) ("*Lee I*").

On March 10, 2021, Plaintiffs moved to appoint me as Special Master over the compensatory damages claims of the 20 Plaintiffs implicated in *Lee I*, ECF No. 42, which the Court granted on March 22, 2021, ECF No. 45. I filed three R&Rs for the 20 Plaintiffs. *See* ECF Nos. 59 ("First R&R"), 67 ("Second R&R"), and 91 ("Third R&R"). This Court adopted my R&Rs. *See* Mem. Op., ECF No. 83 & Order & J., ECF No. 84 (adopting First R&R); Mem. Op., ECF No. 98 & Order & J., ECF No. 101 (adopting Second R&R); Mem. Op., ECF No. 105 & Order & J., ECF No. 106 (adopting Third R&R). In its Orders adopting the Second and Third R&Rs, the Court accepted the modified damages framework proposed by Plaintiffs and recommended by the Special Master designed to take into account the aggravating circumstances of explosively formed penetrator ("EFP") attacks, recognizing the "major differences between injuries resulting from EFP attacks and other types of explosive warfare." ECF No. 98 at 4 (citing

Second R&R at 7-37).[1] Specifically, "[t]he particularly high velocity at which EFPs travel is unparalleled[, and t]he focused nature of an EFP blast creates more intense blast waves, which especially in a vehicle, reflect off of objects and cause significant 'brisance' and greater destruction for those who are proximate to these blast waves." *Id.* (citing Second R&R at 9-11). This Court acknowledged that:

> The resulting injuries are more complex than those caused by other explosives, because they include novel medical issues like traumatic amputations and heterotopic ossification, are polytraumatic in nature, often require numerous surgeries and lengthy hospital stays, and are resistant to healing and prolonged in nature, such as the impact of shrapnel embedded in the body, which can cause persistent infections. The impact of the attack can cause neurological and psychological issues, including TBI [traumatic brain injury], post-traumatic stress disorder (PTSD), and major depressive disorder (MDD).

*Id.* at 4-5 (citing Second R&R at 11-37). *See also* ECF No. 105 at 3 ("This court agreed with the Special Master's reasoning, and adopted the proposed damages framework 'as an appropriate assessment of the aggravating circumstances present with respect to . . . EFP injuries,' consistent with practice in this Circuit, including *Peterson II*, *Valore*, and their progeny, regarding injured servicemembers.") (citing Mem. Op., ECF No. 98, at 5). The framework adopted is reflected as follows:

---

[1] The damages requested for the surviving Plaintiffs is based upon the testimony presented by medical experts during the three-day trial in *Karcher, et al. v. Islamic Republic of Iran*, No. 16-cv-232 (D.D.C. 2016) (CKK), attesting that the physical and emotional injuries caused by EFPs are substantially worse than those caused by other types of blasts, often resulting in lifelong disability and chronic pain. The *Karcher* plaintiffs described this testimony in their post-trial Proposed Findings of Fact and Conclusions of Law, *Karcher* ECF No. 80 (the "*Karcher* PFFCL"), and argued that in light of these more serious injuries, as well as the better understanding of them by the medical community in recent years, the damages awarded to victims of EFP attacks in Foreign Sovereign Immunities Act ("FSIA") cases should be increased where the evidence supports more grievous injuries. In a May 30, 2024, modification to his own initial framework for EFP injuries to which the *Karcher* plaintiffs objected, the Special Master appointed in *Karcher* recommended that courts increase typical *Peterson II* damages awards by a series of percentage amounts correlating to the uniquely devastating effects of EFP injuries (*i.e.*, 25% increase for physical injuries; 25% increase for psychological injuries; 15% increase for 1+ years of hospitalization; and 15% increase for permanent impairment). *See Karcher*, ECF No. 169. The *Karcher* plaintiffs did not object to this formula, which was adopted by the *Karcher* court on June 7, 2024. *See Karcher*, ECF Nos. 171 & 172.

| Category | Characteristic Injuries | Proposed Damages |
|---|---|---|
| **Category 1** | Psychological injuries (<u>without</u> traumatic brain injury ("TBI") diagnosis/severe shrapnel/ fractures/orthopedic injuries/polytrauma) | Baseline: $2 million Range: $1.5 - $8 million |
| **Category 2** | Mild TBI with psychological injuries (<u>without</u> severe shrapnel/fractures/ orthopedic injuries/polytrauma/traumatic amputations) | Baseline: $5 million Range: $3 - $7 million |
| **Category 3** | Mild TBI with psychological injuries (<u>with</u> severe shrapnel/fractures/orthopedic injuries) | Baseline: $7 million Range: $4 - $10 million |
| **Category 4** | Mild TBI with psychological injuries (<u>with</u> polytrauma/traumatic amputations) | Baseline: $15 million Range: $10 - $20 million |
| **Category 5** | Moderate/severe TBI (<u>without</u> severe shrapnel/fractures/orthopedic injuries/ polytrauma/traumatic amputations) | Baseline: $20 million Range: $15 - $25 million |
| **Category 6** | Moderate/severe TBI (<u>with</u> severe shrapnel/fractures/orthopedic injuries/polytrauma/traumatic amputations) | Baseline: $30 million Range: $25 - $50 million |

*See* ECF No. 98 at 4 (citing Second R&R at 37-38).

This Court also entered liability against Iran for 27 attacks in its January 30, 2023, Order, 656 F. Supp. 3d 11 (D.D.C. 2023) ("*Lee II*"). Plaintiffs moved for the appointment of Jim Letten, Esq. and Franklin D. Rosenblatt, Esq. as additional Special Masters to issue R&Rs for damages for the 51 family member Plaintiffs and Plaintiff estates of decedents implicated by *Lee II*. *See* ECF No. 85. This Court appointed those Special Masters on July 5, 2023. *See* ECF No. 86. Plaintiffs moved to expand my appointment to the 17 surviving Plaintiffs granted default judgment in *Lee II*, see ECF No. 130, which this Court ordered on January 12, 2024. *See* ECF No. 131. I filed my R&R for two of the 17 surviving Plaintiffs on June 24, 2024, *see* ECF No. 134, which this Court adopted on May 19, 2025, *see* ECF Nos. 159-60; and for three additional surviving Plaintiffs on March 11, 2025, *see* ECF No. 154, which this Court adopted on May 20, 2025, *see* ECF Nos. 161-62.

The subjects of this R&R are three additional surviving Plaintiffs granted default judgment in *Lee II*, arising out of attacks on November 13, 2006, April 6, 2007, and September 8, 2009. All of those attacks contained fatalities, in accordance with Plaintiffs' statements to this Court that they will only make further submissions in this case regarding attacks for which there is evidence of fatalities (in compliance with *Borochov v. Islamic Republic of Iran*, 94 F.4th 1053 (D.C. Cir. 2024)). *See* Notice of New Authority, ECF No. 133. *See Lee II*, 656 F. Supp. 3d at 31 (describing fatality in November 13, 2006, attack); 43 (describing fatality in April 6, 2007, attack); and 48 (describing fatality in September 8, 2009, attack).

## II.    CATEGORIES OF CLAIMS

Plaintiffs are bringing two categories of claims:

(i)    Economic loss claims: Two of the three Plaintiffs seek compensation for economic losses in the form of lost wages, benefits, and retirement pay. *See* 28 U.S.C. § 1605A(c) ("damages may include economic damages"). To support these claims for economic losses, Plaintiffs submit reports prepared by L. Wayne Plumly, Jr., Ph.D. Dr. Plumly submitted forensic economic expert reports for other Plaintiffs in this case, which were adopted by this Court. *See* ECF Nos. 98 at 7; 105 at 4-5, 7; 123 at 12; 161 at 7-8.

(ii)    Assault, battery, and intentional infliction of emotional distress ("IIED") claims: Plaintiffs seek damages for their assault, battery, and IIED claims pursuant to the modified damages framework adopted by this Court which accounts for the more grievous injuries caused by the aggravating circumstances of EFP attacks. For ease of reference, the table below contains the Plaintiffs' names, category of injury and damage amounts requested for each of the surviving Plaintiffs that were severely injured in an EFP terrorist attack.

| Name | Category of Injury | Non-Economic Damages | Summary of Injuries |
|---|---|---|---|
| Kurtiss Lamb | Category 3 | $10,000,000 | <ul><li>Severed axillary artery</li><li>Comminuted fractures of scapula, acromion, clavicle, humeral head, ribs</li><li>Complete rotator cuff disruption, never regained function</li><li>Heterotopic ossification, shoulder joint fused (ankylosis)</li><li>Complete ulnar neuropathy, right hand permanently useless</li><li>Clawing deformity of 4th and 5th fingers</li><li>Chronic osteomyelitis</li><li>Punctured lung</li><li>Retained shrapnel</li><li>Extensive scarring</li><li>Chronic pain syndrome</li><li>Permanent bilateral hearing loss</li><li>Chronic tinnitus</li><li>TBI</li><li>█████████████████ ████████████████</li><li>Moderate-severe obstructive sleep apnea attributed to TBI</li><li>██████████████████ ████████████</li><li>███████████████ ███████████ ██████████████ ███████████</li><li>█████████████</li></ul> |

| | | | |
|---|---|---|---|
| | | | <ul><li>███████████</li><li>Survivor's guilt</li><li>███████</li><li>█████████████</li><li>███</li><li>At least 15 surgeries</li></ul> |
| John Kirby | Category2 | $4.5 million | <ul><li>Second-degree burns on back</li><li>Chronic tinnitus (10% VA rating)</li><li>TBI (suspected)</li><li>████████████ ██████████████ ██████</li><li>██████████ █████████ ████████</li><li>████████████ ███████████</li><li>Survivor's guilt</li><li>██████████ ███████████ ███████</li><li>██████████ ████████████ ███████████</li></ul> |
| Victor Ray Wise, II | Category 3 | $10,000,000 | <ul><li>Severe bilateral thigh shrapnel wounds</li><li>Extensive muscle removal, large portions both legs</li><li>Muscle loss (40% VA rating each leg) - severe, permanent</li><li>Multiple soft tissue defects to right thigh, left thigh, exposed quadriceps</li><li>Traumatic left great toe amputated</li></ul> |

|  |  |  | <ul><li>Partial and full-thickness burns to both thighs, ██████████</li><li>Massive scarring</li><li>Heterotopic ossification</li><li>Bilateral patellofemoral syndrome, limited flexion/extension, instability</li><li>Chronic lower back pain, with altered gait consequence</li><li>Spinal arthritis, bone spurs</li><li>Osteopenia - lumbar spine, both hips</li><li>Right saphenous neuropathy, severe incomplete paralysis</li><li>Mobility impairment</li><li>Chronic knee pain</li><li>Nerve pain, progressively worsening</li><li>████████████</li><li>████████</li><li>██████</li><li>Survivor's guilt</li><li>████████</li><li>██████████</li><li>11 surgeries - multiple skin grafts</li></ul> |
|---|---|---|---|

## III.    SUPPORTING DOCUMENTATION

The supporting documentation for the claims of each Plaintiff at issue in this R&R is provided as exhibits to the Declaration of Dina Gielchinsky ("Gielchinsky Declaration") (which Plaintiffs will provide to the Court upon request) and is catalogued in the charts below accompanying each attack and Plaintiff injured therein. Additionally, the following evidence submitted in *Karcher* bears on the damages calculations for the claims of the WIA Plaintiffs at issue in this R&R, and is also attached to the Gielchinsky Declaration:

- Expert Report of Dr. Russell Gore, qualified as an expert in Traumatic Brain Injury ("TBI") and its consequences, diagnosis, and treatment (*Karcher*, PX-161) (Ex. 1);

- Expert Report of Dr. Charles Marmar, qualified as an expert regarding Post-Traumatic Stress Disorder ("PTSD"), Major Depressive Disorder ("MDD"), neurocognitive disorder following TBI, PTSD in veterans surviving EFP attacks, and the impact of war zone service on military family members (*Karcher*, PX-163) (Ex. 2);

- Expert Report of Dr. Shean Phelps, qualified as an expert on the treatment of combat injuries, including polytrauma and blast injuries, particularly with respect to Iraq (*Karcher*, PX-160) (Ex. 3).

- Expert Report of Dr. Romney C. Andersen, qualified as an expert as an expert on the treatment and prognosis for orthopedic blast injuries, including injuries from EFP attacks (*Karcher*, PX-162) (Ex. 4)

These experts testified as to the differences between injuries caused by EFPs and Improvised Explosive Devices ("IEDs"):

*First*, an EFP travels at an extremely high velocity, which causes it to transfer more kinetic energy into its ultimate target than a typical IED, resulting in a higher-energy blast and more tissue destruction. *See* Gore Rep. at 5, 8, 10-13 (Ex. 1); Phelps Rep. at 11-13 (Ex. 3); Phelps T5-137:2-6.[2]

---

[2]    The transcripts from the three-day bench trial (December 3, 4, and 6, 2018) in *Karcher* are referred to as follows: "T1" (*Karcher*, ECF No. 69), "T2" (*Karcher*, ECF No. 74), "T3" (*Karcher*, ECF No. 70), "T4" (*Karcher*, ECF No. 75), and "T5" (*Karcher*, ECF No. 71).

*Second*, whereas an IED disperses, rather than concentrates, the force of the blast waves it generates, an EFP directs all of its energy in a uniquely focused blast wave against its target. *See* Gore Rep. at 13 (Ex. 1); Phelps T5-137:16-21.

*Third*, service members riding in vehicles attacked by an EFP are much closer to the EFP's blast waves than surviving victims of blast waves in more common bombings caused by an IED. *See* Gore Rep. at 13 (Ex. 1).

*Fourth*, an EFP's blast wave is significantly more intense than an explosion caused by an IED in an open space because the EFP is confined to the (steel reinforced) walls of the military vehicle. These waves, which are forceful enough to shatter metal before it can bend, *see* Barker T3-20:6-8, will in many instances reflect off of the solid surfaces of the vehicle, including the walls, floors, and ceilings, creating multiple wave reflections. *See* Gore Rep. at 13-14 (Ex. 1); Gore T4-29:25-30:9. These multiple waves "reflect off of the people around you …. Even your Kevlar helmet back into your brain if the trajectory of the wave is in the right direction – or I guess the wrong direction." Gore T4-29:25-30:9. The EFP's entry into the confined vehicle also has the effect of shattering the vehicle's armor, which is supposed to protect the occupants, so that the armor transforms into "pieces of metal splicing through everyone and everything, human, equipment." Phelps T5-151:1-7. Dr. Phelps likened the inside of a vehicle shattered by an EFP as a "Cuisinart." *Id.*

Part of what made the EFP's injuries unprecedented was that its victims typically suffered "polytraumatic injuries," or multiple traumatic injuries to a wide range of body organs and systems. Phelps T5-116:18-23, 117:12-21. *See also* Marmar Rep. at 15 (Ex. 2); Marmar T3-105:12-14 (describing how EFP victims "may experience multitrauma in the form of loss of limbs, disfigurement, burns, damage to internal organs"). These types of injury patterns significantly

complicated the assessment, treatment, recovery, rehabilitation, and reintegration into society of EFP victims. *See* Phelps Rep. at 24-25 (Ex. 3).

But Plaintiffs' experts also underscored that an EFP victim suffering just *one* category of injury will experience unprecedented nuances and complications relating to that category of injury due to the physics and engineering of an EFP. Plaintiffs' medical experts focused specifically on the categories of (i) TBI, (ii) orthopedic injuries and traumatic amputations, and (iii) psychological injuries, to illustrate how these injuries, when caused by EFPs, are even more devastating than when caused by other weapons such as IEDs.

## IV.    THE THREE PLAINTIFFS' INJURIES

Plaintiffs describe below the three attacks for which this Court found Iran liable, the injuries Plaintiffs sustained, and their ensuing claims. All of the direct victims are U.S. citizens and were "member[s] of the armed forces." Accordingly, the Court has subject matter jurisdiction over their claims under 28 U.S.C. § 1605A(a)(2)(A)(ii)(I) and (II), and each Plaintiff is eligible to bring claims under 28 U.S.C. § 1605A(c).

### a.    KURTISS LAMB – NOVEMBER 13, 2006, ATTACK – BAGHDAD

On the evening of November 13, 2006, Sergeant ("SGT") (Ret.) Kurtiss Lamb was situated as the Truck Commander in the lead vehicle of a five-vehicle convoy traveling west when his vehicle was hit by a multi-array EFP, injuring him and killing the driver, Private First Class ("PFC") Jang Ho Kim. This Court found "satisfactory evidence in the record to demonstrate that the explosive responsible for Sgt. Lamb's injuries in the November 13, 2006 attack was an EFP traceable to Iran and its proxies," and granted default judgment in favor of SGT Lamb against Iran. *Lee II*, 656 F. Supp. 3d 11 at 31.

SGT Lamb suffered severe physical and mental anguish and extreme emotional pain and

suffering as a result of the November 13, 2006, attack, and submits claims for assault, battery, and IIED, as well as claims for economic loss. The following chart reflects the evidence setting forth the bases of those claims. That evidence is provided as exhibits to the Gielchinsky Declaration.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|---|---|---|---|---|
| SGT (Ret.) Kurtiss Lamb | Direct Victim | Assault, battery, and intentional infliction of emotional distress claims ("IIED") $10 million | Kurtiss Lamb's Birth Certificate | 5 |
| | | | Declaration of Kurtiss Lamb, dated September 20, 2023 | 6 |
| | | | SIGACT (Significant Activities) Report for November 13, 2006, attack | 7 |
| | | | CEXC (Combined Explosives Exploitation Cell) Forensic Analysis Report for November 18, 2006, attack | 8 |
| | | | Excerpts from Kurtiss Lamb's medical records | 9 |
| | | | September 10, 2007, VA Rating Decision | 10 |
| | | | October 14, 2009, VA Rating Decision | 11 |
| | | | July 30, 2010, VA Rating Decision | 12 |
| | | Economic loss claim $ 3,113,589.05 | Declaration of Kurtiss Lamb, dated April 2, 2025 | 13 |
| | | | Appraisal of Present Value of Economic Life on Kurtiss T. Lamb, dated August 5, 2025, prepared by L. Wayne Plumly, Jr., Ph.D | 14 |

i.      **Assault, Battery, and IIED claims**

1.      **Mr. Lamb's Background**

Sergeant ("SGT") (Ret.) Kurtiss Lamb was born in Florida on August 8, 1982,[3] but spent most of his life living in a small town in Tennessee. Though his parents divorced when he was

---

[3]      *See* Ex. 6, Declaration of Kurtiss Lamb, dated September 20, 2023, ¶ 2.

young and he lived with his mother and older sister, he remained close to his father. He described having a happy childhood and being a "happy, well-adjusted kid."[4] When his mother later remarried, he developed a good relationship with his stepfather and his stepfather's son, who was four years younger and became the "kid brother" that he'd never had.[5]

Mr. Lamb was a good student excelling in high school in both academics and sports. In his senior year, he was named captain of his high school football team and voted senior class president.[6] In June 2000, he graduated with the third highest grade point average in his class and received a scholarship to the University of Tennessee's engineering program.[7] Yet after only one semester he found that he was bored and "yearned to try something new."[8]

After working several manual labor jobs, in the summer of 2001, he decided to join the military. He scored well on his military entrance vocational exam, and inspired by the Rambo movies he'd loved as a kid, decided that he wanted to join the infantry.[9]

According to Mr. Lamb, after the attacks on 9/11, Basic Training at Fort Benning, Georgia changed: "We stopped going to classes to learn about the history of the Army and started doing serious combat training."[10] Both he and his girlfriend at the time understood that he would be deployed at some point, and after completing his training they married on December 22, 2001.[11] At the time, he was assigned to Fort Stewart, and he spent most of his time preparing for deployment.[12]

---

[4]    *Id*. ¶ 4.
[5]    *Id*. ¶ 7.
[6]    *See id*. ¶ 12.
[7]    *See id*. ¶ 14.
[8]    *Id*.
[9]    *See id*. ¶¶ 14-15.
[10]   *Id*. ¶ 16.
[11]   *See id*. ¶¶ 17-18.
[12]   *See id*. ¶ 18.

His deployment papers arrived not long after. He arrived in Kuwait in January 2003 where he and his unit remained for two months. When Scud missiles began falling in Kuwait City, his unit were one of the first "boots on the ground" in Iraq, and along with a team of Special Forces, they took control of Baghdad Airport. At the time he believed that the war was "on its way to being won" and was "proud to have been part of the initiative."[13] However, by September 2003, when he was again stationed in Kuwait, the threat of IED attacks on U.S. forces in Iraq became a new reality. This changed his perspective: "We all began to wonder if the mission really had been accomplished."[14]

During his first tour, his wife decided to enlist as well. Mr. Lamb decided to extend his military contract so that they could be stationed together in Germany. The military agreed but the arrangement came with a caveat: he would need to agree to doing another tour in Iraq.[15] When he subsequently returned to Iraq for his second tour, the level of danger had escalated:

> When I redeployed to Iraq in February 2004, IED attacks were in full force. It was a difficult tour. Our job was to escort people to and from the base. We also accompanied the Explosive Ordnance Disposal unit. It was nerve racking because the terrorists were both hiding bombs and placing them in plain sight. It was an effective scare tactic.[16]

While he was still in Iraq, in July 2004, an Iraqi police truck fitted with a bomb slammed into the room where his platoon had been sleeping, killing five of his friends and wounding ten others. He was spared only because he'd had the day off.[17] Although he was "done being 'Captain America'" after his second tour, he knew he had committed for a third tour. This was especially

---

[13]     *Id.* ¶ 20.
[14]     *Id.* ¶ 21.
[15]     *See id.* ¶ 22.
[16]     *Id.* ¶ 23.
[17]     *See id.* ¶ 24.

difficult since he had just learned that he and his wife were expecting their first child: "Just when I had everything to live for, I was at the greatest risk of getting killed."[18]

### 2.    Injuries at Point of Attack and Attack Aftermath

During his third tour in Iraq, on November 13, 2006, Mr. Lamb was traveling on Route Brewers in Baghdad as part of a five-vehicle convoy, when their vehicle was hit by a "multiple array EFP."[19] The blast impacted the passenger side doors which resulted in the deaths of the driver, Jang Ho Kim, and the top gunner. SGT Lamb, the "TC" (Truck Commander), "sustained substantial injury to the right shoulder and the passenger sitting behind the TC received a traumatic double amputation of his legs."[20] The blast was assessed as a "5 or 6 x Explosively Formed Penetrator (EFP) array,"[21] and it was the third impact that "perforated the TC door, causing the death of the driver, and the shoulder injury to the TC."[22] Mr. Lamb described the attack in his declaration:

> As the truck commander, I was seated in the lead vehicle in the front right passenger seat. That day we drove in the middle of the road to avoid the sides of the road where IED's were likely to be. We had driven down this road one hundred times and I knew it like the back of my hand. While we were driving, I noticed a lot of trash close to the road which was unusual. As I said the words, "Man, there is a lot of trash on the road today," a bomb detonated sending our vehicle spinning. As soon as the truck came to a standstill, I was in a state of shock but fully conscious at the time. When I tried to exit the vehicle, I discovered that my right arm was not functioning and then noticed my pants were stained with blood. I was unsure whose blood it was. Then I heard one of the men, my close friend Josh Cope who sat behind me, moaning and I picked up the radio with my left hand and called for help. The driver of the vehicle was not moving, and I could not see the gunner. I later learned that he had been thrown from the vehicle and had been killed. I managed to get out of the truck using my left hand, was cussing up a storm, and screaming "My truck just got hit" as I exited. I then turned my rage onto the terrorist who I assumed stayed to watch the attack. A medic in the second truck in our convoy ran to assist and began triage. I was seen to first because the gunner and driver had been

---

[18]    *Id*. ¶¶ 25-26.
[19]    Ex. 7, SIGACT attack for November 13, 2006, attack.
[20]    Ex. 8, CEXC Report for November 13, 2006, attack.
[21]    *Id.*
[22]    *Id.*

killed by that point. Josh had two of his legs blown off and tourniquets were being applied to prevent him from bleeding out.[23]

Mr. Lamb was brought into the ER at the 28th Combat Support Hospital in South Baghdad with arterial bleeding from his right arm. He was taken to the operating room after placement of a chest tube. A shrapnel injury to his "axillary artery" (the axilla is the armpit area) was discovered and he underwent repair of the artery and required transection of two or three nerves in the area. It was noted that he had "significan[t] posterior soft tissue injury to the shoulder with complete disruption of the posterior components of the rotator cuff." (The rotator cuff is a group of muscles and tendons that surround the shoulder joint, keeping the head of the upper arm bone firmly within the shallow socket of the shoulder.[24]) He was reported as having "significant bleeding from the humeral head (top of the upper arm that connects to the shoulder) and from the considerable muscle injury to the shoulder." He was given 5,000 units of Heparin (a blood thinner) and placed on a Heparin drip due to concerns about the constriction of the artery ("severe vasospasm[25]").[26]

Several entrance wounds were noted with an exit wound in the back of the shoulder. The latter was explored and the extent of his shoulder injury documented, including a comminuted fracture (a fracture wherein the bone breaks into several pieces) of his shoulder blade ("scapula") and the bony process at the top of the shoulder blade that articulates with the collarbone ("acromium").[27]

The following day, he was back in the OR due to blood seeping into his collarbone ("clavicle") area. His axillary artery was again explored and no hematoma (abnormal collection of

---

[23]    Ex. 6, Declaration of Kurtiss Lamb, dated September 20, 2023, ¶ 31.
[24]    *See*    https://www.mayoclinic.org/diseases-conditions/rotator-cuff-injury/symptoms-causes/syc-20350225 (last visited Nov. 20, 2025).
[25]    *See* https://my.clevelandclinic.org/health/diseases/24825-vasospasm (last visited Nov. 20, 2005).
[26]    Ex. 9 at LAMB000001-LAMB000002.
[27]    *Id.* at LAMB000002.

blood outside the blood vessels) was found. However, it was discovered that there was an "area of [the] shoulder capsule" that was bleeding which required ligation (tying/closing off). Also noted was the fact that there continued "to be oozing from the diffuse muscle injury due to the magnitude of the injury and the large muscles of the patient." Though he was scheduled for evacuation that day, this was delayed due to a need for another washout and dressing change. Later that evening, he was evacuated to Balad with a Glasgow Coma Scale of 15, indicating he was awake and responsive. Upon arrival, he was admitted to the ward for pain control.[28]

In Balad the following injuries were assessed: a comminuted fracture of the clavicle, acromion, and humeral head (all components of the shoulder) with a loss of the rotator cuff, a back of the shoulder large soft tissue wound, and a right forearm injury that required a fasciotomy,[29] and a surgical procedure to alleviate pressure in the limb. (If not addressed, the pressure rises to a level that decreases perfusion to the hand or forearm and may lead to irreversible muscle and neurovascular damage.[30]) A wound vac was placed on his right shoulder and forearm and intravenous antibiotics administered and he was scheduled for evacuation to Landstuhl Regional Medical Center in Germany.[31]

Mr. Lamb described the extent of his injuries in his declaration:

Josh [Cope] and I were rushed by truck to the nearest aid station. Enroute is when I began to experience excruciating pulsing, throbbing pain. It was the worst pain I had ever experienced. I spent fifteen minutes there receiving an IV and morphine. From there I was then medivacked[sic] to the Combat Hospital in Baghdad. The doctors assessed that I was at risk of losing my right arm because of the severe swelling. They immediately performed artery and never [sic] repairs to stabilize me followed by a fasciotomy hoping to relieve the swelling and save my arm. If the fasciotomy had not relieved the swelling within an hour, I would have lost my arm. This was the first of many surgeries I would need. After I was stable enough, I was

---

28    *Id.*
29    *See id.*
30    *See* https://www.orthobullets.com/trauma/1064/hand-and-forearm-compartment-syndrome (last visited Nov. 20, 2025). *See also* http://i1.ytimg.com/vi/Q5Rrch-0TBA/maxresdefault.jpg (last visited Nov. 20, 2025).
31    Ex. 9 at LAMB000001-LAMB000003.

transported to Balad where I had more operations. I called Lisa on a satellite phone to tell her I was still alive. From Balad I was flown to Landstuhl where I had a large piece of shrapnel that had pierced my chest cavity near my neck and punctured my lung removed. After the debridement to remove the shrapnel, they put in a chest tube and every time I breathed it hurt.[32]

After arriving at Landstuhl, his injuries were evaluated and it was noted that he had severe swelling ("edema") throughout his right hand, and nerve damage to the nerves of his forearm ("median, ulnar and radial nerve"). However, the extent of the nerve damage could not be assessed until the edema had resolved. His pain scale was 5 out of 10 at rest ("static") and 10 out of 10 with movement ("dynamic"). He was still groggy from his medication and had difficulty talking. He described the quality of his pain as "almost a phantom pain" and his record noted that he'd complained that "he hurts so bad but cannot feel all his fingers."[33] Additionally, due to his injury, he required maximum assistance with his ADLs (Activities of Daily Living).[34]

A physical therapy assessment of his injuries at Landstuhl indicated that the blast injury had resulted in "significant damage" which had required a fasciotomy to his right forearm and shoulder area.[35] Per his medical records from Balad, Iraq, he had multiple fractures of various bones in his shoulder ("right humeral, scapula, clavicle"), "multiple rib fractures," along with a severed axillary artery and damage to nerves in the area as well as a "complete disruption of [the] right rotator cuff component." He complained of a "constant intense ache" at a pain level of 5 out of 10 even at rest and was on a morphine drip. Also observed was loss of function in his 4th and 5th fingers on his right hand. Four days after the attack, he was able to tolerate sitting up at a 75-

---

[32]    Ex. 6, Declaration of Kurtiss Lamb, dated September 20, 2023, ¶ 33.
[33]    Ex. 9 at LAMB000120-LAMB000121.
[34]    *Id.*
[35]    *Id.* at LAMB000122.

degree angle for only five minutes before having to recline back down. He was scheduled for another washout of his wounds.[36]

Before being transferred to Walter Reed for further treatment, Mr. Lamb was assessed by Landstuhl psychological services for a possible Traumatic Brain Injury ("TBI"). He reported being approximately five meters aways from the blast and affirmed that he had been dazed and confused afterwards. The assessment concluded that he sustained a "concussion with no loss of consciousness" and the provider added: "suspect possible TBI." A follow up with Neurology and/or Behavioral Health was recommended.[37]

### 3.    Musculoskeletal Injuries, Tissue Damage, and Nerve Palsy

According to Dr. Romney Andersen, the "highest level of military injury severity score ('mISS') occurred between 2006, when EFP weapons became prevalent on the battlefield, and 2008, when more sophisticated efforts were implemented to counter these weapons."[38] In his expert report, Dr. Andersen detailed the distinctive characteristics of fractures resulting from EFP weapons:

> Fractures that were caused by blast injuries were generally more serious than fractures that occurred secondary to more routine injuries. The blast often removed a portion of the bone, which required efforts to regenerate the bone to heal the fracture.[39]

On December 12, 2006, Mr. Lamb began his follow up treatment for his severe fractures at Walter Reed.[40] After shoulder reconstruction surgery, he began an intense rehabilitation plan which included both occupational and physical therapies.[41] His initial occupational therapy assessment on December 12, 2006, reflected decreased range of motion in his right upper extremity

---

[36]    *See id.*
[37]    *Id.* at LAMB000123-LAMB000124.
[38]    Ex. 4, Expert Report of Dr. Romney C. Andersen, dated September 17, 2018, at 6.
[39]    *Id.* at 7.
[40]    *See* Ex. 9 at LAMB000127-LAMB000128.
[41]    *See id.* at LAMB000157-LAMB000160.

along with swelling ("edema"). His treatment was to include splint adjustments, edema management, and scar management using various modalities to enhance passive and active range of motion and functional activity.[42]

Mr. Lamb describes the scope of his initial treatment at Walter Reed as follows:

I remained inpatient there for six weeks. During my stay as an inpatient at Walter Reed Hospital I had over twelve procedures. Because every bone in my shoulder had been broken, I needed shoulder reconstruction which was a three-part painful process. I also had sustained a bone marrow infection due to sand getting into the wound and required antibiotics in-between surgeries. I was on a morphine drip with antibiotics for two months.[43]

Infections such as those described by Mr. Lamb in his declaration are a common byproduct of blast-related fractures which often necessitate external fixation devices. As Dr. Andersen explained in his expert report:

reconstruction following fracture injuries frequently required more extensive surgery to regenerate bone, thus necessitating the use of a circular multiplanar external fixation device, essentially a frame to first shorten the bone and then lengthen it to regenerate the bone. These external fixation devices were often painful and remained in place for several months. Such treatments consistently had nearly 100% complication rates that included pin site infections, tissue death, and failure of adequate fracture healing. In fact, it was very rare that a patient did not develop an infection, if not multiple infections, resulting from this course of treatment.[44]

Despite ongoing occupational therapy at Walter Reed from December through August 2007[45] which was supplemented by physical therapy from January through April 2007,[46] Mr. Lamb continued to experience severe chronic pain, weakness, atrophy, and loss of function in his right shoulder and hand, as well as various other complications of his injury including infections,

---

[42]    *See id.* at LAMB000127-LAMB000128.
[43]    Ex. 6, Declaration of Kurtiss Lamb, dated September 20, 2023, ¶ 35.
[44]    Ex. 4, Expert Report of Dr. Romney C. Andersen, dated September 17, 2018, at 8.
[45]    *See* Ex. 9 at LAMB000136-LAMB000137. *See also id.* at LAMB000163-LAMB000164 LAMB000173-LAMB000174, LAMB000188-LAMB000189, LAMB000205-LAMB000206, LAMB000215-LAMB000216, LAMB000219-LAMB000220, LAMB000224-LAMB000225, and LAMB000226-LAMB000227.
[46]    *See id.* at LAMB000150-LAMB000151. *See also id.* at LAMB000161-LAMB000162, LAMB000171-LAMB000172, LAMB000190-LAMB000191, and LAMB000203-LAMB000204.

hearing loss, retained shrapnel, and scarring. Most importantly, his injury impacted his use of his right arm and hand which was particularly challenging in light of the fact that he was right-hand dominant.[47]

### a.     Infections

One of the earliest complications that Mr. Lamb endured was infection. His record of December 18, 2006, indicated that his wound culture was positive for infection. An antibiotic was administered via a Picc line and his record also noted that he was complaining of increased neurologic pain with a "burning" sensation. His injury assessment confirmed the presence of multiple large pieces of shrapnel ("FB," i.e., Foreign Body) including a palpable piece in the soft tissue of the shoulder area.[48]

A follow up with Infectious Diseases several days later confirmed that he had a bone infection ("osteomyelitis chronic").[49] Nearly a month later, on January 17, 2007, his record reflected a diagnosis of "osteomyelitis chronic" with an additional notation that he had completed a 6-week course of antibiotics and that his Picc line had finally been removed. The record mentions that his wife delivered a baby that same day.[50]

Prior to the arrival of his first child, Mr. Lamb explains that he was transferred to Walter Reed's transitional housing where he ultimately remained for nine months.[51] He described the situation in his declaration:

> I was released from Walter Reed Hospital around Christmas time and was transferred to Fisher House, transitional housing near the hospital where I could stay until I was well enough to live on my own. My wife delivered our first child, our daughter Chloe, at Bethesda Naval Hospital. At the time I was still struggling

---

[47]     *See* Ex.6, Declaration of Kurtiss Lamb, dated September 20, 2023, ¶ 37. *See also* Ex. 9 at LAMB000192-LAMB000199.

[48]     Ex. 9 at LAMB000129-LAMB000130.

[49]     *Id.* at LAMB000133-LAMB000135.

[50]     *Id.* at LAMB000152-LAMB000153.

[51]     *See* Ex.6, Declaration of Kurtiss Lamb, dated September 20, 2023, ¶¶ 36-37.

with the infection caused by the sand in my wound and was waiting for more surgeries on my right shoulder. I am grateful to be alive to see my daughter being born but her entry into this world was not how either Lisa or I had planned it.[52]

### b. Nerve Palsy, Long Term Impact and Impairment

Due to the complexity of Mr. Lamb's shoulder and forearm injury, the impact on his ability to function soon became apparent. On December 28, 2006, he was administered an electromyogram (also known as an EMG, a test to help diagnose injuries and conditions that affect muscles and the nerves that control them[53]) to assess nerve damage due to his injury.[54] He complained that the lateral side of his right hand was numb, and the numbness pervaded into his 4th and 5th fingers and into parts of his forearm ("Sens-dec [sensitivity decreased] over medial [towards the center] dorsum [back of hand] and volar [palm side] aspects of hand and 4 and 5th digits as well as medial aspect of forearm.").[55] The electromyogram was assessed as being abnormal. The exam concluded that due to his shattered scapula and the shrapnel wound to the back of his shoulder area, there was damage to his "medial cord" (this nerve runs medially to the axillary artery as it passes through the armpit) and his "suprascapular[56] and "spinal accessory nerves" (the spinal accessary nerves run through and stimulate the sternocleidomastoid[57] and trapezius[58] muscles[59]).[60] Since he could not move his ulnar muscles ("no voluntary activation"), there was also concern that he had complete ulnar neuropathy (the ulnar is the pinky side of the

---

[52]    *Id.* ¶ 36.
[53]    *See* https://my.clevelandclinic.org/health/diagnostics/4825-emg-electromyography (last visited Nov. 20, 2025).
[54]    *See* Ex. 9 at LAMB000138-LAMB000142.
[55]    *Id.*
[56]    *See* https://els-jbs-prod-cdn.jbs.elsevierhealth.com/cms/attachment/c73e1af7-fd74-43bf-ba2d-41ee40bb5975/gr1_lrg.jpg (last visited Nov. 20, 2025).
[57]    *See* https://www.howtorelief.com/wp-content/uploads/2017/05/Sternocleidomastoid.jpg (last visited Nov. 20, 2025).
[58]
https://www.verywellhealth.com/thmb/NqyR0sGvNI5YX2bIyxlsWcAsFhk=/3646x2734/filters:fill(87E3EF,1)/Getty Images-147219941-56a05efe3df78cafdaa14c5f.jpg (last visited Nov. 20, 2025).
[59]    *See* https://pmc.ncbi.nlm.nih.gov/articles/PMC11143051/ (last visited Nov. 20, 2025).
[60]    Ex. 9 at LAMB000138-LAMB000142.

forearm). Repeat testing was recommended to assess his shoulder girdle function once he was able to move his right shoulder. (As noted in the record, he had just had shoulder surgery three weeks earlier and had been advised limited movement in the area.)[61]

As Dr. Andersen explained, Mr. Lamb's type of residual nerve injury is common in blast victims:

> Nerve injuries were common consequences of a blast injury because often the nerve had been transected and/or it had sustained damage over a long segment. The degree of damage was often so significant that reconstructive efforts with nerve grafts and conduits (where a collagen tube is implanted between the two ends of the nerve to attempt regeneration) proved unsuccessful. In addition, patients with substantial nerve injuries caused by a blast often endured chronic pain that was extremely difficult to manage.[62]

Though some nerve recovery was noted in January 2007, he was still taking significant amounts of pain medication including Oxycodone and 900 mg of Gabapentin.[63] He also noticed an increase in nerve-related pain ("neurologic pain") that he described as a burning sensation. Decreased sensation in the ulnar nerve area and mild atrophy in the thumb area were also observed. He was referred to physical therapy, and ulnar nerve grafting surgery was scheduled for the end of the month.[64]

His initial physical therapy assessment documented severe right shoulder limitation due to weakness and nerve damage. It was observed that at the time, he was unable to grasp fully with his right hand or turn the hand palm upwards or downwards. His right shoulder movements were limited due to the adhesion of his multiple surgical incisions. [65] (Adhesions are common postsurgical complications; they occur when scar tissue binds underlying tissue together and can

---

[61]    *See id.*
[62]    Ex. 4, Expert Report of Dr. Romney C. Andersen, dated September 17, 2018, at 9.
[63]    *See* Ex. 9 at LAMB000143- LAMB000144. *See also*, LAMB000129-LAMB000130.
[64]    *See id.* at LAMB000154. *See also id.* at LAMB000145-LAMB000146.
[65]    *See id.* at LAMB000147-LAMB000149.

cause inflammation and pain.[66]) Atrophy of the shoulder girdle was noted along with diminished sensation throughout the arm and hand.[67]

By the end of January 2007, he was still complaining of right-hand pain at a level of 6-7 out of 10 but was no longer taking pain medication. He admitted that he required assistance from his wife for his ADLs (Activities of Daily Living) since he is right-handed.[68] In his declaration, Mr. Lamb elaborated on this and his overall disappointment and frustration with the loss of functionality of his right hand and arm:

> Much to my disappointment the nerve surgeries did not work. I spent months doing occupational therapy five days a week for two hours a day hoping to regenerate the nerve. It was an excruciating process made more difficult because I had stopped taking pain medication after I left the hospital because I did not want to become addicted to them. Both modalities, surgery and occupational therapy failed to yield any improvement. It was frustrating because I had nothing to show for my hard work. I was left with two paralyzed fingers in my right hand which was a big problem because I am naturally right-handed. Since the day of the attack, my right hand has not been functional. I am unable to do something as simple as holding a fork and knife. I had to learn to use my left hand for everything including changing my daughter's diaper.[69]

His Medical Board Evaluation Summary in January 2007 mentioned that due to the attack, he had suffered a punctured lung on the right and a chest tube had been placed, with the latter subsequently removed on November 19, 2006.[70] His physical examination noted significant scarring, including a healed fasciotomy scar (fasciotomy a surgical procedure that cuts through the fascia, the connective tissue around muscle and other parts of the body[71]) in his forearm extending from elbow to wrist. Some loss of sensation was noted in his deltoid, the back of his arm, the pinky

---

[66]    *See* https://www.emedicinehealth.com/adhesions_general_and_after_surgery/article_em.htm (last visited Nov. 20, 2025). *See also* https://www.sciencedirect.com/topics/pharmacology-toxicology-and-pharmaceutical-science/tissue-adhesion (last visited Nov. 20, 2025).

[67]    *See* Ex. 9 at LAMB000147-LAMB000149.

[68]    *See id.* at LAMB000155-LAMB000156.

[69]    Ex.6, Declaration of Kurtiss Lamb, dated September 20, 2023, ¶ 37.

[70]    *See* Ex. 9 at LAMB000157-LAMB000160.

[71]    *See* https://my.clevelandclinic.org/health/procedures/fasciotomy (last visited Nov. 20, 2025).

side of his forearm and hand, and in 1.5 of his fingers. Severe shoulder muscle atrophy was observed ("severe periscapular atrophy"). Mr. Lamb's X-rays were reviewed and showed a complex shoulder and upper arm bone fracture ("highly comminuted fracture of the proximal humerus and humeral head") "with loss of normal anatomy." The X-rays also confirmed that his shoulder components were held in place by screws. His abnormal EMG (Electromyography, used to help diagnose injuries that impact muscles and nerves that control them) was reviewed as were his complaints which included: loss of function and sensation in the right arm, burning pain in his right hand which was noted as a "major concern," and a dull aching pain at a level of 3-4 out of 10 in the right shoulder. He was assessed as having no potential to become fit for duty.[72]

At a follow up appointment at Walter Reed's orthopedic hand clinic on March 12, 2007, no change was observed in his ulnar nerve. He now exhibited atrophy in the hand and a "clawing deformity" in his ring and small fingers in the right hand. His diagnosis confirmed nerve palsy in the ulnar nerve (ulnar side of the forearm is the pinky side).[73]

The following day, repeat imaging confirmed the presence of a "severely comminuted fracture"[74] in the shoulder with "multiple large shrapnel fragments present within the soft tissues and associated soft tissue defects." [75] A repeat EMG demonstrated a "severely abnormal electrodiagnostic study of the right upper extremity, consistent with the patient's known traumatic injuries."[76] The EMG showed "complete ulnar neuropathy"[77] and his physician added that based on the results, Mr. Lamb's injury may also involve other nerves including the "medial cord" (this

---

[72]     *See* Ex. 9 at LAMB000157-LAMB000160.
[73]     *Id.* at LAMB000175-LAMB000176.
[74]     *Id.* at LAMB000177-LAMB000186.
[75]     *Id.*
[76]     *Id.* at LAMB000177-LAMB000186.
[77]     *Id.*

nerve runs medially to the axillary artery as it passes through the armpit) or the sensory nerves due to the decreased sensation in his forearm.[78]

A follow up Medical Evaluation Board (MEB) Narrative Summary on March 16, 2007, concluded that although Mr. Lamb had regained some function in his shoulder muscle ("deltoid") over the past few months, this "limited improvement has little functional significance."[79] The summary added that although an additional nerve repair or reconstruction surgery might improve function, it would have minimal impact in the next year or two due to the time it takes for nerves to regenerate. The Board concluded that "there is no potential for nerve function to improve to the point where he will again become medically acceptable"[80] for continued military service. It was further assessed that his loss of motion in the shoulder was due to "his severe fracture, joint damage and also to weakness of motors controlling [the] shoulder"[81] and that it was "unlikely he will regain significant motion."[82] Moreover, the Medical Evaluation Board concluded that he will likely "require additional surgery in the future."[83]

As part of the physical examination for his MEB, the burning sensation in his hand was considered a "major concern." He complained that this sensation affected four of his fingers and his palm. He rated the pain level at 3-4 out of 10 but added that he experiences sharp pain at a level of 8 out of 10 in various areas of his right hand, fingers, and forearm 3-5 times a day, with the pain lasting only a few seconds. He described that the pain impacts his sleep, and he awakens several times per night with pain and often needs to sit up and change position. He also reported a constant dull ache in his shoulder at a level of 3-4 out of 10 that worsened after therapy. He described an

---

[78]     *Id.*
[79]     *Id.* at LAMB000192-LAMB000199.
[80]     *Id.*
[81]     *Id.*
[82]     *Id.*
[83]     *Id.*

increase in pain with exposure to cold weather and to a lesser degree with exposure to cool water. As a result, he keeps gloves on-hand. He added that he was taking Lyrica for nerve pain but no narcotics.[84]

In terms of his day-to-day functioning, his MEB Narrative Summary added that he is right-hand dominant and was unable to dress himself until February 13, 2007, and still cannot tie his shoes or fasten buttons. In terms of bathing, he required assistance until mid-January 2007, and he still cannot wash his left arm or armpit area. He regained the ability to eat using his left hand in mid-January 2007.[85]

A subsequent EMG on April 19, 2007, focused on his right ulnar nerve, noting it was "the only nerve demonstrating persistent complete dysfunction."[86] Mr. Lamb indicated that he was only able to abduct (move away from the midline of the body) his shoulder in pool therapy but had otherwise seen no change in function since his prior assessment. Severe atrophy of his right shoulder girdle was also observed. The EMG report concluded that there was no evidence for "recovery of innervation for the ulnar-distribution muscles."[87] Thus, his prognosis for recovery of ulnar function in the hand was assessed as being "poor."[88] Possible nerve grafting surgery was discussed and he agreed to proceed with the surgery in May and continue physical and occupational therapy in the interim.[89]

In early May 2007, he began to show some functional improvement in the use of his right hand and worked on signing his name and other projects using that hand. He continued to report

---

[84]     *See id.*
[85]     *Id.*
[86]     *Id.* at LAMB000200-LAMB000202.
[87]     *Id.*
[88]     *Id.*
[89]     *See id.*

pain when using his right hand, but improvement was noted in the range of motion of his fingers and in his grip strength.[90]

On May 11, 2007, he had nerve transfer surgery,[91] with the hope of further improvement. However, in his June 25, 2007, occupational therapy session he indicated that he still had pain with movement of his right hand at a level of 5 or 6 out of 10, and that he continues to rely on his left hand for most of his day-to-day activities and still has difficulty with buttons, zippers, tying, cutting food, and writing.[92]

Two months later, on July 19, 2007, he had a follow up with the Medical Evaluation Board.[93] Despite the nerve transfer surgery on May 11, 2007, a determination as to whether the surgery resulted in his regain ulna nerve function could not be made for at least another year. It was assessed that he was not a candidate for further surgery and had "achieved maximum benefits of care at this time."[94] Furthermore, the Medical Board concluded that even if Mr. Lamb regained some function, his recovery "will be incomplete at best and he will not regain sufficient power and sensation to become fit for service."[95] Moreover, the "condition of his right shoulder is not expected to change."[96]

In September 2007, Mr. Lamb received his initial VA Rating Decision.[97] He was granted 100% Service-Connected Disability Rating for his shrapnel injury, right shoulder fracture which included fractures of the "humeral head" (top of the upper arm that connects to the shoulder), clavicle (collarbone), and scapula (shoulder blade), neuropathy in the axilla area (armpit area), and

---

[90]     *See id.* at LAMB000207-LAMB000208.
[91]     *See id.* at LAMB000211-LAMB000212.
[92]     *See id.* at LAMB000217-LAMB000218.
[93]     *See id.* at LAMB000221-LAMB000223.
[94]     *Id.*
[95]     *Id.*
[96]     *Id.*
[97]     *See* Ex. 10, September 10, 2007, VA Rating Decision.

ulnar nerve palsy (nerve that runs to the pinky side of the arm). The Rating Decision also included mention of "loss of shoulder motion" and loss of "medial cord/ulnar nerve function" (the medial cord runs medially to the axillary artery as it passes through the axilla—the armpit area) and added that Mr. Lamb required assistance to undress and was unable to tie his shoes or fasten buttons with his right hand. His medical records from July 2007 were also referenced and indicated that he was still "unable to use the right hand to perform activities of daily living."[98] The VA "assigned a 100 percent prestabilization evaluation[99] based on an unstabilized condition with severe disability, with gainful employment not being feasible or advisable."[100]

The following year, on May 22, 2008, not much had changed. In his C&P Exam (Compensation and Pension exams are evaluation conducted by the VA to ascertain if a veteran's disability is service-connected) at the Marion VA,[101] he still complained of pain when moving his right arm and numbness in the shoulder and posterior part of his entire arm. He also was still unable to grab firmly with his right hand due to a claw deformity of his ring and little fingers and could not perform daily activities with his right arm, nor carry, push or pull with that arm. He complained of an aching pain at a level of 2-3 out of 10 in his right shoulder that increased to a level of 5-6 with certain activity. He added that the pain was continuous and lasted "24/7." Though he indicated that some of his embedded shrapnel had been removed, he added that some still remained.[102]

A Psychological C&P Exam at the end of 2008 confirmed his Service-Connected Disability Rating of 100%, with 100% rating for "loss of use of hand," 10% for tinnitus, 10% for lumbosacral strain, and 10% for Traumatic Brain Disease. His diagnoses at that point included: ulnar nerve

---

[98]    *Id*.

[99]    Prestablization Rating refers to a Temporary Disability Rating that allows service members to receive temporary compensation or benefits right away. *See* https://www.va.gov/disability/eligibility/special-claims/temporary-rating-prestabilization/ (last visited Nov. 20, 2025).

[100]    Ex. 10, September 10, 2007, VA Rating Decision.

[101]    *See* Ex. 9 at LAMB000393-LAMB000409.

[102]    *See id.* at LAMB000395.

paralysis and arthropathy (disease of the joint) of the shoulder region, as well as PTSD, Generalized Anxiety Disorder, and Major Depressive Disorder. During the exam, he reported that he'd had 15-17 surgeries while at Walter Reed.[103]

After relocating to Tennessee and transferring care to the Alvin C. York VA, in June 2009 he was seen for an occupational therapy consult to address the "clawing" of his 4th and 5th fingers in his right hand. He was instructed to wear a hand splint at night to prevent further contracture of his fingers. He was also given a different splint to wear during the day that could be worn with dynamic movements and was instructed to use TheraPutty for grip strengthening of his right hand. At the time, he was caring for his two children while his wife attended college and stated that he had difficulty lifting his children due to limited shoulder movement. [104]

Another C&P Exam the following month affirmed findings of right shoulder deformity, tenderness, weakness, and abnormal motion, as well as stiffening ("ankylosis") of the right shoulder joint.[105] Radiology reports from June 1, 2009, also noted a "marked deformity of the right shoulder" with "heterotopic bone formation" ( a condition where the trauma to the body is so great that the victim's DNA and RNA wrongly starts producing bone where it once produced muscle) in the top of the shoulder notch and "humeral head" (top of the upper arm that connects to the shoulder).[106] Additionally, "multiple metallic fragments" were seen throughout the right shoulder, right arm, and right chest wall.[107] Nearly one year later in June 2010, he was still complaining of chronic right shoulder pain. ████████████████████████

---

[103]    *See id.* at LAMB000249-LAMB000250, LAMB000253.
[104]    *See id.* at LAMB000383-LAMB000385.
[105]    *Id.* at LAMB000359.
[106]    *Id.* at LAMB000365.
[107]    *Id.* at LAMB000365-LAMB000366.

[108]

Mr. Lamb's 2009 radiology reports confirmed common complications that ensue from his type of injuries. In his expert report, Dr. Andersen explained the complications and aftermath of post-traumatic arthritis and "ankyloses" in blast attacks[109]:

> Patients who had a limb amputated or successfully underwent limb salvage often developed post-traumatic arthritis of the reconstructed extremity. This arthritis often led to long-term pain, and the patient developed a loss of range of motion and decreased limb strength.[110]

Dr. Andersen further elaborated on heterotopic ossification, a condition that "frequently develops following combat-related blast injuries"[111] and is characterized by the overgrowth of bone tissue into soft tissue. As in Mr. Lamb's case:

> when heterotopic bone has developed around a joint it can often cause ankyloses (fusion) of the adjacent joint. This resultant loss of ability to flex and extend also significantly impairs the service member's rehabilitation.[112]

The condition was characterized by the *Karcher* plaintiffs' medical expert Dr. Shean Phelps as perhaps the single most significant obstacle to independence, functional mobility, and return to normal function for combat-injured veterans of Operation Enduring Freedom and Operation Iraqi Freedom.[113] Like Dr. Andersen, Dr. Phelps explained that heterotopic ossification causes limited range of motion and loss of the ability to flex or extend and can cause complete loss of mobility, with significant pain especially when bone growth impinges upon a nerve resulting in chronic nerve pain.[114]

---

[108]     *See id.* at LAMB000329-LAMB000331.
[109]     Ex. 4, Expert Report of Dr. Romney C. Andersen, dated September 17, 2018, at 12, 13-14.
[110]     *Id.* at 13.
[111]     *Id.* at 10.
[112]     *Id.* at 12.
[113]     *See* Ex. 3, Medical Expert Report Concerning Polytraumatic Injuries Caused by EFP Strikes in Iraq (2004-2011), dated August 27, 2018, by Dr. Shean Eric Phelps, at 50.
[114]     *See id.* at 50-52.

Starting in May 2013, Mr. Lamb began treatment at Midsouth Pain Treatment Center due to right upper extremity pain then at a level of 6 out of 10.[115] He indicated that the pain disturbed his sleep 3-4 nights per week and was constant--radiating to his fingers and causing numbness. ██

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████ Also noted upon examination was limited right shoulder range of movement, decreased strength in the right upper extremity, and "severe contracture" of his 4th and 5th fingers in the right hand.[116]

### 4.    Tinnitus

As early as December 11, 2006, Mr. Lamb was assessed as having mild high frequency hearing loss and reported suffering from tinnitus and dizziness.[117] A week later, his blood pressure was elevated, and he complained of pain in his right ear, stating that the pain had begun after his most recent shoulder surgery. Inflammation and tenderness in his ear were confirmed and he was diagnosed with contact dermatitis (inflammation of the skin).[118] By February 2007, he was reporting ear pain in the right ear ongoing for 6-8 weeks along with some hearing loss in that ear.[119] A subsequent follow up at the otolaryngology clinic led to a diagnosis of "Eustachian Tube Dysfunction," i.e., clogging of the eustachian tubes.[120]

---

[115]    *See* Ex. 9 at LAMB000304-LAMB000307.
[116]    *Id*.
[117]    *See id.* at LAMB000125-LAMB000126.
[118]    *See id.* at LAMB000131-LAMB000132.
[119]    *See id.* at LAMB000165-LAMB000166.
[120]    *Id.* at LAMB000167-LAMB000170. *See also* https://my.clevelandclinic.org/health/diseases/22527-eustachian-tube-dysfunction (last visited Nov. 20, 2025).

An audiogram in March 2007, again confirmed mild high frequency hearing loss[121] and a year later in May 2008 at the Marion VA Medical Center's audiology clinic, he complained of chronic tinnitus in both ears, which he claimed had been an issue since November 2006. Although he continued to complain of some hearing loss in his right ear, in May 2008, he was assessed as having normal hearing on the right with a mild sensorineural hearing loss in the left ear.[122] The audiologist concluded, however, Mr. Lamb's complaint of tinnitus could be associated with noise exposure during his service.[123] In fact, his records from October 2008, list his Service-Connected Disability Rating at the time as 100% with a 10% Service-Connected rating for tinnitus.[124] Tinnitus continued to be an issue into 2013. In May of that year during a visit to the Midsouth Pain Treatment Center, he complained of hearing loss and ringing in his ears.[125]

Mr. Lamb described his struggle with chronic tinnitus in his declaration:

> As my injuries were healing, I began paying more attention to the trouble with my right ear. My hearing loss started after the attack. I thought it would improve; however, it did not. Sounds remain muffled on my right side. I also had difficulty riding in elevators and always had to grab hold of something while riding in them because it made me dizzy. Tinnitus is another condition I have struggled with since the attack. I still experience a constant high-pitched ringing in my ears and need to use a white noise machine to help me sleep.[126]

### 5.    Chronic Pain, Retained Shrapnel and Scarring

In his expert report, Dr. Shean Phelps provided an overview of the impact of EFPs on vehicle occupants:

> As the slug passes through the vehicle's metal structure or armor plating, it causes "spalling" – the secondary propulsion of hot metal fragments – which often strike occupants or bystanders. This secondary

---

[121]    *See* Ex. 9 at LAMB000187.
[122]    *See id.* at LAMB000273-LAMB000276.
[123]    *See id.* at LAMB000276.
[124]    *See id.* at LAMB000237-LAMB000239.
[125]    *See id.* at LAMB000304-LAMB000307.
[126]    Ex. 6, Declaration of Kurtiss Lamb, dated September 20, 2023, ¶ 39.

fragmentation/shrapnel from the EFP also can severely injure "bystanders" with such force as to cause traumatic amputation.[127]

Dr. Phelps added that the dynamics of these blasts "result in devastating loss of tissue, impart a high risk for exsanguination (fatal blood loss) upon the victim, and often cause the victim's limbs to be so badly mangled as to be rarely re-attachable."[128] Notably, when EFP blasts result in serious musculoskeletal injuries, they also result in myofascial pain, as Dr. Phelps detailed in his expert report:

> Musculoskeletal injuries will typically result in myofascial pain, a chronic condition that affects the fascia (connective tissue that covers the muscles). Myofascial pain is common among service members with polytrauma and is characterized by muscular pain associated with trigger points. A trigger point is a discrete area of muscle that, when pressure is applied, causes pain to radiate away from the point of palpation.[129]

According to Dr. Phelps the shoulder area is particularly problematic due to the "high prevalence of myofascial trigger points in the shoulder girdle muscles of patients who have sustained traumatic shoulder injuries."[130] These points cause not only "daytime chronic pain"[131] but also sleep disruption and "may be a primary source of sleep disturbances due to constant myofascial triggering when the patient lies recumbent."[132]

Mr. Lamb's battle with chronic pain began shortly after his arrival at Walter Reed.[133] In December 2006, he complained of burning pain in his right hand. At the time, he had completed an ORIF surgery (Open Reduction and Internal Fixation, a surgery involving incisions to access

---

[127]     Ex. 3, Medical Expert Report Concerning Polytraumatic Injuries Caused by EFP Strikes in Iraq (2004-2011), dated August 27, 2018, by Dr. Shean Eric Phelps, at 13.
[128]     *Id.* at 14.
[129]     *Id.* at 52.
[130]     *Id.*
[131]     *Id*
[132]     *Id*
[133]     *See* Ex. 9 at LAMB000129-LAMB000130.

broken bone and place them back in their natural position[134]) on his forearm and a Rotator Cuff Repair (repair of torn tendons in the shoulder) just two weeks prior. In addition to his Oxycodone-Acetaminophen prescription, Gabapentin was added to his medication regimen.[135] Ongoing pain in his right shoulder, arm, and hand became a constant issue from that point onward.

On January 26, 2007, his Medical Evaluation Board Narrative Summary noted that he was having pain in right hand that he described as "electrical and burning."[136] His scars were documented and included a 22 cm scar extending from the acromion (top shoulder notch) to his upper arm, a 20 cm incision scar extending from the "deltopectoral groove" (the indentation between the shoulder muscle and the chest muscle) to his upper arm, and a 10 cm surgical scar in the side of his neck ("anterolateral neck").[137] Also noted was a "palpable fragment" under the skin in the area of the shoulder blade ("scapula") which was scheduled for removal on February 7, 2007.[138] The MEB summary also included results of X-rays taken in December 2006 which showed the presence of "multiple metal fragments."[139] The burning pain in his hand was considered a "major concern" and he reported pain in his forearm as well. His pain included some sharp pain at a level of 8 out of 10, and burning hand pain at a level of 4-5 out of 10, along with a constant dull aching pain in his right shoulder at a level of 3-4 out of 10.[140]

In a follow up Medical Board Evaluation Summary, he again described the burning sensation in his right hand, rating it at a level of 3-4 out of 10, but adding, as noted in the record, that he also "gets sharp pains in varying area of his right hand, fingers and forearm" which occurs

---

134    *See* https://my.clevelandclinic.org/health/procedures/open-reduction-and-internal-fixation-orif (last visited Nov. 20, 2026).
135    *See* Ex. 9 at LAMB000129-LAMB000130.
136    *Id.* at LAMB000157-LAMB000160.
137    *Id.*
138    *Id.*
139    *Id.*
140    *See id.*

3-5 per day but last several seconds. These sharp pains were described as being at a level of 8 out of 10 and worsen with exposure to cold weather. He also indicated that his hand pain interfered with his sleep and was waking him up several times per night. Additionally, he was experiencing "a constant dull ache" in his right shoulder at a level of 3-4 out of 10.[141] Radiographs taken in January 2007, showed multiple fragments within the "soft tissues of the right shoulder and anterior chest wall" with the largest piece measuring 4 cm and located "within the soft tissues of the right chest adjacent to the shoulder."[142]

Several months later, pain in the right hand continued[143] and on May 21, 2007, after he reported pain in his right shoulder, X-rays showed a possible "migration of [a] large metallic fragment" towards the upper portion of the "scapular spine" (prominent plate of bone which runs across the shoulder blade at its upper part).[144]

A July 2007 follow up regarding his Medical Examination Board assessment, again noted the burning sensation in his hand which was affecting four of his fingers and his palm at a pain level of 3-4 out of 10.[145] Moreover, he was still experiencing sharp pain in his right hand, fingers, and forearm 3-5 times per day at a level of 8 out of 10. At the time, he was no longer taking Lyrica since it was ineffective and was using Motrin instead. His hand pain continued to interfere with his sleep, necessitating that he repeatedly sit up and change position before going back to sleep.[146]

Nearly a year later in May 2008, he underwent a C&P Exam at the Marion VA and his radiology reports again documented the "metallic fragments in the soft tissue of the shoulder." The

---

[141]    *Id.* at LAMB000192-LAMB000199.
[142]    *See id.* at LAMB000177-LAMB000186 (Radiologist's Report dated January 24, 2007, four radiographs of the right shoulder.)
[143]    *See id.* at LAMB000207-LAMB000208. *See also id.* at LAMB000209-LAMB000210.
[144]    *Id.* at LAMB000213-LAMB000214.
[145]    *See id.* at LAMB000221-LAMB000223.
[146]    *See id.*

record indicated that Mr. Lamb reported that some of his embedded shrapnel had been removed but "some of them [were] still logged [sic] in the body."[147]

In October 2009, Mr. Lamb was experiencing pain in the area of his posterior arm in the triceps (large muscle at the back of the upper arm) region due to a large piece of embedded shrapnel. It was also observed that there was a "nonunion" (failure of a broken bone to heal properly) of his collarbone ("clavicle") fracture on the right but this was not contributing to his pain at the time. An X-Ray revealed shrapnel in the distal arm but also in the clavicle area. He was referred to plastic surgery for removal of the shrapnel in the arm and it was assessed that he might require a total shoulder joint replacement at a later date at which point his clavicle fracture could also be addressed.[148]

Although it was subsequently determined that the shrapnel not be removed,[149] in July 2010, he called in to the VA requesting an appointment due to the area being inflamed and the possibility of an infection. He was instructed to go to the ER or walk-in clinic, but he opted to wait for a possible cancellation to get an appointment.[150] On July 13, 2010, his pain level in the area had increased and a .5 cm "purplish, pustular area" appeared that contained a piece of shrapnel approximately "the size of a thumbnail." Due to the possibility of infection, he was again referred to plastic surgery.[151] In a subsequent appointment with the nurse, however, Mr. Lamb explained that shrapnel had come to the surface, and he had managed to take it out at home. He was informed about the Embedded Fragment Surveillance program[152] and that he would be contacted about this in the future.[153]

---

[147]    *Id.* at LAMB000402, LAMB000404.
[148]    *Id.* at LAMB000335-LAMB000337.
[149]    *See id.* at LAMB000332-LAMB000334.
[150]    *See id.* at LAMB000327-LAMB000328.
[151]    *See id.* at LAMB000326.
[152]    *See* https://www.publichealth.va.gov/exposures/toxic_fragments/surv_center.asp (last visited Nov. 20, 2025).
[153]    *See id.* at LAMB000325.

Dr. Shean Phelps elaborated on the connection between EFP attacks and the consequent issue of retained shrapnel in his expert report:

> High-energy blast wounds (i.e., IED and EFP) are typically characterized by massive zones of injury to bone, muscle and soft tissue leaving large areas of devitalized tissue contaminated by retained foreign materials often of unknown composition – of which the long-term health risks are unknown. EFP blasts in particular are so powerful that victims may sometimes experience the phenomena of having both organic matter (i.e., teeth, skin, bones from another person) as well as metal fragments (such as iron, copper, or aluminum with traces of antimony, titanium, uranium, and lead) becoming retained foreign material within their own bodies.[154]

Due to the current guidelines regarding retained shrapnel which advocate against surgical removal if the shrapnel is not causing further damage, Dr. Phelps explained that "most often residual pieces of fragmentation/shrapnel are left in place...."[155] This often results in victims being "relegated to live with constant discomfort and suffer from painful, aesthetically unpleasant scarring all the while constantly having to attend to and care for the damaged area to reduce the chances of future complications."[156]

In addition to contending with chronic pain and embedded shrapnel, Mr. Lamb also had to deal with his myriad scars some of which were painful and adhering to the underlying tissue. His July 30, 2010, VA Rating Decision detailed his service-connected ratings for multiple scars.[157] The decision indicated that the "examiners noted all scars are due to shrapnel wounds received on November 13, 2006." These included a shrapnel scar on Mr. Lamb's neck which was assessed as "adherent to underlying tissue, keloid, sunken." The scar was attributed to "a shrapnel fragmentation wound which occurred on November 13, 2006." Additional scars included one on

---

[154]    Ex. 3, Medical Expert Report Concerning Polytraumatic Injuries Caused by EFP Strikes in Iraq (2004-2011), dated August 27, 2018, by Dr. Shean Eric Phelps, at 17-18.
[155]    *Id*. at 19.
[156]    *Id*.
[157]    *See* Ex. 12, July 30, 2010, VA Rating Decision.

the upper right outer arm measuring 22.5 cm by 1 cm which was painful when palpated, and a scar on the forearm that extended to the mid palm which was also painful when palpated and measured 30 cm by 1 cm. Another oval scar in the right upper arm was assessed as being adherent and sunken and measured 4.5 cm by 3 cm. Other scars included one on the back which was observed as being "linear, sunken, and darker" but non-adherent and measured a 2 cm by .5 cm and another on his right outer chest which was also sunken with a keloid and was mobile but painful. The latter measured 24 cm by 3 cm.[158]

Chronic pain continued to plague him and after being frustrated by the care he received at the VA, Mr. Lamb began receiving treatments at the Midsouth Pain Treatment Center in May 2013. At the start of his treatment, he complained of upper right arm and shoulder pain at a level of 6 out of 10 which was interfering with his sleep 3-4 nights per week. The pain was described as "constant, aching, burning, sharp."[159]



At his January 26, 2015, appointment, his "brachial plexus" injury (injury to the group of nerves that sends signals from the spinal cord to the shoulder, arm, and hand) was assessed and he described a "numb/stinging type pain that is almost constant and worsens with activity or use of his RUE [Right Upper Extremity]."

[164] By the end of July,

---

158    *Id.*
159    Ex. 9 at LAMB000304-LAMB000307.
160    Medication was also prescribed for low back pain that pre-dated his attack injury.
161    *See* Ex. 9 at LAMB000415-LAMB000417, LAMB000295-LAMB000303.
162    *See id.* at LAMB000293-LAMB000294.
163    *See id.* at LAMB000413-LAMB000414.
164    *Id.* at LAMB000289-LAMB000292.

he was still suffering from right shoulder pain and numbness and a "pins and needles" sensation due to his attack injury ("paresthesia").[165] His right shoulder pain remained chronic and was noted as being "unchanged" into October 2016. ████████████████████████████

████████████████████████████████████████████████████

████████████████████████████[166]

### 6.    TBI Diagnosis and Symptoms



a.    ████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████[167]████████████████████

████████████████████[168]████████████████████████████

████████████[169]████████████████████████████████

████████████████████████████████████████████████████

████████████████[170]████████████████████████████████

████████████████████████[171]████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████[172]

In fact, in his medical records from Alvin C. York VA, his prior medical history in his June

---

165    *Id.* at LAMB000285-LAMB000288.
166    *See id.* at LAMB000284 and LAMB000418.
167    *Id.* at LAMB000386.
168    *Id.*
169    *Id.*
170    *Id.*
171    *Id.*
172    *Id.* at LAMB000380-LAMB000382.

11, 2009, record lists the following conditions: "injury to R[ight] brachial plexus [injury to the group of nerves that sends signals from the spinal cord to the shoulder, arm, and hand], PTSD, post concussive syndrome,  [173]

[174]

**b.** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

In his expert report on TBIs caused by EFPs, Dr. Russell Gore explained the unique characteristics of EFPs and the connection to Traumatic Brain Injuries:

> EFPs are a particular form of IED designed so that their blast waves are even stronger and more focused than those caused by other types of IEDs. This characteristic of EFPs, along with the proximity of the service members in the vehicle struck by an EFP to those blast waves, result in particularly devastating cases of TBI.[175]

According to Dr. Gore, individuals suffering from TBI can have a range of symptoms depending on the "specific areas of the brain injured."[176] This is true of both moderate/severe TBIs as well as mTBIs (mild TBIs):

> both mild and moderate/severe injuries result in symptoms and disabilities related to damaged brain networks and the resulting network slowing. The resulting disability and symptoms include physical, cognitive, emotional (affective), and sleep related symptoms....[177]

Mr. Lamb was first assessed for a possible TBI on November 20, 2006, at Landstuhl Regional Medical Center. He confirmed that at the time of attack, he was five meters away from the blast and he had been dazed and confused afterwards. As noted above, he was assessed as

---

[173]    *Id.* at LAMB000317.
[174]    *Id.* at LAMB000308-LAMB000316.
[175]    Ex. 1, Medical Expert Report Concerning Traumatic Brain Injuries Caused by EFP Strikes in Iraq (2004-2011), dated November 23, 2018, by Dr. Russell Kahn Gore, at 5.
[176]    *Id.* at 45.
[177]    *Id.* at 46.

having a "concussion with no loss of consciousness" and the provider added that a "possible TBI" was suspected.[178]

In January 2008, his primary care physician at the Marion VA, noted that Mr. Lamb had affirmed that he had "been diagnosed as having a mild TBI." Additionally recorded was that Mr. Lamb had suffered "a severe concussion while in Iraq and multiple injuries from [an] IED blast including severe trauma [to] RT [Right] shoulder with nerve paralysis."[179] His diagnoses included nerve damage "from Iraq," bone and muscle loss "from Iraq," and a severe bone marrow infection. His records also added that he'd had 15 surgeries from the date of his attack to May 2007 including an ulnar nerve transfer, a shoulder joint reconstruction, and shrapnel removal.[180]

Follow ups regarding his TBI next appear in his May 22, 2008, C&P Exam at the Marion VA.[181] During the exam, Mr. Lamb confirmed that he had not lost consciousness during the explosion, but acknowledged that he sometimes felt dizzy, experienced blurred vision and a light headache.[182] A head CT was ordered on June 23, 2008, but Mr. Lamb did not show for the test. His record noted that the request for the CT was for a follow up TBI evaluation for which he already had a 10% Service-Connected Disability Rating at the time.[183]

One year later in June 2009, he had a polytrauma consultation at the Alvin C. York VA which included a "TBI second level evaluation."[184] ███████████████████████████

████████████ and had the following symptoms: insomnia, headaches, tinnitus, hearing loss, and phonophobia (aversion to loud sounds), "post-traumatic musculoskeletal pain, along with stiffness

---

[178]    Ex. 9 at LAMB000123-LAMB000124.
[179]    *Id.* at LAMB000278.
[180]    *Id.* at LAMB000279.
[181]    *See id.* at LAMB000404.
[182]    *See id.*
[183]    *See id.* at LAMB000272.
[184]    *Id.* at LAMB000387-LAMB000392.

in muscles, bones or joints," as well as "factures, muscular weakness, and atrophy." [185]

████████████████████████████████████████████████████████████

██████████████ [186] ████████████████████████████████████████

███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
██████████████████████ [187]

May and June 2009 Consult Requests at Alvin C. York VA, list his total Service-Connected Disability Rating at 100%. The rated disabilities include: Loss of use of hand at 70%, Sleep Apnea at 50%, PTSD at 50%, Facial Scars at 30%, Superficial Scars at 30%, paralysis of the long thoracic nerve (branch of the nerves that sends signals from the spinal cord to the shoulder, arm, and hand that originates in the neck) at 20%, Lumbosacral or cervical strain (lower back or neck strain) at 10%, Tinnitus at 10%, as well as Traumatic Brain Disease at 10%.[188] ████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████ [189]

████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

---

[185]  *Id.* at LAMB000387-LAMB000389.
[186]  *Id.* at LAMB000389.
[187]  *Id.* at LAMB000391.
[188]  *See id.* at LAMB000322-LAMB000324 and LAMB000320-LAMB000321.
[189]  *Id.* at LAMB000342-LAMB000345.



In his expert report, Dr. Russell Gore explained that the prognosis for individuals suffering

---

190    *Id.* at LAMB000376-LAMB000379.
191    *Id.* at LAMB000378.
192    *Id.* at LAMB000329-LAMB000331.
193    Ex. 12, July 30, 2010, VA Rating Decision.

even from mild TBI "is associated with long-term disability and increased risk for developing other associated disabling conditions."[194]  He adds that these "disabilities may result in profound impairment of physical and mental function, psychosocial and emotional dysfunction, high-level neurobehavioral dysfunction such as executive dysfunction and memory deficits, chronic disruption of sleep, increased risk of substance abuse or other self-destructive behaviors, and increased risk of suicide."[195]

> Mr. Lamb explained his frustration with his memory issues and fatigue in his declaration:

> I enjoyed going to school. Despite my doing well, I could not keep up with the assignments because I struggled to concentrate and felt exhausted all the time. I attributed my lack of concentration and fatigue to my injuries and having a newborn and a toddler. Lisa was working as a waitress at the time to help supplement our income. I managed to finish my first semester but did not return to school in the fall because I was just too tired. When Lisa noticed that I sometimes stopped breathing at night while I slept, it was a clue that something else was wrong. It took a long time to figure it out, but I was eventually diagnosed with sleep apnea, which doctors attributed to my TBI. My newly discovered sleeping disorder was why I was so exhausted all the time.[196]

### c.    TBI and Sleep Apnea

In July 2009, it was assessed that Mr. Lamb was most likely suffering from sleep apnea.[197] His sleep study confirmed this with a diagnosis of mild sleep apnea, and he was referred to the dental clinic for possible treatment with a TAP (Thornton Adjustable Positioner) to help keep his airway open at night and prevent snoring.[198]

A C&P Exam in October 2009 detailed his sleep apnea diagnosis and confirmed that Mr. Lamb began experiencing sleep apnea after his attack injury. At the time of his C&P Exam, he was awaiting the arrival of his CPAP machine and acknowledged daytime fatigue as well as snoring

---

[194]    Ex. 1, Medical Expert Report Concerning Traumatic Brain Injuries Caused by EFP Strikes in Iraq (2004-2011), dated November 23, 2018, by Dr. Russell Kahn Gore, at 47

[195]    *Id.*

[196]    Ex. 6, Declaration of Kurtiss Lamb, dated September 20, 2023, ¶ 38.

[197]    *See* Ex. 9 at LAMB000380-LAMB000382.

[198]    *See id.* at LAMB000346-LAMB000347.

during sleep and intermittent awakenings. His sleep study which had been completed the prior July[199] had diagnosed mild Obstructive Sleep Apnea. His exam concluded that since Mr. Lamb had never had sleep apnea prior to the blast which resulted in his injury, it was "possible that the head injury has caused subtle craniofacial changes resulting in his sleep apnea."[200] His October 14, 2009, VA Rating Decision, confirmed the TBI-sleep apnea connection stating: "Entitlement to service connection for mild obstructive sleep apnea has been established as related to service connected disability of traumatic brain injury."[201]

The rating decision charted the course of his condition, confirming that he had sought treatment in September 2009 for sleep issues and that his Nashville VA records reflected complaints of fatigue and sleepiness. His October 3, 2009, exam also reflected his reports of daytime fatigue, snoring, and intermittent awakenings. Thus, the assignment of a 30% disability rating was based on the results of the July sleep study and the assessment by the examiner that the condition was "most likely caused by or a result of the traumatic brain injury…. "[202]

In December of that year, Mr. Lamb was again referred for a sleep study ("polysomnogram") at the Dresden Medical Clinic. He underwent two sleep studies: one on December 8, 2009, and another on December 23, 2009. He complained of poor sleep quality, awakening at night with difficulty falling back to sleep. Per his wife's report, he continued to snore loudly, and stopped breathing in his sleep, and often kicked in his sleep. He reported having vivid dreams and waking up "gasping." He also was experiencing fatigue in the afternoons and was frequently awakening with a dry mouth.[203] His sleep study on December 8, 2009, showed

---

[199]   *See id.* at LAMB000337-LAMB000341. *See also id.* at LAMB000233-LAMB000235.
[200]   *Id.* at LAMB000337-LAMB000341.
[201]   Ex. 11, October 14, 2009, VA Rating Decision.
[202]   *Id.*
[203]   Ex. 9 at LAMB000228-LAMB000236.

"moderately severe obstructive sleep apnea."[204] A CPAP was utilized to assess therapeutic benefits

and based on the results of the study which reflected 135 respiratory events including 23 apneas

and 112 hypopneas (shallow or slow breathing during sleep), a CPAP trial was recommended.[205]

7.    ████████████████████████████████

In his expert report, Dr. Charles Marmar explained the trajectory of PTSD for combat

veterans:

> Among combat veterans, approximately 25% develop PTSD and among those who
> do develop PTSD, approximately one-third of them develop a severe chronic
> complex form of the disorder lasting decades to a lifetime. Up to 25% of combat
> veterans experience a delayed onset PTSD months to years after combat
> exposure.[206]

████████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████[207]██████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████[208] His combat trauma included the

following description:

> Wounded seriously - EFP explosion in the vehicle in which he was on patrol. Two
> fellow infantrymen killed and one other seriously wounded. Had friends killed
> during second and third deployments.[209]

---

204    *Id.*
205    *Id.*
206    Ex. 2, Medical Expert Report of Charles R. Marmar, M.D., dated September 15, 2018, at 7.
207    Ex. 9 at LAMB000271-LAMB000272.
208    *See id.* at LAMB000264-LAMB000265.
209    *Id.* at LAMB000269.

████████████████████████████████████████████████ 210 █████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████ 211

Mr. Lamb's combined diagnoses are quite common. As Dr. Marmar further elaborated, since PTSD "rarely occurs in a pure form by itself,"[212] the "most common co-occurring disorders were Alcohol Abuse, MDD and Generalized Anxiety Disorder."[213] In fact, according to Dr. Marmar, for veterans such as those returning from Iraq, the most "commonly occurring comorbidities are MDD, Alcohol Use Disorder, and TBI."[214]

████████████████████████████████████████████████████████████

████████████████████████████ 215 ████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

█████████

---

[210]    *See id.* at LAMB000270.
[211]    *Id.* at LAMB000240-LAMB000242.
[212]    Ex. 2, Medical Expert Report of Charles R. Marmar, M.D., dated September 15, 2018, at 7.
[213]    *Id.*
[214]    *Id.*
[215]    Ex. 9 at LAMB000410-LAMB000412.

He acknowledged that on many other occasions hid did spot something suspicious that turned out to be an IED. He acknowledged that he was told by superiors in his unit that his truck was hit by "a new kind of IED which was in a ditch pointed at an angle toward the road...they told me there was no way for me to spot it." He also described being treated by the medic who packed his shoulder area with gauze designed to slow down the bleeding (his wound was such that a tourniquet was not an option). He was told later that he indeed was in danger of having bled out.[216]

[Redacted]

[Redacted][217]

[Redacted]

[Redacted][218]

[Redacted]

[Redacted]

[Redacted]

[Redacted]

[Redacted][219]

[Redacted]

[Redacted]

[Redacted][220]

[Redacted]

[Redacted]

[Redacted]

[Redacted]

---

[216]    *Id.*
[217]    *See id.* at LAMB000258-LAMB000261.
[218]    *See id.* at LAMB000252.
[219]    *See id.* at LAMB000253-LAMB000254.
[220]    *Id.* at LAMB000257.

[221]

[222]

[223]

[224]

[225]

---

[221]    *See id.* at LAMB000244-LAMB000248. *See* addendum at LAMB000248 regarding increase from 40 mg to 60 mg of Citalopram—the maximum recommended.

[222]    *See id.* at LAMB000243.

[223]    *See id.* at LAMB000389, LAMB000391.

[224]    *Id.* at LAMB000372-LAMB000376.

[225]    *See id.*



[228] His greatest challenge, however, is coping with the guilt he still feels:

"I still feel responsible for what happened to me and the other men who were wounded and killed. They were my men, my friends and I failed to bring them safely home."[229]

---

[226] Ex. 12, July 30, 2010 VA Rating Decision.
[227] Ex. 6, Declaration of Kurtiss Lamb, dated September 20, 2023, ¶ 44.
[228] *Id*. ¶ 45
[229] *Id*.

### 8.    Request for Damages for Assault, Battery, and IIED Claims

Plaintiffs respectfully request an award of $10 million for Kurtiss Lamb, corresponding to the highest end of the range of awards for Category 3 victims who sustained mild TBI with psychological injuries with severe shrapnel/fractures/orthopedic injuries. Mr. Lamb's injuries are most directly comparable to those of Adam Mattis, who was awarded $7 million by this Court. *See* R&R, ECF No. 154 at 34-36, adopted by ECF Nos. 161 & 162. Both men sustained severe shrapnel injuries, nerve damage causing permanent loss of function, diagnosed TBI with cognitive deficits, and profound psychological trauma. However, Mr. Lamb's injuries are significantly more severe and warrant placement at the highest end of the Category 3 range.

Mr. Lamb was injured by shrapnel that perforated his door, causing multiple entrance wounds with an exit wound in the back of his shoulder, along with a comminuted fracture of his scapula and acromion. Like Mr. Mattis, who had a "through and through penetrator" approximately 3/4 inch in diameter that entered and exited his right arm and lodged in his chest below his right armpit, ECF No. 154 at 10-11, Mr. Lamb required immediate surgical removal of shrapnel, with additional fragments remaining embedded in his body. Mr. Lamb sustained injury to his medial cord, suprascapular nerve, and spinal accessory nerves, resulting in complete ulnar neuropathy. Mr. Mattis experienced nerve injury causing his right ring finger and pinky finger to become "essentially useless," preventing him from holding a coffee mug or turning a doorknob. *Id.* at 16-17, 35. The Medical Evaluation Board concluded regarding Mr. Lamb that "there is no potential for nerve function to improve to the point where he will again become medically acceptable" for military service, similar to the assessment of Mr. Mattis's condition. *See id.* at 18. Mr. Lamb's records document burning pain as a "major concern" with constant dull aching pain at levels of 3-4 out of 10 in his right shoulder, spiking to 8 out of 10, that has persisted since the attack. Mr.

Mattis experiences "a constant, dull throbbing pain in that arm, and there are spikes of pain that take their toll." *Id.* at 17, 35. Both men were prescribed extensive pain medications.

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████ *Id.* at 19-20, 23. Both men required workarounds to function in daily life and professional settings. *See id.* at 23-24. Mr. Lamb developed mild high frequency hearing loss in both ears, chronic tinnitus requiring a white noise machine, and Eustachian Tube Dysfunction, all service-connected disabilities. Mr. Mattis developed permanent tinnitus and hearing loss in his right ear requiring a white noise machine to sleep. *See id.* at 25.

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████ *See id.* at 26-33. Both men struggled with survivor's guilt. Mr. Lamb expressed: "I still feel responsible for what happened to me and the other men who were wounded and killed. They were my men, my friends and I failed to bring them safely home." Mr. Mattis stated: "I will continue to suffer through feelings of survivor's guilt... for the fact that I was allowed to live when Kevin – a truly incredible man, soldier and leader – lost his life on December 8, 2005." *Id.* at 33-34. Mr. Lamb became

withdrawn and his relationship challenges culminated in divorce in 2019 after years of personality changes and fighting. Mr. Mattis acknowledged: "There were many days when I didn't want to leave my house at all, and I became anxious when in many social settings. I used to be a friendly guy who had great friendships. I have been forced to accept how I have changed." *Id.* at 28, 36. He divorced three times since the attack. *See id.* at 36.

While the baseline injuries are comparable, several factors make Mr. Lamb's condition even more severe and debilitating. Mr. Mattis sustained shrapnel injuries but his medical records indicate primarily soft tissue damage and nerve injury. *See id.* at 10-14. In contrast, Mr. Lamb suffered comminuted fractures (where bone breaks into several pieces) of his scapula (shoulder blade), acromion (bony process at top of shoulder blade), clavicle (collarbone), humeral head (top of upper arm), and multiple rib fractures. These fractures required a complex three-part shoulder reconstruction surgery described as extremely painful. Additionally, Mr. Lamb arrived at the 28th Combat Support Hospital with arterial bleeding from his right arm. His axillary artery (major artery supplying blood to the arm) was severed by shrapnel and required immediate surgical repair, along with transection of two or three nerves. He was given 5,000 units of Heparin and placed on a Heparin drip due to "severe vasospasm" (constriction of the artery). The medical records note "significant bleeding from the humeral head and from the considerable muscle injury to the shoulder." This life-threatening vascular injury and the surgical complexity required to repair it exceeds the injuries sustained by Mr. Mattis. *Cf.* ECF No. 154 at 10-11 (describing shrapnel injury that cauterized an artery but did not require emergency arterial repair).

Mr. Lamb's records also document "significan[t] posterior soft tissue injury to the shoulder with complete disruption of the posterior components of the rotator cuff." (The rotator cuff is the group of muscles and tendons that surround the shoulder joint.) Mr. Lamb underwent rotator cuff

repair surgery, but his records indicate he never regained significant function. In contrast, Mr. Mattis's records show adhesive capsulitis (shoulder stiffness) and cubital tunnel syndrome, but not complete rotator cuff destruction. *See id.* at 15-16. Mr. Lamb developed osteomyelitis chronic (bone marrow infection) due to sand and debris from the blast getting into his wounds. He required a 6-week course of IV antibiotics via PICC line, multiple washouts and debridements, antibiotics between surgeries for two months, and ongoing infection treatment through January 2007. His December 18, 2006, records confirmed his wound culture was positive for infection. In fact, the infection was so severe it delayed his discharge and he missed the birth of his first child, with his wife delivering their daughter at Bethesda Naval Hospital while he remained hospitalized fighting the infection. Mr. Mattis's records contain no comparable infection complications.

Mr. Lamb's 2009 radiology reports documented "marked deformity of the right shoulder" with "heterotopic bone formation" in the humeral head and shoulder notch. This condition, where bone tissue grows into soft tissue, was identified by Dr. Phelps as "perhaps the single most significant obstacle to independence, functional mobility, and return to normal function for combat-injured veterans." His C&P exam confirmed "stiffening (ankylosis) of the right shoulder joint," meaning the joint had essentially fused, causing complete loss of range of motion. Dr. Andersen explained that heterotopic ossification "can often cause ankyloses (fusion) of the adjacent joint. This resultant loss of ability to flex and extend also significantly impairs the service member's rehabilitation." Multiple radiographs confirmed "multiple metallic fragments" throughout his right shoulder, right arm, and right chest wall, along with degenerative changes. Mr. Mattis's records do not document heterotopic ossification or ankylosis. *See* ECF No. 154 at 18 (noting only adhesive capsulitis and degenerative changes).

While both men have retained shrapnel, Mr. Lamb's is far more extensive, including a 4 cm metallic fragment (approximately 1.6 inches) located within the soft tissues of the right chest adjacent to the shoulder, multiple fragments throughout right shoulder and anterior chest wall visible on X-rays, a "purplish, pustular area" recorded in 2010 where shrapnel had migrated to the surface, approximately "the size of a thumbnail," which Mr. Lamb had to remove at home due to concerns about surgical extraction, and records from 2013 noting "some shrapnel remains to right rotator cuff" after an unsuccessful 2006 removal attempt. Mr. Mattis retained one large piece of shrapnel that was removed, plus some unsuccessful removal attempts of other pieces, but the extent is less severe. *See id.* at 11. Mr. Lamb's July 30, 2010, VA Rating Decision detailed multiple severe and painful scars to his neck, upper right outer arm, forearm to mid-palm, back, and right outer chest. Mr. Mattis's scarring is mentioned but not detailed to this extent. *Cf. id.* at 10-11. Mr. Lamb underwent over 12 procedures during his initial hospitalization alone, compared to Mr. Mattis who had surgical removal of shrapnel but not the extensive reconstructive procedures described for Mr. Lamb. *Cf. id.* at 11. Mr. Lamb's surgeries included emergency artery repair, nerve repairs, multiple washouts due to infection, three-part shoulder reconstruction, rotator cuff repair, fasciotomy to prevent loss of arm, repeated debridements, ulnar nerve transfer surgery, and additional surgeries through 2007 and beyond. His records note that by October 2008 he reported having at least 15 surgeries while at Walter Reed.

Mr. Lamb's Medical Board Evaluation in January 2007 noted he suffered a punctured lung on the right requiring a chest tube placement, which caused significant pain. This thoracic cavity injury adds another dimension of polytrauma. *Cf.* ECF No. 154 at 10 (describing Mr. Mattis's chest shrapnel injury but not mentioning punctured lung). The cumulative severity of Mr. Lamb's polytrauma injuries – particularly the combination of severe fractures, rotator cuff destruction,

chronic infection, heterotopic ossification, arterial injury, and lung puncture – creates a substantially more debilitating condition than the already serious injuries sustained by Mr. Mattis. While Mr. Mattis appropriately received $7 million (the baseline for Category 3), Mr. Lamb's markedly more severe and complex injuries warrant placement at the highest end of the Category 3 range. It is not easy, but necessary, to compare the horrific injuries of Mr. Mattis with those of Mr. Lamb. So, having done so, I recommend that the Court award Mr. Lamb $10 million for his pain and suffering.

### ii. Economic Loss Claim

Kurtiss T. Lamb seeks compensation for economic losses in the form of lost wages, benefits, and retirement pay. *See* 28 U.S.C. § 1605A(c) ("damages may include economic damages"). To support his claims for these economic losses, Plaintiffs submit an expert report prepared by L. Wayne Plumly, Jr., Ph.D.[230]

To project Mr. Lamb's future income stream if not for the attack, Dr. Plumly incorporated testimonial evidence that he planned to complete an additional five years of military service and then pursue a career as a wildlife biologist, and overlaid that information against statistical data generated by the Bureau of Labor Statistics ("BLS"), the Department of Labor, military pay websites, and other sources.[231] From these sources, Dr. Plumly calculated the present value of Mr. Lamb's lost income, assuming that Mr. Lamb, who was 24.37 years old when he was injured, (1) would have remained in the military for an additional five years; (2) had a life expectancy of 78.88 years; (3) would have completed his bachelor's degree in wildlife biology by 2016; (4) would have been employed as a wildlife biologist in the Knoxville, Tennessee, area from 2016 through 2049,

---

[230]    *See* Ex. 14, Appraisal of Present Value of Economic Life on Kurtiss T. Lamb, dated August 5, 2025, prepared by L. Wayne Plumly, Jr., Ph.D.
[231]    *See id.* ¶¶ 4, 6.

with an annual income of $67,850 in 2023; and (5) would have begun collecting Social Security Retirement ("SSR") benefits at age 67, which would have maximized his return.[232] Dr. Plumly then adjusted these income figures for taxes, retirement and savings contributions (21.47% of wages), and health insurance benefits (17.7% of wages), adjusted the SSR benefits for inflation, and adjusted the total lost earnings, pension benefits, and SSR benefits to present value at a rate of 3.39%, the average yield of a 30-year Treasury Bond from 2006-23.[233]

Dr. Plumly then deducted from that income stream what Mr. Lamb actually earned since his attack. Due to his injuries, Mr. Lamb was unable to complete his education in wildlife biology, stating that his "inability to focus and concentrate in class and keep up with assignments" was too difficult and he "had no choice but to quit school."[234] His Social Security Earnings Statement shows that he has not earned any income from the time of his injury to date.[235] Dr. Plumly's calculations account for this complete loss of earning capacity. Adjusting past net annual loss to present value (present value of past net annual loss plus the present value future net annual loss), the difference between Mr. Lamb's projected military/wildlife biologist and his actual non-military/private sector career path is $3,113,589.05.[236] Plaintiffs request this award for Kurtiss Lamb's economic loss claim, and I recommend that the Court award $3,113,589.05 on that claim.

### b.    JOHN KIRBY – APRIL 6, 2007, ATTACK – BAGHDAD

Special First Class ("SFC") (Ret.) John Kirby, then a Staff Sergeant ("SSG"), was injured in an attack on April 6, 2007 ("the EFP Attack"). At around 12:35 a.m., a military convoy was driving east on Route Denham in Baghdad. When the lead vehicle saw an ambulance, they stopped

---

[232]    *See id.* ¶¶ 3, 4.
[233]    *See id.* ¶¶ 7, 10.
[234]    *Id.* ¶ 3.
[235]    *See id.*
[236]    *See id.* ¶ 10 and Table A.

to check on it; one vehicle went ahead for security while another blocked the road to stop the ambulance. A second ambulance also stopped behind the first one. While the convoy soldiers were exiting their vehicles, an explosive detonated on the north side of the road. The explosion hit the third vehicle in the convoy, killing the driver and injuring three other soldiers, including then-SSG Kirby, the vehicle's truck commander, and two rear passengers. *See Lee II*, 656 F. Supp. 3d at 43-44.

This Court found "satisfactory evidence in the record to demonstrate that the explosive responsible for the injuries of SSG Kirby in the April 6, 2007 attack was an EFP, traceable to Iran and its proxies," and granted default judgment in favor of Mr. Kirby against Iran. *Id.* at 44.

Less than two months later, on May 29, 2007 ("the second attack"), Mr. Kirby sustained significant injuries as a result of sniper fire.[237] At the time of the second attack, Mr. Kirby's unit had been patrolling "the same general area where we had been driving at the time of the EFP attack."[238]

The Plaintiff in this case injured as a result of this attack is John Kirby. *See* AC ¶¶ 679-83. The following chart reflects the evidence setting forth the claims asserted by Mr. Kirby, as well as the evidence setting forth the basis of those claims.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|---|---|---|---|---|
| **SFC (Ret.) John Kirby** | Direct Victim | Assault, Battery, IIED $4.5 million | John Kirby's birth certificate | 15 |
| | | | Declaration of John Kirby, dated October 22, 2025 | 16 |
| | | | Excerpts of John Kirby's medical records. | 17 |
| | | | DD Form 214 (Kirby) | 18 |
| | | | Physical Evaluation Board (PEB) Proceedings, approved for the | 19 |

---

[237] Ex. 16, Declaration of John Kirby dated October 22, 2025, ¶ 44.
[238] *Id.* at ¶ 43.

| | | | Secretary of the Army on June 18, 2009 | |
| | | | Department of Veterans Affairs Rating Decisions, dated September 22, 2009 | 20 |

i.      **Assault, Battery, and Intentional Infliction of Emotional Distress Claims**

1.      **John Kirby's Background**

John Kirby was born in Marion County, Indiana, on January 8, 1976[239]; he is the youngest of four children.[240] He spent many hours at his great aunt and great uncle's farm during his childhood, often working on landscaping orchards and maintaining the grounds with his father.[241] He believed in "working hard to earn money" and had summer jobs at the farm or as a counselor at a local church camp.[242]

After graduating from high school in 1994 and being awarded a merit scholarship, he attended the University of Kentucky.[243] He tried seven different majors, but because he "could not find the right fit," his grades suffered.[244] After a difficult breakup with his girlfriend, he stopped going to classes and lost his scholarship.[245] When he saw an Army advertisement on CNN, one which he has described as "a wakeup call, an answer to what I should be doing with my life,"[246] he decided to enlist. In July 1997, after completing his junior year at the university, Mr. Kirby joined the Army.[247]

Mr. Kirby attended basic training at Fort Benning in Georgia.[248] He was placed with the

---

[239]      *See* Ex. 15, Mr. Kirby's birth certificate; *See* Ex. 16, Declaration of John Kirby dated September 10, 2025, ¶ 2.
[240]      *See* Ex. 16, Declaration of John Kirby dated October 22, 2025, ¶ 5.
[241]      *See id.* ¶ 8.
[242]      *Id.* ¶ 14.
[243]      *See id.* ¶ 15.
[244]      *Id.*
[245]      *See id.*
[246]      *Id.* ¶ 16.
[247]      *See id.* ¶ 17 & *See* Ex. 18, Form DD214 (Kirby).
[248]      *See* Ex. 16, Declaration of John Kirby dated October 22, 2025, ¶ 17.

101st Airborne Division and was subsequently promoted to the rank of Sergeant.[249] He recalled the realization that he "had found my calling after struggling so long to find my place."[250]

In 1997, Mr. Kirby met and dated Bekki, and a few months into their relationship, Bekki became pregnant with their daughter.[251] At some point during the pregnancy, he and Bekki broke up for a while, and during that period, their daughter Kayla was born.[252] After the September 11 attacks, Mr. Kirby knew he wanted to be a family with Bekki and their daughter; he and Bekki were married on December 26, 2001, a day he has described as "one of the happiest days of my life."[253] Their second daughter was born on February 6, 2005.[254]

Mr. Kirby worked as a recruiter for three years, and at some point, the family of four relocated to Fort Riley in Kansas.[255] Mr. Kirby became an Infantry Squad Leader, responsible for a unit to be deployed to Iraq.[256] He and his unit shipped out on February 6, 2007, on his younger daughter's second birthday.[257]

After training in Kuwait, Mr. Kirby was assigned to Forward Operating Base ("FOB") Rustamiyah.[258] His unit's responsibilities included serving as a "U.S. presence" and "train[ing] the Iraqi police on daily operations to prepare them to take over once we had left the region."[259]

## 2.    The EFP Attack and Initial Impact

On April 6, 2007, Mr. Kirby was traveling in the third truck of a five-truck convoy while

---

249     *See id.* ¶ 19.
250     *Id.*
251     *See id.* ¶¶ 17, 18.
252     *See id.* ¶ 18.
253     *Id.* ¶ 22.
254     *See id.* ¶ 23.
255     *See id.* ¶ 24.
256     *Id.*
257     *See id.* ¶ 25.
258     *See id.* ¶ 27.
259     *Id.*

the platoon was "on routine patrol" in Iraq. [260] At time of this attack, then-SSG Kirby was seated in the front passenger seat of the Humvee, next to Jay Cajimat, the vehicle's driver.[261] A few hours after the patrol began, SSG Kirby's Humvee "came upon an ambulance at an intersection," and right after the lieutenant ordered that they stop the vehicle, Mr. Kirby "heard a series of percussive, crackling staccato sounds."[262] He quickly realized that "the noise was a result of an explosion right next to my truck, and it had caused the Humvee to catch fire."[263]

When reflecting upon this attack, Mr. Kirby recalled, "The first thing I saw was Jay Cajimat, my vehicle's driver. Jay had absorbed most of the impact from the blast, and as soon as I saw him, I knew he had been killed."[264] Medical records confirm Mr. Kirby's location in the Humvee and the fact that Mr. Cajimat did not survive.[265] Mr. Kirby further recalled, "I realized flames would soon engulf the Humvee. I knew I had to get out of the vehicle, and I did just that."[266]

Mr. Kirby sustained physical injuries as a result of the EFP attack, injuries which included "second degree burns on [his] back,"[267] something he has described as "burns which dotted across my back, like burns from a cigar ash,"[268] and tinnitus, which are discussed in more detail *infra*. SSG Kirby and the other three soldiers were driven to a FOB for medical care.[269] He was treated for his burn injuries, received instructions as to how to dress the affected area, was released "without limitations."[270] He further explained, "I was a squad leader and believed it was my responsibility to bring my men home even if it meant sacrificing my life to do it"; he deeply

---

[260]    *Id.* ¶ 29.
[261]    *See id.* ¶¶ 29, 32 & *See* Ex. 17, KIRBYJ000016; KIRBYJ000016-KIRBYJ000017.
[262]    Ex. 16, Declaration of John Kirby dated October 22, 2025, ¶ 30.
[263]    *Id.* ¶ 31.
[264]    *Id.* ¶ 32.
[265]    *See* Ex. 17, KIRBYJ000016; KIRBYJ000016-KIRBYJ000017.
[266]    Ex. 16, Declaration of John Kirby dated October 22, 2025, ¶ 33.
[267]    Ex. 17, KIRBYJ000016-KIRBYJ000017.
[268]    Ex. 16, Declaration of John Kirby dated October 22, 2025, ¶ 35.
[269]    *See id.* ¶ 34.
[270]    Ex. 17, KIRBYJ000002; KIRBYJ000001-KIRBYJ000002.

believed that he "had failed to save Jay [Cajimat] when we were attacked, and I was determined not to lose any more of my men."[271]

When Mr. Kirby attended the memorial service for Jay Cajimat, and people patted him on the back as a way to show support, these gestures "caused me physical pain because of the burns I had sustained."[272] Mr. Kirby has said this period was "an emotionally tough time for me"[273] and described experiencing "trouble sleeping because of images of the attack."[274] Smells also affected Mr. Kirby. He recently shared the following experience:

> Sometime after the attack, another platoon brought back a truck that had been hit. When I smelled the smell of burning explosives, a smell that was connected to what I had lived through, my mind immediately took me back to being at the site where the April 6, 2007, EFP attack had taken place. In my mind, I saw our burning Humvee.[275]

He added, "Today, I still recall that very specific smell. I don't believe I will ever forget that that smell or the image connected to it."[276] Mr. Kirby has also been diagnosed with and has been treated for PTSD, which, along with other emotional injuries, will be discussed in further detail *infra*.

Not long after the EFP Attack, Mr. Kirby's unit reorganized, and despite what he lived through and was dealing with, he "was anxious to get back to work as soon as possible and was determined not to let the explosion deter me from continuing to do what needed to be done in the service of my country."[277]

### 3.    Mr. Kirby Was Suspected of Sustaining a Traumatic Brain Injury

Mr. Kirby explained that as a result of the EFP blast, he "was concussed" and

---

[271]    Ex. 16, Declaration of John Kirby dated October 22, 2025, ¶ 39.
[272]    *Id.* ¶ 35.
[273]    *Id.* ¶ 39.
[274]    *Id.* ¶ 42.
[275]    *Id.* ¶ 40.
[276]    *Id.*
[277]    *Id.* ¶ 41.

"disoriented,"[278] and during a "post blast assessment," when he had been asked what season it was, he "could not retrieve the word, Spring. Instead, I answered, 'baseball.'"[279] In June, after the second attack, Mr. Kirby underwent a Traumatic Brain Injury ("TBI") evaluation at Landstuhl Regional Medical Center in Germany.[280] Records from that evaluation further indicate that he had been diagnosed with "concussion with no loss of consciousness" and "suspect possible mild TBI, recommend follow up with Neurology and or Behavioral Health."[281]

Medical records from 2008 confirm Mr. Kirby underwent another TBI screening upon his admission to Brooke Army Medical Center ("BAMC"),[282] and records from a few months later, as well during the following year, include recommendations for a "[c]onsultation with a specialist for TBI evaluation and treatment."[283]

### 4.    Headaches and Memory Challenges

Mr. Kirby recalled, "Beginning after this [the EFP] attack, and for a long time afterwards, I experienced headaches. I began popping 800mg Motrin like it was candy, mostly to deal with the headaches, but they helped with back pain, too."[284] ████████████████████

████████████████████

████████████████████[285] ████████

████████████████████

████████████████████

████████████████████[286] ████████

---

[278]    *Id.* ¶ 31.
[279]    *Id.* ¶ 34.
[280]    *See* Ex. 17, KIRBYJ000016-KIRBYJ000017.
[281]    *Id.*
[282]    *Id.* KIRBYJ000023; KIRBYJ000022-KIRBYJ000024.
[283]    *Id.* KIRBYJ000026; KIRBYJ000025-KIRBYJ000027 & KIRBYJ000033-KIRBYJ000035.
[284]    Ex. 16, Declaration of John Kirby dated October 22, 2025, ¶ 36.
[285]    *Id.* ¶ 49.
[286]    *Id.* ¶ 13.

Dr. Sean Phelps, qualified by the *Karcher* court as an expert regarding the treatment of combat injuries, including polytrauma and blast injuries, particularly those sustained as a result of EFP strikes in Iraq, explained how an EFP has the capability to cause much more significant injuries than by other projectiles or shrapnel propelled by another type of blast as follows:

> EFPs produce injuries that are often exceptionally devastating because not only do they cause secondary fragmentation effects similar to their IED 'cousins,' but they do so while transferring much higher levels of explosive energy . . . into the victim than the less sophisticated IED-type weapons that disperses . . . rather than concentrates the force of the blast wave.[288]

Dr. Phelps further explained, "The force of the typical high energy blast wave generated by an EFP very often imparts more than sufficient force to cause TBI that result in both short term and long-term impairments . . . colloquially referred to as a 'concussion,'. . . sometimes for several months or more."[289]

Dr. Russell Gore, qualified by the *Karcher* court as an expert in TBI and its consequences, diagnosis, and treatment, discussed the connections between PTSD and traumatic brain injuries, in part, as follows: "Importantly, the brain networks implicated in TBI-associated persistent symptoms overlap with brain networks implicated in multiple psychiatric disorders including

287 *Id.* ¶ 49.

288 Ex. 3, Medical Expert Report Concerning Polytraumatic Injuries Caused by EFP Strikes in Iraq (2004-2011), dated August 27, 2018, by Dr. Shean Eric Phelps, at 8.

289 *Id.* at 20-21.

depression, anxiety, and PTSD." [290] He further explained that both "moderate and severe [TBI] injuries may result…[in the loss of] higher-level functions" which include "memory, and emotional deficits and even personality changes"[291] and also acknowledged the majority of U.S. troops with TBI have been diagnosed with "mild" TBI, but the prognosis for mild TBI is not dissimilar to that for moderate to severe TBIs.[292] He further elaborated that "[e]ven exposure to a single mTBI, [mild TBI] compared with an injury control group not sustaining an mTBI, has been associated with increased long-term risk of developing memory and cognitive problems, mood disorders, sleep disorders, and epilepsy." [293] Similarly, when assessing "Chronic Mild Neurocognitive Disorder Following TBI," Dr. Marmar described how "closed head injury survivors may report reduced cognitive efficiency, including difficulty concentrating and difficulty performing usual activities." [294] Furthermore, explained Dr. Gore, individuals may suffer the effects of a TBI "years after injury."[295]

### 5. Tinnitus

As noted briefly *supra*, after the EFP attack, Mr. Kirby developed tinnitus, which he described as "experiencing a ringing in my ears."[296] He also noted that "the ringing was worse in my left ear than the right because I had my radio communication ear plug in that ear, and it served as some added 'protection,' essentially blocking some of the powerful sounds of the explosions. [297] He further admitted the following:

> Because I wanted to appear fine and look like a tough guy, I did not let on how what

---

[290]    Ex. 1, Medical Expert Report Concerning Traumatic Brain Injuries Caused by EFP Strikes in Iraq (2004-2011), dated November 23, 2018, by Dr. Russell Kahn Gore, at 51.
[291]    *Id.* at 45.
[292]    *See id.* at 5-6; 26-27.
[293]    *Id.* at 47-48.
[294]    Ex. 2, Medical Expert Report of Dr. Charles Marmar dated September 15, 2018, at 13.
[295]    Ex. 1, Medical Expert Report Concerning Traumatic Brain Injuries Caused by EFP Strikes in Iraq (2004-2011), dated November 23, 2018, by Dr. Russell Kahn Gore, at 46.
[296]    Ex. 16, Declaration of John Kirby dated October 22, 2025, ¶ 37.
[297]    *Id.*

I had experienced in the attack had affected me. But I struggled – the ringing in my ears was there, [and] I kept taking Motrin for the headaches and the back pain.[298]

Moreover, as recently as 2025, Mr. Kirby explained that he has suffered from the symptoms of tinnitus for years and believed "[i]t is a condition that I will likely have to live with for the rest of my life."[299] He attempted to further describe its current impact and his methods of addressing it as follows:

The ringing in my ears that began after explosions from the April 6, 2007, EFP attack has not gone away. It is a constant screaming noise that is worse when it is quiet. The only way to mitigate the tinnitus is to generate a noise to compete with the ringing – like driving with my windows down or playing music.[300]

In his expert report, Dr. Marmar noted that following a head injury, separate from affecting executive functioning, "[p]hysical disturbances" may include "dizziness or vertigo" and "ringing in the ears (tinnitus)."[301] Dr. Phelps's expert report further explained that an EFP's blast wave "often results in the blast-exposed patient experiencing severe [and] unrelenting" conditions, which include ear pain and tinnitus.[302] Thus, Mr. Kirby's symptoms are consistent with expert assessments.

### 6.    Mr. Kirby Survives a Second Attack

As briefly referenced *supra*, on May 29, 2007, Mr. Kirby was in a vehicle which "was traveling in an area where I had been before, in the same general area where we had been driving at the time of the EFP attack."[303] After the vehicle stopped "[t]o conduct a presence patrol," he got out of the vehicle, and while walking across a field, "a sniper on the roof of the apartment

---

298    *Id.* ¶ 42.
299    *Id.* ¶ 47.
300    *Id.*
301    Ex. 2, Medical Expert Report dated September 15, 2018, by Dr. Charles Marmar, at 12.
302    Ex. 3, Medical Expert Report Concerning Polytraumatic Injuries Caused by EFP Strikes in Iraq (2004-2011), dated August 27, 2018, by Dr. Shean Eric Phelps, at 20-21.
303    Ex. 16, Declaration of John Kirby dated October 22, 2025, ¶ 43.

66

building shot me in the upper arm."[304] X-rays taken on the day of the attack "revealed approximately midshaft left humerus [upper arm bone] fracture with butterfly fragment," a wedge-shaped bone fragment often resulting from long bone fractures;[305] these medical records detailed initial treatment and other injuries as well.[306] Mr. Kirby received treatment at the FOB and was subsequently transported to the Combat Support Hospital ("CSH") in Baghdad.[307] He was flown to Landstuhl Regional Medical Center in Germany, where he underwent surgery.[308] Upon his return to the United States, he was treated at Brooke Army Medical Center and other facilities, including Hampton VA Medical Center in Virginia.[309]

### 7.    Mr. Kirby's Physical Evaluation Board Findings: Physical Injuries

In June 2009, the military's Physical Evaluation Board ("PEB"), which not only considers the service member's condition, but also whether the service member is fit for continued service, issued specific findings. With a focus upon the injuries he sustained in the sniper attack, the PEB recognized that Mr. Kirby's "disability from injury" was "the result of armed conflict or caused by an instrumentality of war" and occurred "in line of duty during a period of war."[310] Furthermore, it confirmed and found, in part, the following: "

> Permanent retirement is recommended since it's been two years since injury and the PEB has determined his condition is permanent and stable for rating purposes. Based on a review of the objective medical evidence of record, the findings of the PEB are the Soldier's medical and physical impairment prevents reasonable performance of duties required by grade and military specialty.[311]

---

[304]    *Id.* ¶ 44.
[305]    Ex. 17, KIRBYJ000003; KIRBYJ000003-KIRBYJ000015.
[306]    *Id.*
[307]    *See* Ex. 16, Declaration of John Kirby dated October 22, 2025, ¶ 44.
[308]    *Id.*
[309]    *See id.* ¶ 45 & KIRBYJ000072-KIRBYJ000075.
[310]    Ex. 19, Physical Evaluation Board Evaluation, at 2.
[311]    *Id.* at 1.

Mr. Kirby formally separated from the Army on August 25, 2009.[312]

### 8.    Mr. Kirby's VA Ratings Determinations: Physical Injuries Stemming from the EFP Attack

In the fall of 2009, the Department of Veterans Affairs ("the VA"), having acknowledged the June PEB proceedings and records from various medical examinations, issued a series of decisions ("VA Rating Decisions"), which included Service-Connected disability ratings.[313]

According to the VA Rating Decisions, Mr. Kirby underwent a series of medical examinations in June 2009, some of which addressed the injuries he sustained in the EFP attack. In particular, he underwent an audiological exam on June 17, 2009,[314] the results of which were considered prior to the issuance of the VA's decisions. The VA Rating Decisions include a determination that his injuries had been "established as directly related to military service."[315] Regarding the tinnitus, Mr. Kirby was awarded a 10% Service-Connected Disability Rating.[316] Medical records over the years continued to reflect both the 20% rating with regard to the radial nerve and other injuries to his left arm (from the second sniper attack) and the 10% rating attributed to Mr. Kirby's tinnitus.[317]

### 9.    Mr. Kirby's Psychological Injuries

### a.



[318]

---

[312]    Ex. 18, Form DD214 (Kirby)
[313]    *See* Ex. 20 at 3. VA Rating Decisions 2009-09-22
[314]    *See id.*
[315]    *Id.* at 5-6. VA Rating Decisions 2009-09-22
[316]    *See id.* at 6.
[317]    *See* Ex. 17, KIRBYJ000064-KIRBYJ000066 & KIRBYJ000062-KIRBYJ000063.
[318]    Ex. 17, KIRBYJ000018-KIRBYJ000019.

68



---

319    *Id.*
320    *Id.*
321    *Id.* KIRBYJ000021; KIRBYJ000020-KIRBYJ000021.
322    Ex. 16, Declaration of John Kirby dated October 22, 2025, ¶ 50.
323    *Id.*
324    *See* Ex. 17, KIRBYJ000053-KIRBYJ000054; KIRBYJ000036-KIRBYJ000055.



He also recalled, "Once back in the United States, apart from dealing with my injuries and treatment each day, my mind couldn't let go of the fact that I felt I had let my unit down by getting injured and leaving Iraq."[328]

### b.  Mr. Kirby Has Experienced Survivor's Guilt

In 2025, Mr. Kirby was able to vividly recall his distress as he thought about the fact that Mr. Cajimat did not survive the attack. He explained, "Jay [Cajimat] was one of my grenadiers and a friend. He was only nineteen years old, far too young to die; I was immediately devastated by his death. I thought of his family, particularly his younger sister to whom he was devoted."[329] Regarding his current emotions, he explained, "[T]he fact that I could not save Jay and the fact that I was alive and he was not, were and continue to be things that upset me – even over 18 years later."[330] He further explained:

I just cannot help but think about the fact that one of my men was killed, and I

---

[325]    Ex. 17, KIRBYJ000053-KIRBYJ000054; KIRBYJ000026-KIRBYJ000055.
[326]    *Id.* KIRBYJ000030-KIRBYJ000032.
[327]    Ex. 16, Declaration of John Kirby dated October 22, 2025, ¶ 51.
[328]    *Id.* ¶ 45.
[329]    *Id.* ¶ 32.
[330]    *Id.* ¶ 39.

survived. Separate from the distress I feel when I am awake, I have spent many sleepless nights lying awake contemplating the damage done to so many people by one person pushing a button. I do not think I will ever be able to fully deal with those thoughts.[331]

Dr. Marmar testified as to a basis for and impact survivor's guilt may have as follows:

Survivor's guilt is a sense of guilt about the fact that I am alive or I am alive and not injured when the people that I deeply cared about on the battlefield died or were badly injured. You know, when I ask war fighters why they served, particularly in a volunteer army, they often say to me: I went to war to serve my country. But I fought in war to bring my teammates back. So my goal changed once I was in battle. And if they leave their teammates injured or dead on the battlefield, they can often have searing guilt for being the ones that walked away. And survivor's guilt is specifically a high risk for depression, suicide and alcohol use.

Marmar T3-124:7-20. Mr. Kirby's struggles with alcohol abuse are addressed further *infra.*



---

[331]    *Id.* ¶ 55.
[332]    Ex. 20 at 1, 3-4. VA Rating Decisions 2009-09-22.
[333]    Id. at 4.
[334]    *Id.* at 3.
[335]    *Id.* at 4.



**11.**

    **a.**

---

336    *Id.*

337    Ex. 17, KIRBYJ000064-KIRBYJ000066 & KIRBYJ000062-KIRBYJ000063.

338    Ex. 16, Declaration of John Kirby dated October 22, 2025, ¶ 53.

339    *Id.*

340    *Id.* ¶ 54.

341    *Id.* ¶ 59.



---

342    *Id.* ¶ 54.
343    *Id.* ¶ 59.
344    Ex. 6, KIRBYJ000056.
345    *Id.* KIRBYJ000099-KIRBYJ000101.
346    *See id.* KIRBYJ000096; KIRBYJ000096-KIRBYJ000098, KIRBYJ0000093; KIRBYJ000092-KIRBYJ000095 & KIRBYJ000089; KIRBYJ000088-KIRBYJ000091.
347    *Id.* KIRBYJ000077 & KIRBYJ000081; KIRBYJ000076-KIRBYJ000082.



According to Dr. Charles Marmar, "PTSD is a trauma and stress-related disorder, defined by the co-occurrence of reexperiencing, avoidance, negative beliefs and hyperarousal symptoms in survivors of extreme stress exposure. . . PTSD is a common outcome of multiple kinds of traumatic events, including high levels of combat exposure.[350] In addition, Dr. Phelps noted, "EFPs in particular are acknowledged to cause the most devastating and catastrophic injuries in modern combat" and also "exact an extreme physical and psychological toll on their intended victims."[351] Thus, it is not surprising that Mr. Kirby continues to deal with the long-term effects stemming from the attacks. This includes the range of behaviors and symptoms which developed, and which are commonly associated with PTSD.

---

[348]    *Id.* KIRBYJ000072; KIRBYJ000072-KIRBYJ000075.
[349]    *Id.* KIRBYJ000070; KIRBYJ000069-KIRBYJ000071.
[350]    Ex. 2, Medical Expert Report of Charles R. Marmar, M.D., dated September 15, 2018, at 3.
[351]    Ex. 3, Medical Expert Report Concerning Polytraumatic Injuries Caused by EFP Strikes in Iraq (2004-2011), dated August 27, 2018, by Dr. Shean Eric Phelps, at 7.
[352]    Ex. 16, Declaration of John Kirby dated October 22, 2025, ¶ 52.



**b.**

---

353 *Id.* ¶ 53.
354 *Id.* ¶ 50.
355 *Id.* ¶ 58.
356 *Id.*
357 *Id.* ¶ 56.
358 *Id.* ¶ 57.



 In his expert report, referencing studies focusing upon Vietnam veterans' experiences, Dr.

Marmar described a range of disorders, conditions he deemed "related" to PTSD, as follows:

> PTSD rarely occurs in a pure form by itself. For example, among Vietnam veterans, 84% with PTSD met diagnostic criteria for related conditions, including alcoholism and depression. . . . The most common co-occurring disorders were Alcohol Abuse, MDD [major depressive disorder] and Generalized Anxiety Disorder. Co-occurring disorders including MDD and Alcohol Use Disorder are common in civilians as well as in veterans with PTSD.[365]

He further noted, "In our culture, the commonest 'treatment' for those suffering from PTSD, alone

---

[359] Ex. 17, KIRBYJ000057; KIRBYJ000057-KIRBYJ000062.

[360] *Id.* KIRBYJ000067; KIRBYJ000067-KIRBYJ000068.

[361] *Id.* KIRBYJ000084; KIRBYJ000083-KIRBYJ000087.

[362] *Id.* KIRBYJ000077; KIRBYJ000076-KIRBYJ000082.

[363] Ex. 16, Declaration of John Kirby dated October 22, 2025, ¶ 57.

[364] Ex. 17, KIRBYJ000073; KIRBYJ000072-KIRBYJ000075.

[365] Ex. 2, Medical Expert Report of Charles R. Marmar, M.D., dated September 15, 2018, at 7.

or in combination with TBI and MDD, is self-medication with alcohol which may initially alleviate anxiety and depressive symptoms but over time complicates and intensifies the symptoms of PTSD, TBI and MDD."[366]



### 12.    Request for Damages for Assault, Battery, and IIED Claims

Plaintiffs respectfully request an award of $4.5 million for John Kirby, corresponding to the slightly lower than mid-range of Category 2 of the EFP damages framework for victims who sustained mild TBI with psychological injuries but without severe shrapnel, fractures, orthopedic injuries, polytrauma, or traumatic amputations. This request is based on a direct comparison to Andy Pool, another Plaintiff in this case, who was awarded $7 million under the same Category 2 framework, *see* R&R, ECF No. 65 at 56-59, adopted by ECF Nos. 98 and 101 at 5, as Mr. Kirby's injuries follow a remarkably similar pattern to Mr. Pool's but with notably less severe physical trauma from the EFP attack itself.

Mr. Kirby appears to have sustained a TBI as a result of the April 6, 2007, EFP attack. He was "concussed" and "disoriented" immediately following the blast, and during

---

[366]    *Id.* at 14.
[367]    Ex. 16, Declaration of John Kirby dated October 22, 2025, ¶ 60.
[368]    *Id.*
[369]    *Id.*

a post-blast assessment, demonstrated cognitive impairment when he could not retrieve the word "Spring" and instead answered "baseball" when asked what season it was. Medical records from June 2007 reflect a diagnosis of "concussion with no loss of consciousness" and note to "suspect possible mild TBI, recommend follow up with Neurology and or Behavioral Health." Multiple subsequent medical records from 2008 and 2009 include recommendations for consultation with a specialist for TBI evaluation and treatment. █

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

These ongoing cognitive deficits mirror Mr. Pool's documented struggles with focus, comprehension of new information, and intolerance for changes in routine, all of which prevented Mr. Pool from maintaining employment and pursuing his engineering degree. *See* ECF No. 65 at 53-54.

Both men experienced persistent headaches following their attacks. Mr. Pool's medical records from October 2011 reflect "severe headaches" occurring "about 4-5 times weekly," *id.* at 51, for which he received a 10% service-connected disability rating for migraine headaches, *see id.* at 54. Mr. Kirby similarly experienced ongoing headaches and "began popping 800mg Motrin like it was candy, mostly to deal with the headaches," though his records do not reflect a separate disability rating specifically for this condition. Both men's headaches contributed to their overall physical suffering and need for pain

management following the EFP attacks.

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

███████████████████████████

The traumatic nature of witnessing his driver and friend, nineteen-year-old Jay Cajimat, killed in the EFP attack has caused Mr. Kirby profound and lasting survivor's guilt similar to Mr. Pool's experience of watching Steve McCoy burn alive while calling out for help. Mr. Kirby stated that "the fact that I could not save Jay and the fact that I was alive and he was not, were and continue to be things that upset me -- even over 18 years later." He continues to experience intrusive thoughts and "sleepless nights lying awake

contemplating the damage done to so many people by one person pushing a button," stating "I do not think I will ever be able to fully deal with those thoughts." This mirrors Mr. Pool's ongoing struggle with intrusive memories from his attack, though Mr. Pool's experience of witnessing Mr. McCoy's suffering was objectively more horrific and traumatic. Mr. Pool watched his friend run toward him completely engulfed in flames, calling out Pool's name and pleading for help, and then had to physically handle Mr. McCoy's burned body while trying to place him on a stretcher, realizing "that McCoy's skin was barely attached to his body, and there was no part I could grab onto." *Id.* at 48. Mr. Pool stated he "will never forget the images of McCoy – on fire, horrifically burned, pleading with me to talk to his wife, and screaming out in agony." *Id.* Both men suffer from severe survivor's guilt and intrusive traumatic memories, though the visual and physical horror of what Mr. Pool witnessed and experienced was substantially more intense than what Mr. Kirby observed from his vehicle position.

Both men developed avoidance behaviors in response to their trauma. ██████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████

        ████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

The key distinction between Mr. Kirby and Mr. Pool lies in the severity of their physical injuries from the EFP attacks and the intensity of their traumatic psychological experiences. Mr. Pool sustained back and shoulder injuries that have caused him ongoing pain for over a decade. His medical records from 2011 note he "exited from the vehicle

[and] fell onto [his] back, injuring it," resulting in stress fractures diagnosed in 2009 that continued to afflict him through the present. *Id.* at 54. His most current service-connected disability rating reflects a combined 50% rating for back and shoulder injuries in addition to his 70% PTSD rating and 10% for migraine headaches. *See id.* By contrast, Mr. Kirby's physical injuries from the EFP attack were limited to second-degree burns on his back, which he described as "burns which dotted across my back, like burns from a cigar ash," and tinnitus. While Mr. Kirby's tinnitus has proven to be a permanent condition causing constant "screaming noise that is worse when it is quiet," and while he was awarded a 10% service-connected disability rating for this condition, the overall physical impact is substantially less than Mr. Pool's ongoing back and shoulder pain.

Beyond the physical injuries, Mr. Pool's traumatic experience was objectively more severe. While both men witnessed the death of close friends in horrific circumstances, Mr. Pool had to physically handle his burning friend Steve McCoy's body while trying to place him on a stretcher, realizing "that McCoy's skin was barely attached to his body, and there was no part I could grab onto." Mr. Kirby witnessed the burning Bradley and Jay Cajimat's death from his vehicle position but did not have the direct physical contact with a dying, burning friend that has haunted Mr. Pool. While both experiences produced severe PTSD and lasting psychological trauma, the visceral intensity of Mr. Pool's traumatic exposure was substantially greater.

In light of the substantial similarity between Mr. Kirby's and Mr. Pool's TBI symptoms, psychological injuries, and cognitive deficits, combined with the fact that Mr. Kirby's physical injuries from the EFP attack were less severe than Mr. Pool's ongoing orthopedic issues and migraine headaches, an award of $4.5 million appropriately places

Mr. Kirby at the mid-range of the Category 2 framework. This amount properly accounts for the devastating impact the EFP attack has had, and will continue to have, on every aspect of Mr. Kirby's life, while recognizing that the physical trauma he sustained from the EFP blast itself. I believe that the $4.5 million award requested for Mr. Kirby, positioned at slightly below the Category 2 baseline between the range of $3-7 million and Mr. Pool's $7 million at the high end, appropriately reflects these parallel trajectories while accounting for the differing severity of physical trauma sustained in the respective EFP attacks.

  c.  **VICTOR RAY WISE, II – SEPTEMBER 8, 2009, ATTACK – BAGHDAD**

  Senior Airman ("SrA") (Ret.) Victor Ray Wise, II was traveling in the third vehicle of a four-vehicle convoy traveling north on Route Jackson near Forward Operating Base ("FOB") Falcon in southern Baghdad on September 8, 2009. As the convoy was entering the traffic circle on Route Jackson, SrA Wise's vehicle was struck by an explosive on the right side. The attack injured SrA Wise and two others and killed First Lieutenant ("1LT") Joseph Helton. SrA Wise received a purple heart for wounds received in action on that date. *See Lee II*, 656 F. Supp. 3d at 48. This Court found "satisfactory evidence in the record to demonstrate that the explosive responsible for the injuries of SrA Wise in the September 8, 2009 attack was an EFP, traceable to Iran and its proxies" and granted default judgment in favor of SrA Wise against Iran. *Id.* at 49.

  SrA Wise suffered severe physical and mental anguish and extreme emotional pain and suffering as a result of the September 8, 2009, attack, and submits claims for assault, battery, and IIED, as well as claims for economic loss. The following chart reflects the evidence setting forth the bases of those claims. That evidence is provided as exhibits to the Gielchinsky Declaration.

| Plaintiff | Relationship to Direct Victim | Claim(s) Asserted | Evidence | Exhibit |
|---|---|---|---|---|
| | | | | |

| Victor Wise | Direct Victim | Assault, Battery, IIED $10 million | Victor Ray Wise II's Birth Certificate | 21 |
|---|---|---|---|---|
| | | | Declaration of Victor Wise, dated April 3, 2025 | 22 |
| | | | DD Form 214 military discharge document detailing the service record and separation status of Victor Ray Wise II | 23 |
| | | | SIGACT (Significant Activities) Report for September 8, 2009, attack | 24 |
| | | | CJTF (Combined Joint Task Force) Report for September 8, 2009, attack | 25 |
| | | | AR (Army Regulation) 15-6 Investigative Report (Joseph Helton) | 26 |
| | | | Casualty Report for Victor Wise | 27 |
| | | | Purple Heart awarded to Victor Wise | 28 |
| | | | Excerpts from Victor Wise's medical records | 29 |
| | | Economic loss $1,133,463.98 | Declaration of Victor Wise September 8, 2025 | 30 |
| | | | Appraisal of Present Value of Economic Life on Victor Wise, dated September 8, 2025, prepared by L. Wayne Plumly, Jr., Ph.D. | 31 |

### i. Assault, Battery, IIED Claims

### 1. Mr. Wise's Background

SrA Victor Ray Wise, II was born on December 10, 1986, in Jefferson County, Kentucky.[370]

He and his older sister were close in age, only a year apart, and often played together.[371] He has

---

[370]    *See* Ex. 22, Declaration of Victor Wise, dated June 18, 2024, ¶ 1. *See also* Ex. 21, Birth Certificate of Victor Ray Wise II.

[371]    *See id.* ¶ 4.

fond memories of his childhood—spending time with his sister going on rides at the local amusement park and exploring the nearby woods together.[372]

When he was in the fourth grade, his parents divorced and he moved to Indiana to join his father and stepmother and his stepmother's two sons, both of whom were younger than him. Though his mother and sister remained in Kentucky, he spent every other weekend with them. While this was a bit of a challenge, he managed to maintain a close relationship with both of them. He also got along well with his stepmother and stepbrothers and felt fortunate to have the support of both his parents: "I was blessed to have been loved and supported by both my families."[373]

Mr. Wise recalled watching the news coverage at school on September 11, 2001, as the attacks unfolded. He remembered "seeing the bodies being recovered from the Twin Towers"[374] and stated that it was these attacks that sowed "the seeds" for his eventual enlistment.[375]

After graduating high school, he began taking courses at university but soon realized that he was still unsure of his career path.[376] He contemplated enlisting, believing it could eventually lead to a career in the FBI, U.S. Marshals Service, or the Department of Homeland Security. His parents were concerned.[377] Ultimately, he decided to join the Air Force, which he felt offered the best training and more importantly, by joining that branch he would be less likely to be deployed to Iraq.[378]

At the completion of his training at Lackland Air Force Base in Texas, Mr. Wise was transferred to Offutt Air Force Base in Omaha, Nebraska. Once there, he was assigned to the U.S.

---

[372] *See id.*
[373] *Id.* ¶ 5.
[374] *Id.* ¶ 9.
[375] *Id.*
[376] *See id.* ¶ 10.
[377] *See id.* ¶ 11.
[378] *See id.* ¶ 12.

Strategic Command working in security detail.[379] He spent a year and a half at Offutt before being sent to Kuwait to provide transport security; it was the first time he had been anywhere outside the U.S.[380] It was when he returned to Offutt that he decided to volunteer for a tour in Iraq. According to Mr. Wise, he "did not fully consider the potential consequences" at the time.[381] He "believed serving overseas would be good for my long-term career, giving me necessary military experience and the opportunity to distinguish myself."[382]

Mr. Wise deployed to Iraq in January 2009 and was stationed south of Baghdad in the area known as the "Triangle of Death."[383] His unit's mission was to travel to Iraqi police stations and secure the area where the contractors who were training them were located.[384] Evenings at his FOB were "tense and chaotic" with ongoing mortar fire and wounded soldiers being transported by helicopter for medical care. He stated that before his convoy was attacked, two other convoys were hit, resulting in injuries and fatalities. Mr. Wise recalled that "[a]ttending the memorial services for our fallen soldiers was a sad and sobering experience, one that forced us all to confront our mortality."[385]

### 2.    Injuries at Point of Attack and Attack Aftermath

On September 8, 2009, Mr. Wise was traveling north on Route Jackson in a four-vehicle convoy[386] when his Humvee was struck by an EFP.[387] The Explosive Ordnance Disposal assessment (the team evaluation documenting the identification, analysis, and disposition of explosive hazards) indicated that the "detonation occurred on the right side of the vehicle. The EFP

---

[379]    *See id.* ¶ 13.
[380]    *See id.* ¶¶ 13-14.
[381]    *Id.* ¶ 15.
[382]    *Id.*
[383]    *See id.* ¶ 16.
[384]    *See id.* ¶ 17.
[385]    *Id.* ¶ 18.
[386]    *See* Ex. 25, CJTF Troy Narrative of Event.
[387]    *See id.*, CJTF Troy Event Assessment.

struck the rear of the TC [Truck Commander] door. The strike was from a single EFP with a copper cone and what appeared to be a steel case."[388] The blast detonated on the third vehicle in the convoy and resulted in one KIA (Killed in Action) and 3 WIAs (Wounded in Action). The casualties were transported back to FOB Falcon.[389]

Mr. Wise described the attack in his declaration:

On the day we were attacked, our unit was sent to an Iraqi police station, but we never arrived that day. Forty-five minutes after we left our base, only a few miles from the station, we were hit as we were going through a roundabout and passing an Iraqi checkpoint. When I heard the explosion, I first thought that it was the first truck in our convoy that got hit. I was in the gunner's seat, and I remember trying to stand up but discovered that my legs were unable to support me because they were shredded. I had to hold myself up using my arms. I then noticed the gruesome image of blood and pieces of flesh of our driver and Lieutenant Helton on the windowsill of our vehicle. When I looked at the passenger seat and saw Lieutenant Helton with his face smashed against the dashboard, I knew he was dead.[390]

The EFP struck the door where 1LT Joseph D. Helton was sitting, killing him. Both the driver and Mr. Wise suffered shrapnel injuries.[391] The driver was struck in the shoulder but was able to move the vehicle out of the "kill zone." As the gunner of the vehicle, Mr. Wise was struck in the legs. He explained that the intense heat generated by the explosion actually ended up saving his life:

At the time I was in a state of shock and had to be pulled out of the gunner's turret. My leg wounds had been cauterized due to the intense heat from the explosion. As painful as the cauterization was, it was likely the reason I did not die from massive blood loss.[392]

He was taken to the FOB Falcon clinic for immediate treatment, where his wounds were documented. These included open wounds in his right and left thighs, an open wound on the left

---

[388] Ex. 24, SIGACT Report.
[389] *See* Ex. 25, CJTF Troy Narrative of Event.
[390] Ex. 22, Declaration of Victor Wise, dated June 18, 2024, ¶ 19.
[391] *See* Ex. 26, AR 15-6 Report (Helton) at 5.
[392] Ex. 22, Declaration of Victor Wise, dated June 18, 2024, ¶ 20.

foot, and burns to his trunk, thighs, and genitalia. More specifically, the injuries to his right thigh were noted as: "blast injury to [the] right thigh," "melted impaled metal in [the] right inner thigh" with a tourniquet placed on the same leg. Burns and blast injuries to his left thigh were also documented. Also noted were a laceration to his left toe and ███████████. He was given morphine for pain control and an antibiotic ("Ancef") to prevent infection.[393]

From the FOB clinic he was medevac'd to Balad[394] for shrapnel removal from both legs. He described how there was "so much shrapnel, large parts of my leg muscles had to be removed."[395] He arrived at Landstuhl Regional Medical Center in Germany the day after the attack.[396] His injuries upon admission included "extensive soft tissue injury to both thighs, loss of L[eft] great toe, ████████████████"[397] The tourniquet to his right thigh remained in place and wound vacs were applied to both thighs. Additionally noted were "partial thickness burns of bilateral thighs" and "R[ight] eye corneal abrasion." On admission, it was observed that he had a patch over his right eye. He also received an epidural with "continuous Ropivicaine for pain management."[398]

On arrival, Mr. Wise's vitals were stable, but he exhibited some tachycardia [rapid heart rate]. On September 9, 2009, he underwent a surgical procedure on his right leg to expose the femoral artery, and an exploration, debridement and washout of his bilateral thigh wounds. ████████████████████████████████ and he had a washout of his left great toe amputation.[399] He was initially admitted to the ICU. After he was extubated, he complained of eye irritation and a sensation of a foreign body (shrapnel) being present in his eye. An examination by

---

[393]    Ex. 29 at WISE00001-WISEW00003.
[394]    *See* Ex. 27, Casualty Report, Victor Wise.
[395]    Ex. 22, Declaration of Victor Wise, dated June 18, 2024, ¶ 21.
[396]    *See* Ex. 29 at WISE000145.
[397]    *Id.*
[398]    *Id.* at WISE000145-WISE000146.
[399]    *See id.* at WISE000150.

an ophthalmologist revealed a small abrasion in the right eye and he was started on bacitracin ophthalmic ointment and his eye was covered. He received one additional unit of FFP (fresh frozen plasma) due to mildly elevated "INR" (International Normalized Ratio measures the rate at which blood clots; elevated INR indicates an increased risk of bleeding[400]) and his pain was controlled with morphine.[401]

The following day, Mr. Wise received an epidural for pain management and Lovenox, an anticoagulant to prevent formation of blood clots ("thromboprophylaxis").[402] He was again taken to the OR for washout and debridement of his wounds, and wound vac replacement.[403] On September 10, 2009, he underwent another irrigation and debridement of his bilateral leg wounds. The operation report noted that his left leg "had two separate soft tissue skin defects" with "exposed quadriceps muscle" and a 5 cm "full thickness burn" in the inner thigh ▮▮▮▮ ▮▮▮▮. The right leg had an approximately 25 cm "significant soft tissue defect and muscle loss." The wound on his right leg was noted as being "very large" with "significant muscle loss anteriorly." The surgeon also excised some of the full thickness burn around the periphery of the wound, and wound vacs were replaced on both legs.[404] Mr. Wise was discharged from Landstuhl on September 11, 2009, and transferred to Walter Reed National Military Medical Center for continued treatment.[405] In his declaration, he described the realization that dawned on him on the flight back to the U.S.:

> During the flight home to the U.S., I realized that given the extent of my injuries I was going to be medically discharged, effectively ending my military career. It was hard to process the many life-altering changes that occurred in such a brief period.[406]

---

[400] *See* https://www.hepatitis.va.gov/hcv/patient/diagnosis/labtests-INR.asp (last visited Nov. 14, 2025).
[401] *See* Ex. 29 at WISE000150-WISE000151.
[402] *See id.* at WISE000152- WISE000153.
[403] *See id.* at WISE000154.
[404] *Id.* at WISE000155.
[405] *See id.* at WISE000160-WISE000161.
[406] Ex. 22, Declaration of Victor Wise, dated June 18, 2024, ¶ 22.

At Walter Reed, Mr. Wise underwent multiple procedures for his injuries. Beginning on September 12, 2009, he had an irrigation and debridement of his wounds, followed by a partial closing of his left thigh wound and a wound vac change bilaterally. Three days later, the left thigh wound was closed after another irrigation and debridement, and the wound vacs changed again. Between September 12, 2009, and October 9, 2009, Mr. Wise endured nine such procedures; however, on October 9, 2009, he also had a skin graft to his right leg.[407] Four days later, he had a skin graft to his left leg.[408] His corneal abrasion in his right eye had resolved prior to his arrival at Walter Reed and his pain was controlled with a lumbar epidural and Dilaudid "PCA" (Patient-Controlled Analgesia).[409] The latter was eventually removed, however, due to a "post-durotomy" headache,[410] a common complication of a lumbar puncture likely caused by the epidural.[411] He was started on intensive physical and occupational therapy which eventually enabled him to ambulate with a rolling walker.[412] He was 22 years old at the time.[413]

On October 30, 2009, Mr. Wise was discharged as an inpatient and moved into Walter Reed's Mologne House where he continued to receive outpatient rehabilitation.[414] His November 3, 2009, occupational therapy assessment for "ADLs" (Activities of Daily Living) noted that he was using a walker for ambulation and he required some modification for grooming, bathing, and dressing—all of which he needed to do in the seated position.[415]

---

[407]    *See* Ex. 29 at WISE000160-WISE000161. *See also id.* at WISE000163 and WISE000004.
[408]    *See id.* at WISE000163.
[409]    *See id.* at WISE000161. *See also id.* at WISE000163.
[410]    *Id.* at WISE000163.
[411]    *See* https://www.uptodate.com/contents/post-dural-puncture-headache (last visited Nov. 24, 2025).
[412]    *See* Ex. 29 at WISE000163.
[413]    *See* Ex. 21, birth certificate.
[414]    *See* Ex. 29 at WISE000006-WISE000009. *See also id.* at WISE000005.
[415]    *See id.*

Dressing changes for his skin grafts continued through November 2009.[416] He also had intense outpatient physical therapy multiple times a week between November 2009 and February 2010.[417] In mid-November 2009, he was assessed at the orthopedic clinic at Walter Reed. His record reflects that as of that date he'd had "11 procedures including wash-outs and skin grafts" and that he "has lost muscle mass [in the] right thigh."[418]

At this point, Mr. Wise had "graduated" from using a walker and had begun using a cane.[419] However, with regard to his ADLs, he was more limited than previously indicated. The record clarified that he was first able to shower independently on October 30, 2009, but prior to that had required assistance getting to and from the shower and needed help washing his lower extremities. Moreover, he had been unable to dress himself prior to late October, since prior to that: "pain and wounds required him to need help with any type of trousers. [He] Could not wear [a] shoe on [his] left [foot] prior to 10 Nov[ember]."[420] He also had been unable to transfer from wheelchair to bed and back until October 23, 2009.[421]

On December 9, 2009, he was informed that no further wound dressing changes were needed.[422] ██████████████████████████████████████████████
████████████████████████████████████[423] He described his rehabilitation at Walter Reed and subsequent battle with chronic pain and nerve damage to his legs in his declaration:

> Learning how to walk again was agonizing. I spent four months in a wheelchair until I was strong enough to walk with the use of a walker followed by a cane. It took me a year and a half to be able to walk on my own, and there are still days I need to use a cane.

---

[416]   *See id.* at WISE000013-WISE000016. *See also id.* at WISE000017.
[417]   *See id.* at WISE000018-WISE000021. *See also id.* at WISE000034-WISE000037, WISE000041-WISE000042, and WISE000043-WISE000045.
[418]   *Id.* at WISE000022-WISE000025.
[419]   *Id. See also id.* at WISE000029.
[420]   *Id.* at WISE000022-WISE000025.
[421]   *See id.*
[422]   *See id.* at WISE000029.
[423]   *See id.*

> During my difficult recovery, the doctors at Walter Reed made it clear that life as I knew it ended the day I was injured. Given the damage to my legs, I would no longer be able to run, and I was always going to have to live with the pain due to the nerve damage. It was hard to wrap my head around what my life would be like when I finally was well enough to leave the hospital.[424]

Mr. Wise was eventually discharged from Walter Reed and went on to continue physical therapy at Offutt Air Force Base,[425] but his medical journey would continue for many years to come. He went on to grapple with ongoing chronic pain, musculoskeletal issues, neuropathy, as well as TBI, PTSD and depression symptoms.

### 3. Long Term Impact: Chronic Pain, Reduced Mobility, Neuropathy, Scarring Due to Skin Grafts

The long-term impact of Mr. Wise's injuries exemplifies the type of polytrauma commonly resulting from EFP attacks. In his expert report, Dr. Shean Phelps explained the unique characteristics of the polytrauma that result from these weapons:

> Both the EFP slug itself and the effects of the weapon's inherent brisance[426] can, when detonated in close proximity to a victim, crush soft-tissue and bone (primary blast effects) and propel debris at ballistic speeds (secondary blast effects). Despite estimations that primary blast effects are thought to contribute to only 1-3% of the overall injury patterns seen in EFP-related polytrauma (multiple traumatic injuries to a wide range of body organs and systems), it is the combination of effects of the event that very often render an EFP-damaged limb completely and utterly unsalvageable. Regardless of the apportionment of imparted energy to the target, an EFP victim absorbs an enormous amount of direct and indirect energy from the weapon which only increases exponentially with decreasing distance from the detonation site.[427]

According to Dr. Phelps, musculoskeletal injuries "arising from trauma to bones and soft tissues is common among patients suffering from polytrauma due primarily to the excessive

---

[424]    Ex. 22, Declaration of Victor Wise, dated June 18, 2024, ¶¶ 24-25.
[425]    *See* Ex. 29 at WISE000046-WISE000050.
[426]    Refers to the EFP's "shattering" ability. *See* Ex. 3, Medical Expert Report Concerning Polytraumatic Injuries Caused by EFP Strikes in Iraq (2004-2011), dated August 27, 2018, by Dr. Shean Eric Phelps, at 16.
[427]    *Id.* at 16.

energies transmitted to the individual subjected to IED and EFP attacks in combat...."[428] In fact, "EFP survivors sustain a much higher incidence of extremity injuries, including open wounds, compound fractures, and traumatic amputations as a result of the EFP's appreciably higher levels of imparted kinetic energy, as compared to the typically somewhat less 'sophisticated' and 'conventional' IED weapon counterpart."[429]

Mr. Wise began rehabilitative treatment for his leg injuries at Offutt Air Force Base's 55th Medical Group in February 2010. At his case management review, it was noted that he was "weak" and walked with a cane and that his right knee was swollen and tender. He complained of numbness, tingling, and sharp pains throughout his right leg.[430]

Records from a follow-up appointment several days later reflect that Mr. Wise was "missing a large portion of his inner thigh muscles on the right."[431] Also listed were Mr. Wise's pain issues: in his missing left toe, upper legs, right knee, and more recently in his lower back. He again reported a tingling, numbing sensation ("paresthesia") in his right thigh and complained of constipation due to his narcotic pain medication. ████████████████████ ████████████████████████████████████████████████████ ██████[432]

At a subsequent appointment at the orthopedic clinic, the pain and stiffness in his right knee pain were assessed. He reported having a constant ache in the right knee which was exacerbated "with slight increases in activity." He also described an "altered sensation" in the front part of his knee that had persisted since his injury. He was diagnosed with patellar chondromalacia,

---

[428]  *Id*. at 32.
[429]  *Id*. at 24-25.
[430]  *See* Ex. 29 at WISE000046-WISE000050.
[431]  *Id.* at WISE000051-WISE000054.
[432]  *See id*.

a softening of the kneecap, that was ascribed to atrophy of his quadriceps muscle, and he was referred to physical therapy.[433]

One month later, a physical therapy evaluation confirmed "weakness and fatigue" in his lower extremities. He complained of pain in both knees but more notably in the right knee. His primary weakness was assessed as being in the quadriceps muscle (a group of four large muscles located at the front of the thigh that help with knee extension and leg stabilization). He also exhibited decreased balance which was attributed to the absence of his left great toe. His pain level was 3 out of 10 but increased to 5 out of 10 with activity. He was observed as having a limp ("antalgic" gait), and having a shortened stride, with significant muscular atrophy on the right inner thigh muscle referred to as the "VMO" or Vastus Medialis Oblique, which is part of the quadriceps in the inner thigh. The muscle assists with knee extension and stabilization of the kneecap.[434]

On March 17, 2010, Mr. Wise underwent a neurological consultation at the Nebraska Medical Center to assess the neuropathy in his legs. He reported that he had lost a significant amount of blood in the attack and had a tourniquet placed on his right leg. He added that his injuries had required 11 surgeries thus far which included shrapnel removal and skin grafts. He also had muscle mass removed in his right inner thigh and still had weakness in the right leg, along with some numbness. He was taking Percocet for pain, particularly at night, and had been experiencing lower back pain since November 2009 when he'd started walking. The neurologist recommended that he have an EMG (electromyography) of both legs and prescribed Neurontin to be taken nightly for his pain.[435]

---

[433]    *Id.* at WISE000055-WISE000057.
[434]    *See id.* at WISE000061-WISE000062.
[435]    *See id.* at WISE000063-WISE000068.

By April 2010, his lower back pain had become more of an issue, and he received a PT evaluation for the condition. It was confirmed that he had "weakness to his abdominals and to his quadriceps secondary to trauma" and that he would need to continue working on strengthening his core and lower extremities.[436] Several months later, he was back for a PT evaluation of his knees and hips. It was noted that his skin grafts were causing "tension" in his quadriceps and hip flexors, limiting motion in his knee ("knee flexion") and making it difficult for him to perform lunges.[437]

Despite significant physical therapy, Mr. Wise continued to suffer from bilateral knee pain. In September 2010, he complained of stiffness in both knees, and added that his knee sometimes buckled (gave way). He was diagnosed with "bilateral patellofemoral syndrome" (pain at the front of the knee, around the kneecap[438]) due to quadriceps and adductor muscle loss (muscle group in the inner thigh that help move the legs together).[439]

That same month, his history, procedures and diagnoses were reviewed as part of his Medical Board Examination.[440] His history section noted that he had been working on physical therapy for his injuries and had progressed to the point where he no longer needed a cane for walking but he was unable to run due to the muscle loss in his legs.[441] His issues at the time included continued pain in his legs, particularly in the right leg, along with some weakness in that leg, as well as an "abnormal sensation" in the stump of his left great toe. His injury sites reflected significant muscle loss in the left thigh and scarring from his skin grafts. Also observed was a differential in sensation between his right leg and his left—primarily, touch sensation on the right leg was different from the left. The EMG test ordered on March 17, 2010, at the Nebraska Medical

---

[436]     *Id.* at WISE000077-WISE000078.
[437]     *See id.* at WISE000079-WISE000081.
[438]     https://www.mayoclinic.org/diseases-conditions/patellofemoral-pain-syndrome/symptoms-causes/syc-20350792 (last visited Nov. 24, 2025).
[439]     Ex. 29 at WISE000082-WISE000083.
[440]     *See id.* at WISE000084-WISE000087.
[441]     *See id.*

Center showed evidence of nerve damage ("right saphenous [branch of the femoral nerve] neuropathy").[442]

According to Dr. Shean Phelps, EFPs can result in various complications including chronic pain, musculoskeletal, and nerve injuries.[443] In his expert report, Dr. Phelps explained that musculoskeletal injuries "typically result in myofascial pain, a chronic condition that affects the fascia (connective tissue that covers the muscles)."[444] Additionally, "service members with significant musculoskeletal damage from blast exposure/injury may also suffer significant traumatic nerve injuries and so are destined to endure chronic pain from contractures, abnormal nerve stimulation, and/or phantom limb pain, conditions that are extremely difficult to treat and adequately manage long-term."[445]

In Mr. Wise's case, scarring and significant muscle loss in his legs compounded his pain issues. As his Medical Evaluation Board examination noted, on February 15, 2010, his wound and skin graft donor sites had been reviewed at Nebraska Medical Center by their burn and wound management surgeon, and it was determined that he did not require further surgery at the time. However, scar revisions were recommended in the future "due to the significant contour irregularities" from the scarring in his legs. ███████████████████████

████████████████████████████████

███████████████████  The Board's examination concluded that his physical activities were "very restricted," and he should avoid running and any high impact exercise. Moreover, he was not expected to regain ability to run for continued military service "due to the significant amount

---

[442] *Id. See also id.* at WISE000063-WISE000068.
[443] *See* Ex. 3, Medical Expert Report Concerning Polytraumatic Injuries Caused by EFP Strikes in Iraq (2004-2011), dated August 27, 2018, by Dr. Shean Eric Phelps, at 50.
[444] *Id.* at 52.
[445] *Id.* at 53.

of muscle loss in his upper legs."[446] Several days later, his commander filed a memorandum with the Department of the Air Force recommending that Mr. Wise be medically retired.[447]

A follow up appointment for an addendum to his Medical Board Evaluation documented his burns and scars, noting a "large defect" on his right inner thigh measuring 25 cm by 27 cm and a smaller defect on the left inner thigh measuring 15 cm by 7 cm. His three skin grafts were also noted. The assessment included a drawing showing the locations of the "defects" as well as his skin grafts.[448] In his expert report, Dr. Shean Phelps explained that one of the long term complications of EFP polytrauma injuries is "scarring from fragmentation/shrapnel injuries...."[449] He noted that scar tissue "will shorten and tighten the surrounding skin, muscles, and tendons, pulling joints out of their positions."[450]

Due to his physical activity restrictions as well as his PTSD, Mr. Wise was given a total Service-Connected Disability Rating of 80% in February 2011, with a 30% rating for muscle loss in the left thigh with knee pain, and the same percentage for muscle loss in the right thigh with knee pain. An additional 10% rating was granted for his left great toe amputation.[451]

In January 2012, Mr. Wise transferred his care to the Robley Rex VA.[452] His records indicate his date of entry into the Air Force as April 18, 2006, with a separation date of September 23, 2011,[453] and that he had earned a Purple Heart for the attack on September 8, 2009, as well as a Good Conduct Award for his service in Iraq.[454] His complaints at the time still included chronic

---

[446]    Ex. 29 at WISE000084-WISE000087.
[447]    *See id.* at WISE000088.
[448]    *Id.* at WISE000092-WISE000093.
[449]    Ex. 3, Medical Expert Report Concerning Polytraumatic Injuries Caused by EFP Strikes in Iraq (2004-2011), dated August 27, 2018, by Dr. Shean Eric Phelps, at 54.
[450]    *Id.*
[451]    *See* Ex. 29 at WISE000100-WISE000101.
[452]    *See id.* at WISE000167-WISE000172.
[453]    *See id.* at WISE000127-WISE000135. *See also* Ex. 23, DD Form 214 for Victor Ray Wise, II.
[454]    *See* Ex. 28, Purple Heart award for wounds received in action on September 8, 2009. *See also* Ex. 29 at WISE000221.

back pain, as well as knee pain due to muscle loss in both legs, ankle and foot issues, right saphenous neuropathy, and possible embedded fragments.[455]

In May 2012, radiology exams of his knees, both thighs, and his left foot were performed. The reports showed minimal osteoarthritis in both knees and changes in the soft tissues in both thighs. Additionally, there were possible "metallic foreign body" (shrapnel) in both thighs, along with findings that were assessed as "likely associated heterotopic ossification" in the soft tissues of the right thigh, and some minimal osteoarthritis in the right hip.[456] Findings in the left leg included scattered shrapnel fragments as well as soft tissue changes that were "likely associated with injury of the quadriceps...." These soft tissue changes were assessed as being "likely associated shrapnel." Also noted were mild degenerative changes in the left patella. His left foot findings included mild soft tissue swelling in the end part of the existing portion of his great toe.[457]

On September 18, 2012, Mr. Wise received his Rating Decision from the VA detailing his Service-Connected Disability Rating percentages for each of his injuries.[458] He was granted a 40% rating for "left thigh muscle amputation." The injury was categorized as "severe" and noted to have impacted his ability to extend and flex his knee and also to have impacted his hip flexors and other muscle groups that act as "postural support of the body" and assist with "synchronizing hip and knee."[459] Review of his injuries in the left thigh showed "ragged, depressed and adherent scars indicating wide damage to muscle groups." When palpated there was evidence of "deep fascia" (muscle loss) or "soft flabby muscles in [the] wound area."[460] He was granted the same rating (40%) for his "right thigh muscle amputation" which was also rated as "severe" and consisted of

---

455    *See id.* at WISE000221.
456    *Id.* at WISE000102-WISE000109.
457    *Id.*
458    *See id.* at WISE000114-WISE000120.
459    *Id.*
460    *Id.*

a "through and through or deep penetrating wound...."[461] On examination, the right thigh showed "ragged, depressed and adherent scars indicating wide damage to muscle groups...."[462] His medical records evidenced prolonged treatment for his wounds with complaints that were consistent with muscle disability.[463] Additionally, he received a 10% rating for the amputation of his left great toe.[464] The Rating Decision also detailed his right saphenous neuropathy, for which he did not receive a Service-Connected rating. The condition was nonetheless noted as having resulted in "mild incomplete paralysis."[465] Though he did not receive ratings for his skin grafts and burn scars, these were also evaluated: the "burn scar" on his left lower leg measured 16.3 inches, and the "burn scar" on his right lower leg measured 104.6 inches.[466] He did not receive a rating for his bilateral patellofemoral syndrome in both knees, but these were listed as diagnosed disabilities.[467]

By January 2013, Mr. Wise was still complaining of bilateral knee pain, though his pain level had lowered to a level of 1-2 out of 10. He stated that it was difficult for him to exercise more than 30 minutes because of his leg injuries and "muscle amputations."[468] Between 2012 and 2019, his focus shifted to addressing his PTSD symptoms and depression; however, in 2019 he established care at Norton Community Medical Associates where his records again noted "chronic right-sided low back pain without sciatica" as well as "chronic pain of both knees."[469]

In March 2019, while at Norton, Mr. Wise complained of bilateral knee pain which he described as aching with some numbness and tingling. He reported that his back pain had been chronic on the right side and had a throbbing quality and included numbness and tingling

---

[461]     *Id.*
[462]     *Id.*
[463]     *See id.*
[464]     *See id.*
[465]     *Id.*
[466]     *Id.*
[467]     *See id.*
[468]     *Id.* at WISE000199-WISE000200.
[469]     *Id.* at WISE000156.

sensations. He indicated that the onset for his back issues occurred five years prior and had been waxing and waning since then.[470] An examination noted "chronic numbness/tingling of bilateral upper legs from nerve damage due to injury in Iraq in 2009."[471] In July 2020, Mr. Wise was back in physical therapy once again to work on his low back pain.[472]

He explained the connection between his injuries and the onset of his low back pain in his declaration:

> The damage to my legs has caused ongoing pain caused by nerve damage, which worsens during cold weather. The first five years after the explosion the pain was particularly severe, making it difficult to sleep at night. I have also begun experiencing pain in my lower right back that began eight years after I was injured due to spinal arthritis and bone spurs in my spine. The imbalance of my gait caused by the muscle loss in both legs is what caused the damage to my back. The nerve pain which has gotten progressively worse forces me to use my cane several times a month.[473]

On March 3, 2025, Mr. Wise received an updated Rating Decision from the VA with a 100% total Service-Connected Disability Rating effective on July 19, 2024. He received disability ratings for this left knee patellofemoral syndrome due to having limited flexion and extension in that knee, as well as disability ratings for his right knee patellofemoral syndrome due to limited flexion and extension of that knee and instability. Both knees were noted as causing pain with movement. He was also assigned a 10% disability rating for his right saphenous neuropathy due to "severe incomplete paralysis." ██████████████████████████████████ ████████████████████████████████████████████████ █████████████████████████████████[474]

### 4.     TBI and Cognitive Issues

---

[470]     *Id.* at WISE000157.
[471]     *Id.* at WISE000158.
[472]     *Id.* at WISE000159.
[473]     Ex. 22, Declaration of Victor Wise, dated June 18, 2024, ¶ 32.
[474]     Ex. 29 at WISE000127-WISE000135.

According to Dr. Shean Phelps, the "force of the typical high energy blast wave generated by an EFP very often imparts more than sufficient force to cause TBI that result in both short-term and long-term impairments...."[475] He added that mTBI ("Mild" TBI) can cause a host of symptoms,[476] yet while "it was previously assumed that these effects were temporary and, in most cases resolved in a matter of months, recent studies suggest that even with mild TBI, the blast related 'concussion syndrome' may actually evolve over time, often increasing in severity, and may cause considerable decline in global functioning."[477]

Upon arrival at Landstuhl Regional Medical Center on September 9, 2009, Mr. Wise was assessed as having a Glasgow Coma Scale score of 15.[478] A TBI evaluation the same day concluded that he was negative for the condition[479] and a CT scan showed no intracranial pathology.[480] Dr. Russell Gore noted in his expert report that a "GCS score of 13 or higher correlates with a mild brain injury"[481]; however, he added that the Glasgow Coma Scale is "limited when accounting for long term disability."[482] He explained: "For example, an injury assigned as mild immediately post injury based on a GCS of >13 may have short and long-term functional consequences which are moderate or severe."[483]

Mr. Wise's medical records reflect TBI. An evaluation at the FHC Clinic at the 55th Medical Group clinic at Offutt Air Force Base on February 17, 2010, reflects "brain injury traumatic" and upcoming neuro-cognitive testing to determine "what if any remaining cognitive deficits he may

---

[475]    Ex. 3, Medical Expert Report Concerning Polytraumatic Injuries Caused by EFP Strikes in Iraq (2004-2011), dated August 27, 2018, by Dr. Shean Eric Phelps, at 20.

[476]    *See id.* at 20-21.

[477]    *Id.* at 21.

[478]    *See* Ex. 29 at WISE000148.

[479]    *See id.* at WISE000149.

[480]    *See id.* at WISE000150.

[481]    Ex. 1, Medical Expert Report Concerning Traumatic Brain Injuries Caused by EFP Strikes in Iraq (2004-2011), dated November 23, 2018, by Dr. Russell Kahn Gore, at 40.

[482]    *Id.* at 42.

[483]    *Id.*

have."[484]



---

[484]    *Id.* at WISE000051-WISE000054.
[485]    *Id.* at WISE000046-WISE000050.
[486]    *Id.*
[487]    *See id.* at WISE000069-WISE000072.
[488]    *Id.* at WISE000073-WISE000076.
[489]    *Id.*
[490]    *See id.*
[491]    *Id.* at WISE000091.
[492]    *Id.* at WISE000121-WISE000126.



493

In his expert report, Dr. Russell Gore explained: "In all severities of TBI, white matter disruption may result in symptoms and disability related to complex network functions."[494] As such, "both mild and moderate/severe injuries result in symptoms and disabilities related to damaged brain networks and the resulting network slowing. The resulting disability and symptoms include physical, cognitive, emotional (affective), and sleep related symptoms...."[495] Dr. Gore added that even "a single mTBI is associated with an increased risk of substance abuse, risk-taking, gambling, and other behaviors which have long-term effects on quality of life, vocational productivity, and potentially deleterious effects on a service member's function within the military, community, and individual family units."[496]

**5.** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Mr. Wise's sleep issues were first noted after his move to the Mologne House, a lodging facility located on the grounds of Walter Reed. On November 4, 2009, during a psychiatry consultation, he expressed difficulty with hypervigilance and vivid dreams and acknowledged that

---

[493]     *See id.* at WISE000127-WISE000135.
[494]     Ex. 1, Medical Expert Report Concerning Traumatic Brain Injuries Caused by EFP Strikes in Iraq (2004-2011), dated November 23, 2018, by Dr. Russell Kahn Gore, at 46.
[495]     *Id.*
[496]     *Id.* at 48.

he was still grieving the loss of his lieutenant. 

---

497  *See* Ex. 29 at WISE000010-WISE000012.
498  *See id.* at WISE000026-WISE000028.
499  Ex. 29 at WISE000030-WISE000033.
500  *See id.*
501  *See id.* at WISE000038-WISE000040.
502  *Id.* at WISE000046-WISE000050.
503  *Id.* at WISE000051-WISE000054.



---

504    *See id.* at WISE000058-WISE000060.
505    *See id.* at WISE000069-WISE000072.
506    *Id.*
507    *Id.*
508    *Id.*
509    *Id.*



[510]

[511]

[512]

[513]

[514]

[515] When asked how he was doing, he told the evaluator that he found it difficult to be around fellow military personnel, especially those with whom he had deployed. He admitted avoiding reminders of his deployment and struggling with guilt for having survived the attack. He said that he should have noticed the roadside bomb and if he had done so the explosion could have been avoided. The evaluator noted that "the loss of the Lieutenant weighs very heavily on his conscience and is a contributing factor to many of his symptoms." Mr. Wise acknowledged that since his deployment to Iraq, he had experienced sleep issues and has had difficulty falling and staying asleep, as well as nightmares. The evaluator further noted that he "does endorse a tremendous amount of guilt, fatigue and low motivation, anhedonia, and some decreased appetite." It was assessed that Mr. Wise's "biggest challenge" in terms of his PTSD treatments was "his significant avoidance" and his tendency to

---

510    *Id.* at WISE000089–WISE000090.
511    *Id.* at WISE000091.
512    *See id.* at WISE000094–WISE000099. *See also id.* at WISE000058–WISE000060.
513    *See id.* at WISE000094–WISE000099.
514    *See id. See also id.* at WISE000089–WISE000090 and WISE000091.
515    *See id.* at WISE000094–WISE000099.

minimize his symptoms and their severity, as well as his discomfort with any recognition of his

bravery. ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████[516]

████████████████████████████████████████████

████████████ As Dr. Charles Marmar pointed out in his expert report, "PTSD rarely occurs in a

pure form by itself."[517] In fact, the "most common co-occurring disorders were Alcohol Abuse,

MDD and Generalized Anxiety Disorder."[518] Dr. Marmar further elaborated on MDD:

> Major Depressive Disorder is classified in DSM-5 as a mood disorder characterized
> by persistent low mood most of the day nearly every day for at least two weeks or
> longer, persistent and pervasive loss of interest in all or most previously enjoyable
> activities for at least two weeks or longer, and vegetative symptoms including
> changes in appetite, sleep, energy, and concentration, as well as low self-esteem,
> hopelessness for the future and, at times, suicidal thinking, planning or self-
> injurious behavior.[519]

████████████████████████████████████████████████

████████████████████████████████████████████████

---

[516] *Id.*
[517] Ex. 2, Medical Expert Report of Charles R. Marmar, M.D, dated September 15, 2018, at 7.
[518] *Id.*
[519] *Id.* at 9.

[520]

[521]

[522]

---

[520]    *See* Ex. 29 at WISE000221, WISE000222-WISE000223.
[521]    *Id.* at WISE000166-WISE000167.
[522]    *Id.* at WISE000167-WISE000172.



On May 22, 2012, in preparation for his Medical Board Examination, he underwent an interview at the 88th Medical Operations Group at Wrigth-Patterson Air Force Base.[527] Although he confirmed that he still suffered from avoidance behaviors, hypervigilance, repeated memories and nightmares, he indicated that these symptoms had lessened to some degree. He disclosed that between October 2011 and January 2012, however, he had felt that he was "in a rut" and lacked motivation, felt depressed and indecisive, and rarely left his home. He explained that he'd had a turning point in late January 2012 with help from his family and his case manager. Despite his improvement, he admitted to still having nightmares and to awakening from these with panic symptoms. He indicated that these nightmares and panic episodes occurred 3-4 times per month and often made it difficult to fall back asleep, and that he continued to dream about his Lieutenant

---

[523]    *Id.* at WISE000213-WISE000219.
[524]    *Id.* at WISE000207.
[525]    *Id.* at WISE000209.
[526]    *Id.*
[527]    *Id.* at WISE000110-WISE000113.

who was killed in the attack but no longer thinks about him during waking hours. 

528

529

530

531

532

533

534

---

528  *Id.*
529  *Id.*
530  *Id.*
531  *See id.* at WISE000114-WISE000120.
532  *See id.* at WISE000198.
533  *Id.* at WISE000114-WISE000120.
534  *Id.*



---

535 *See id.* at WISE000204-WISE000205.
536 *Id.* at WISE000191.
537 *Id.* at WISE000191-WISE000192.
538 *Id.* at WISE000193.
539 *Id.* at WISE000188.
540 *Id.*
541 *See id.* at WISE000164-WISE000166.



---

542    *Id.* at WISE000174.
543    *Id.*
544    *See id.*
545    *See id.* at WISE000175 and WISE000180.
546    *See id.* at WISE000179-WISE000180.
547    *See id.* at WISE000136-WISE000144.



---

548    *See id.*
549    *Id.* at WISE000141.
550    *Id.*
551    *Id.* at WISE000139.
552    *Id.* at WISE000137.
553    Ex. 22, Declaration of Victor Wise, dated June 18, 2024, ¶ 34.
554    *See* Ex. 29 at WISE000121-WISE000126.



---

555 *Id.*
556 *Id.*
557 Ex. 22, Declaration of Victor Wise, dated June 18, 2024, ¶ 37.
558 Ex. 29 at WISE000121-WISE000126.
559 *Id.*
560 *Id.*
561 *Id.*
562 *Id.*



563

564

565

### 6.    Request for Damages for Assault, Battery, and IIED Claims

While Mr. Wise's emotional injuries align with those of Andy Pool, another Plaintiff in this case who was awarded $7 million in compensatory damages under Category 2 of the EFP damages framework, *see* R&R, ECF No. 65, at 44-59, adopted by ECF Nos. 98 and 101, Mr. Wise is more appropriately characterized as falling within Category 3 of the EFP damages framework due to the severity and extent of his physical trauma. Category 3 is designated for individuals with mild TBI and psychological injuries who also sustained severe shrapnel, fractures, or orthopedic injuries. Mr. Wise's case exemplifies these characteristics through his severe bilateral shrapnel injuries

---

563    *Id.* at WISE000127-WISE000135.
564    Ex. 22, Declaration of Victor Wise, dated June 18, 2024, ¶ 35
565    *Id.* ¶ 36.

requiring 11 surgical procedures, significant muscle loss in both thighs, heterotopic ossification, embedded shrapnel fragments, nerve damage causing severe incomplete paralysis, and progressive degenerative orthopedic conditions.

Mr. Wise's psychological trajectory mirrors Mr. Pool's. ███████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████[566]

████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

---

[566]    *See* Ex. 2, Medical Expert Report of Charles R. Marmar, M.D, dated September 15, 2018, at 11, 14.

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████ Both exhibit the "invisible injuries" Dr. Gore described: individuals who appear functional but suffer debilitating symptoms causing emotional and family problems while decreasing productivity. *Id.* at 13. Dr. Phelps' assessment of the "Polytrauma Clinical Triad" applies equally to both men, with the combined presence of TBI, pain, and PTSD increasing the risk of suicidal behavior.[567]

However, Mr. Wise's physical injuries are substantially and qualitatively more severe than Mr. Pool's, elevating his case from Category 2 to Category 3. Mr. Pool's physical injuries are primarily limited to back and shoulder injuries, for which he received a combined 50% service-connected disability rating and a 10% rating for migraines. *See* ECF No. 65 at 54. In contrast, Mr. Wise sustained catastrophic physical trauma from severe shrapnel injuries requiring 11 surgical procedures including multiple washouts and skin grafts, with severe muscle loss in both thighs resulting in permanent functional impairment and a total service-connected disability rating of 100%. The nature and extent of Mr. Wise's physical injuries align with the characteristics that define Category 3: severe shrapnel and orthopedic injuries that required extensive surgical intervention and resulted in permanent disability and progressive deterioration.

Mr. Wise's severe shrapnel injuries exemplify the type of devastating physical trauma that characterizes Category 3 plaintiffs. The EFP blast showered his legs with shrapnel that shredded his muscles and required immediate life-saving intervention. At FOB Falcon, his records documented open wounds in his right and left thighs, an open wound on the left foot, and burns to

---

[567]    Ex. 3, Medical Expert Report Concerning Polytraumatic Injuries Caused by EFP Strikes in Iraq (2004-2011), dated August 27, 2018, by Dr. Shean Eric Phelps, at 49.

his trunk, thighs, and genitalia, with the injuries to his right thigh noted as blast injury with melted impaled metal in the right inner thigh requiring tourniquet placement. From FOB Falcon he was medevac'd to Balad for shrapnel removal from both legs, where there was so much shrapnel that large parts of his leg muscles had to be removed. Upon admission to Landstuhl Regional Medical Center the day after the attack, his injuries included extensive soft tissue injury to both thighs, loss of left great toe, ████████████, with the tourniquet to his right thigh remaining in place and wound vacs applied to both thighs. On September 9, 2009, he underwent surgical procedures on his right leg to expose the femoral artery, and an exploration, debridement and washout of his bilateral thigh wounds, ███████████████████ and washout of his left great toe amputation. The following day, another irrigation and debridement revealed that his left leg had two separate soft tissue skin defects with exposed quadriceps muscle and a 5 cm full thickness burn in the inner thigh ██████████, while the right leg had an approximately 25 cm significant soft tissue defect and muscle loss with the wound noted as very large with significant muscle loss anteriorly.

The 11 surgical procedures Mr. Wise endured between September and October 2009 at Walter Reed, including multiple irrigation and debridement procedures, partial closing and full closing of wounds, wound vac changes, and skin grafts to both legs, demonstrate the severity of his shrapnel injuries and the extensive surgical intervention required to address them. His left thigh injury was severe enough to warrant a 40% service-connected disability rating based on severe muscle amputation, categorized as severe with impact on his ability to extend and flex his knee and impact on his hip flexors and other muscle groups that act as postural support of the body and assist with synchronizing hip and knee, with review showing ragged, depressed, and adherent scars indicating wide damage to muscle groups and evidence of deep fascia or soft flabby muscles in

the wound area. His right thigh injury received an identical 40% rating for equally severe muscle amputation consisting of a deep penetrating wound, with ragged, depressed, and adherent scars indicating wide damage to muscle groups, and medical records evidencing prolonged treatment with complaints consistent with muscle disability.

Mr. Wise's shrapnel injuries resulted in complications characteristic of the most severe EFP cases. Medical imaging in May 2012 showed possible metallic foreign body in both thighs along with findings assessed as likely associated heterotopic ossification in the soft tissues of the right thigh. Heterotopic ossification, a condition where the trauma to the body is so great that the victim's DNA and RNA wrongly starts producing bone where it once produced muscle, was characterized by the *Karcher* plaintiffs' medical expert Dr. Shean Phelps as perhaps the single most significant obstacle to independence, functional mobility, and return to normal function for combat-injured veterans of Operation Enduring Freedom and Operation Iraqi Freedom. *See* ECF No. 65 at 21-23. Dr. Phelps explained that heterotopic ossification causes limited range of motion and loss of the ability to flex or extend and can cause complete loss of mobility, with significant pain especially when bone growth impinges upon a nerve resulting in chronic nerve pain. *See id.* Dr. Romney Andersen, the *Karcher* plaintiffs' medical expert on orthopedic blast injuries, testified that heterotopic ossification occurs 40 times more frequently in blast combat casualties than non-blast combat casualties and was more frequently observed in Operation Iraqi Freedom than in previous conflicts. *See* ECF No. 65 at 22. Mr. Wise's development of heterotopic ossification in his right thigh represents a complication that distinguishes his case from Category 2 plaintiffs like Mr. Pool and aligns him with the more severe physical trauma characteristic of Category 3.

The shrapnel that remains embedded in Mr. Wise's legs continues to cause complications more than 15 years after the attack. His May 2012 radiology reports showed possible metallic

foreign body in both thighs, with findings in the left leg including scattered shrapnel fragments as well as soft tissue changes that were likely associated with injury of the quadriceps and assessed as likely associated shrapnel. The *Karcher* plaintiffs' medical experts testified that shrapnel injuries caused by EFPs are particularly severe because EFPs are specifically designed with high brisance producing more efficient and higher quality fragmentation, and because the EFP's force causes victims to experience the phenomena of complex, multi-component metallic compounds or relatively rare chemical, biological, or radiological components becoming retained as foreign material within their bodies. *See* ECF No. 65 at 23-25. The presence of iron, copper, or aluminum with traces of antimony, titanium, uranium, and lead presents a particular set of complications with regard to infection and biological and chemical contamination. *See id.* Mr. Wise's medical records reflect the type of prolonged complications from embedded shrapnel that characterize the most severe EFP cases, with his shrapnel-related soft tissue changes and continued presence of metallic foreign bodies contributing to his ongoing pain and functional limitations.

Mr. Wise's severe orthopedic injuries further support his placement in Category 3. The muscle loss in both thighs caused ongoing bilateral knee pain due to atrophy of his quadriceps muscles, with his February 2010 physical therapy evaluation confirming weakness and fatigue in his lower extremities and pain in both knees but more notably in the right knee, with his primary weakness assessed as being in the quadriceps muscle. The evaluation noted decreased balance attributed to the absence of his left great toe, significant muscular atrophy on the right inner thigh muscle referred to as the Vastus Medialis Oblique which is part of the quadriceps, and an antalgic gait with shortened stride. By September 2010, he was diagnosed with bilateral patellofemoral syndrome due to quadriceps and adductor muscle loss, and his records reflect continued complaints of bilateral knee pain and stiffness in both knees with his knee sometimes buckling. His March

2025 VA Rating Decision reflects disability ratings for his left knee patellofemoral syndrome due to limited flexion and extension in that knee and disability ratings for his right knee patellofemoral syndrome due to limited flexion and extension of that knee and instability, with both knees noted as causing pain with movement.

The altered gait caused by Mr. Wise's bilateral muscle loss subsequently caused degenerative changes to his spine. He began experiencing lower back pain in November 2009 when he started walking, and by April 2010 received a physical therapy evaluation for the condition confirming weakness to his abdominals and quadriceps secondary to trauma and the need to continue working on strengthening his core and lower extremities. Providers identified osteopenia in his lumbar spine and both hips, and his records reflect continued back pain throughout the years. By March 2019, he complained of chronic right-sided low back pain that had been ongoing with a throbbing quality including numbness and tingling sensations, reporting that the onset occurred five years prior and had been waxing and waning since then. In his declaration, he explained the connection between his injuries and the onset of his low back pain, describing how the imbalance of his gait caused by the muscle loss in both legs is what caused the damage to his back, with the nerve pain having gotten progressively worse and forcing him to use his cane several times a month. His Medical Board Evaluation concluded that his physical activities were very restricted and he should avoid running and any high impact exercise, with the expectation that he would not regain ability to run for continued military service due to the significant amount of muscle loss in his upper legs.

Mr. Wise's right saphenous neuropathy represents another severe orthopedic complication that places him in Category 3. His neurological consultation at Nebraska Medical Center in March 2010 was ordered to assess the neuropathy in his legs, with Mr. Wise reporting that he had lost a

significant amount of blood in the attack, had a tourniquet placed on his right leg, had injuries requiring 11 surgeries including shrapnel removal and skin grafts, had muscle mass removed in his right inner thigh, and still had weakness in the right leg along with some numbness. The EMG test showed evidence of right saphenous neuropathy, nerve damage to the saphenous nerve which is the longest branch of the femoral nerve and provides sensation to the inner thigh, knee, and inner lower leg and foot. His September 2010 Medical Board Examination documented that touch sensation on the right leg was different from the left, and his September 2012 VA Rating Decision noted his right saphenous neuropathy though he did not receive a service-connected rating at that time, with the condition nonetheless noted as having resulted in mild incomplete paralysis. By March 2025, he received a 10% service-connected disability rating for his right saphenous neuropathy due to severe incomplete paralysis. The nerve damage causes numbness, tingling, and sharp pains throughout his right leg, with the pain worsening during cold weather and having progressively gotten worse over time, forcing him to use a cane several times a month.

The extensive scarring from Mr. Wise's skin grafts represents another orthopedic complication that impairs his function and mobility. His Medical Board Evaluation noted that on February 15, 2010, his wound and skin graft donor sites had been reviewed at Nebraska Medical Center by their burn and wound management surgeon, and it was determined that he did not require further surgery at the time but that scar revisions were recommended in the future due to the significant contour irregularities from the scarring in his legs. An addendum to his Medical Board Evaluation documented his burns and scars, noting a large defect on his right inner thigh measuring 25 cm by 27 cm and a smaller defect on the left inner thigh measuring 15 cm by 7 cm, with three skin grafts also noted and an assessment including a drawing showing the locations of the defects as well as his skin grafts. Dr. Phelps explained in his expert report that one of the long-term

complications of EFP polytrauma injuries is scarring from fragmentation and shrapnel injuries, noting that scar tissue will shorten and tighten the surrounding skin, muscles, and tendons, pulling joints out of their positions. Mr. Wise's records from several months after his Medical Board Evaluation noted that his skin grafts were causing tension in his quadriceps and hip flexors, limiting motion in his knee and making it difficult for him to perform lunges. His September 2012 VA Rating Decision noted his burn scars, with the burn scar on his left lower leg measuring 16.3 inches and the burn scar on his right lower leg measuring 104.6 inches, though he did not receive ratings for these scars.

The totality of Mr. Wise's physical injuries – severe bilateral shrapnel injuries requiring 11 surgical procedures, significant muscle loss in both thighs with 40% disability ratings for each leg, heterotopic ossification, embedded shrapnel fragments causing ongoing complications, bilateral knee pain and patellofemoral syndrome, right saphenous neuropathy causing severe incomplete paralysis, progressive degenerative spine changes with spinal arthritis and bone spurs, osteopenia in lumbar spine and both hips, extensive scarring from skin grafts causing functional limitations, and mild osteoarthritis in both knees and right hip – demonstrates the type of severe shrapnel and orthopedic injuries that characterize Category 3 plaintiffs.

Mr. Wise's physical limitations significantly impact his daily life in ways that demonstrate the severity of his orthopedic injuries and functional impairment. He is unable to run or engage in high-impact exercise due to the significant muscle loss in his legs. He cannot pick up his young son due to damage to his legs and back. He experiences pain regularly and requires a cane several times monthly when nerve pain intensifies, particularly during cold weather. His recent VA Rating Decision notes that he receives disability ratings for bilateral knee patellofemoral syndrome due to limited flexion and extension in both knees with instability and pain with movement, a 10%

disability rating for the amputation of his left great toe, and a 10% disability rating for his right saphenous neuropathy due to severe incomplete paralysis. The combination of his physical limitations, chronic pain, progressive orthopedic deterioration, and psychological symptoms has resulted in a total service-connected disability rating of 100%, reflecting the profound and permanent impact of his severe shrapnel and orthopedic injuries on every aspect of his functioning.

For these reasons Plaintiffs have requested an award of $10 million dollars for Victor Wise, corresponding to the highest end of the range of awards for Category 3 victims who sustained mild TBI with severe psychological injuries and severe shrapnel and orthopedic injuries. I believe that this request is supported by Mr. Wise's medical records and his Declaration and that such an award would reflect the totality of Mr. Wise's suffering from both his severe physical injuries and his devastating psychological injuries, the permanent nature of his bilateral shrapnel and orthopedic injuries, the progressive deterioration he faces including degenerative spine changes and worsening nerve damage in addition to early neurological decline, and the profound impact these injuries have had and will continue to have on every aspect of his life, his ability to function as a father given that he cannot pick up his young son, and his capacity to work and participate meaningfully in society given his housebound status and 100% total service-connected disability.

### ii.    Economic Loss Claim

Mr. Wise seeks compensation for economic losses in the form of lost wages, benefits, and retirement pay. To support his claims for these economic losses, Plaintiffs submit an expert report prepared by L. Wayne Plumly, Jr., Ph.D.[568]

To project Mr. Wise's future income stream if not for the attack, Dr. Plumly incorporated testimonial evidence that Mr. Wise wished to pursue a 20-year military career and overlaid that

---

[568]    *See* Ex. 31, Appraisal of Present Value of Economic Life on Victor Wise, dated September 8, 2025, prepared by L. Wayne Plumly, Jr., Ph.D.

information against statistical data generated by the Bureau of Labor Statistics ("BLS"), military pay websites, and other sources.[569] From these sources, Dr. Plumly calculated the present value of Mr. Wise's lost income, assuming that Mr. Wise, who was 22.75 years old when he was injured, (1) would have remained in the military for 20 years; (2) had a life expectancy of 78.13 years; (3) would have received an annual military pension of $35,578.93, adjusted annually by 2.78%, the average annual percent change in the Employment Cost Index; (4) would have obtained employment after his military service as a protective service worker in Louisville, Kentucky with an annual salary of $67,840, adjusted annually by the percentage change in the Employment Cost Index; and (5) would have begun collecting Social Security Retirement ("SSR") benefits at age 67, which would have maximized his return.[570] Dr. Plumly then adjusted these income figures for taxes and consumption, adjusted the SSR benefits for inflation, and adjusted the total lost earnings, pension benefits, and SSR benefits to present value at a rate of 3.39%, the average yield of 30-year Treasury Bonds for the relevant period.[571]

Dr. Plumly then deducted from that income stream (present value of past net annual income plus the present value future net annual income) what Mr. Wise actually earned and will continue to earn as a civilian since his early separation from the Air Force on September 23, 2011.[572] Dr. Plumly calculated his salaries from his various jobs from 2011 to 2024 (including various positions while completing his education), and his current and future annual salary of $64,330 in his position as a finance claims auditor for Humana in Louisville, Kentucky, adjusted annually by the Employment Cost Index. Dr. Plumly adjusted those amounts for taxes and consumption as well.[573]

---

[569]    *See id.* at ¶¶ 3 4, 5, 6, 9.
[570]    *See id.* at ¶¶ 3-5.
[571]    *See id.*
[572]    *See id.* at 5, ¶ 10.
[573]    *See id.* at ¶ 3; Exhibit III, Tables I, J, and K.

Adjusting past net annual loss to present value (present value of past net annual loss plus the present value future net annual loss), the difference between Mr. Wise's projected military/protective service worker career path and his actual non-military/private sector career path is $1,133,463.98.[574] Plaintiffs respectfully request for Mr. Wise's economic loss claim.

## **CONCLUSION**

Based on the analysis set forth above, my recommendations to the Court for compensatory and punitive damages awards for the three Plaintiffs identified herein are as follows:

| Plaintiff | Assault, Battery, IIED | Economic loss claim | Punitive damages claim (per ECF No. 145)[575] |
|---|---|---|---|
| Kurtiss Lamb | $10 million | $3,113,589.05 | $26,227,178.10 |
| John Kirby | $4.5 million | | $9,000,000 |
| Victor Ray Wise, II | $10 million | $1,133,463.98 | $22,266,927.96 |

Dated: December 12, 2025                /s/ Stephen A. Saltzburg
                                                    Special Master

---

[574]      *See id.* at ¶ 10.

[575] "The court thus will multiply the compensatory damages for each Plaintiff by two to reach the appropriate punitive damages award."  ECF 145, at 8.