UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-----------------------------------------------------------------------------x
WILLIAM LEE, *et al.*,

        Plaintiffs,         Case No.: 19-cv-830-APM

-against-

ISLAMIC REPUBLIC OF IRAN,

        Defendant.
-----------------------------------------------------------------------------x

## ORDER AND JUDGMENT

In accordance with the Memorandum Opinion, ECF No. 159, it is hereby, ORDERED that final judgment is entered in favor of the below Plaintiffs and against Defendant; it is furthermore, ORDERED that Plaintiffs are awarded $43,991,927 in compensatory damages and $87,983,854.00 in punitive damages, to be distributed as follows:

| Plaintiff | Economic loss | Non-Economic | Punitive Damages |
|---|---|---|---|
| Sergeant Nicholas Koulchar | $4,393,725 | $20,000,000 | $48,787,450.00 |
| Specialist Preston Kaplan | $2,598,202 | $17,000,000 | $39,196,404.00 |
| **Totals** | **$6,991,927.00** | **$37,000,000.00** | **$87,983,854.00** |

Dated: January 12, 2026

                                                                                 _____
                                                                                       Amit P. Mehta
                                                                          United States District Judge