UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------------------------------x
WILLIAM LEE, *et al.*,       :
                                      Plaintiffs,       :       **Case No.: 19-cv-830-APM**
-against-       :
ISLAMIC REPUBLIC OF IRAN,       :
                                      Defendant.       :
-------------------------------------------------------------------------x

## ORDER AND JUDGMENT

In accordance with the Memorandum Opinion, ECF No. 161, it is hereby, ORDERED that final judgment is entered in favor of the below Plaintiffs and against Defendant; it is furthermore, ORDERED that Plaintiffs are awarded $30,223,873.20 in compensatory damages and $60,447,746.50 in punitive damages, to be distributed as follows:

| Plaintiff | Economic loss | Non-Economic | Punitive Damages |
|---|---|---|---|
| Specialist Adam Mattis |  | $7,000,000 | $14,000,000.00 |
| Captain Terrance Peterson, III | $548,153.33 | $10,000,000 | $21,096,306.70 |
| Staff Sergeant James Gmachowski | $2,675,719.90 | $10,000,000 | $25,351,439.80 |
| **Totals** | **$3,223,873.23** | **$27,000,000.00** | **$60,447,746.50** |

Dated:   January 12, 2026

                                                           _____
                                                                 Amit P. Mehta
                                                          United States District Judge