```
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------------------x
WILLIAM LEE, et al.,                              :
                                                  :
              Plaintiffs,                         :   Case No.: 19-cv-830-APM
                                                  :
-against-                                         :
                                                  :
ISLAMIC REPUBLIC OF IRAN,                         :
                                                  :
              Defendant.                          :
------------------------------------------------------------------x
```

# ORDER AND JUDGMENT

In accordance with the Memorandum Opinion, ECF No. 164, it is hereby ordered that final judgment is entered in favor of the below Plaintiffs and against Defendant. It is further ordered that the below Plaintiffs are awarded $58,533,109.00 in compensatory damages and $117,066,218.00 in punitive damages, to be distributed as follows:

| Plaintiff | Economic loss | Non-Economic | Punitive Damages |
|---|---|---|---|
| Michael Koulchar |  | $2,000,000.00 | $4,000,000.00 |
| Nicole Kaplan |  | $6,400,000.00 | $12,800,000.00 |
| Nona Kaplan |  | $2,500,000.00 | $5,000,000.00 |
| David Kaplan |  | $2,500,000.00 | $5,000,000.00 |
| Jaime Zarcone |  | $1,250,000.00 | $2,500,000.00 |
| Jessalyn Holt |  | $1,250,000.00 | $2,500,000.00 |
| Zoraima Lopez |  | $2,500,000.00 | $5,000,000.00 |
| Veronica Lopez Reyes |  | $2,500,000.00 | $5,000,000.00 |
| Gladys E. Reyes Centeno |  | $5,000,000.00 | $10,000,000.00 |
| Stephanie Kidder |  | $8,000,000.00 | $16,000,000.00 |
| Suheil Campbell |  | $8,000,000.00 | $16,000,000.00 |
| Alexander Zayas |  | $6,250,000.00 | $12,500,000.00 |
| Alexa Zayas |  | $6,250,000.00 | $12,500,000.00 |
| Estate of Edgardo Zayas | $4,133,109.00 |  | $8,266,218.00 |
| **Totals** | $4,133,109.00 | $54,400,000.00 | $117,066,218.00 |

Dated: January 12, 2026

_____
Amit P. Mehta
United States District Judge