**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILLIAM LEE, et al., Plaintiffs, -against- ISLAMIC REPUBLIC OF IRAN, Defendant. | Case No. 19-cv-830 (APM) |

**MOTION FOR SUBSTITUTION OF VICKIE MCHONE AS PERSONAL REPRESENTATIVE FOR THE ESTATES OF PLAINTIFFS NOEL J. FARLEY, SR. AND BARBARA FARLEY**

Plaintiffs respectfully request that the Court grant Plaintiffs' request to substitute (1) "Vickie McHone, as Personal Representative for the Estate of Noel Jackson Farley," in place of "Noel J. Farley, Sr.," and (2) "Vickie McHone, as Personal Representative for the Estate of Barbara Sue Farley," in place of "Barbara Farley," each listed in the Amended Complaint ("AC"), ECF No. 12, at ¶¶ 1065-1066, 1072.

## I. Background

The AC brought solatium claims under an intentional infliction of emotional distress ("IIED") theory pursuant to 28 U.S.C. § 1605A(c) on behalf of Noel J. Farley, Sr. and Barbara Farley, the father and mother of Steven L. Farley, who was killed in a attack in Sadr City, Iraq, on June 24, 2008, while working under the auspices of the U.S. Department of State as a member of a Provincial Reconstruction Team. *See* AC ¶¶ 1060-62, 1065-66, 1072.

Barbara Sue Farley died on December 25, 2018, and Noel Jackson Farley died on December 27, 2020. Their death certificates reflect that both were domiciled at the time in the State of Oklahoma. *See* **Exhibit A** (Barbara Sue Farley) & **Exhibit B** (Noel Jackson Farley). Their daughter, Vickie McHone — herself a plaintiff in this action, *see* AC ¶ 1070 — has been appointed

Personal Representative of both estates by the District Court in and for Delaware County, Oklahoma. *See* **Exhibit C** (Estate of Barbara Sue Farley) & **Exhibit D** (Estate of Noel Jackson Farley). Under 12 O.S. § 1051, Oklahoma's survival statute ensures that a personal injury lawsuit does not vanish if the plaintiff dies; instead, the legal claim survives and can be continued by the personal representative of the deceased person's estate

## II. Plaintiffs Respectfully Request Waiver of Federal Rule of Civil Procedure 25(a)(3)'s Requirement to Serve Defendant the Islamic Republic of Iran.

Plaintiffs respectfully request the same relief permitting substitution without serving the Defendant Islamic Republic of Iran pursuant to Federal Rule of Civil Procedure 25(a)(3) that they requested in their prior motion which was granted by this Court, and incorporate their argument herein. *See* ECF Nos. 245, 246. *See also Barry v. Islamic Republic of Iran*, 437 F. Supp. 3d 15, 41 n.31 (D.D.C. 2020) ("Defendant Iran has not appeared in this suit, and the Clerk of the Court has entered default as to Iran with respect to the Smith Plaintiffs. Thus, the Smith Plaintiffs need not take further action, beyond filing a motion, to comply with Rule 25(b).").

## CONCLUSION

Plaintiffs respectfully request that the Court grant Plaintiffs' request to substitute (1) "Vickie McHone, as Personal Representative for the Estate of Noel Jackson Farley," in place of "Noel J. Farley, Sr.," and (2) "Vickie McHone, as Personal Representative for the Estate of Barbara Sue Farley," in place of "Barbara Farley," each listed in the AC at ¶¶ 1065-1066, 1072, and grant the relief requested in the accompanying proposed order.

Dated: September 17, 2026
Hackensack, NJ

Respectfully submitted,

**OSEN LLC**

By: /s/ Dina Gielchinsky

Dina Gielchinsky (DC Bar No. NJ011)
Gary M. Osen (DC Bar No. NJ009)
Ari Ungar (DC Bar No. NJ008)
Michael J. Radine (DC Bar No. NJ015)
Aaron Schlanger (DC Bar No. NJ007)
190 Moore Street, Suite 272
Hackensack, NJ 07601
Tel.: (201) 265-6400

**TURNER & ASSOCIATES, P.A.**
C. Tab Turner
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
Tel. (501) 791-2277

Attorneys for Plaintiffs