# EXHIBIT A

CERTIFICATE OF VITAL RECORD


*2018040038164*

# STATE OF OKLAHOMA
# CERTIFICATE OF DEATH

STATE FILE NUMBER 2018-038164

**To be completed by the Funeral Home**

| Field | Entry |
|---|---|
| 1. DECEDENT'S LEGAL NAME (First, Middle, Last, Suffix) | BARBARA SUE FARLEY |
| 1a. LAST NAME PRIOR TO FIRST MARRIAGE | HAWKINS |
| 2. SEX | FEMALE |
| 3. SOCIAL SECURITY NUMBER | [redacted] |
| 4. EVER IN US ARMED FORCES? | NO |
| 5a. AGE- Last birthday (years) | 86 |
| 5b. UNDER 1 YEAR (Months / Days) | |
| 5c. UNDER 1 DAY (Hours / Minutes) | |
| 6. DATE OF BIRTH (Mo/Day/Yr) | [redacted]1932 |
| 7. BIRTHPLACE (City and State or Foreign Country) | LONGVIEW, TEXAS |
| 8a. RESIDENCE-State | OKLAHOMA |
| 8b. RESIDENCE-County | DELAWARE |
| 8c. RESIDENCE-City or Town | GROVE |
| 8d. RESIDENCE-Zip Code | 74344 |
| 8e. RESIDENCE-Inside City Limits? | NO |
| 8f. RESIDENCE-Street and Number | [redacted] |
| 8g. RESIDENCE-Apt. Number | |
| 9. MARITAL STATUS AT TIME OF DEATH | ☒ Married ☐ Never Married ☐ Widowed ☐ Divorced ☐ Married, but separated ☐ Unknown |
| 10. SURVIVING SPOUSE'S NAME (If wife, give name prior to first marriage) | NOEL J FARLEY |
| 11a. FATHER'S NAME (First, Middle, Last) | DAN HAWKINS |
| 11b. FATHER'S LAST NAME PRIOR TO FIRST MARRIAGE | HAWKINS |
| 12a. MOTHER'S NAME (First, Middle, Last) | MILDRED LOUISE HAWKINS |
| 12b. MOTHER'S LAST NAME PRIOR TO FIRST MARRIAGE | MORRIS |
| 13. DECEDENT OF HISPANIC ORIGIN? | NO, NOT SPANISH/HISPANIC/LATINO |
| 14. DECEDENT'S RACE | WHITE |
| 15. DECEDENT'S EDUCATION | HIGH SCHOOL GRADUATE OR GED COMPLETED |
| 16. DECEDENT'S USUAL OCCUPATION (Indicate type of work done during most of working life. DO NOT USE RETIRED. | ACCOUNTANT |
| 17. KIND OF BUSINESS / INDUSTRY | FINANCE |
| 18a. INFORMANT'S NAME | VICKIE MCHONE |
| 18b. RELATIONSHIP TO DECEDENT | DAUGHTER |
| 18c. MAILING ADDRESS (Street and Number, City, State, Zip Code) | [redacted] OKLAHOMA 74344 |
| 19. METHOD OF DISPOSITION: | ☒ Burial ☐ Cremation ☐ Donation ☐ Entombment ☐ Removal from state ☐ Other (specify) |
| 20. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) | FT. SILL NATIONAL CEMETERY |
| 21. LOCATION – City, Town and State | LAWTON, OKLAHOMA |
| 22. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY | WORLEY-LUGINBUEL FUNERAL HOME-GROVE, 711 S. MAIN ST., GROVE, OKLAHOMA 74344 |
| 23. FUNERAL HOME DIRECTOR OR FAMILY MEMBER ACTING AS SUCH | VANESSA MORRISON |
| 24. FH ESTABLISHMENT LICENSE # | 1112ES |

**To be completed by the Attending Physician or Medical Examiner**

25. PLACE OF DEATH (Check only one: see instructions)

IF DEATH OCCURRED IN A HOSPITAL: ☐ Inpatient ☐ Emergency Room/Outpatient ☐ Dead on Arrival

IF DEATH OCCURRED OTHER THAN IN A HOSPITAL: ☐ Hospice Facility ☐ Nursing home/Long term care facility ☒ Decedent's home ☐ Other (specify):

| Field | Entry |
|---|---|
| 26. FACILITY NAME (If not institution, give street & number) | [redacted] |
| 27. CITY OR TOWN, STATE AND ZIP CODE OF LOCATION OF DEATH | [redacted] OKLAHOMA, 74344 |
| 28. COUNTY OF DEATH | DELAWARE |
| 29. DATE OF DEATH (Mo/Day/Yr) | DECEMBER 25, 2018 |
| 30. TIME OF DEATH | 00:45 |
| 31. WAS MEDICAL EXAMINER CONTACTED? | NO |
| 32. WAS AN AUTOPSY PERFORMED? | NO |
| 33. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |

**CAUSE OF DEATH (See instructions and examples)**

34. PART I. Enter the chain of events- diseases, injuries or complications – that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE. Enter only one cause on a line. Add additional lines if necessary.

| | | Approximate interval: Onset to death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death -------------→ a. | RESPIRATORY FAILURE | UNKNOWN |
| | Due to (or as a consequence of): | |
| Sequentially list conditions, if any, leading to the cause listed on line a. b. | RENAL FAILURE | 4 DAYS |
| | Due to (or as a consequence of): | |
| Enter the UNDERLYING CAUSE (disease Or injury that initiated the events resulting in death) LAST. c. | MALIGNANT PELVIC MASS | 1 MONTH |
| | Due to (or as a consequence of): | |
| d. | | |
| | Due to (or as a consequence of): | |

35. PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I: CHRONIC OBSTRUCTIVE PULMONARY DISEASE

36. MANNER OF DEATH: ☒ Natural ☐ Homicide ☐ Accident ☐ Suicide ☐ Pending Investigation ☐ Could not be determined

37. IF FEMALE: ☐ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant within 42 days of death ☐ Not pregnant, but pregnant 43 days to 1 year before death ☐ Unknown if pregnant within the past year

38. DID TOBACCO USE CONTRIBUTE TO DEATH? ☐ Yes ☒ No ☐ Probably ☐ Unknown

39. DATE OF INJURY (Mo/Day/Yr)

40. TIME OF INJURY

41. PLACE OF INJURY (e.g., Decedent's home; construction site; wooded area)

42. DESCRIBE HOW INJURY OCCURRED:

43. INJURY AT WORK?

44. LOCATION OF INJURY: State: City or Town: Zip Code: Street & Number: Apartment Number:

45. IF TRANSPORTATION INJURY, SPECIFY: ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (specify)

46. CERTIFIER (Check only one)

ATTENDING PHYSICIAN: ☒ Physician in charge of the patient's care ☐ Physician in attendance at time of death only

To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) and manner as stated.

☐ MEDICAL EXAMINER On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date and place, and due to the cause(s) and manner stated.

Certifier: JAMES D RUTTER, MD

47. NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH (Item 34)
JAMES DULL RUTTER, MD
[redacted]
GROVE, OKLAHOMA
74344

48. LICENSE NUMBER: 21574OK

49. DATE DEATH CERTIFIED (Mo/Day/Yr): DECEMBER 26, 2018

50. REGISTRAR'S SIGNATURE: Kelly M Baker

52. DATE RECEIVED BY STATE REGISTRAR (Mo/Day/Yr): JANUARY 2, 2019

REVISION 2018 VS 154 (12/16)

Thursday, January 03, 2019 11:24:55 AM

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

D03678377

This is a true and correct copy of the official record on file in the Office of Vital Statistics, Oklahoma City, Oklahoma, certified on the date stamped.

Kelly M. Baker
State Registrar
Office of Vital Statistics
Department of Health

GREAT SEAL OF THE STATE OF OKLAHOMA 1907

It is in violation of Oklahoma Statutes, Title 63, Section 1-324.1, to "prepare or issue any certificate which purports to be original, certified copy or copy of a certificate of birth, death or stillbirth, except as authorized in this act or rules and regulations adopted under this act."

**CERTIFIED COPIES WILL BE PRODUCED ON MULTI-COLOR SECURITY PAPER.**

VERIFY PRESENCE OF WATERMARK HOLD TO LIGHT TO VIEW

**WARNING:** THIS DOCUMENT IS PRINTED ON SECURITY WATERMARKED PAPER AND CONTAINS SECURITY FIBERS. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATERMARK.

THE DOCUMENT FACE CONTAINS A SECURITY BACKGROUND. THE BACK CONTAINS SPECIAL LINES WITH TEXT, EMBOSSED SEAL AND THERMOCHROMIC INK.