# EXHIBIT C

FILED
JUN 13 2025
KARMA SAPP
DELAWARE CO. COURT CLERK

**IN THE DISTRICT COURT IN AND FOR DELAWARE COUNTY**
**STATE OF OKLAHOMA**

In the Matter of the Estates of )
)
**BARBARA SUE FARLEY and NOEL** ) Case No. PB-2025-46
**JACKSON FARLEY, deceased.** )

## LETTERS OF ADMINISTRATION

**STATE OF OKLAHOMA**
...ss
**COUNTY OF DELAWARE**

PURSUANT to an Order of the Court made this 20th day of May, 2025, Vickie McHone is hereby appointed Personal Representative of the Estate of Barbara Sue Farley, Deceased, to serve without bond.

DATED this 20th day of May, 2025.

JUDGE OF THE DISTRICT COURT

## OATH

**STATE OF OKLAHOMA**
..ss
**COUNTY OF** Logan

I, Vickie McHone, do solemnly swear that I will perform according to law the duties of Personal Representative of the Estate of Barbara Sue Farley, Deceased. So help me God.

Vickie McHone

ACKNOWLEDGED, subscribed and sworn to before me this day 22 day of May, 2025.

JACOB BEACH
Logan County
Notary Public in and for
State of Oklahoma
Comm. # 25000045 Exp. 01/02/2029

NOTARY PUBLIC/JUDGE

Karma Sapp, Court Clerk of Delaware County Oklahoma, hereby certify that the foregoing is a true, correct and full copy of the instrument herewith set out as appears of record in the Court Clerk's office of Delaware County Oklahoma. This 13th day of June 2025 By Karma Sapp

Deputy Natashe Isaac Court Clerk

DELAWARE COUNTY DISTRICT COURT OKLAHOMA