# EXHIBIT D

FILED
JUN 13 2025
KARMA SAPP
DELAWARE CO. COURT CLERK

IN THE DISTRICT COURT IN AND FOR DELAWARE COUNTY
STATE OF OKLAHOMA

In the Matter of the Estates of )
)
**BARBARA SUE FARLEY and NOEL** ) Case No. PB-2025-46
**JACKSON FARLEY, deceased.** )

## LETTERS OF ADMINISTRATION

**STATE OF OKLAHOMA**

...ss

**COUNTY OF DELAWARE**

JCB VM

PURSUANT to an Order of the Court made this ~~20th~~ 12th day of ~~May~~ June, 2025, Vickie McHone is hereby appointed Personal Representative of the Estate of Noel Jackson Farley, Deceased, to serve without bond. JCB VM

DATED this ~~20th~~ 12th day of ~~May~~ June, 2025.

JUDGE OF THE DISTRICT COURT

## OATH

**STATE OF OKLAHOMA**

..ss

**COUNTY OF** Logan

I, Vickie McHone, do solemnly swear that I will perform according to law the duties of Personal Representative of the Estate of Noel Jackson Farley, Deceased. So help me God.

Vickie McHone

JCB VM

ACKNOWLEDGED, subscribed and sworn to before me this day 12th day of ~~May~~ June, 2025.

JACOB BEACH
Logan County
Notary Public in and for
State of Oklahoma
Comm. # 25000045 Exp. 01/02/2029

NOTARY PUBLIC/JUDGE

Karma Sapp, Court Clerk for Delaware County Oklahoma, hereby certify that the foregoing is a true, correct and full copy of the instrument herewith set out as appears of record in the Court Clerk's office of Delaware County, Oklahoma. This 13th day of June 20 25 By
Karma Sapp
Court Clerk
Deputy