**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WILLIAM LEE, et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>ISLAMIC REPUBLIC OF IRAN,<br><br>Defendant. | Case No. 19-cv-830 (APM) |

**[PROPOSED] ORDER GRANTING SUBSTITUTION OF VICKIE MCHONE AS PERSONAL REPRESENTATIVE FOR THE ESTATES OF PLAINTIFFS NOEL J. FARLEY, SR. AND BARBARA FARLEY**

Upon consideration of Plaintiffs' Motion for Substitution of Vickie McHone as Personal Representative for the Estates of Plaintiffs Noel J. Farley, Sr. and Barbara Farley (the "Motion"), and the record herein, it is hereby **ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that "Vickie McHone, as Personal Representative for the Estate of Noel Jackson Farley," is substituted in place of "Noel J. Farley, Sr.," and "Vickie McHone, as Personal Representative for the Estate of Barbara Sue Farley," is substituted in place of "Barbara Farley," each listed in the Amended Complaint ("AC"), ECF No. 12, at ¶¶ 1065-66, 1072; and it is further

**FURTHER ORDERED** that, for the reasons set forth in the Motion, Plaintiffs need not serve this Order or the Motion on Defendant the Islamic Republic of Iran pursuant to Federal Rule of Civil Procedure 25(a)(3).

Dated: ____________________

______________________________
AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE